IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ and JENNIFER ANN TELLEZ, REBECCA GARZA, RUBEN SANTILLANA and MINERVA SANTILLANA, GUILLERMO CONTRERAS and OLGA CONTRERAS, ELUTERIO MORALES and ROSA MORALES, and NORA GARCIA | § § § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-003-218 |
| ALLSTATE TEXAS LLOYD'S, A LLOYD'S COMPANY | § § § § | |

**PLAINTIFFS' CERTIFICATE OF DISCLOSURE
OF INTERESTED PARTIES**

According to the knowledge, information and belief of the Plaintiffs, the interested parties herein are:

Michael and Jennifer Tellez - Plaintiffs
1833 Gary Player Circle
Harlingen, Texas 78552

Rebecca Garza - Plaintiff
213 North Tower Road
Alamo, Texas 78516

1

Ruben and Minerva Santillana - Plaintiffs
1401 West First Street
Mercedes, Texas 78570

Guillermo and Olga Contreras - Plaintiffs
116 Daffodil
McAllen, Texas 78501

Eluterio and Rosa Morales - Plaintiffs
213 West 7th Street
La Joya, Texas 78560

Nora Garcia - Plaintiff
5908 North 22nd Lane
McAllen, Texas 78501

Allstate Texas Lloyd's, A Lloyd's Company - Defendant
1500 City West, Suite 800
Houston, Texas 77042

Respectfully submitted,

Dan Downey
Attorney in Charge
State Bar No. 06085400
Southern District of Texas Bar No. 459
700 Louisiana Street #4000
Houston, Texas
(713) 222-8080 Telephone
(713) 222-0066 Facsimile

2

_/s/ Peter E. Ferraro_
Peter E. Ferraro
State Bar No. 06934600
Southern District of Texas Bar No.
1104 San Antonio St.
Austin, Texas 78701
(512) 474-7742 Telephone
(512) 474-8106 Facsimile


_/s/ John H. Eaton_
John H. Eaton
State Bar No. 06382500
Southern District of Texas Bar No. 2208
2208 Primrose, Bldg. D
McAllen, Texas 78504
(956) 631-9400 Telephone
(956) 687-9867 Facsimile

ATTORNEYS FOR PLAINTIFFS