IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, JENNIFER ANN TELLEZ, REBECCA GARZA, RUBEN SANTILLANA, MINERVA SANTILLANA, GUILLERMO CONTRERAS, OLGA CONTRERAS, ELUTERIO MORALES, ROSA MORALES, and NORA GARCIA<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE TEXAS LLOYDS COMPANY,<br>Defendant. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-218 |

## DEFENDANT'S JURY DEMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, Allstate Texas Lloyds Company, hereby requests a trial by jury in the above-styled cause.

DATED: December 23, 2003.

Respectfully submitted,

By: _____
Stephen H. Lee
State Bar No. 00791092
Federal I.D. No. 18313

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

*United States District Court*
*Southern District of Texas*
*FILED*
*DEC 29 2003*
*Michael N. Milby*
*Clerk of Court*

**OF COUNSEL:**
Ronald J. Restrepo
State Bar No. 16791300
Federal I.D. No. 920
**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon counsel of record, *via* United States first class mail and facsimile, on December 23, 2003:

Dan Downey
700 Louisiana Street, Suite 4000
Houston, Texas 77002
Facsimile: 713-222-0066

Peter E. Ferraro
1104 San Antonio Street
Austin, Texas 78701
Facsimile: 512-474-5306

John H. Eaton
Eaton & Associates
2208 Primrose, Bldg. D
McAllen, Texas 78504
Facsimile: 956-687-9867

Stephen H. Lee