IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 29 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MICHAEL RICHARD TELLEZ, § | |
| JENNIFER ANN TELLEZ, § | |
| REBECCA GARZA, RUBEN § | |
| SANTILLANA, MINERVA § | |
| SANTILLANA, GUILLERMO § | |
| CONTRERAS, OLGA CONTRERAS, § | |
| ELUTERIO MORALES, ROSA § | |
| MORALES, and NORA GARCIA § | CIVIL ACTION NO. B-03-218 |
| § | |
| Plaintiffs, § | |
| v. § | |
| § | |
| ALLSTATE TEXAS LLOYDS § | |
| COMPANY, § | |
| Defendant. § | |

### DEFENDANT'S MOTION TO ENLARGE TIME

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Allstate Texas Lloyds Company ("Allstate") files this Motion to Enlarge Time to File Responsive Pleadings to Plaintiffs' Original Complaint (the "complaint") and in support thereof states the following:

1. Rule 6(b) provides that "the court for cause shown may at any time in its discretion ... order the period enlarged if request therefor is made before the expiration of the period originally prescribed. . . ." FED. R. CIV. P. 6(b). This rule of general application grants a court wide discretion to enlarge filing deadlines. *Woods v. Allied Concord Fin. Corp.*, 373 F.2d 733, 734 (5th Cir. 1967); *see also Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995) ("Under Fed. R. Civ. P. 6(b), the district court is granted broad discretion to expand filing deadlines"). Rule 6(b) allows the court to extend a defendant's time to respond to a complaint on a showing of good cause. *See, e.g.,* HON. DAVID HITTNER, FED. CIV. PROC. BEFORE TRIAL, Chapt. 6, at 6:17.

2. Good cause exists to enlarge the time for Allstate to answer or otherwise respond to the plaintiffs' complaint. First, there are six named plaintiffs who allege causes of action for multiple claims. Because of the complexity of the subject matter and the multitude of issues, counsel for Allstate require additional time (i) to investigate the facts (including interviews with Allstate personnel and review of documents); (ii) to research and analyze the multiple issues; and (iii) to prepare responsive pleadings and/or motions. Second, the period of time in which the Answer is due includes the Christmas holidays, a time during which it is more difficult to locate the persons and the documents necessary for Allstate to properly prepare its Answer.

3. Allstate filed this request for an extension as soon as it became aware of the need for additional time and before the deadline for filing its Answer.

4. Allstate's request for additional time is for cause shown, as stated in this motion, not to delay these proceedings.

WHEREFORE, Allstate Texas Lloyds Company requests that the Court grant this motion and extend the deadline for filing its Answer to Plaintiffs' Complaint by twenty (20) days to January 15, 2004, and for such other and further relief as the Court may deem just.

Respectfully submitted,

By: _____
Stephen H. Lee
State Bar No. 00791092
Federal I.D. No. 18313

600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

**ATTORNEY-IN-CHARGE FOR DEFENDANT ALLSTATE TEXAS LLOYDS COMPANY**

2

OF COUNSEL:
Ronald J. Restrepo
State Bar No. 16791300
Federal I.D. No. 920
**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

## CERTIFICATE OF CONFERENCE

On December 22, 2003, I left a detailed message with the office for Plaintiffs' attorney-in-charge, Dan Downey, about the substance of this motion. However, Mr. Downey has not returned the call. Once I speak with Mr. Downey, Allstate will file a supplemental certificate.

N. Kimberly Bohannon

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon counsel of record, *via* United States first class mail and facsimile, on December 23, 2003:

Dan Downey
700 Louisiana Street, Suite 4000
Houston, Texas 77002
Facsimile: 713-222-0066

Peter E. Ferraro
1104 San Antonio Street
Austin, Texas 78701
Facsimile: 512-474-5306

John H. Eaton
Eaton & Associates
2208 Primrose, Bldg. D
McAllen, Texas 78504
Facsimile: 956-687-9867

Stephen H. Lee