United States District Court
Southern District of Texas
FILED

JAN 0 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MICHAEL RICHARD TELLEZ,
ET AL.

V.   CIVIL ACTION NO. B-03-218
     JURY

ALLSTATE TEXAS LLOYDS
COMPANY

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO ENLARGE TIME

TO THE HONORABLE JUDGE OF SAID COURT:

1. Plaintiffs do not oppose the request of Defendant that it be allowed until January 15, 2004 to file its Answer in this matter.

Respectfully Submitted

By: _____
Dan Downey
Attorney in Charge for Plaintiffs
State Bar No. 06085400
Southern District of Texas No. 459
700 Louisiana #4000
Houston, Texas 77002
713-222-8080
713-222-0066 (fax)

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel of record on this the 5' day of January, 2004

Dan Downey