IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MICHAEL RICHARD TELLEZ, § <br> JENNIFER ANN TELLEZ, § <br> REBECCA GARZA, RUBEN § <br> SANTILLANA, MINERVA § <br> SANTILLANA, GUILLERMO § <br> CONTRERAS, OLGA CONTRERAS, § <br> ELUTERIO MORALES, ROSA § <br> MORALES, and NORA GARCIA § <br> § <br> Plaintiffs, § <br> v. § <br> § <br> ALLSTATE TEXAS LLOYDS § <br> COMPANY, § <br> Defendant. § | CIVIL ACTION NO. B-03-218 |

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Came on for consideration Defendant Allstate Texas Lloyds Company's ("Allstate") Motion to Enlarge Time in the above-referenced matter. Having considered the Motion and all other matters properly before it, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Allstate be allowed until January 15, 2004 to file its Answer to the above-referenced complaint.

SIGNED at Brownsville, Texas this 13th day of January, 2004.

_____
JUDGE PRESIDING