THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

INITIAL PRETRIAL & SCHEDULING CONFERENCE

United States District Court
Southern District of Texas
FILED
FEB 26 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk_____

CIVIL ACTION NO. B-03-218   DATE & TIME: 2/13/04 @ 9:10 - 9:38 a.m.

COUNSEL:

MICHAEL RICHARD TELLEZ, ET AL   § Daniel Downey

VS                              §

ALLSTATE TEXAS LLOYD'S CO.      § Ronald Restrepo

---

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa


Case called on the docket. Daniel Downey appeared for the Plaintiffs. Ronald Restrepo appeared for Defendant.

Court addresses Deft's Motion to Transfer and Motion to Sever (DE #6) and, after arguments of counsel, will take the Motion to Transfer under advisement. Motion to Sever is DENIED without prejudice.

The following deadlines set by the Court:

   Pretrial Conference set for 12/17/04 @ 1:30 p.m.
   Docket Call set for 1/4/05 @ 1:30 p.m.
   Jury Selection set for 1/6/05 @ 9:00 a.m.  Counsel to do voir dire.
      Jury to be 12 members w/10/2 verdict.
   Joint Pretrial Order due by 12/3/04
   Dispositive Motions filed by 10/22/04
   Non-Dispositive Motions filed by 12/3/04. Any Daubert motions to be
      filed as soon as possible.
   Plaintiffs' experts be named by 4/1/04
   Defendant's experts be named by 6/1/04
   Discovery completed by 11/5/04

Any of the above deadlines, with the exception of the Pretrial Conference, Docket Call, Jury Selection and Joint Pretrial Order dates, can be changed by agreement of the attorneys w/written notification to the Court of any agreed changes.

Court is adjourned.