*14*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, ET AL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.   B-03-218 |
| | § | |
| ALLSTATE TEXAS LLOYD'S CO. | § | |

## Scheduling Order

1. Trial:  Estimated time to try: _____ days.  ☐ Bench  ■ **Jury**

2. New parties must be joined by:                                    _____
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __April 1, 2004__

4. The defendant's experts must be named with a report furnished by:   __June 1, 2004__

5. Discovery must be completed by:                                   __November 5, 2004__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                             __October 22, 2004__

   Non-Dispositive Motions will be filed by:                         __December 3, 2004__

*************************** The Court will provide these dates. ***************************

7. Joint pretrial order is due:                                     __December 3, 2004__

   *The plaintiff is responsible for filing the pretrial order on time.*
   Pretrial Conference is set for 1:30 p.m. on:                     __December 17, 2004__
8. Docket Call is set for 1:30 p.m. on:                             __January  4, 2005__

9. Jury Selection is set for 9:00 a.m. on:*                         __January 6, 2005__

*Counsel to do voir dire. Jury to be twelve (12) members with the agreement of ten (10) or  more members on each issue required to reach a verdict.

The case will remain on standby until tried.

   Signed this the __25th__ day of __February_____, 2004.

                                        _____
                                        Andrew S. Hanen
                                        United States District Judge

**xc: ALL COUNSEL OF RECORD**