United States District Court
Southern District of Texas
FILED

FEB 27 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MICHAEL TELLEZ, ET AL

VS.                                    CAUSE NO. B-03-218
                                       JURY
ALLSTATE TEXAS LLOYDS

## PLAINTIFFS' CERTIFICATE OF DISCLOSURE

All Plaintiffs herein certify that they have served initial disclosures upon Defendant on March 1, 2004 as required by Federal Rule of Civil Procedure 26(a)(1).

Respectfully Submitted

Dan Downey
Attorney in Charge
Texas State Bar No. 06085400
Southern District of Texas Bar No. 459
777 Walker, 25th Floor
Houston, Texas 77002
713-222-8080
713-222-0066 (fax)

Peter E. Ferraro
Texas State Bar No. 06934600
1104 San Antonio St.
Austin, Texas 78701
512-474-7742

512-474-5306 (fax)

John Eaton
Texas State Bar No. 06382500
Southern District of Texas Bar No. 2208
2208 Primrose, Bldg. D
Mc Allen, Texas 78504
956-631-9400
956-687-9867 (fax)

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon counsel for Defendant by hand delivery on this the 20th day of February 2004.