IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ and JENNIFER ANN TELLEZ, REBECCA GARZA, RUBEN SANTILLANA and MINERVA SANTILLANA, GUILLERMO CONTRERAS and OLGA CONTRERAS, ELUTERIO MORALES and ROSA MORALES, and NORA GARCIA | § § § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-218 JURY |
| ALLSTATE TEXAS LLOYD'S, A LLOYD'S COMPANY | § § § | |

ORDER

Defendant's Motion to Transfer Venue is denied.

Signed this 5th day of March, 2004.

Honorable Andrew S. Hanen
United States District Judge