# Dan Downey
### Lawyer
Two Shell Plaza
777 Walker, Suite 2500
Houston, Texas 77002
(888) 222-8080 Facsimile (713) 222-0066

Former District Judge
(1988-1994)

Board Certified-Civil Trial Law
Texas Board of Legal Specialization

Austin Office:
1609 Shoal Creek #101
Austin, Texas 78701
(512) 542-9300

Also licensed in Colorado

MAIL
United States District Court
Southern District of Texas
RECEIVED
MAR 1 5 2004
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
FILED
MAR 1 5 2004
Michael N. Milby
Clerk of Court

March 8, 2004

United States District Clerk
600 East Harrison, 1st Floor
Brownsville, TX 78520

*Via U. S. First Class Mail*

   Re:   *Civil Action No. B-03-218; Michael Tellez, et al. v. Allstate Texas Lloyd's; In the United States District Court in the Southern District of Texas, Brownsville Division*

Dear Sir/Madam:

Please note that effective March 1, 2004, my new address will be:

777 Walker, Suite 2500
Houston, Texas 77002
(713) 222-8080
(713) 222-0066 (fax)

Thank you for you cooperation in this matter.

Sincerely,

Dan Downey

DD/kd