IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 1 9 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| MICHAEL RICHARD TELLEZ, JENNIFER ANN TELLEZ, REBECCA GARZA, RUBEN SANTILLANA, MINERVA SANTILLANA, GUILLERMO CONTRERAS, OLGA CONTRERAS, ELUTERIO MORALES, ROSA MORALES, and NORA GARCIA § § § § § § § § § | |
| Plaintiffs, § | CIVIL ACTION NO. B-03-218 |
| v. § § | |
| ALLSTATE TEXAS LLOYDS COMPANY, § § § | |
| Defendant. § | |

## NOTICE OF FILING RULE 11 AGREEMENT

Please take notice that Defendant Allstate Texas Lloyds Company hereby files the attached letter agreement by and between counsel for Plaintiffs Michael Richard Tellez, et al. The Letter Agreement is attached hereto as Exhibit "A" and incorporated herein for all purposes.

DATED this _____ day of April, 2004.

Respectfully submitted,

By: _____ /by permission
Ronald J. Restrepo
State Bar No. 16791300
So. District Bar No. 920
**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

**ATTORNEY-IN-CHARGE FOR ALLSTATE**

OF COUNSEL:

Carolyn S. Schultz
State Bar No. 00797391
So. District Bar No. 21256
**DOYLE, RESTREPO, HARVIN &**
 **ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

Rene O. Oliveira
State Bar No. 15254700
So. District Bar No. 4033
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon counsel of record, via United States first class mail, with postage prepaid thereon, on this the \_16\_ day of April, 2004:

Dan Downey
700 Louisiana Street, Suite 4000
Houston, Texas 77002
Facsimile: 713-222-0066

Peter E. Ferraro
1104 San Antonio Street
Austin, Texas 78701
Facsimile: 512-474-5306

John H. Eaton
Eaton & Associates
2208 Primrose, Bldg. D
McAllen, Texas 78504
Facsimile: 956-687-9867

Carolyn S. Schultz

## DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
*attorneys at law*

JPMorgan Chase Tower  
Suite 4700  
600 Travis Street  
Houston, Texas 77002

Telephone  
(713) 228-5100  
Telecopier  
(713) 228-6138

Carolyn S. Schultz, Associate

cschultz@drhrlaw.com

April 16, 2004

Mr. Peter E. Ferraro  
1104 San Antonio Street  
Austin, Texas 78701

    Re:    Civil Action No. B-03-218; *Michael Richard Tellez, et al. v. Allstate Texas Lloyds Company;* In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Ferraro:

Based on our conversation today, you have agreed to extend the deadline for Allstate to respond to plaintiffs' First Request for Production to Friday, April 23, 2004. If this letter accurately reflects our agreement, please sign and return to me for filing with the court.

Very truly yours,

Carolyn S. Schultz

Agreed:

_____  
Peter E. Ferraro

## EXHIBIT "A"