```
              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF TEXAS
                     BROWNSVILLE DIVISION

                                    )
MICHAEL RICHARD TELLEZ, ET AL       )
                                    )
                                    )  CIVIL ACTION NO.
VS.                                 )  B-03-218
                                    )
ALLSTATE TEXAS LLOYDS COMPANY       )
                                    )
```

United States District Court
Southern District of Texas
FILED
JUL 1 9 2004
Michael N. Milby
Clerk of Court

SCHEDULING CONFERENCE
BEFORE THE HONORABLE ANDREW S. HANEN
FEBRUARY 13, 2004

APPEARANCES:

For the Plaintiffs:      MR. DANIEL M. DOWNEY
                         777 Walker, Suite 2500
                         Houston, Texas   77002

For the Defendant:       MR. RONALD J. RESTREPO
                         600 Travis St., Suite 4700
                         Houston, Texas   77002

Transcribed by:          BARBARA BARNARD
                         Official Court Reporter
                         600 E. Harrison, Box 301
                         Brownsville, Texas   78520
                         (956)548-2591

**CERTIFIED COPY**