Case 1:03-cv-00218   Document 20   Filed in TXSD on 07/30/2004   Page 1 of 1
Fax Received: 07/26/2004 04:29PM 979 265 5255 * Pg ...
07/26/04 MON 15:28 FAX 979 265 5255                                                                 @002
From-Doyle,Restrepo,Harvin & Robbins,L.L.P.   7132286138   T-440   P.002/002   F-340

20

# DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
*attorneys at law*

JPMorgan Chase Tower
Suite 4700
600 Travis Street
Houston, Texas 77002

Telephone
(713) 228-3100
Telecopier
(713) 228-6138

United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

Carolyn S. Schultz, Associate

cschultz@drhrlaw.com

July 26, 2004

Mr. Dan Downey
Two Shell Plaza
777 Walker, 25th Floor
Houston, Texas 77002

*Via Facsimile: (713) 222-0066*

Re: Civil Action No. B-03-218; *Michael Richard Tellez, et al. v. Allstate Texas Lloyds Company;* In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Downey:

Pursuant to Local Rule 83.5, this will serve to memorialize our agreement that the expert designation date for plaintiffs has been extended until September 30, 2004. Additionally, the expert designation for defendants is extended to October 31, 2004. If this accurately reflects our agreement, please sign in the space provided below and return to me for filing with the Court.

Very truly yours,

Carolyn S. Schultz

CSS:rt
100786

Dan Downey
*Counsel for Defendants*

cc: Peter E. Ferraro
John H. Eaton

*Via Facsimile (512) 474-5306*
*Via Facsimile (956) 687-9867*