IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, | § | |
| JENNIFER ANN TELLEZ, REBECCA | § | |
| GARZA, RUBEN SANTILLANA, | § | |
| MINERVA SANTILLANA, | § | |
| GUILLERMO CONTRERAS, OLGA | § | |
| CONTRERAS, ELUTERIO MORALES, | § | |
| ROSA MORALES AND NORA GARCIA | § | CIVIL ACTION NO. B -03-218 |
| | § | |
| VS. | § | |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | |
| COMPANY | § | |

### AGREED MOTION FOR DISMISSAL WITH PREJUDICE
### AS TO PLAINTIFF REBECCA GARZA

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, **REBECCA GARZA,** and Defendant, **ALLSTATE TEXAS LLOYD'S COMPANY,** in the above entitled and numbered cause, and in support of this Agreed Motion for Dismissal with Prejudice, would show unto the Court as follows:

I.

Plaintiff, **REBECCA GARZA,** and Defendant would show that all matters have been resolved between them in the above styled and numbered cause and they wish this case to be dismissed as to Plaintiff, **REBECCA GARZA.**

WHEREFORE, Plaintiff, **REBECCA GARZA,** and Defendant pray that this Court enter its order dismissing this lawsuit, with prejudice, as to Plaintiff, **REBECCA GARZA,** with all

AGREED MOTION FOR DISMISSAL WITH PREJUDICE                                                      PAGE 1
#24,267

taxable court costs to be taxed against the party incurring same.

                Respectfully submitted,

**DAN DOWNEY**
State Bar No. 06085400/ Federal I.D. No. 459
THE GALLAGHER LAW FIRM
700 Louisiana Street, Suite 4000
Houston, Texas 77002
713/222-8080
713/222-0066 (FAX)

**PETER E. FERRARO**
State Bar No.06934600/Federal I.D. No. _____
1104 San Antonio Street
Austin, Texas 78701
512/474-7742
512/474-5306 (FAX)

**EATON & ASSOCIATES**
2208 Primrose, Building D
McAllen, Texas 78504
956/631-9400
956/687-9867 (FAX)

By: _____
    JOHN H. EATON
    State Bar No. 06382500
    Federal I.D. No. 2208

ATTORNEYS FOR PLAINTIFFS

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
Ronald J. Restrepo
State Bar No. 16791300/Federal I.D. No. 920
Carolyn Schultz
State Bar No. 00797391/Federal I.D. No. 21256
600 Travis, Suite 4700
Houston, Texas 77002
Telephone:   (713) 228-5100
Telecopier:   (713) 228-6138

AGREED MOTION FOR DISMISSAL WITH PREJUDICE    PAGE 2
#24,267

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
956/542-5666
956/542-0016 (FAX)

ATTORNEYS FOR DEFENDANT

By: _____
       Rene O. Oliveira
       State Bar No. 15254700
       Federal I.D. No. 4033