

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, JENNIFER ANN TELLEZ, REBECCA GARZA, RUBEN SANTILLANA, MINERVA SANTILLANA, GUILLERMO CONTRERAS, OLGA CONTRERAS, ELUTERIO MORALES, ROSA MORALES AND NORA GARCIA | § § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-218 |
| ALLSTATE TEXAS LLOYD'S COMPANY | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO PLAINTIFF REBECCA GARZA

On this day, Plaintiff, **REBECCA GARZA**, and Defendant, having presented their Agreed Motion for Dismissal With Prejudice as to Plaintiff, Rebecca Garza, and the Court, after considering same, finds and so orders as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Rebecca Garza's cause of action against Defendant be dismissed with prejudice, with all taxable court costs adjudged against party incurring same, for which let execution issue.

SIGNED this 20th day of August, 2004, in Brownsville, Texas.

_____
JUDGE PRESIDING

APPROVED AND AGREED TO:

**DAN DOWNEY**
State Bar No. 06085400/ Federal I.D. No. 459
THE GALLAGHER LAW FIRM
700 Louisiana Street, Suite 4000
Houston, Texas 77002
713/222-8080
713/222-0066 (FAX)

**PETER E. FERRARO**
State Bar No.06934600/Federal I.D. No. _____
1104 San Antonio Street
Austin, Texas 78701
512/474-7742
512/474-5306 (FAX)

**EATON & ASSOCIATES**
2208 Primrose, Building D
McAllen, Texas 78504
956/631-9400
956/687-9867 (FAX)

By: _____
    JOHN H. EATON
    State Bar No. 06382500
    Federal I.D. No. 2208

**ATTORNEYS FOR PLAINTIFF
REBECCA GARZA**

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
Ronald J. Restrepo
State Bar No. 16791300/Federal I.D. No. 920
Carolyn Schultz
State Bar No. 00797391/Federal I.D. No. 21256
600 Travis, Suite 4700
Houston, Texas 77002
Telephone:    (713) 228-5100
Telecopier:   (713) 228-6138


**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
956/542-5666
956/542-0016 (FAX)

By: _____
      Rene O. Oliveira
      State Bar #15254700
      Federal I.D. No. 4033

**ATTORNEYS FOR DEFENDANT**