United States District Court
Southern District of Texas
FILED

OCT 2 5 2004

Michael N. Milby
Clerk of Court

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
*attorneys at law*

JPMorgan Chase Tower
Suite 4700
600 Travis Street
Houston, Texas 77002

(713) 228-5100
Telecopier
(713) 228-6138

Conrad E. Adams, Associate

cadams@drhrlaw.com

October 21, 2004

Mr. Dan Downey
Two Shell Plaza
777 Walker, 25th Floor
Houston, Texas 77002

*Via Facsimile (713) 222-0066*

Re: Civil Action No. B-03-218; *Michael Richard Tellez, et al. v. Allstate Texas Lloyds Company;* In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Downey:

Pursuant to Local Rule 83.5, this will serve to memorialize the parties' agreement that the Dispositive Motions deadline in the above styled case has been extended until October 29, 2004. If this accurately reflects our agreement, please sign in the space provided below and return to me for filing with the Court.

Very truly yours,

Conrad E. Adams

AGREED TO:

Mr. Dan Downey
Counsel for Plaintiffs

cc: Mr. Peter Ferraro *(via fax)*
    Mr. John Eaton *(via fax)*