**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
*attorneys at law*

JPMorgan Chase Tower
Suite 4700
600 Travis Street
Houston, Texas 77002


**COPY**

Telephone
(713) 228-5100
Telecopier
(713) 228-6138

Debbie Ashley, Paralegal

dashle@drhrlaw.com

October 25, 2004

Ms. Michael Milby, District Clerk
United States District Court
Southern District of Texas
600 E. Harrison
1158 Federal Building
Brownsville, Texas 78520

**BY HAND DELIVERY**

Re:   Civil Action No. B-03-218; *Michael Richard Tellez, et al. v. Allstate Texas Lloyds;* In the United States District Court, Southern District of Texas, Brownsville Division.

Dear Mr. Milby:

Enclosed for filing among the court's papers, enclosed please find the following:

- Parties' Agreement Extending Dispositive Motions Deadline

Please file mark the extra copy attached in your usual manner and return to the courier delivering same. By copy of this letter, all interested parties are being served with a copy of this filing. Should you have any questions or need additional information, please do not hesitate to contact me.

Very truly yours,

Debbie Ashley

da
Enclosures
cc:   Dan Downey          *By First Class Mail*
      Peter Ferraro       *By First Class Mail*
      John Eaton          *By First Class Mail*
      Rene Oliveira       *By First Class Mail*

RECEIVED
OCT 2 5 2004
BY:

# DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
*attorneys at law*

JPMorgan Chase Tower  
Suite 4700  
600 Travis Street  
Houston, Texas 77002

Telephone  
(713) 228-5100  
Telecopier  
(713) 228-6118

Conrad E. Adams, Associate

cadams@drhrlaw.com

October 21, 2004

Mr. Dan Downey  
Two Shell Plaza  
777 Walker, 25th Floor  
Houston, Texas 77002

*Via Facsimile (713) 222-0066*

Re: Civil Action No. B-03-218; *Michael Richard Telles, et al. v. Allstate Texas Lloyds Company*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Downey:

Pursuant to Local Rule 83.5, this will serve to memorialize the parties' agreement that the Dispositive Motions deadline in the above styled case has been extended until October 29, 2004. If this accurately reflects our agreement, please sign in the space provided below and return to me for filing with the Court.

Very truly yours,

Conrad E. Adams

AGREED TO:

Mr. Dan Downey  
Counsel for Plaintiffs

cc: Mr. Peter Ferraro *(via fax)*  
Mr. John Eaton *(via fax)*