11/03/04 WED 12:00 FAX 713 222 0066                                                          ☒001

United States District Court
Southern District of Texas
FILED

NOV 0 5 2004

Michael N. Milby, Clerk of Court

# DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
*attorneys at law*

JPMorgan Chase Tower
Suite 4700
600 Travis Street
Houston, Texas 77002

Telephone
(713) 228-5100
Telecopier
(713) 228-6138

Conrad E. Adams, Associate

cadams@drhrlaw.com

October 28, 2004

Mr. Dan Downey
Two Shell Plaza
777 Walker, 25th Floor
Houston, Texas 77002

*Via Facsimile (713) 222-0066*

Re:  Civil Action No. B-03-218; *Michael Richard Teller, et al. v. Allstate Texas Lloyds Company*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Downey:

Pursuant to Local Rule 83.5, this will serve to memorialize the parties' agreement that the Dispositive Motions and Defendant's Expert Designation deadlines in the above styled case have been extended until November 15, 2004. If this accurately reflects our agreement, please sign in the space provided below and return to me for filing with the Court.

Very truly yours,

Conrad E. Adams

AGREED TO:

Mr. Dan Downey
Counsel for Plaintiffs

cc:  Mr. Peter Ferraro *(via fax)*
     Mr. John Eaton *(via fax)*