IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, JENNIFER ANN TELLEZ, REBECCA GARZA, RUBEN SANTILLANA, MINERVA SANTILLANA, GUILLERMO CONTRERAS, OLGA CONTRERAS, ELUTERIO MORALES, ROSA MORALES, and NORA GARCIA | § § § § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. B-03-218 |
| v. | § § § | |
| ALLSTATE TEXAS LLOYDS COMPANY, | § § § | |
| Defendant. | § | |

## ORDER GRANTING SEPARATE TRIALS

On this date came on to be considered Allstate Texas Lloyd's Company's Motion for Separate Trials. Being satisfied that due notice of the filing of the motion was given and having considered the motion and the response, if any, the Court is of the opinion that good cause exists for separate trials and abatement of discovery on certain of the claims asserted in the above-referenced action and that the motion therefore should be GRANTED. It is, therefore,

ORDERED that Plaintiff Nora Garcia's contract claims shall be tried separately from and prior to any required trial on Plaintiff's extra-contractual claims. It is further

ORDERED that discovery relevant only to the extra-contractual claims shall be abated pending the trial on the contract claims.

SIGNED this _____ day of _____, 2004 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

**ENTRY REQUESTED:**

By: *Ronald J. Restrepo* (signature)
Ronald J. Restrepo
State Bar No. 16791300
So. District Bar No. 920

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

**ATTORNEY-IN-CHARGE FOR ALLSTATE**

**OF COUNSEL:**
René O. Oliveira
State Bar No. 15254700
So. District Bar No. 4033
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 (telephone)
(956) 542-0016 (facsimile)

Conrad E. Adams
State Bar No. 24036107
So. District Bar No. 33461
**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)