United States District Court
Southern District of Texas
FILED

NOV 1 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, | § | |
| JENNIFER ANN TELLEZ, | § | |
| REBECCA GARZA, RUBEN | § | |
| SANTILLANA, MINERVA | § | |
| SANTILLANA, GUILLERMO | § | |
| CONTRERAS, OLGA CONTRERAS, | § | |
| ELUTERIO MORALES, ROSA | § | |
| MORALES, and NORA GARCIA | § | CIVIL ACTION NO. B-03-218 |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | |
| ALLSTATE TEXAS LLOYDS | § | |
| COMPANY, | § | |
| Defendant. | § | |

## DEFENDANT ALLSTATE TEXAS LLOYDS COMPANY'S NOTICE OF DESIGNATION OF ATTORNEY-IN-CHARGE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Local Rule 11, Defendant Allstate Texas Lloyds Company ("Allstate") hereby designates its attorney-in-charge as follows: Ronald J. Restrepo, Doyle, Restrepo, Harvin & Robbins, L.L.P., 600 Travis, Suite 4700, Houston, Texas 77002, (713) 228-5100 Telephone, (713) 228-6138 Facsimile, State Bar No. 16791300, Federal ID No. 920. From the time Allstate filed its first pleading in this case, Ronald J. Restrepo has been designated as Of Counsel. At this time, Allstate provides notice to this Court and all parties that it designates Ronald J. Restrepo as Attorney-in-Charge. Attached as Exhibit "A" to this notice is a formal list of all counsel of record for Allstate.

106303.1

Respectfully submitted,

By: _____
Ronald J. Restrepo
State Bar No. 16791300
So. District Bar No. 920

600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

**ATTORNEY-IN-CHARGE FOR DEFENDANT
ALLSTATE TEXAS LLOYDS COMPANY**

**OF COUNSEL:**
René O. Oliveira
State Bar No. 15254700
So. District Bar No. 4033
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 (telephone)
(956) 542-0016 (facsimile)

Conrad E. Adams
State Bar No. 24036107
So. District Bar No. 33461
**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing instrument was served upon the following counsel of record by United States first class mail, with postage prepaid thereon on this _____ day of November, 2004:

     Dan Downey
     The Gallagher Law Firm
     700 Louisiana, Suite 4000
     Houston, Texas 77002

     Peter E. Ferraro
     1104 San Antonio Street
     Austin, Texas 78701

     John H. Eaton
     Eaton & Associates
     2208 Primrose, Bldg. D
     McAllen, Texas 78504

Ronald J. Restrepo

106303.1