IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, JENNIFER ANN TELLEZ, REBECCA GARZA, RUBEN SANTILLANA, MINERVA SANTILLANA, GUILLERMO CONTRERAS, OLGA CONTRERAS, ELUTERIO MORALES, ROSA MORALES, and NORA GARCIA | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-218 |
| Plaintiffs, | | |
| v. | | |
| ALLSTATE TEXAS LLOYDS COMPANY, | | |
| Defendant. | | |

## LIST OF ALL COUNSEL OF RECORD FOR ALLSTATE

**Defendants:**

Ronald J. Restrepo
DOYLE, RESTREPO, HARVIN
   & ROBBINS, L.L.P.
600 Travis Street, Suite 4700
Houston, Texas 77002
Telephone:   (713) 228-5100
Facsimile:   (713) 228-6138
*Attorney-in-Charge for Defendant*

Conrad E. Adams
DOYLE, RESTREPO, HARVIN
   & ROBBINS, L.L.P.
600 Travis Street, Suite 4700
Houston, Texas 77002
Telephone:   (713) 228-5100
Facsimile:   (713) 228-6138
*Representing Defendant*

Rene O. Oliveira
State Bar No. 15254700
So. District Bar No.  4033
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas  78520-8718
Telephone:   (956) 542-5666
Facsimile:   (956) 542-0016
*Representing Defendants*

