IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MICHAEL RICHARD TELLEZ, § | |
| JENNIFER ANN TELLEZ, § | |
| REBECCA GARZA § | |
| RUBEN SANTILLANA, MINERVA § | |
| SANTILLANA, GUILLERMO § | |
| CONTRERAS, OLGA CONTRERAS, § | |
| ELUTERIO MORALES, ROSA § | |
| MORALES AND NORA GARCIA § | |
| Plaintiffs, § | CIVIL ACTION NO. B-03-218 |
| § | |
| v. § | |
| § | |
| ALLSTATE TEXAS § | |
| LLOYD'S COMPANY, § | |
| § | |
| Defendant. § | |

## DEFENDANT ALLSTATE TEXAS LLOYD'S COMPANY'S OPPOSED MOTION TO EXCLUDE EXPERT TESTIMONY OF PLAINTIFF NORA GARCIA

TO THE HONORABLE COURT:

COMES NOW, Defendant, Allstate Texas Lloyd's Company ("Allstate") and files this Motion to Exclude Plaintiff Nora Garcia's Expert Testimony and would respectfully show the Court as follows:

I.

Pursuant to Local Rule 83.5, Plaintiff entered into written agreements with Allstate on April 27, 2004 and July 26, 2004 to extend Plaintiff's expert designation deadline to September 30, 2004 (see attached Exhibit "A"). No other written agreements regarding Plaintiff's expert designation deadline exist. To date, Plaintiff has failed to designate any expert or produce any expert report by the expert designation deadline as required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Defendants pray this Court grant their Motion to Exclude Expert Testimony of Plaintiff Nora Garcia, and for such other general relief to which these Defendant is entitled.

Respectfully submitted,

By: /s/ Ronald J. Restrepo *
Ronald J. Restrepo
State Bar No. 16791300
So. District Bar No. 920
Attorney-in-Charge for Allstate
**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

* Signed by permission by Conrad E. Adams

**OF COUNSEL:**
René O. Oliveira
State Bar No. 15254700
So. District Bar No.  4033
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas  78520-8718
(956) 542-5666 (telephone)
(956) 542-0016 (facsimile)

Conrad E. Adams
State Bar No. 24036107
So. District Bar No. 33461
**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

## CERTIFICATE OF CONFERENCE

I certify that Allstate's counsel conferred with the office of Plaintiffs' counsel, Peter Ferraro, on November 11, 2004 and Plaintiffs' counsel responded that Plaintiff is opposed to the relief sought in this motion. Therefore, this motion is presented to the court for determination.

_____
Conrad E. Adams

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon counsel of record, *via* United States first class mail, with postage prepaid thereon, on this 12th day of November, 2004:

Dan Downey
The Gallagher Law Firm
700 Louisiana, Suite 4000
Houston, Texas 77002

Peter E. Ferraro
1104 San Antonio Street
Austin, Texas 78701

John H. Eaton
Eaton & Associates
2208 Primrose, Bldg. D
McAllen, Texas 78504

_____
Conrad E. Adams

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, | § | |
| JENNIFER ANN TELLEZ, | § | |
| REBECCA GARZA | § | |
| RUBEN SANTILLANA, MINERVA | § | |
| SANTILLANA, GUILLERMO | § | |
| CONTRERAS, OLGA CONTRERAS, | § | |
| ELUTERIO MORALES, ROSA | § | |
| MORALES AND NORA GARCIA | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-03-218 |
| | § | |
| v. | § | |
| | § | |
| ALLSTATE TEXAS | § | |
| LLOYD'S COMPANY, | § | |
| | § | |
| Defendant. | § | |

## VERIFICATION

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

    On this day, Conrad E. Adams appeared before me, the undersigned notary public. After I administered an oath to him, upon her oath, he said that he read the foregoing Motion to Exclude Experts of Plaintiff Nora Garcia and that the facts stated in it are within his personal knowledge and are true and correct.

_____
Conrad E. Adams

SUBSCRIBED AND SWORN to before me on this 11th day of November, 2004.

_____
Notary Public in and for
the State of Texas

DEBBIE A. ASHLEY
NOTARY PUBLIC • STATE OF TEXAS
MY COMMISSION EXPIRES
DECEMBER 14, 2004