# DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
*attorneys at law*

JPMorgan Chase Tower
Suite 4700
600 Travis Street
Houston, Texas 77002

Telephone
(713) 228-5100
Telecopier
(713) 228-6138

Carolyn S. Schultz, Associate

cschultz@drhrlaw.com

April 27, 2004

Mr. Peter E. Ferraro
1104 San Antonio Street
Austin, Texas 78701

*Via Facsimile (512) 474-8106*

Re: Civil Action No. B-03-218; *Michael Richard Tellez, et al. v. Allstate Texas Lloyds Company;* In the United States District Court for the Southern District of Texas, Brownsville Division
**LETTER AGREEMENT**

Dear Peter:

Pursuant to L.R. 83.5, this letter will memorialize our agreement to extend Plaintiffs' Expert Designation and Report deadline to June 3, 2004 and Plaintiff's have agreed to extend Defendant's Designation and Expert Report deadline until August 1, 2004.

In addition, Plaintiffs have agreed to provide Allstate with six separate demands (one for each household) prior to the mediation so that Allstate can fully analyze this claim. Plaintiffs have agreed that their demand will be based upon their expert reports and estimates. If this accurately reflects our agreement, please sign in the space below and return to me for filing with the Court.

Very truly yours,

Carolyn S. Schultz

AGREED TO:

Mr. Peter E. Ferraro



A

# DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
*attorneys at law*

JPMorgan Chase Tower  
Suite 4700  
600 Travis Street  
Houston, Texas 77002

Carolyn S. Schultz, Associate

**RETURN COPY**

Telephone  
(713) 228-5100  
Telecopier  
(713) 228-6138

cschultz@drhrlaw.com

July 26, 2004

Mr. Dan Downey  
Two Shell Plaza  
777 Walker, 25th Floor  
Houston, Texas 77002

*Via Facsimile: (713) 222-0066*

Re: Civil Action No. B-03-218; *Michael Richard Tellez, et al. v. Allstate Texas Lloyds Company*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Downey:

Pursuant to Local Rule 83.5, this will serve to memorialize our agreement that the expert designation date for plaintiffs has been extended until September 30, 2004. Additionally, the expert designation for defendants is extended to October 31, 2004. If this accurately reflects our agreement, please sign in the space provided below and return to me for filing with the Court.

Very truly yours,

Carolyn S. Schultz

CSS:rt  
1007186

Dan Downey  
*Counsel for Defendants*

cc: Peter E. Ferraro  
    John H. Eaton

*Via Facsimile (512) 474-5306*  
*Via Facsimile (956) 687-9867*

## DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
*attorneys at law*

JPMorgan Chase Tower
Suite 4700
600 Travis Street
Houston, Texas 77002

Debbie Ashley, Paralegal

Telephone
(713) 228-5100
Telecopier
(713) 228-6138

dashle@drhrlaw.com

United States District Court
Southern District of Texas
FILED
JUL 3 0 2004
Michael N. Milby
Clerk of Court

July 28, 2004

Ms. Michael Milby, District Clerk
United States District Court
Southern District of Texas
600 E. Harrison
1158 Federal Building
Brownsville, Texas 78520

**BY FIRST CLASS MAIL**

Re:  Civil Action No. B-03-218; *Michael Richard Tellez, et al. v. Allstate Texas Lloyds;* In the United States District Court, Southern District of Texas, Brownsville Division.

Dear Mr. Milby:

Enclosed for filing among the court's papers, enclosed please find the following:

— Parties Agreement Extending Expert Deadlines

Please file mark the extra copy attached in your usual manner and return to our office. A postage paid return envelope is enclosed for your convenience. By copy of this letter, all interested parties are being served with a copy of this filing. Should you have any questions or need additional information, please do not hesitate to contact me.

Very truly yours,

Debbie Ashley

da
Enclosures
cc:  Dan Downey         *By First Class Mail*
     Peter Ferraro       *By First Class Mail*
     John Eaton          *By First Class Mail*
     Rene Oliveira       *By First Class Mail*