IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, | § | |
| JENNIFER ANN TELLEZ, | § | |
| REBECCA GARZA | § | |
| RUBEN SANTILLANA, MINERVA | § | |
| SANTILLANA, GUILLERMO | § | |
| CONTRERAS, OLGA CONTRERAS, | § | |
| ELUTERIO MORALES, ROSA | § | |
| MORALES AND NORA GARCIA | § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-03-218 |
| | § | |
| v. | § | |
| | § | |
| ALLSTATE TEXAS | § | |
| LLOYD'S COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on this day the Court considered Defendant Allstate Texas Lloyd's Company's Motion to Exclude Expert Testimony of Plaintiff Nora Garcia. After considering the evidence and arguments of counsel, if any, the Court is of the opinion that there is good cause to grant the motion.

It is therefore ORDERED that Defendant Allstate Texas Lloyd's Company's Motion to Exclude Expert Testimony off Plaintiff Nora Garcia is hereby GRANTED.

SIGNED this_____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

ENTRY REQUESTED:

By: *(signature)* Ronald J. Restrepo
Ronald J. Restrepo
State Bar No. 16791300
So. District Bar No. 920

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

**ATTORNEY-IN-CHARGE FOR ALLSTATE**

**OF COUNSEL:**
René O. Oliveira
State Bar No. 15254700
So. District Bar No. 4033
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 (telephone)
(956) 542-0016 (facsimile)

Conrad E. Adams
State Bar No. 24036107
So. District Bar No. 33461
**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)