# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, | § | |
| JENNIFER ANN TELLEZ, | § | |
| REBECCA GARZA, RUBEN | § | |
| SANTILLANA, MINERVA | § | |
| SANTILLANA, GUILLERMO | § | |
| CONTRERAS, OLGA CONTRERAS, | § | |
| ELUTERIO MORALES, ROSA | § | |
| MORALES, and NORA GARCIA | § | CIVIL ACTION NO. B-03-218 |
| | § | |
| **Plaintiffs,** | § | |
| v. | § | |
| | § | |
| ALLSTATE TEXAS LLOYDS | § | |
| COMPANY, | § | |
| **Defendant.** | § | |

## AFFIDAVIT OF CONRAD E. ADAMS

On this day, Conrad E. Adams appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

5.    "My name is Conrad E. Adams. I am over eighteen and have never been convicted of a felony and I am competent to make this affidavit. I am one of the attorneys for Defendant Allstate Texas Lloyds Company in the case styled Civil Action No. B-03-218; *Michael Richard Tellez, et al. v. Allstate Texas Lloyds Company;* In the United States District Court, Southern District of Texas, Brownsville Division. I am authorized to make this affidavit in support of Allstate's Opposed Motion for Summary Judgment on Claim Asserted by Nora Garcia. I have personal knowledge of the matters stated and the statements are true and correct.

6.    The firm of Doyle, Restrepo, Harvin & Robbins, L.L.P. is the custodian of the file in the case styled Civil Action No. B-03-218; *Michael Richard Tellez, et al. v. Allstate Texas Lloyds Company;* In the United States District Court, Southern District of Texas, Brownsville Division. I affirm that the insurance policy attached is a true and correct copy of the original.

_____
Conrad E. Adams



A

SWORN TO and SUBSCRIBED before me by Conrad E. Adams on November 12, 2004.



Notary Public in and for the State of Texas

DEBBIE A. ASHLEY
NOTARY PUBLIC • STATE OF TEXAS
MY COMMISSION EXPIRES
DECEMBER 14, 2004

National Support Center
**Allstate Insurance Company**
1819 Electric Road S.W.
Roanoke, VA  24018-1618
Bus:  (540) 989-2200


**Allstate.**
You're in good hands.

Claim#  _820 269 9817_

To Whom It May Concern:

I, Linda Sisson, employee of Allstate Insurance Company, Roanoke, Virginia, do certify

that the enclosed is a copy of Policy Number _____ _961_ ,

in the name of _____ _Nora N Garcia_ _____ ,

showing the coverages that were on the policy at the time of loss of _1-5-02_ .

_Linda Sisson_
Claim Support

State of Virginia, County of Roanoke

On this _9th_ day of _January_ , 200~~5~~, before me

personally appeared Linda Sisson to me known to be the person who executed the

foregoing instrument and acknowledged that she executed the same as a free act and

deed.

_Shannon Flynt_
Notary Public

My Commission Expires:

> SHANNON FLYNT
> NOTARY PUBLIC
> Commonwealth of Virginia
> My Commission Expires Dec. 31, 2007

AL258GARC-000320



2004 JAN 20 A D 44

RECEIVED
SAMCO

AL258GARC-000321

*Archie Acevedo*
*5717 N 10th #A*
*McAllen TX 78504*

✓ Verify the information listed in the Declarations Page.
✓ Please call if you have any questions.
✓ File this package safely away.
✓ If premium is due or if it has changed, a bill or refund will be mailed separately.

Nora N Garcia
McAllen TX 78504-3901

**Policy Change Notice**

A change has been made to reflect new or corrected information affecting your policy. We want your policy information and your coverage to be up-to-date and accurate.

The change took effect on September 12, 2001. The accompanying Amended Declarations Page includes this change:

1st Mortgage information has been changed.

There is no change in premium for the current premium period.

The coverages and limits you carry on your policy are listed in detail on the enclosed Declarations Page. By comparing this Declarations Page with the most recent Declarations Page mailed to you, you can see any changes in detail.

If you have any questions or concerns, please contact your agent at (956) 631-3200.

Thanks again—it's a pleasure serving you.

*Customer Service Department*

Customer Service Department

AL258GARC-000323

**Allstate Texas Lloyd's**
A Lloyd's Company
8701 N. Freeport Pkwy. Irving, TX 75063-1908

## AMENDED - 09/12/01

# Texas Homeowners Policy - Form B
# Declarations Page

### *Summary*      *Allstate Classic*

| | | |
|---|---|---|
| **NAMED INSURED / MAILING ADDRESS** Nora N Garcia ~~McAllen~~ TX 78504-3901 | **YOUR ALLSTATE AGENT IS:** Archie Acevedo 5717 N 10th #A McAllen TX 78504 | **CONTACT YOUR AGENT AT:** (956) 631-3200 |
| **POLICY NUMBER** ████ 961 05/29 | **POLICY PERIOD** Effective date:  May 29, 2001 Expiration date: May 29, 2002 at 12:01 A.M. standard time at the location of the Residence Premises/Dwelling | **PREMIUM PERIOD** May 29, 2001 to May 29, 2002 at 12:01 A.M. standard time |

**Residence Premises / Dwelling**      LEGAL ALL OF LOT ████████
OF MCALLEN HID COUNTY TX

**Addition**

**Lot Block**

~~LEGAL ALL OF LOT 200 GARDEN BROOK SUBDIVISION, CITY OF~~ MCALLEN HID COUNTY TX

**AGENCY AT** McAllen,TX                **AGENT** Archie Acevedo

### *Total Premium for the Premium Period*  *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $562.00 |
| **TOTAL POLICY PREMIUM** | **$562.00** |

*The above premium includes an increase   of $0.00      for the period from Sep. 12, 2001   to May 29, 2002*



AL258GARC-000324

# Allstate Texas Lloyd's
A Lloyd's Company

Policy Number ▮▮▮▮961 05/29    . Your Agent:    **Archie Acevedo  (956) 631-3200**
For Premium Period Effective:  **May  29, 2001**    **Allstate Classic**

| COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|
| (Other Coverages, Limits and Exclusions apply - Refer to your Policy) | | |

| **SECTION I** | **PROPERTY** | | |
|---|---|---|---|
| Coverage A. | Dwelling | $52,000 | |
| | Other Structures | $5,200 | |
| Coverage B. | Personal Property | $31,200 | |
| | Personal Property Off Premises | $3,120 | |

| **SECTION II** | **LIABILITY** | | |
|---|---|---|---|
| Coverage C. | Personal Liability (Each Occurrence) | $100,000 | |
| Coverage D. | Medical Payments to Others (Each Person) | $1,000 | |

| Loss of Use Coverage | $10,400 | |
|---|---|---|

| **BASIC PREMIUM** | **$549.00** |
|---|---|
| Increased Liability Limits Premium | $7.00 |

| OTHER COVERAGES AND ENDORSEMENTS | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|
| HO-105 (7-8-92) Residence Glass Coverage | | $6.00 |

| DEDUCTIBLES (SECTION I ONLY) | AMOUNT OF DEDUCTIBLE | DEDUCTIBLE ADJUSTMENT PREMIUM |
|---|---|---|
| Deductible Clause 1 - Windstorm, Hurricane, Hail or Wind Driven Rain | $520.00 | $0.00 |
| | 1.0% | |
| Deductible Clause 2 - All Other Perils | $520.00 | $0.00 |
| | 1.0% | |

| **TOTAL POLICY PREMIUM** | **$562.00** |
|---|---|

(Continued on Next Page)

AI258GARC-000325

# Allstate Texas Lloyd's
A Lloyd's Company

Policy Numb█████████961 05/29    Your Agent:    **Archie Acevedo  (956) 631-3200**
For Premium Period Effective:  **May 29, 2001**    **Allstate Classic**

## DISCOUNTS    Your premium reflects the following discounts on applicable coverage(s):
Claim Free

## RATING INFORMATION
Key Rate: N/A    Construction: Brick Veneer
Hydrant- Under 500 feet    PPC: 04



Information as of
September 11, 2001

**Page 3**

AL258GARC-000326

# Allstate Texas Lloyd's
A Lloyd's Company

---

Policy Number███████061 05/29    Your Agent:    **Archie Acevedo  (956) 631-3200**
For Premium Period Effective: **May 29, 2001**    **Allstate Classic**

## Subject to the following Forms and Endorsements

Your Homeowners policy consists of this Declarations Page and the documents listed below. Please keep these together.
- Texas Homeowners Policy - Form B (1-1-96)
- HO-101 (10-2-93) Replacement of Personal Property
- HO-105 (7-8-92) Residence Glass Coverage

## Mortgagee

- VALLEY MORTGAGE COMPANY       ITS SUCCESSORS
  &/OR ASSIGNS
  P O Box 2707       McAllen TX 78502-2707       *Loan #  NONE*

## Policy Change Notice

Your policy has been changed effective on Sep. 12, 2001      for the following reason(s):
- 1st Mortgage information has been changed

## Important Payment and Coverage Information

The property insurance adjustment condition applies using the Boeckh Publications Building Cost Index developed by The American Appraisal Associates, Inc.

Do not pay.  Mortgagee has been billed.

---

IN WITNESS WHEREOF, Allstate has caused this policy to be signed by two of its officers at Irving, Texas, and if required by state law, this policy shall not be binding unless countersigned on the Declarations Page by an authorized agent of Allstate.

*E. J. Dixon*
Edward J. Dixon
President

*Susan L. Lees*
Susan L. Lees
Secretary

---

AL258GARC-000327

**Allstate Texas Lloyd's**
A Lloyd's Company

Policy Number: ████961 05/29    ·Your Agent:    Archie Acevedo (956) 631-3200
For Premium Period Effective: May 29, 2001    Allstate Classic

| # IMPORTANT NOTICE | # AVISO IMPORTANTE |
|---|---|
| To obtain information or make a complaint: | Para obtener informacion o para someter una queja: |
| You may call Allstate's toll-free telephone number for information or to make a complaint at | Usted puede llamar al numero de telefono gratis de Allstate para informacion o para someter una queja al |
| **1-800-949-2287** | **1-800-949-2287** |
| You may also write to Allstate at | Usted tambien puede escribir a Allstate |
| 8701 N. Freeport Pkwy Irving, TX 75063-1908 | 8701 N. Freeport Pkwy Irving, TX 75063-1908 |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at | Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al |
| **1-800-252-3439** | **1-800-252-3439** |
| You may write the Texas Department of Insurance | Puede escribir al Departamento de Seguros de Texas |
| P.O. Box 149104 Austin, TX 78714-9104 FAX # (512) 475-1771 | P.O. Box 149104 Austin, TX 78714-9104 FAX # (512) 475-1771 |

### PREMIUM OR CLAIM DISPUTES:

Should you have a dispute concerning your premium or about a claim, you should contact the agent or the company first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

### ATTACH THIS NOTICE TO YOUR POLICY:

This notice is for information only and does not become a part or condition of the attached document.

### DISPUTAS SOBRE PRIMAS O RECLAMOS:

Si tiene una disputa concerniente a su prima o a un reclamo debe comunicarse con el agente o la compania primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

### UNA ESTE AVISO A SU POLIZA:

Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

PROP *01888420148112384408894854*

X6565

AL258GARC-000328

AUTO *0000021650400001 01* information as of ... 21, 2000

# Allstate
# Automobile
# Insurance

## A Quick Guide to This Package

Please use the printed Insurance Card(s) below.

• **PROOF OF INSURANCE CARD**
  Attached at the right is one Proof of Insurance
  Card for each vehicle with liability coverage. You
  can use these cards to show that you are in com-
  pliance with state law.

• **POLICY DECLARATIONS**
  The Policy Declarations section contains detailed
  information about your policy such as drivers,
  vehicles, coverages, limits, and premiums.
  Please take a moment to check this information.

• **IMPORTANT NOTICE**
  The Important Notice section provides you with
  explanations about insurance issues or other pol-
  icy information that may be helpful
  to you.

Please use the printed Insurance Card(s) below.

• **QUESTIONS**
  Do you have any questions about this package?
  Just call your Allstate agent - or call the
  Allstate Customer Information Center at
  1-800-ALLSTATE (1-800-255-7828).

**Florida**
**Automobile Insurance**
**Identification Card**

**Allstate Indemnity Company**

POLICY NUMBER ████764 09/27   CO. CODE -09819   EFFECTIVE DATE 09/27/03

☒ PERSONAL INJURY PROTECTION BENEFITS/    ☐ BODILY INJURY LIABILITY
  PROPERTY DAMAGE LIABILITY

Jenifer Roberts
Clearwater FL 33765-1856

96 Toyota Camry    ███████████

**NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE**

**Important: Please note that this mailing is our
policy renewal offer. Your coverage won't
continue unless we receive the required
payment before the policy effective date
and time listed on the enclosed Policy
Declarations.**

**Florida**
**Automobile Insurance**
**Identification Card**

**Allstate Indemnity Company**

POLICY NUMBER ████764 09/27   CO. CODE -09819   EFFECTIVE DATE 09/27/03

☒ PERSONAL INJURY PROTECTION BENEFITS/    ☐ BODILY INJURY LIABILITY
  PROPERTY DAMAGE LIABILITY

**This is not a bill.**

Jenifer Roberts
Clearwater FL 33765-1856

96 Toyota Camry    ███████████

**NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE**

IFL

AL258GARC-000329

**If you have an accident or loss:**
- Get medical attention if needed. Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.
- Contact your agent as soon as possible.
  Todd Llewellyn Ins
  (727) 547-0227
  6155 Park Blvd
  Pinellas Park FL 33781
- If you are unable to contact your agent or broker, call the nearest Allstate Claim Office (check the phone book). If you are out of town, contact the nearest Allstate office.
- If you carry Auto Collision Insurance: Rental car coverage is provided, see outline of coverage. (This means Auto Collision insurance will apply to a vehicle rented on a short-term basis, not that you will be reimbursed for the cost of renting a substitute vehicle)

**Misrepresentation of insurance is a first degree misdemeanor**

**If you have an accident or loss:**
- Get medical attention if needed. Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.
- Contact your agent as soon as possible.
  Todd Llewellyn Ins
  (727) 547-0227
  6155 Park Blvd
  Pinellas Park FL 33781
- If you are unable to contact your agent or broker, call the nearest Allstate Claim Office (check the phone book). If you are out of town, contact the nearest Allstate office.
- If you carry Auto Collision Insurance: Rental car coverage is provided, see outline of coverage. (This means Auto Collision insurance will apply to a vehicle rented on a short-term basis, not that you will be reimbursed for the cost of renting a substitute vehicle)

**Misrepresentation of insurance is a first degree misdemeanor**

AL258GARC-000330

# Allstate
# Texas Homeowners Policy
# Form B



Prescribed by the Texas Department of Insurance
Homeowners Form B—Effective July 8, 1992
(Revised January 1, 1996)

AU2131-1

AL258GARC-000331

# QUICK REFERENCE
## TEXAS HOMEOWNERS POLICY — FORM B

Insuring Agreement .................................................. 2
Definitions ............................................................... 2

**SECTION I — PROPERTY COVERAGE**

Coverage A
   Dwelling
   Other Structures ............................................ 3
Coverage B ............................................................ 3
   Personal Property
   Personal Property Off Premises ..................... 3
Special Limits of Liability ...................................... 3
Property Not Covered ............................................ 4
Extensions of Coverage ........................................ 4
   Debris Removal
   Loss of Use .................................................... 5
   Reasonable Repairs ....................................... 5
   Trees, Shrubs, Plants and Lawns .................. 5
   Property Removed ........................................... 5
   Consequential Loss ........................................ 5
   Automatic Removal ......................................... 5
Perils Insured Against ........................................... 6
   Coverage A (Dwelling) ................................... 6
   Coverage B (Personal Property) .................... 6

Exclusions ............................................................. 6

Deductibles ........................................................... 7

Section I — Conditions ......................................... 9
   Insurable Interest and Limit of Liability ......... 9
   Residential Community Property Clause ........ 9
   Duties After Loss ........................................... 9
    Your Duties After Loss
    Our Duties After Loss ................................
   Loss Settlement ............................................. 10
   Loss to a Pair or Set ...................................... 11
   Salvage Rights ............................................... 12
   Appraisal ....................................................... 12
   Loss Payment ................................................ 12
   Catastrophe Claims ....................................... 12
   Other Insurance ............................................. 12
   Suit Against Us .............................................. 13
   Abandonment of Property .............................. 13
   Vacancy — Suspension of Coverage .......... 13
   Mortgage Clause ........................................... 13
   No Benefit to Bailee ....................................... 13

**SECTION II — LIABILITY COVERAGE** ............ 14

Coverage C (Personal Liability) ............................ 14
Coverage D (Medical Payments to Others) ........... 14

Exclusions
   Coverage C and D Exclusions
   Coverage C Exclusions ................................. 15
   Coverage D Exclusions ................................. 17

Additional Coverages
   Claim Expenses
   Imperative Medical Expenses to Others ....... 18
   Damage to Property of Others ....................... 18
Section II — Conditions ........................................ 18
   Limit of Liability
   Severability of Insurance ............................... 18
   Duties After Loss ........................................... 19
   Duties of an Injured Person ........................... 19
   Payment of Claim under Coverage D ............ 19
   Suit Against Us .............................................. 19
   Bankruptcy of the Insured ............................. 19
   Other Insurance ............................................. 20
   Notice of Settlement of Liability Claim .......... 20

**POLICY CONDITIONS
APPLYING TO SECTIONS I AND II**

Policy Period
Concealment or Fraud .......................................... 20
Liberalization Clause ............................................ 20
Waiver or Change of Policy Provisions ................. 20
Cancellation .......................................................... 20
Refusal to Renew .................................................. 20
Assignment ........................................................... 21
Subrogation ........................................................... 21
Death ..................................................................... 22

---

### YOUR DUTIES AFTER A LOSS

**Section I:**

1. Protect the property from further damage.
2. Give prompt written notice to the company.
3. Call the police if a law has been broken.
4. Make a list of all damaged personal property, including costs.
5. If requested, obtain proof of loss form from your agent or the company and submit within 91 days of the request.

**Section II:**

1. Do not make any voluntary payment except for first aid to others at the time of the accident.
2. Give written notice to agent or company, including details about the accident and any witnesses.
3. Send copies of legal notices you receive to the company.
4. Help the company get the necessary information to make settlement.

FOR A COMPLETE LIST OF YOUR DUTIES SEE
PAGES 9 AND 19 OF YOUR POLICY.

HO-B

AL258GARC-000332

# HOMEOWNERS FORM B

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

In this policy, 'you' and 'your' refer to the 'named insured' shown on the declarations page and the spouse if a resident of the same household. 'We', 'us' and 'our' refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1. "**Bodily injury**" means bodily harm, sickness or disease. This includes required care, loss of services and death that results.

2. "**Business**" includes trade, profession or occupation.

3. "**Business day**" when used in this policy means a day other than a Saturday, Sunday or holiday recognized by the state of Texas.

4. "**Insured**" means you and residents of your household who are:

   a. your relatives; or

   b. other persons under the age of 21 and in the care of any person named above.

Under Section II Liability, "**Insured**" also means:

   c. any person or organization legally responsible for animals or watercraft to which this policy applies. You or a person included in 4.a. or 4.b. above must own the animal or watercraft. A person or organization using or having custody of these animals or watercraft without consent of the owner is not an **insured**.

   d. With respect to any vehicle to which this policy applies:

      (1) any employee of an **insured** while engaged in the employment of the **insured**; or

      (2) any other person using the vehicle on an **insured location** with your consent.

5. "**Insured location**" means:

   a. the **residence premises**;

   b. the part of other premises, other structures and grounds you use as a residence and:

      (1) which is shown on the declarations page; or

      (2) which you acquire during the policy period for your use as a residence.

   c. any premises you use in connection with a premises in 5.a. or 5.b. above.

   d. any part of a premises:

      (1) not owned by an **insured**; and

      (2) where an **insured** is temporarily residing.

   e. vacant land, other than farm land, owned by or rented to an **insured**.

HO-B

PPOP *11000422603000000000000000*

Page 2

AL258GARC-000333

f.  land owned by or rented to an insured on which a one or two family dwelling is being built as a residence for an insured.

g.  individual or family cemetery plots or burial vaults of an insured.

h.  any part of a premises occasionally rented to an insured for other than business use.

6.  "Occurrence" means an accident, including exposure to conditions, which result in bodily injury or property damage during the policy period.

7.  "Property damage" means injury to, destruction of, or loss of use of property.

8.  "Residence employee" means an employee of an insured who performs duties related to the ownership, maintenance or use of the residence premises, including maintenance or use of a motor vehicle. This includes employees who perform similar duties elsewhere for an insured. This does not include employees while performing duties related to the business of an insured.

9.  "Residence premises" means the residence premises shown on the declarations page. This includes the one or two family dwelling, including other structures, and grounds where an insured resides or intends to reside within 60 days after the effective date of the policy.

## SECTION I — PROPERTY COVERAGE

**COVERAGE A (DWELLING)**

We cover:

1.  the dwelling on the residence premises shown on the declarations page including structures attached to the dwelling.

2.  other structures on the residence premises set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection.

The total limit of liability for other structures is the limit of liability shown on the declaration page or 10% of the Coverage A (Dwelling) limit of liability, whichever is greater. This is additional insurance and does not reduce the Coverage A (Dwelling) limit of liability.

We do not cover other structures:

a.  used for business purposes; or

b.  wholly rented to any person, unless used solely as a private garage.

3.  wall to wall carpeting attached to a building on the residence premises.

**COVERAGE B (PERSONAL PROPERTY)**

We cover:

1.  a.  personal property owned, worn or used by an insured while on the residence premises. This includes window or wall air conditioning units.

   b.  at your request, property of others while the property is on the part of the residence premises occupied by an insured.

2.  a.  personal property owned, worn or used by an insured anywhere in the world.

   b.  at your request, personal property of a residence employee when:

      (1)  the property is away from the residence premises of the residence employee and in the control of the residence employee; and

Page 3

HO-B

AL258GARC-000334

(2)  while the residence employee is performing work for you.

Our total limit of liability under 2.a. and 2.b. above is 10% of the Coverage B (Personal Property) limit of liability or $1000, whichever is greater. This is additional insurance and does not reduce the Coverage B (Personal Property) limit of liability.

SPECIAL LIMITS OF LIABILITY. These limits do not increase the Coverage B (Personal Property) limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category.

1.  Money/Bank Cards. $100 on money or numismatic property or loss by theft or unauthorized use of bank fund transfer cards registered to an insured.

2.  Bullion/Valuable Papers. $500 on gold or silver bullion, manuscripts, notes, securities, stamps, philatelic property, accounts, bills, deeds, evidences of debt, letters of credit, passports, documents, transportation or other tickets.

3.  Jewelry/Watches/Furs. $500 for loss by theft of jewelry, gems, watches, jewelry or furs.

4.  Business Personal Property. $2,500 on business property.

We do not cover any business property:

a.  that consists of samples or articles for sale or delivery; or

b.  if the property is away from the residence premises.

PROPERTY NOT COVERED. We do not cover:

1.  articles separately described and specifically insured by this or other insurance.

2.  animals or birds.

3.  motor or engine propelled vehicles or machines designed for movement on land, including attached machinery or equipment.

However, we do cover such vehicles which are not subject to motor vehicle registration and are:

a.  devices and equipment for assisting the handicapped.

b.  power mowers.

c.  golf carts.

d.  vehicles or machines used for recreational purposes while located on the residence premises.

e.  farm equipment not designed for use principally on public roads.

4.  trailers, semi-trailers or mobile homes. However, we do cover trailers and semi-trailers that are designed for use principally off public roads and boat trailers while on the residence premises.

5.  aircraft meaning any device used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

6.  watercraft, including outboard motors and furnishings or equipment.

We do cover watercraft, including outboard motors and furnishings or equipment, while located on land on the residence premises.

7.  property of roomers and tenants.

HO-B

AL258GARC-000335

8. property usually rented to others off the <u>residence premises.</u>

EXTENSIONS OF COVERAGE.

1. **DEBRIS REMOVAL.** We will pay your expense for the removal from the <u>residence premises</u> of:

   a. debris of covered property if a Peril Insured Against causes the loss.

   b. a tree that has damaged covered property if a Peril Insured Against causes the tree to fall.

   This does not increase the limit of liability that applies to the damaged property.

2. **LOSS OF USE.** If a loss caused by a Peril Insured Against under Section I makes the <u>residence premises</u> wholly or partially untenantable, we cover:

   a. additional living expense, meaning any necessary and reasonable increase in living expense you incur so that your household can maintain its normal standard of living.

   b. fair rental value, meaning the fair rental value of that part of the residence premises usually rented to other by you, less any expenses that do not continue.

   The total limit of liability for all loss of use is 20% of the Coverage A (Dwelling) limit of liability. This is additional insurance and does not reduce the Coverage A (Dwelling) limit of liability. The deductible clause does not apply to loss of use coverage.

   Payment will be for the reasonable time required to repair or replace the damaged property. If you permanently relocate, payment will be for the reasonable time required for your household to become settled.

The periods of time for loss of use are not limited by expiration of this policy.

3. **REASONABLE REPAIRS.** If a Peril Insured Against causes the loss, we will pay the reasonable cost you incur for necessary repairs made solely to protect covered property from further damage. This coverage does not increase the limit of liability that applies to the property being repaired.

4. **TREES, SHRUBS, PLANTS AND LAWNS.** We cover trees, shrubs, plants and lawns, on the <u>residence premises,</u> only for loss caused by the following Perils Insured Against: Fire or Lightning, Explosion, Aircraft, Vehicles not owned or operated by a resident of the <u>residence premises,</u> Vandalism and Malicious Mischief, Riot and Civil Commotion and Theft or attempted theft.

   The maximum limit of liability for this coverage is 5% of the Coverage A (Dwelling) limit of liability. We will not pay more than $250 for any one tree, shrub or plant, including the cost of removal. We do not cover property grown for <u>business</u> purposes.

   This is not additional insurance and does not increase the Coverage A (Dwelling) limit of liability. The deductible clause does not apply to trees, shrubs, plants and lawns.

5. **PROPERTY REMOVED.** We pay for expense and damage incurred in the removal of covered property from an <u>insured location</u> endangered by a Peril Insured Against. This coverage exists on a pro rata basis for 30 days at each location to which such property is removed for preservation. This is not additional insurance and does not increase the Coverage B (Personal Property) limit of liability.

6. **CONSEQUENTIAL LOSS.** We insure:

   a. property contained in a building on the <u>residence premises</u> against loss due to

HO-B

AL258GARC-000336

change in temperature as a direct result of physical damage to the dwelling, or any equipment contained in the dwelling, caused by a Peril Insured Against. The deductible clause does not apply to this coverage.

b. property contained in a building on the residence premises against a loss due to change in temperature as a direct result of physical damage to any power, heating or cooling equipment (including connections and supply pipes) not contained in or on the dwelling, caused by a Peril Insured Against.

The total limit of liability for the coverage described in 6.b. above is $500. This is not additional insurance and does not increase the Coverage B (Personal Property) limit of liability.

7. **AUTOMATIC REMOVAL.** If you move from the residence premises shown on the declarations page to another location within the United States, to be occupied as your principal residence, we cover:

a. the personal property under Coverage B (Personal Property) at each location in the proportion that the value at each location bears to the total value of all the personal property covered under Coverage B (Personal Property).

b. property in transit up to 10% of the Coverage B (Personal Property) limit of liability or $1,000, whichever is greater.

We provide coverage for only 30 days from the date the removal begins.

---

## SECTION I — PERILS INSURED AGAINST

**COVERAGE A (DWELLING)**

We insure against all risks of physical loss to the property described in Section I Property Coverage, Coverage A (Dwelling) unless the loss is excluded in Section I Exclusions.

**COVERAGE B (PERSONAL PROPERTY)**

We insure against physical loss to the property described in Section I Property Coverage, Coverage B (Personal Property) caused by a peril listed below, unless the loss is excluded in Section I Exclusions.

1. Fire and Lightning.

2. Sudden and Accidental Damage from Smoke.

3. Windstorm, Hurricane and Hail.

4. Explosion.

5. Aircraft and Vehicles.

6. Vandalism and Malicious Mischief.

7. Riot and Civil Commotion.

8. Collapse of Building or any part of the building.

9. Accidental Discharge, Leakage or Overflow of Water or Steam from within a plumbing, heating or air conditioning system or household appliance.

A loss resulting from this peril includes the cost of tearing out and replacing any part of the building necessary to repair or replace the system or appliance. But this does not include loss to the system or appliance from which the water or steam escaped.

Exclusions 1.a. through 1.h. under Section I Exclusions do not apply to loss caused by this peril.

HO-8



AL258GARC-000337

10. **Falling Objects.**

    This peril does not include loss to property contained in a building unless the roof or outside wall of the building is first damaged by the falling object.

11. **Freezing of household appliances.**

12. **Theft,** including attempted theft and loss of property from a known place when it is likely that the property has been stolen.

---

## SECTION I — EXCLUSIONS

1. The following exclusions apply to loss to property described under Coverage A (Dwelling) or Coverage B (Personal Property), but they do not apply to an ensuring loss caused by fire, smoke or explosion.

   a. We do not cover loss to electrical devices or wiring caused by electricity other than lightning.

   b. We do not cover loss caused by smog or by smoke from industrial or agricultural operations.

   c. We do not cover loss caused by windstorm, hurricane or hail to:

      (1) cloth awnings, greenhouses and their contents, buildings or structures located wholly or partially over water and their contents.

      (2) radio and television towers, outside satellite dishes, masts and antennas, including lead-in wiring, windchargers and windmills.

      (3) personal property contained in a building unless direct force of wind or hail makes an opening in a roof or wall and rain, snow, sand or dust enters through this opening and causes the damage.

   d. We do not cover loss of the following property by theft, including attempted theft and loss of property from a known place

   when it is likely that the property has been stolen.

      (1) personal property while away from the residence premises at any other residence owned by, rented to or occupied by an insured, except while an insured is temporarily living there.

      (2) building materials and supplies not on the residence premises.

   e. We do not cover loss to machinery, appliances and mechanical devices caused by mechanical breakdown.

   f. We do not cover loss caused by:

      (1) wear and tear, deterioration or loss caused by any quality in property that causes it to damage or destroy itself.

      (2) rust, rot, mold or other fungi.

      (3) dampness of atmosphere, extremes of temperature.

      (4) contamination.

      (5) rats, mice, termites, moths or other insects.

   We do cover ensuing loss caused by collapse of building or any part of the building, water damage or breakage of glass which is part of the building if the loss would otherwise be covered under this policy.

HO-8

Page 7

AL258GARC-000338

g. We do not cover loss caused by animals or birds owned or kept by an **insured** or occupant of the **residence premises**.

We do cover ensuing loss caused by collapse of building or any part of the building, water damage or breakage of glass which is part of the building if the loss would otherwise be covered under this policy.

h. We do not cover loss under Coverage A (Dwelling) caused by settling, cracking, bulging, shrinkage, or expansion of foundations, walls, floors, ceilings, roof structures, walls, drives, curbs, fences, retaining walls or swimming pools.

We do cover ensuing loss caused by collapse of building or any part of the building, water damage or breakage of glass which is part of the building if the loss would otherwise be covered under this policy.

i. We do not cover loss caused by or resulting from flood, surface water, waves, tidal water or tidal waves, overflow of streams or other bodies of water or spray from any of these, whether or not driven by wind.

We do cover an ensuing loss by theft or attempted theft or any act or attempted act of stealing.

j. We do not cover loss caused by or resulting from freezing while the building is unoccupied unless you have used reasonable care to:

(1) maintain heat in the building; or

(2) shut off the water supply and drain plumbing, heating and air conditioning systems of water.

k. We do not cover loss caused by earthquake, landslide or earth movement.

2. **GOVERNMENTAL ACTION.**

We do not cover loss caused by the destruction of property by order of governmental authority.

But we do cover loss caused by acts of destruction ordered by governmental authority taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

3. **BUILDING LAWS.**

We do not cover loss caused by or resulting from the enforcement of any ordinance or law regulating the construction, repair or demolition of a building or structure.

4. **WAR DAMAGE.**

[illegible]

5. **NUCLEAR DAMAGE.**

We do not cover loss resulting directly or indirectly from nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused. We cover direct loss by fire resulting from nuclear reaction, radiation or radioactive contamination.

HO-B



AL258GARC-000339

## SECTION I — DEDUCTIBLES

**DEDUCTIBLE CLAUSE 1 — WINDSTORM, HURRICANE, HAIL OR WIND DRIVEN RAIN —**
The amount shown on the declarations page for Deductible Clause 1 will be deducted from the combined amount of each loss under Coverage A (Dwelling) and Coverage B (Personal Property) that results from windstorm, hurricane, hail or wind driven rain.

**DEDUCTIBLE CLAUSE 2 — ALL OTHER PERILS**
— The amount shown on the declarations page

for Deductible Clause 2 will be deducted from the combined amount of each loss under Coverage A (Dwelling) and Coverage B (Personal Property), unless the loss results from windstorm, hurricane, hail or wind driven rain.

If a single event causes loss by windstorm, hurricane, hail or wind driven rain and loss by lightning, only the larger deductible will apply.

## SECTION I — CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

   a. to the insured for more than the amount of the insured's interest at the time of loss; or

   b. for more than the applicable limit of liability.

   Each time there is a loss to any building insured under Coverage A (Dwelling), the amount of insurance applicable to that building for loss by fire will be reduced by the amount of the loss. As repairs are made, the amount of insurance will be reinstated up to the limit of liability shown on the declarations page.

   **Article 6.13. Policy A Liquidated Demand.** A fire insurance policy, in case of a total loss by fire of property insured, shall be held and considered to be a liquidated demand against the company for the full amount of such policy. The provisions of this article shall not apply to personal property.

2. **Residential Community Property Clause.** This policy, subject to all other terms and conditions, when covering residential community property, as defined by state law, shall remain in full force

and effect as to the interest of each spouse covered, irrespective of divorce or change of ownership between the spouses unless excluded by endorsement attached to this policy, until the expiration of the policy or until cancelled in accordance with the terms and conditions of this policy.

3. **Duties After Loss.**

   a. Your Duties After Loss. In case of a loss to covered property caused by a peril insured against, you must:

      (1) give prompt written notice to us of the facts relating to the claim.

      (2) notify the police in case of loss by theft.

      (3) (a) protect the property from further damage.

          (b) make reasonable and necessary repairs to protect the property.

          (c) keep an accurate record of repair expenses.

Page 9

HO-B

AL258GARC-00

(4) furnish a complete inventory of damaged personal property showing the quantity, description and amount of loss. Attach all bills, receipts and related documents which you have that justify the figures in the inventory.

(5) as often as we reasonably require:

    (a) provide us access to the damaged property.

    (b) provide us with pertinent records and documents we request and permit us to make copies.

    (c) submit to examination under oath and sign and swear to it.

(6) send to us if we request, your signed sworn proof of loss within 91 days of our request on a standard form supplied by us. We must request a signed sworn proof of loss within 15 days after we receive your written notice, or we waive our right to require a proof of loss within 91 days. (We) do waive our other rights under this policy.

    (a) This proof of loss must state, to the best of your knowledge and belief:

        (i) the time and cause of loss;

        (ii) the interest of the insured and all others in the property involved including all liens on the property.

        (iii) other insurance which may cover the loss.

        (iv) the actual cash value of each item of property and the amount of loss to each item.

    (b) If you elect to make claim under the Replacement Cost Coverage of this policy, this proof of loss shall also state, to the best of your knowledge and belief:

        (i) the replacement cost of the described dwelling.

        (ii) the replacement cost of any other building on which loss is claimed.

        (iii) the full cost of repair or replacement of loss without deduction for depreciation.

b. Our Duties After Loss.

(1) Within 15 days after we receive your written notice of claim, we must:

    (a) acknowledge receipt of the claim.

If our acknowledgment of the claim is not in writing, we will keep a record of the date, method and content of our acknowledgment.

    (b) begin any investigation of the claim.

    (c) specify the information you must provide in accordance with "Your Duties After Loss" (Item 3.a. above).

We may request more information, if during the investigation of the claim such additional information is necessary.

(2) After we receive the information we request, we must notify you in writing whether the claim will be paid or has been denied or whether more information is needed:

HO-B



AL258GARC-000341



(a) within 15 business days; or

(b) within 30 days if we have reason to believe the loss resulted from arson.

(3) If we do not approve payment of your claim or require more time for processing your claim, we must:

(a) give the reasons for denying your claim; or

(b) give the reasons we require more time to process your claim. But, we must either approve or deny your claim within 45 days after requesting more time.

4. **Loss Settlement.** Covered property losses are settled as follows:

a. Our limit of liability and payment for covered losses to personal property, wall to wall carpeting, cloth awnings and fences will not exceed the smallest of the following:

(1) the actual cash value at the time of loss determined with proper deduction for depreciation.

(2) the cost to repair or replace the damaged property with material of like kind and quality, with proper deduction for depreciation; or

(3) the specified limit of liability of the policy.

b. Our limit of liability for covered losses to dwelling and other structure(s) under Coverage A (Dwelling), except wall to wall carpeting, cloth awnings and fences, will be at replacement cost settlement subject to the following:

(1) If, at the time of loss, the Coverage A (Dwelling) limit of liability is 80% or more of the full replacement cost of the dwelling, we will pay the repair or replacement cost of the damaged building structure(s), without deduction for depreciation.

(2) If, at the time of loss, the Coverage A (Dwelling) limit of liability is less than 80% of the full replacement cost of the dwelling, we will pay only a proportionate share of the full replacement cost of the damaged building structure(s). Our share is equal to:

Replacement Cost of the Loss
X
Coverage A (Dwelling) Limit of Liability
80% of Replacement Cost of the Dwelling

(3) If, at the time of loss, the actual cash value of the damaged building structure(s) is greater than the replacement cost determined under (1) or (2) above, we will pay the actual cash value up to the applicable limit of liability.

In determining the amount of insurance required to equal 80% of the full replacement cost of the dwelling, do not include the value of excavations, underground pipes, and wiring and foundations which are below the surface of the ground.

We will pay only the actual cash value of the damaged building structure(s) until repair or replacement is completed. Repair or replacement must be completed within 365 days after loss unless you request in writing that this time limit be extended for an additional 180 days. Upon completion of repairs or replacement, we will pay the additional amount claimed under

HO-B

AL258GARC-000342

replacement cost coverage, but our payment will not exceed the smallest of the following:

(1) the limit of liability under this policy applicable to the damaged or destroyed building structure(s);

(2) the cost to repair or replace that part of the building structure(s) damaged, with material of like kind and quality and for the same use and occupancy on the same premises; or

(3) the amount actually and necessarily spent to repair or replace the damaged building structure(s).

5. **Loss to a Pair or Set.** In case of loss to an item which is part of a pair or set, the measure of loss shall be a reasonable and fair proportion of the total value of the pair or set. The importance of the item will be considered in assessing the loss. Such loss will not be considered a total loss of the pair or set.

6. **Salvage Rights.** If we notify you that we will pay your claim or part of your claim, we will also state whether we will take title to any part of the damaged property. We will bear the expense of our salvage rights.

7. **Appraisal.** If you and we fail to agree on the actual cash value, amount of loss, or cost of repair or replacement, either can make a written demand for appraisal. Each will then select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a district court of a judicial district where the loss occurred. The two appraisers will then set the amount of loss, stating separately the actual cash value and loss to each item. If you or we

request that they do so, the appraisers will also set:

a. the full replacement cost of the dwelling.

b. the full replacement cost of any other building upon which loss is claimed.

c. the full cost of repair or replacement of loss to such building, without deduction for depreciation.

If the appraisers fail to agree, they will submit their differences to the umpire. An itemized decision agreed to by any two of these three and filed with us will set the amount of the loss. Such award shall be binding on you and us.

Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally.

8. **Loss Payment.**

a. If we notify you that we will pay your claim, or part of your claim, we will do so within ___ business days after ___

b. If payment of your claim or part of your claim requires the performance of an act by you, we must pay within ___ days after the date you perform the act.

9. **Catastrophe Claims.**

If a claim results from a weather related catastrophe or a major natural disaster, each claim handling deadline shown under the Duties After Loss and Loss Payment provisions is extended for an additional 15 days.

Catastrophe or Major Natural Disaster means a weather related event which:

a. is declared a disaster under the Texas Disaster Act of 1975; or

HO-B

Page 12



AL258GARC-000343

b.  is determined to be a catastrophe by the State Board of Insurance.

10. **Other Insurance—Section I.** Other insurance is permitted on property covered by this policy, but other insurance covering the dwelling is not permitted. If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

11. **Suit Against Us.** No suit or action can be brought unless the policy provisions have been complied with. Action brought against us must be started within two years and one day after the cause of action accrues.

12. **Abandonment or Property.** There can be no abandonment of property to us.

13. **Vacancy.** If the insured moves from the dwelling and a substantial part of the personal property is removed from that dwelling, the dwelling will be considered vacant. Coverage that applies under Coverage A (Dwelling) will be suspended effective 60 days after the dwelling becomes vacant. The coverage will remain suspended during such vacancy.

14. **Mortgage Clause (without contribution).**

   a. The word "mortgagee" includes trustee.

   b. We will pay for any covered loss of or damage to buildings or structures to the mortgagee shown on the declarations page as interests appear.

   c. The mortgagee has the right to receive loss payment even if the mortgagee has started foreclosure or similar action on the building or structure.

   d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgagee has

the right to receive loss payment if the mortgagee:

   (1) at our request, pays any premiums due under this policy, if you have failed to do so.

   (2) submits a signed, sworn statement of loss within 91 days after receiving notice from us of your failure to do so.

   (3) has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgagee.

   All of the terms of this policy will then apply directly to the mortgagee. Failure of the mortgagee to comply with d.(1), d.(2) or d.(3) above shall void this policy as to the interest of the mortgagee.

   e. If we pay the mortgagee for any loss or damage and deny payment to you because of your acts or because you failed to comply with the terms of this policy:

   (1) the mortgagee's rights under the mortgage will be transferred to us to the extent of the amount we pay,

   (2) the mortgagee's right to recover the full amount of the mortgagee's claim will not be impaired.

   At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

   f. If this policy is cancelled, we will give the mortgagee specifically named on the declarations page written notice of cancellation.

Page 13

HO-B

AL258GARC-0

If we cancel the policy, we will give the mortgagee the same number of days notice of cancellation we give to you.

If you cancel the policy, we will give the mortgagee notice of cancellation to be effective on the date stated in the notice. The date of cancellation cannot be before the 10th day after the date we mail the notice.

We will not give notice of cancellation to any successor or assignee of the mortgagee named in this policy.

g.  If the property described under Coverage A (Dwelling) is foreclosed upon under the deed of trust, the mortgagee may cancel this policy of insurance and will be entitled to any unearned premiums from this policy.

The mortgagee must credit any unearned premium against any deficiency owed by the borrower and return any unearned premium not so credited to the borrower. The unearned premium will be figured using the customary pro rata procedures.

h.  If we elect not to renew the policy, the mortgagee specifically named on the declarations page will be given 30 days written notice of the non-renewal.

15.  No Benefit to Bailee. We will not recognize any assignment or grant any coverage for the benefit of a person or organization holding, storing or moving property for a fee.

## SECTION II — LIABILITY COVERAGE

**COVERAGE C (Personal Liability)**

If a claim is made or a suit is brought against an insured for damages because of bodily injury or property damage caused by an occurrence to which this coverage applies, we will:

1.  pay up to our limit of liability for the damages for which the insured is legally liable. Damages include pre-judgment interest awarded against the insured; and

2.  provide a defense at our expense by counsel of our choice even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate.

**COVERAGE D (Medical Payments to Others)**

We will pay the necessary medical expenses incurred or medically determined within three years from the date of an accident causing bodily injury. Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital,

professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household. This coverage does apply to residence employees. As to others, this coverage applies only:

1.  to a person on the insured location with the permission of an insured; or

2.  to a person off the insured location, if the bodily injury:

a.  arises out of a condition on the insured location or the ways immediately adjoining.

b.  is caused by the activities of an insured.

c.  is caused by a residence employee in the course of the residence employee's employment by an insured.

d.  is caused by an animal owned by or in the care of an insured.

HO-B

Page 14



AL258GARC-000345

## SECTION II — EXCLUSIONS

1. Coverage C (Personal Liability) and Coverage D (Medical Payments to Others) do not apply to:

   a. **bodily injury** or **property damage** which is caused intentionally by or at the direction of the **insured**.

   b. **bodily injury** or **property damage** arising out of or in connection with a **business** engaged in by an **insured**. But this exclusion does not apply to activities which are ordinarily incidental to non-business pursuits.

   c. **bodily injury** or **property damage** arising out of the rental or holding for rental of any part of any premises by an **insured**. This exclusion does not apply to the rental or holding for rental of an **insured location**:

      (1) on an occasional basis if used only as a residence.

      (2) in part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders.

      (3) in part, as an office, school or studio.

      (4) if the rental is for not more than three car spaces or stalls in garages or stables.

   d. **bodily injury** or **property damage** arising out of the rendering of or failure to render professional services.

   e. **bodily injury** or **property damage** arising out of a premises:

      (1) owned by an **insured**;

      (2) rented to an **insured**; or

      (3) rented to others by an **insured**;

      that is not an **insured location**.

      This exclusion does not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by an **insured**.

   f. **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of:

      (1) motor or engine propelled vehicles or machines designed for movement on land, including attached machinery or equipment;

      (2) trailers, semi-trailers or mobile homes;

      which are owned or operated by or rented or loaned to an **insured**.

      However, this exclusion does not apply to:

      (1) motor vehicles which are not subject to motor vehicle registration and are:

         (a) used for assisting the handicapped.

         (b) used to service an **insured location**.

         (c) golf carts while on the **residence premises** or used for golfing purposes.

         (d) designed and used for recreational purposes, and are:

            (i) not owned by an **insured**; or

AL258GARC-00

(ii) owned by an **insured** while on the **residence premises**.

(e) in dead storage on the **residence premises**.

(f) used exclusively on the **residence premises**.

(2) trailers or semi-trailers while not being towed by or carried on a motor vehicle.

This exclusion does not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by an **insured**.

g. **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of watercraft:

(1) with inboard or inboard-outdrive motor power of more than 50 horsepower owned by or rented to an **insured**;

(2) powered by one or more outboard motors with more than 25 total horsepower if the outboard motor is owned by an **insured**. But, outboard motors of more than 25 total horsepower are covered for the policy period if:

(a) you acquire them prior to the policy period and:

(i) you declare them at policy inception; or

(ii) your intention to insure is reported to us in writing within 45 days after you acquire the outboard motors.

(b) you acquire them during the policy period.

(3) that is a sailing vessel, with or without auxiliary power, which is 26 feet or more in length owned by or rented to an **insured**.

This exclusion does not apply while the watercraft is on the **residence premises**.

This exclusion does not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by an **insured**.

h. **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of aircraft.

Aircraft means any device used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

This exclusion does not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by an **insured**.

**bodily injury** or **property damage** arising out of:

(1) the entrustment by an **insured** to any person; or

(2) the negligent supervision by an **insured** of any person;

with regard to the ownership, maintenance or use of any motor vehicle, watercraft or aircraft which is excluded in paragraph f., g. or h. above.

This exclusion does not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by an **insured**.

HO-B                                                                    Page 15



AL258GARC-000347

j. **bodily injury** or **property damage** caused directly or indirectly by war. This includes undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for military purpose, and any consequence of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

k. **bodily injury** or **property damage** arising out of the transmission of sickness or disease by an **insured** through sexual contact.

l. **bodily injury** to any person eligible to receive any benefits voluntarily provided or required to be provided by an **insured** under any workers' compensation law or occupational disease law.

2. **Coverage C (Personal Liability) does not apply to:**

   a. liability under any contract or agreement.

   However, this exclusion does not apply to written contracts:

   (1) that directly relate to the ownership, maintenance or use of an **insured location**; or

   (2) where the liability of others is assumed by an **insured**;

   unless excluded elsewhere in this policy.

   b. **property damage** to property owned by an **insured**.

c. **property damage** to property rented to, occupied or used by or in the care of an **insured**.

This exclusion does not apply to **property damage** caused by fire, smoke or explosion.

d. **bodily injury** or **property damage** for which an **insured** under this policy is also an insured under a nuclear energy liability policy or would be an insured under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by American Nuclear Insurers, Mutual Atomic Energy Liability Underwriters, or Nuclear Insurance Association of Canada.

e. **bodily injury** to you or an **insured** within the meaning of part a. or part b. of **insured** as defined.

3. **Coverage D (Medical Payments to Others) does not apply to:**

   a. **bodily injury** to a **residence employee** if the **bodily injury**:

   (1) occurs off the **insured location**; and

   (2) does not arise out of or in the course of the **residence employee's** employment by an **insured**.

   b. **bodily injury** to any person, other than a **residence employee** of an **insured**, regularly residing on any part of the **insured location**.

HO-B

Page 17

AL258GARC-000348

## SECTION II — ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

1. **Claim Expenses. We pay:**

   a. expenses we incur and costs taxed against an **insured** in any suit we defend.

   b. premiums on bonds required in a suit we defend but not for bond amounts more than the limit of liability for Coverage C (Personal Liability). We need not apply for or furnish any bond.

   c. reasonable expenses incurred by an **insured** at our request, including actual loss of earnings (but not loss of other income) up to $50 per day, for assisting us in the investigation or defense of a claim or suit.

   d. interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

2. **Imperative Medical Expenses.** We pay expenses incurred by an **insured** for damages owed and the medical and surgical relief to others if imperative at the time of the accident.

3. **Damage to Property of Others.** We pay replacement cost up to $500 per **occurrence** for

**property damage** to property of others caused by an **insured**.

We do not pay for **property damage:**

   a. caused intentionally by an **insured** who is 13 years of age or older.

   b. to property owned by an **insured**.

   c. to property owned by or rented to a tenant of an **insured** or a resident in your household.

   d. arising out of:

      (1) a **business** engaged in by an **insured**.

      (2) any act or omission in connection with a premises owned, rented or controlled by an **insured**, other than **the insured location**.

      (3) the ownership, maintenance, use, loading or unloading of aircraft, a watercraft or motor vehicle or all other motorized land conveyance.

This exclusion does not apply to any motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by an **insured**.

## SECTION II — CONDITIONS

1. **Limit of Liability.** The limit of liability for Coverage C (Personal Liability) shown on the declarations page is our total liability under Coverage C (Personal Liability) for all damages resulting from any one **occurrence**. This limit is the same regardless of the number of **insureds**, claims made or persons injured.

   The limit of liability for Coverage D (Medical Payments to Others) shown on the declarations page is our total liability under Coverage D

Page 18

HO-B



AL258GARC-000349

(Medical Payments to Others) for all medical expense payable for **bodily injury** to one person as the result of one accident. The total limit of our liability for all expenses payable to two or more persons injured in one accident is $25,000.

2.  **Severability of Insurance.** This insurance applies separately to each **insured**. This condition will not increase our limit of liability for any one **occurrence**.

3.  **Duties After Loss.** In case of an accident or **occurrence**, the **insured** will perform the following duties that apply or will help us by seeing that these duties are preformed:

    a.  Give written notice to us or our agent as soon as is practical, which sets forth:

        (1)  the identity of the policy and **insured**.

        (2)  reasonably available information on the time, place and circumstances of the accident or **occurrence**.

        (3)  names and addresses of any claimants and witnesses.

    b.  Promptly forward to us every notice, demand, summons or other process relating to the accident or **occurrence**.

    c.  At our request, help us:

        (1)  to make settlement.

        (2)  to enforce any right of contribution or indemnity against any person or organization who may be liable to an **insured**.

        (3)  with the conduct of suits, including attending hearings and trials.

        (4)  to secure evidence and obtain the attendance of witnesses.

    d.  The **insured** will not, except at the **insured's** own cost, voluntarily make payment, assume obligation or incur expense other than for immediate medical and surgical relief to others at the time of the **bodily injury**.

4.  **Duties of an Injured Person — Coverage D (Medical Payments to Others).**

    The injured person or someone acting for the injured person will:

    a.  give us written proof of claim, under oath if required, as soon as is practical.

    b.  authorize us to obtain copies of medical reports and records.

    The injured person will submit to a physical exam by a doctor or our choice when and as often as we reasonably require.

5.  **Payment of Claim — Coverage D (Medical Payments to Others).** Payment under this coverage is not an admission of liability by an **insured** or us.

6.  **Suit Against Us.** No action can be brought against us unless there has been compliance with the policy provisions.

    No one will have the right to join us as a party to any action against an **insured**. Also, no action with respect to Coverage C (Personal Liability) can be brought against us until the obligation of the **insured** has been determined by final judgment or agreement.

    Under Coverage D (Medical Payment to Others), no action can be brought until 30 days after the required proofs of claim have been filed with us.

7.  **Bankruptcy of the Insured.** Bankruptcy or insolvency of the **insured** or of the **insured's** estate will not relieve us of our obligations under this policy.

Page 19

HO-B

AL258GARC-00035

8.  **Other Insurance — Section II.** If the **insured** has other insurance under Coverage C (Personal Liability), we will not be liable for a greater proportion of a loss than the limit of liability shown on the declarations page bears to the total limit of all valid and collectible insurance against such loss.

    However, with respect to loss arising out of the ownership, maintenance, operation, use, loading or unloading of:

    a.  any motor vehicle or recreational vehicle at the **residence premises**; or

    b.  watercraft,

    this policy will not apply to the extent that any valid and collectible insurance is available to the **insured**.

9.  **Notice of Settlement of Liability Claim.**

    a.  We will notify the **insured** in writing of any initial offer to compromise or settle a claim against the **insured** under the liability section of this policy. We will give the **insured** notice within 10 days after the date the offer is made.

    b.  We will notify the **insured** in writing of any settlement of a claim against the **insured** under the liability section of this policy. We will give the **insured** notice within 30 days after the date of the settlement.

## SECTION I AND II — CONDITIONS

1.  **Policy Period.** This policy applies only to loss in Section I or **bodily injury** or **property damage** in Section II which occurs during the policy period stated on the declarations page.

2.  **Concealment or Fraud.** This policy is void as to you and any other **insured**, if you or any other person or **insured** under this policy has intentionally concealed or misrepresented any material fact or circumstance, made false statements or committed fraud relating to this insurance, whether before or after a loss.

3.  **Liberalization Clause.** If the State Board of Insurance adopts a revision which would broaden or extend the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened or extended coverage will immediately apply to this policy.

4.  **Waiver or Change of Policy Provisions.** Changes in this policy may be made and perils added only by attaching a written endorsement properly executed by our authorized agent. No provision of this policy may be waived unless the terms of this policy allow the provision to be waived. Our request for an appraisal or examination will not waive any of our rights.

5.  **Cancellation.**

    a.  You may cancel this policy at any time by notifying us of the date cancellation is to take effect. We will send you any refund due when the policy is returned to us.

    b.  We may cancel this policy for the reasons stated in this condition by mailing you notice in writing of the date cancellation takes effect.

        (1)  If this policy has been in effect for less than 90 days and is not a renewal policy, we may cancel this policy for any reason.

             The effective date of cancellation cannot be before:

AL258GARC-000351

(a) the 10th day after we mail notice if we cancel for non-payment of premium.

(b) the 30th day after we mail notice if we cancel for any other reason.

(2) If this policy has been in effect 90 days or more, we may not cancel this policy unless:

(a) you do not pay the premium or any portion of the premium when due.

(b) the State Board of Insurance determines that continuation of the policy would violate the Texas Insurance Code or any other laws governing the business of insurance in this state.

(c) you submit a fraudulent claim.

(d) there is an increase in hazard covered by this policy that is within your control and that would produce an increase in the premium/rate of this policy.

The effective date of cancellation cannot be before the 10th day after we mail the notice. Our notice of cancellation must state the reason for cancellation.

c. If we cancel, our notice to you will state that if the refund is not included with the notice, it will be returned on demand.

d. We may not cancel this policy solely because you are an elected official.

6. Refusal to Renew.

a. We may not refuse to renew this policy because of claims for losses resulting from natural causes.

b. We may not refuse to renew this policy solely because you are an elected official.

c. We may refuse to renew this policy if you have filed three or more claims under the policy in any three year period that do not result from natural causes.

If you have filed two claims in a period of less than three years, we may notify you in writing, that if you file a third claim during the three year period, we may refuse to renew this policy by providing you proper notice of our refusal to renew as provided in d. below. If we do not notify you after the second claim, we may not refuse to renew this policy because of losses.

A claim does not include a claim that is filed but is not paid or payable under the policy.

d. If we refuse to renew this policy, we must deliver to you, or mail to you at your mailing address shown on the declarations page and any mortgagee named in the declarations page, written notice of our refusal to renew not later than the 30th day before the date on which this policy expires. Proof of mailing will be sufficient proof of notice. If we fail to give you proper notice of our decision not to renew, you may require us to renew the policy.

7. Assignment. Assignment of this policy will not be valid unless we give our written consent.

8. Subrogation. An insured may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

HO-B

AL258GARC-000352



**ENDORSEMENT NO. HO-101**
Effective
October 2, 1993



**SECTION I PROPERTY COVERAGE**

For an included additional premium, our limit of liability and payment for covered loss to:

1.    personal property; and

2.    wall-to-wall carpeting and cloth awning (Forms HO-B & HO-C only);

is extended to include Replacement Cost. Replacement Cost means there will not be a deduction
Payment will not exceed the smallest of the following:

   a.    the Coverage B (Personal Property) limit of liability;

   b.    the replacement cost at the time of loss;

   c.    for property that is repairable, the cost of repair with material of like kind and quality with
         depreciation; or,

   d.    the interest of the <u>insured</u>.

We do not pay replacement cost for:

   a.    property which cannot be replaced.

   b.    property not maintained in good or workable condition.

   c.    property that is either obsolete or useless to the <u>insured</u> at the time of loss.

   d.    watercraft including outboard motors for any replacement cost in excess of $2,500.

         We will pay replacement cost of watercraft including outboard motors up to a limit of $2,5

   e.    Property that is not repaired or replaced.

**Loss Settlement:**

   a.    We will pay you:

      1.    the replacement cost of your damaged property up to $1,500; and

      2.    the actual cash value of your remaining damaged property

         within 5 business days after we notify you that we will pay the claim.

         If you repair or replace the damaged property, you may make claim for reimbursement
         cost basis for the replacement cost of your property exceeding $1,500.  You must
         replace the property within 365 days after the loss.  Reimbursement will be made within
         after we receive proof that the property has been repaired, restored or replaced.

   b.    In lieu of (a.) above, we may offer and you may accept or reject our offer to provide a re
         like kind and quality for your damaged property.

AL258GARC-000353

# ENDORSEMENT NO. HO-105
## Effective
## July 8, 1992

# RESIDENCE GLASS COVERAGE

The terms and conditions of this endorsement apply only to the property described in this endorsement. None of the terms, conditions and limits of liability stated in the policy apply to this endorsement except the Waiver or Change of Policy Provisions, Cancellation, Assignment, Subrogation and Definitions.

This insurance applies to: (check the box(es) that applies)

☐   Unscheduled Glass;

☐   Scheduled Glass described in the schedule below;

while in or on the dwelling or other structures on the <u>residence premises</u>.

1.   Residence Glass Coverage.   We will pay for damages to residence glass caused by breakage of or by chemicals applied to such glass if:

   a.   described in the schedule below.

   b.   permanently attached to the dwelling or other structures on the <u>residence premises</u>, including storm windows and doors not permanently attached.

We will also pay for making temporary repairs, resulting damage to encasing frames, and removing or replacing obstructions because of a covered loss to glass.

2.   Exclusions.   We will not pay for loss or damage caused by:

   a.   fire.

   b.   war. This includes undeclared war, civil war, insurrection, rebellion or revolution or any consequence of these.

   c.   nuclear reaction, nuclear radiation or radioactive contamination or any consequence of these.

3.   Loss Settlement.

   a.   Unscheduled Residence Glass. We will not pay more than:

   (1)   $100 for all damage in any one occurrence for each of the following objects:

      (a)   multiple plate insulating unit;
      (b)   radiant heating panels;
      (c)   conservatory or greenhouse glass;
      (d)   chandeliers or light fixtures;
      (e)   jalousies, louvers or shutters;
      (f)   venetian type doors or windows;
      (g)   stained or leaded glass; or
      (h)   glass bricks, shingles or other structural glass.

   (2)   $100 for any one pane or plate of glass comprising any other object not listed in 3.a.(1) above.

Prescribed by the State Board of Insurance
Endorsement No. HO-105 - Residence Glass Coverage - Effective July 8, 1992

AL258GARC-000354

(1)   actual cash value of the property at the time of the loss;

(2)   the cost to repair the damaged property with like kind and quality or replace the glass with safety glazing material when required by ordinance or law; or

(3)   the limit of liability stated in the schedule below.

c.   Pair or Set.  If loss to an article which is part of a pair or set occurs, we will measure the loss at a reasonable and fair proportion of the total value of the pair or set giving consideration to the importance of the article.

We will not pay a total loss to the pair or set when the loss is to an article that is part of a pair or set.

d.   We may pay for the loss in money or may repair or replace the property.  Any property we pay for or replace will become our property.

### SCHEDULED RESIDENCE GLASS

| Number of Plates | Length in Inches | Width in Inches | Description of Glass, Lettering and Ornamentation, Position in Building. The glass in plain flat glass with all edges set in frames, unless otherwise stated herein. | Specific Limit (if any) | Premium |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Total Scheduled Glass Premium $

4.   **Your Duties After Loss.**  In case of loss to covered property, you must:

a.   give prompt written notice to us.

b.   file a proof of loss at our request, on forms that we provide.  If we request a proof of loss, we must request it not later than the 15th day after we receive your written notice.  We may require this filing of proof of loss to be under oath.

5.   **Action Against Us.**  There can be no action against us unless you have complied with all the terms of this policy.

6.   **Other Insurance.**  If a loss covered under this endorsement is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this endorsement bears to the total amount of valid and collectible insurance covering the loss.

Prescribed by the State Board of Insurance
Endorsement No. RO-105 - Residence Glass Coverage - Effective July 8, 1992

– 2 –

AL258GARC-000355