

Law Offices
of
# JESUS CONTRERAS
*Attorney at Law*


RECEIVED FEB 1 4 2002 By_____

February 8, 2002

Mr. John Martin
Allstate Insurance Company
Market Claim Office
12000 Aerospace Blvd., 400
Houston, Texas 77034

    RE:    Insured:    Nora Garcia
            Claim No.:  8202699817 W44
            Date of Loss:  1/5/02

Dear Mr. Martin:

Please be advised that I represent Nora Garcia regarding the above referenced claim. Mrs. Garcia has experienced the following accidental discharges of the plumbing system:

1. An overflow of the HVAC condensate drain pan with the presence of mold;
2. A leak under the kitchen sink with the presence of mold;
3. Water damage as a result of wind driven rain at the back door;
4. A leak under the lavatory in the downstairs bath with the presence of mold;
5. A leak at the supply line in the downstairs bath with the presence of mold;
6. A leak at the tub in the downstairs bath with the presence of mold;
7. A leak under the lavatory in the upstairs bath with the presence of mold;
8. A leak between the tub and commode in the upstairs bath with the presence of mold;
9. A leak at the washer in the utility room with the presence of mold;
10. A leak at the water heater in the utility room with the presence of mold;
11. Roof leak in the utility room and in the upstairs bath; and
12. Wind driven rain to the windows on the south side of the upstairs bedroom.

In early December 2001, Mrs. Garcia contacted her agent, Archie Acevedo to advise that she was concerned about the presence of mold in her home and health related issues. Mr. Acevedo suggested that she contact a particular company to inspect her home. Mrs. Garcia never received a return phone call from that company.

---

315 W. Business 83
Weslaco, Tx 78596


"B"
AL258GARC-000237

Phone: 956-565-5915
956-973-9897
Fax: 956-973-9828

Mr. John Martin
February 8, 2002
Page 2

Mrs. Garcia then contacted Keith Watson. He and Mr. Madrigal performed an indoor air quality investigation. It is my understanding that Billy Sosebee has been provided with the preliminary indoor air quality results. Based on those results and because of health concerns, Mrs. Garcia rented a home for her family. The family moved out on December 22, 2001 and have not returned. Since vacating the home, the family's health has improved.

On January 14, 2002, Mrs. Garcia finally received a call from John Martin who advised that Billy Sosebee would be out to look at her home on January 21, 2002. It is my understanding that Mr. Sosebee performed an inspection but has yet to report back to you. Mrs. Garcia has advised that she received a phone call from an engineering firm to schedule an inspection. Please advise who you have retained to perform said inspection.

Enclosed you will find a copy of Mrs. Garcia's lease and bills that she has incurred to date totaling $9,707.29. I would respectfully request that you extend Additional Living Expenses immediately.

Please contact my paralegal, April Adrian at (956) 501-0324 at your earliest convenience to discuss this matter. Thank you for your prompt attention.

Sincerely,

Jesus Contreras

JC/apa
Enclosures

AL258GARC-000238