ALLSTATE SPECIALTY CLAIMS, LEVEL 4
12000 AEROSPACE AV.
HOUSTON, TX 77034



From:   Bobby Cathey, JBBS, Desk JBC
        1-800-767-5607, X 2095, FAX 713-512-2017

To:     Ms Nora Garcia

        McAllen Tx, 78504-3901

Date:   June 25, 2002
Re:     Claim #:        ████████17
        Location:       590█ 22nd
        Date of Loss:   01/05/02
        Source:         WATER

Dear Ms Nora Garcia

   I am writing you in regard to the Water Loss claim you have submitted under your Homeowners Policy number ████████.

Your policy states your duties after a loss on page(s) 4 & 5.
   3. Duties After Loss.
A). Your Duties After Loss. In case of a loss to covered property caused by a peril insured against, you must:
(1) Give prompt written notice to us of the facts relating to the claim.

(3) (a) protect the property from further damage.
    (b) make reasonable and necessary repairs to protect the property.
    (c) keep an accurate record of repair expenses.

furnish a complete inventory of damaged personal property showing the quantity, description and amount of loss. Attach all bills, receipts and related documents which you have that justify the figures in the inventory.

as often as we reasonably require:
provide us access to the damaged property.
provide us with pertinent records and documents we request and permit us to make copies.
Submit to examination under oath and sign and swear to it

The following exclusions apply to loss to property described under Coverage A (Dwelling) or Coverage B (Personal Property), but they do not apply to an ensuing loss caused by fire, smoke or explosion.

f). We do not cover loss caused by:
3). Dampness of atmosphere, extremes of temperature.

In our investigation of your home we have obtained an engineering report from Becker Engineering concerning you're heating and air conditioning unit. Visible fungal growth was observed in the upstairs closet that contains the HVAC unit. Because there is no evidence of water leaks or other moisture sources, it is their opinion that fungal growth is related to high humidity condition in the

page 2

closet. It is also their opinion that the closet is improperly designed as the entire interior closet space serves as the return air plenum. This encourages intrusion of dust and humidity to the HVAC circulation. With this being known there is no coverage for this loss. (2). Fungal growth was observed on dry wall surrounding the hot water heater in the utility room, excessive microbial growth in this area is related to penetration of poorly sealed escussion cover in adjacent hall bathroom. Escussion cover leaks are excluded in the policy therefore there is no coverage in this area. (3). Water damage was noted on drywall between the toilet and tub in the upstairs bathroom. This is attributed to splashing and overflow during tub use and is not a covered loss;lack of prompt notice also would apply per your recorded statement. (4). Water damages reported by you in the kitchen (1yr ago), the downstairs bathroom (3 yrs ago) can not be considered as a covered loss due to lack of prompt notice. Terms of the insurance contract are seriously prejudiced due to the time of occurrence and the date of notice of damage to Allstate . (5). Damages to the ceilings of toy room and utility room also must be denied due to lack of notice.

Sincerely,

Bobby Cathey
Allstate Texas Lloyds Company.

AL258GARC-000225