

Allstate Specialty Claims
1500 City West Boulevard
Suite 900
Houston, TX 77042

Phone Number:   800-767-5687
Fax Number:     713-435-2709
Office Hours:   Monday - Friday  8:00 AM - 4 PM

November 4, 2002

Mr. John H. Eaton
Eaton & McCarthy Law Offices
2208 Primrose, Building D
McAllen, TX  78504-4162

RE   Insured:        Nora Garcia
     Claim:          8202699817 (HVAC Overflow)
     Date of Loss:   January 5, 2002
     Loss Location:  5908 North 22nd Lane, McAllen, Texas



Dear Mr. Eaton:

I am writing you regarding the above-captioned water claim your client has submitted under her Allstate Homeowners Policy number 216218961.

We have considered the facts and information regarding your client's claim and have reviewed the terms of your client's policy. Based on this information, we must respectfully deny coverage for the loss your client is claiming.

Page 5, Section I, of the <u>Texas Homeowners Policy - Form B</u> states:

> <u>Section I - Conditions</u>
> 3. Duties After Loss
>   a.  Your Duties After Loss: In case of a loss to covered property caused by a peril insured against, you must:
>     (1)  give prompt written notice to us of the facts relating to the claim.
>     (2)  notify the police in case of loss by theft.
>     (3)  (a)  protect the property from further damage.
>          (b)  make reasonable and necessary repairs to protect the property.
>          (c)  keep an accurate record of repair expenses,

Our review of this claim shows that your client did not give prompt written notice of the facts relating to the claim. Your client noticed the damages 2 - 3 years ago but did not notify Allstate of the damages until January 11, 2002.

Additionally, it appears that your client did not take steps to protect the property from further damage. Had the loss been reported upon its occurrence steps could have been taken to repair the damage that already existed and to prevent further damage, which has now obviously occurred.

"D"

AL258GARC-000212

G52-2

If you would like to bring any additional information to our attention, please do so as soon as possible. Should you wish to discuss this matter further I can be reached by phone at 713-430-2257.

Sincerely,

David F. Myers
Claim Service Representative
Allstate Specialty Claims

CC:  Claim File

AL258GARC-000213