## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, | § | |
| JENNIFER ANN TELLEZ, | § | |
| REBECCA GARZA, RUBEN | § | |
| SANTILLANA, MINERVA | § | |
| SANTILLANA, GUILLERMO | § | |
| CONTRERAS, OLGA CONTRERAS, | § | |
| ELUTERIO MORALES, ROSA | § | |
| MORALES, and NORA GARCIA | § | CIVIL ACTION NO.  B-03-218 |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | |
| ALLSTATE TEXAS LLOYDS | § | |
| COMPANY, | § | |
| Defendant. | § | |

### AFFIDAVIT OF CONRAD E. ADAMS

On this day, Conrad E. Adams appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

1.  "My name is Conrad E. Adams. I am over eighteen and have never been convicted of a felony and I am competent to make this affidavit. I am one of the attorneys for Defendant Allstate Texas Lloyds Company in the case styled Civil Action No. B-03-218; *Michael Richard Tellez, et al. v. Allstate Texas Lloyds Company;* In the United States District Court, Southern District of Texas, Brownsville Division. I am authorized to make this affidavit in support of Allstate's Opposed Motion for Summary Judgment on Claim Asserted by Nora Garcia. I have personal knowledge of the matters stated and the statements are true and correct.

2.  The firm of Doyle, Restrepo, Harvin & Robbins, L.L.P. is the custodian of the file in the case styled Civil Action No. B-03-218; *Michael Richard Tellez, et al. v. Allstate Texas Lloyds Company;* In the United States District Court, Southern District of Texas, Brownsville Division. I affirm that the attached deposition testimony of Nora Garcia is a true and correct copy of the original.

Conrad E. Adams



'F'

SWORN TO and SUBSCRIBED before me by Conrad E. Adams on November 12, 2004.



_____
Notary Public in and for the State of Texas

DEBBIE A. ASHLEY
NOTARY PUBLIC • STATE OF TEXAS
MY COMMISSION EXPIRES
DECEMBER 14, 2004

**1**

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
                      BROWNSVILLE DIVISION

MICHAEL RICHARD TELLEZ,    )(
JENNIFER ANN TELLEZ,       )(
REBECCA GARZA, RUBEN       )(
SANTILLANA, MINERVA        )(
SANTILLANA, GUILLERMO      )(
CONTRERAS, OLGA            )(
CONTRERAS, ELUTERIO        )(
MORALES, ROSA MORALES,     )(
and NORA GARCIA            )(    CIVIL ACTION NO. B-03-218

         Plaintiffs,       )(

vs.                        )(

ALLSTATE TEXAS LLOYDS      )(
COMPANY,                   )(

         Defendant.        )(

*****************************************************

          ORAL AND VIDEOTAPED DEPOSITION OF

                     NORA GARCIA

                    JUNE 15, 2004

*****************************************************

     ORAL AND VIDEOTAPED DEPOSITION OF NORA GARCIA,

produced as a witness at the instance of the DEFENDANT,

taken in the above-styled and numbered cause on JUNE

15, 2004, reported by MONA M. HAVENS, Certified Court

Reporter No. 2184, in and for the State of Texas, at

Eaton & McCarthy, 2208 Primrose, Bldg. D, McAllen,

Texas, pursuant to the Federal Rules of Civil Procedure
```

**2**

```
and the provisions stated on the record or attached
herein.


                      APPEARANCES


COUNSEL FOR PLAINTIFF, NORA GARCIA:

     BILL J. McCARTHY
     EATON & McCARTHY
     2208 Primrose, Bldg. D
     McAllen, Texas 78504

COUNSEL FOR DEFENDANT:

     CONRAD E. ADAMS
     DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
     600 Travis, Suite 4700
     Houston, Texas 77002


ALSO PRESENT:

     Hector Zapata, Videographer
```

**3**

INDEX

                                              PAGE

Appearances ...................................    2

NORA GARCIA
Examination by Mr. Adams ......................    4

Errata Sheet/Signature Page ...................  110

Reporter's Certificate ........................  111

Attached to the end of the transcript: Stipulations


EXHIBITS

NO.    DESCRIPTION                            PAGE
 1     Diagram                                 65
 2     Diagram                                 86
 3     Interrogatories                        103

**4**

```
                    NORA GARCIA,
having been duly sworn, testified as follows:
                    EXAMINATION
BY MR. ADAMS:
     Q.  Can you state your full name for the record,
please?
     A.  Nora N. Fernidad Garcia.
     Q.  Ms. Garcia, my name is Conrad Adams and I
represent the defendant in this case, Allstate Texas
Lloyds.  Have you ever had an opportunity to give a
deposition before?
     A.  No.
     Q.  Well, hopefully this won't be too painful for
you today.
     A.  Okay.
     Q.  There's a few basic rules I'd like to go over
and if we can agree on them it will help expedite this
process.  The first is that if I ask you a question
today you don't understand let me know.
     A.  All right.
     Q.  And I'll rephrase it.
     A.  Okay.
     Q.  Otherwise, we'll all assume you understood the
question and answered it honestly.  Can we have that
agreement?
```

5

1    A. Yes, sir.
2    Q. Also it's important that you understand the
3  testimony you give today has the same force and effect
4  as if you were in front of a judge and jury. Do you
5  understand that?
6    A. I understand that.
7    Q. You'll also notice that we have a court
8  reporter present today and her job is to take down
9  everything that we say on the record.
10    A. Yes. I understand that.
11    Q. There's a couple of ways we can help her with
12  this process. The first is we need to stick to clear,
13  verbal responses and you're doing a great job with that
14  so far.
15    A. Thank you.
16    Q. The second thing we can do to help her is
17  although a lot of the questions I'll ask you today will
18  be easily anticipated before I finish asking the
19  question. If you'll allow me to state the full
20  question before you start to respond it will give us a
21  nice, clean record from which everyone can work from in
22  the future, okay?
23    A. Okay.
24    Q. Finally, if you need to take a break for any
25  reason just let me know and I'll accommodate that as

6

1  quickly as possible, okay?
2    A. Thank you. I appreciate it.
3    Q. How old are you, Ms. Garcia?
4    A. I'm 43.
5    Q. When is your birthday?
6    A. 2/16/61.
7    Q. Do you have a valid Texas driver's license?
8    A. Yes, sir.
9    Q. Do you happen to know the number?
10    A. No. I don't know it.
11    Q. Do you have it on you? It's in your --
12    A. It's in my purse.
13    Q. When we take a break I'm going to have you get
14  that and read the number onto the --
15    A. Okay.
16    Q. -- record for us, okay? Do you have a social
17  security number?
18    A. Yes, sir.
19    Q. Do you know that number?
20    A. 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.
21    Q. And you're a U.S. citizen?
22    A. Yes, sir.
23    Q. Are you married?
24    A. Yes.
25    Q. What's your husband's name?

7

1    A. Ruben Morales.
2    Q. I'm sorry?
3    A. Ruben Morales.
4    Q. How many years have you been married?
5    A. Gosh, three.
6    Q. Is this your first marriage?
7    A. Yes.
8    Q. Do you have any children together?
9    A. Yes.
10    Q. How many children do you have?
11    A. Two.
12    Q. What are their names and ages?
13    A. Stephanie Morales, she's 15 and Catherine
14  Morales and she's nine.
15    Q. Did you just not take your husband's last name
16  when you got married?
17    A. No.
18    Q. Does your husband currently live with you?
19    A. Yes.
20    Q. Where are you-all currently residing?
21    A. At 6802 North 36 Lane.
22    Q. 6802 North --
23    A. 36 Lane.
24    Q. Is that in McAllen?
25    A. Yes, sir, 78504.

8

1    Q. How long have you resided at 6802 North 36
2  Lane?
3    A. Like approximately two years.
4    Q. What is the address of the house that's the
5  basis of your lawsuit?
6    A. 5908 North 22nd Lane, McAllen, 78504.
7    Q. When did you move out of that house?
8    A. I moved -- I can't recall the date exactly, but
9  I would say -- just give me a little bit of time.
10    Q. It's all right.
11    A. Like I would say like approximately three years
12  ago.
13    Q. How about -- does December 2001 sound about
14  right?
15    A. Yes, yes, yes.
16    Q. Why did you move out of the house at 5908 North
17  22nd Lane?
18    A. I moved out because I called the insurance
19  adjustor and he told me not to go back because it
20  was -- had very toxic mold.
21    Q. Did you call your insurance adjustor or your
22  agent?
23    A. The adjustor because the agent had given me
24  that number.
25    Q. Do you remember the adjustor's name?

9

1    A. No, I don't. He was from McAllen, from this
2  area.
3    Q. When he gave you this alleged information, had
4  he ever been to the home?
5    A. No.
6    Q. So you contacted your agent?
7    A. Yes, sir.
8    Q. And the reason you contacted your agent was
9  because you were concerned with mold or because you had
10  a water leak?
11    A. Because I was concerned with mold.
12    Q. What's your agent's name?
13    A. Archie Acevedo.
14    Q. And Mr. Acevedo gave you a different number?
15    A. Mr. Acevedo gave me a number of a person to
16  contact, a 1-800 number and he said for me to contact
17  that person, that they would come and assess my house
18  and that person came, assessed the house.
19    Q. Do you remember that person's name?
20    A. I believe it was like Keith Watson.
21    Q. Okay. Then what happened?
22    A. Okay. And then Keith Watson came and he gave
23  me the papers, the report, and he said they were going
24  to take care of it and I was --
25    Q. Is Keith Watson an adjustor with Allstate

10

1  insurance?
2    A. No. He's like a remedial company or something
3  like that and that was the initial process is what
4  the -- the insurance told me, so they came. They did
5  that and then I sent in the papers to Allstate and they
6  gave me a person in Houston, an adjustor from Houston.
7    Q. Let me make sure I understand your --
8    A. Okay.
9    Q. -- your testimony correctly.
10    A. Okay.
11    Q. Mr. Acevedo gave you a 1-800 number?
12    A. Right.
13    Q. You contacted that number?
14    A. Right, which it was Keith Watson.
15    Q. That was Keith Watson?
16    A. Yes, to do the initial.
17    Q. He did -- he was a remediator of some sort?
18    A. Right.
19    Q. He did -- he came to the house and conducted an
20  inspection?
21    A. Right.
22    Q. Did he provide you with a copy of a report?
23    A. Yes, sir, and it was submitted to the
24  insurance.
25    Q. Did you read the report?

11

1    A. Yes, sir.
2    Q. Do you remember what it said?
3    A. Well, I don't understand their -- their terms,
4  but it said that -- they explained to me that it was
5  like some kind of toxic mold in the house.
6    Q. After Keith Watson gave you the copy of the
7  report -- you said it was submitted to Allstate?
8    A. Yes.
9    Q. What happened next?
10    A. After that there was an adjustor from Houston.
11  It was a lady that I was supposed to talk to her and I
12  did, but I was coming from vacation and I said, I want
13  to know what's going on and they gave me -- I didn't
14  have the number with me because I was traveling, so
15  they gave me the number for the local adjustor, which
16  it was that person.
17    Q. The lady in Houston gave you a number for
18  the --
19    A. No, no. The insurance here in McAllen gave me
20  another number.
21    Q. Mr. Acevedo?
22    A. Somebody from that office.
23    Q. Okay.
24    A. Gave me a number from an adjustor here in
25  McAllen and I spoke to that man and he said he was

12

1  aware that the house had mold, for me to go to a hotel.
2    Q. Do you remember this man's name?
3    A. No, I don't. And --
4    Q. Did he provide you this -- these instructions
5  in writing?
6    A. Everything was on the phone.
7    Q. You didn't receive a letter confirming the
8  conversation?
9    A. No, because that was Friday and he said, just
10  go, we'll reimburse you, you don't have to worry about
11  anything and I said, I just can't because I just came
12  from vacation, so Monday morning I called Houston and
13  spoke to the adjustor that was assigned to me. It was
14  a lady. At this moment I don't remember her name
15  either and she told me the same thing. Go to a hotel,
16  don't worry about it, it won't take more than a week to
17  have this fixed.
18    Q. To have the house fixed?
19    A. To have -- to give you -- to start reimbursing
20  you for the -- and then --
21    Q. Did she tell you where to submit your receipts?
22  Did she give you --
23    A. No. She just told me to save all the receipts.
24    Q. And you don't remember her name either?
25    A. I think I wrote it on my file, on my original

13

1  file, that I turned in to my attorney.
2     Q. To your attorneys?
3     A. Uh-huh.
4     Q. Did she send you a letter confirming your
5  conversation?
6     A. After that I -- it just kept taking longer, so
7  I hired an attorney and he said that they were
8  expecting that letter.
9     Q. Who did you hire?
10    A. His -- I honestly don't remember his name.
11  He's from Weslaco.
12    Q. Jesus Contreras?
13    A. Yes.
14    Q. How did you get -- how were you referred to
15  Jesus Contreras?
16    A. By -- by Keith Watson.
17    Q. What did Keith Watson say to you to refer you
18  to Jesus Contreras?
19    A. He just said if you need -- you might need a
20  lawyer. I mean, I didn't understand why. He just
21  said. I said, okay because they were taking, you know,
22  too long to respond to me.
23    Q. How many times did Keith Watson come to your
24  house?
25    A. Once, to do the testing.

14

1     Q. But then you had subsequent conversations with
2  him?
3     A. Another time when he gave me the report and
4  when I asked him -- I think I had like three or four
5  conversations with him and to ask him about, you know,
6  what he was going to do, what is the -- because I
7  figured that he had something to do with the insurance
8  because the insurance is the one that gave me that
9  number.
10    Q. And he told you, if you need an attorney I
11  recommend you contact Jesus Contreras?
12    A. Well, he gave me several, but he said he was
13  one of them.
14    Q. Do you remember what other names he gave you?
15    A. No, I don't.
16    Q. Did you write them down?
17    A. No, I didn't.
18    Q. Do you remember when you retained Jesus
19  Contreras as your attorney?
20    A. I don't remember the exact date. It was I
21  believe May -- March. I'm -- I'm not sure.
22      MR. McCARTHY: How about the year and the
23  month? Could you remember that?
24      THE WITNESS: I think it was December 2001
25  when I left. I guess it was 2002 and I would think

15

1  sometime in April -- I mean, March, February, March.
2    Q. (BY MR. ADAMS) Well, I have a letter from him
3  dated February 8th, 2002, so it was obviously before
4  that time period.
5    A. Right. Well, that's when I -- I think it was
6  February. I'm not too sure, February or March, but I
7  knew it was in 2002.
8    Q. Why did you terminate the services of Jesus
9  Contreras?
10    A. Because after that initial consultation with
11  him I -- he asked me to go back to his office to -- you
12  know, to talk to him again about the case and I went
13  and I waited like three hours and he was not there and
14  then I think I finally spoke to him and then I didn't
15  see him anymore and he was never in the office, so I
16  figured he wasn't going to help me much, so I
17  terminated his services.
18    Q. Did you have a contract with Mr. Contreras?
19    A. I remember signing a paper that he said, but --
20    Q. Do you have a -- do you know if you have a copy
21  of that contract?
22    A. If I have it, it should be in that file.
23    Q. The file you gave to --
24    A. To my --
25    Q. -- your attorney now?

16

1     A. John Eaton, uh-huh.
2    Q. Did you terminate your professional
3  relationship with Mr. Contreras in writing?
4    A. Yes, sir.
5    Q. And then you hired John Eaton?
6    A. I waited a period before I did.
7    Q. How long?
8    A. I would say approximately a month because I
9  tried to do it on my own. I mean, I tried to contact
10  the insurance on my own without any lawyers.
11    Q. Where did you get the name of John Eaton as an
12  attorney?
13    A. From here, from McAllen.
14    Q. From a friend, out of the phone book? Where
15  did you --
16    A. From a friend, from my sister.
17    Q. What's your sister's name?
18    A. Denise Garcia.
19    Q. Denise Garcia?
20    A. (Moving head up and down.)
21    Q. Does your sister have a mold claim, a water
22  claim, that you're aware of?
23    A. No. They're just friends.
24    Q. Are you currently employed?
25    A. Yes, sir.

17

1    Q. Where do you work?
2    A. At the -- with McAllen ISD, McAllen School
3 District.
4    Q. In what capacity do you work with McAllen ISD?
5    A. I'm a teacher.
6    Q. At which school?
7    A. Garza Elementary.
8    Q. I'm sorry?
9    A. Garza Elementary.
10   Q. What grade do you teach?
11   A. I will be teaching pre-kinder this year.
12   Q. How many years have you been employed by
13 McAllen Independent School District?
14   A. Four.
15   Q. And for those four years, have you always
16 taught at Garza Elementary?
17   A. Yes.
18   Q. Any other grades besides pre-kindergarten?
19   A. I was teaching kinder before.
20   Q. Kindergarten?
21   A. (Moving head up and down.)
22   Q. How many years have you been a teacher?
23   A. Six.
24   Q. For the two years that you were teaching before
25 you were an employee of McAllen Independent School

18

1 District, where were you employed?
2    A. La Joya Independent School District.
3    Q. What school were you teaching at La Joya?
4    A. E. B. Elementary, E. B. Reyna Elementary.
5    Q. I'm sorry. Can you say that again?
6    A. E. B. Reyna Elementary.
7    Q. Did you teach kindergarten in La Joya?
8    A. No. First grade.
9    Q. In what capacity did you work before you were a
10 teacher?
11   A. I was a salesperson.
12   Q. With what company?
13   A. Deutsch and Deutsch.
14   Q. I'm sorry?
15   A. Deutsch and Deutsch.
16   Q. Deutsch and Deutsch?
17   A. Uh-huh, jewelry.
18   Q. What did you sell?
19   A. Jewelry store.
20   Q. Where is Deutsch and Deutsch located?
21   A. In La Plaza Mall in McAllen.
22   Q. How many years were you employed at Deutsch and
23 Deutsch?
24   A. I think about three years.
25   Q. Do you recall what kind of -- what kind of work

19

1 you were involved in before you were with Deutsch and
2 Deutsch?
3    A. Sales with Joe Brand -- I mean, Jones and Jones
4 in McAllen.
5    Q. Is that a jewelry store also?
6    A. No. It's -- sell fine gifts and linens.
7    Q. Fine gifts and linens?
8    A. Uh-huh.
9    Q. How long were you with Jones and Jones?
10   A. Three years.
11   Q. Did you graduate from high school?
12   A. Yes, sir.
13   Q. What high school did you attend?
14   A. Concella Valley High School in California.
15   Q. When did you move to the Valley?
16   A. '81.
17   Q. Did you move to McAllen first?
18   A. No. To Roma, Texas, Roma, Texas.
19   Q. How do you spell that?
20   A. R-o-m-a.
21   Q. Why did you move from California to Roma,
22 Texas?
23   A. Because my mom died and my dad decided to move
24 back.
25   Q. How long did you live in Roma?

20

1    A. Since that time till 19 -- I think 1990 or '92.
2    Q. And in the early '90s, where did you move to?
3 Do you remember?
4    A. To McAllen.
5    Q. For the house on 5908 North 22nd Lane, when did
6 you purchase that house?
7    A. I believe it's 1993.
8    Q. Do you currently have a mortgage on the home?
9    A. Yes.
10   Q. Who is the mortgage with?
11   A. Valley Mortgage.
12   Q. When you bought the home in 1993, was it newly
13 constructed or was somebody else already residing there
14 and you purchased it from them?
15   A. It was vacant, but it was not new.
16   Q. Do you know what year the house was built?
17   A. No.
18   Q. Do you have any idea how old it is?
19   A. No.
20   Q. How long had it been vacant when you purchased
21 it?
22   A. I think -- I believe they said it was like six
23 months.
24   Q. Do you remember if there was an inspection of
25 the house before you purchased it?

**21**

1   A. Yes, sir.
2   Q. Were there any disclosures revealed due to the
3   inspection?
4   A. No.
5   Q. There were no problems with the house when you
6   purchased it?
7   A. No, not that I remember.
8   Q. After you graduated from high school, did you
9   attend any post high school academic institutions?
10   A. Yes, I did.
11   Q. Where did you attend?
12   A. I went to College of the Desert in Palm Desert,
13   California.
14   Q. What did you study there?
15   A. My major back then -- it was psychology.
16   Q. Did you earn a degree?
17   A. No, sir.
18   Q. How many semesters did you attend college?
19   A. I attended one semester there.
20   Q. Did you attend somewhere else?
21   A. Then when I came down here I went to the
22   University of Texas, Pan American.
23   Q. How long did you attend University of Texas,
24   Pan American?
25   A. I went on and off like -- and then for the -- I

**22**

1   think in 1995 I went full-time till I finished my -- my
2   schooling and I became a teacher.
3   Q. So you earned a degree?
4   A. Yes, sir.
5   Q. In psychology?
6   A. No. In teaching.
7   Q. What year did you earn a degree?
8   A. Like '97, '98 approximately.
9   Q. Is that a bachelors degree or do you have any
10   sort of graduate level degree like a masters in
11   teaching as well?
12   A. Not yet.
13   Q. Are you working on that right now?
14   A. Yes, sir.
15   Q. Are you currently enrolled?
16   A. Not right now. Not presently.
17   Q. How many hours have you completed towards your
18   masters?
19   A. Jeez, I'm almost done. I cannot say. I don't
20   remember, but I'm almost done.
21   Q. When do you anticipate earning your masters?
22   A. Hopefully by next spring.
23   Q. That's masters in education?
24   A. Masters in school counseling.
25   Q. Do you want to be a counselor?

**23**

1   A. Yes.
2   Q. How much is your mortgage on the home on 22nd
3   Lane?
4   A. Right now it's like 450 approximately.
5   Q. $450 a month?
6   A. Yes, sir.
7   Q. Is your husband employed?
8   A. Yes, sir.
9   Q. Where does he work?
10   A. UETA of Texas, United Exports of Texas.
11   Q. Is his name on the title of the home as well?
12   A. No.
13   Q. Is his name on the mortgage?
14   A. No.
15   Q. And he's not on the insurance policy either, is
16   he, for the home?
17   A. No.
18   Q. What does your husband do at United Exports of
19   Texas?
20   A. He's the store manager.
21   Q. What kind of industry is United Exports of
22   Texas involved in? Can you tell me something about the
23   company?
24   A. Yes. They sell wine and liquor to export to
25   Mexico. They work with Customs and they also sell like

**24**

1   inbound perfume, which they -- it's or -- or in the
2   store perfume, too, duty free. In other words, a duty
3   free store.
4   Q. How long has your husband worked at United
5   Exports of Texas?
6   A. I would say like 20 years.
7   Q. Is there a reason why you're the only
8   individual listed on the mortgage, the title and the
9   insurance?
10   A. No. I just bought it by myself.
11   Q. You said you've only been married about three
12   years?
13   A. Uh-huh.
14   Q. But you have two children. One is 15 and one
15   is nine?
16   A. Yes, sir.
17   Q. And they're both by your husband?
18   A. Uh-huh.
19   Q. Did you-all live together prior to your
20   marriage?
21   A. Yes.
22   Q. Is that an on and off thing or was --
23   A. On and off.
24   Q. How much -- do you pay -- well, do you pay rent
25   at the -- the home that you're living in right now,

25

1 which is on 36 Lane?
2   A. We paid approximately $850.
3   Q. A month?
4   A. Uh-huh.
5   Q. Who owns that house?
6   A. My husband bought it.
7   Q. When?
8   A. About two years. Since we moved in.
9   Q. Does he have a mortgage with that home?
10  A. With the same, Valley Mortgage.
11  Q. Why did your husband buy this home?
12  A. Because we needed a home to live in.
13  Q. It's your testimony that you moved out of the
14 house on 22nd, 22nd Lane in December of 2001?
15  A. Yeah. We moved to -- my sister had a house.
16 We rented a house from her.
17  Q. For how long?
18  A. Till before we moved to this house.
19  Q. How long was that?
20  A. I would say like a year. I think it's a year
21 or something like that. I'm not sure of the time
22 length. The insurance never got back to us and I
23 couldn't be paying rent and mortgage, so we decided to
24 get a house. I couldn't go back to the other house.
25 It was too -- it was making me very ill.

26

1   Q. How much was your rent for the year that you
2 lived at your sister's home?
3   A. She was renting it to me with furniture and
4 everything. I believe it was like for 1800 a month.
5 That included bills and everything.
6   Q. Did you pay her that every month?
7   A. Yes, sir.
8   Q. Have you received any compensation from anybody
9 for the rent that you paid?
10  A. Not at all.
11  Q. So after you lived at your sister's house for a
12 year and your husband purchased this new home?
13  A. Uh-huh.
14  Q. Do you know who the insurance is through with
15 respect to this new home?
16  A. This new home? It's -- I think it's Bert
17 Whisenant or something.
18  Q. Is that the agent or the insurance?
19  A. That's the agent and the insurance -- I don't
20 know what's the name. We just -- I just remember it's
21 Bert Whisenant or Whisenant, something like that and I
22 think that's the name. I don't know who is the
23 carrier, I mean.
24  Q. But you think it's Bert Whisenant?
25  A. Whisenant. I'm sorry. That's what it is.

27

1   Q. Have you experienced any water leaks in this
2 home on 36th Lane that you're living in now?
3   A. No.
4   Q. What year was that house built?
5   A. We bought it new.
6   Q. It's brand-new?
7   A. Yes.
8   Q. What was the purchase price?
9   A. I think it was 122.
10  Q. Do you know how many square feet it is?
11  A. To be honest, I don't.
12  Q. Did you buy new furniture for this house?
13  A. Very little because --
14  Q. Where did the furniture come from?
15  A. I bought -- for my daughters I just bought
16 mattresses and they're on the floor and for me and then
17 I bought a furniture set from like used furniture and
18 that's all I have and a sofa from Lacks and my dad lent
19 me a TV and my sister lent me a TV.
20  Q. So all your other personal effects are still in
21 the house on 22nd Street?
22  A. Clothes and everything.
23  Q. What do you mean clothes and everything?
24  A. I left everything. We bought new clothes
25 and --

28

1   Q. Do you have receipts for all these purchases?
2   A. I believe I do.
3   Q. Did you turn them over to your attorneys?
4   A. I turned in some, but I still have a little box
5 where I keep everything just in case, you know, I need
6 them.
7   Q. Is there a reason why you didn't turn in all
8 the receipts to your attorneys?
9   A. The only reason I didn't turn them in is
10 because I just kept saving them and just whatever was
11 in that file at the beginning that's what I turned in.
12 No -- no particular reason.
13  Q. So you have spent money on items that you
14 wouldn't have otherwise had to purchase?
15  A. Exactly.
16  Q. And you haven't turned those receipts over to
17 anybody or let anybody know that you've experienced
18 this cost?
19  A. I have let the attorney know that I did buy.
20  Q. Did you give him the receipts?
21  A. No. Like I said, I haven't. If they ask me
22 for them I'll provide them with them.
23  Q. Is the house on 22nd Street, which is the
24 subject of this litigation, is it for sale?
25  A. No.

29

1    Q. Do you plan to sell it?
2    A. I don't know yet.
3    Q. You don't know what you're going to do with
4    that property?
5    A. No.
6    Q. Have you talked to anybody about what you're
7    going to do with that property?
8    A. We have thought about fixing it maybe and --
9    and if -- if somebody wants to buy it and if we find
10   somebody that will buy it for a reason maybe we'll sell
11   it or rent it out to help us pay for the other house or
12   sell it and pay off -- put it on the other mortgage.
13   Q. So at this point in time you're either going to
14   sell it or you're going to --
15   A. Rent it.
16   Q. -- keep it as a rental property?
17   A. Uh-huh.
18   Q. You don't have any intention of moving back
19   into that home?
20   A. Not yet. I mean, honestly, no.
21   Q. What about all the personal items that are in
22   that house?
23   A. There's a lot of personal items that I would
24   like to keep that belong to my children and I would
25   like to keep and others I can part with.

30

1    Q. With respect to the house on 22nd Lane, there
2    is no power currently at that house, correct?
3    A. Exactly.
4    Q. When did you have the power turned off?
5    A. I don't remember when.
6    Q. I'm sorry?
7    A. I don't remember. I was -- I couldn't pay two
8    bills at the same time.
9    Q. Do you remember if it was a month or two months
10   after you moved out or was it --
11   A. Honestly, I don't remember. It could have
12   happened -- I don't remember. It's been too long.
13   Q. When you -- when you had the power hooked up at
14   that house, what company did you pay the bill to?
15   A. Magic Valley Electric Company.
16   Q. Magic Valley?
17   A. Uh-huh, Electric Company.
18   Q. Is the power in your name?
19   A. Yes, sir.
20   Q. Certainly they would have a record of when the
21   power was turned off, right?
22   A. I'm sure.
23   Q. I believe the water has also been turned off at
24   that house?
25   A. I already paid for it, but I have not given

31

1    them the -- to go turn it on. I told them that it was
2    vacant.
3    Q. So right now the water is turned off at that
4    house, correct?
5    A. Uh-huh.
6    Q. When did you have the water turned off at that
7    house?
8    A. I would say like April of this year.
9    Q. You just had it turned off recently then?
10   A. Yes.
11   Q. Why did you have it turned off?
12   A. They turned off the water because I had the
13   bills in my purse and I went with my daughter to a
14   competition and I changed purse and I forgot to pay the
15   bills and I have the same account for both houses, so
16   they disconnected both, so I went to pay, but I told
17   them to connect only one because I cannot pay another
18   one. I cannot pay the balance on the other one until
19   this month.
20   Q. And your testimony a few minutes ago was that
21   you've paid that balance for the house on 22nd Lane,
22   but you haven't given them notice that you want the
23   water turned back on?
24   A. Because they send me a statement. They deduct
25   it from my checkbook. They sent me a statement that

32

1    they were going to deduct it from the checkbook, so
2    I -- the reason I gave that statement is because I
3    believe they already deducted it, but I haven't checked
4    my records and I was supposed to go this week and put
5    it like on vacation, to put like the water on vacation.
6    That's what my husband told me to do so they wouldn't
7    charge me so much.
8    Q. You're going to -- I'm all confused. You're
9    going to put the water on vacation?
10   A. That's what -- the water service they call it.
11   Like you're on vacation and they don't charge you the
12   full amount. I've never done it, but my husband told
13   me that they do that, so I was going to go because I
14   was paying like $40. I was going to go do that so they
15   won't be -- they just charge the minimum.
16   Q. So you plan to do that within the next week or
17   something?
18   A. Yes.
19   Q. Was that -- you just said they were charging
20   you $40. Was that for water to both homes or just to
21   the home on 22nd Lane?
22   A. Just to the home on 22nd Lane.
23   Q. Is somebody watering the grass at the home on
24   22nd Lane?
25   A. I don't know because the last -- maybe there

33

```
1   was like two bills. I don't know if that's the bill I
2   received. I didn't check, you know, why it was $40.
3      Q. Did you think that was high for a water bill?
4      A. Yes, I did.
5      Q. But you also testified that you didn't pay the
6   water bill for a period of time?
7      A. Right.
8      Q. Was that more than one month that you didn't
9   pay the water bill?
10     A. They deduct it from my checkbook, so I don't
11  know. Maybe they didn't deduct it or they -- the check
12  bounced. I have no idea what happened, but they sent
13  me that it was disconnected. I didn't even know that
14  notice because it was with all those papers that I put
15  in the purse and then I left. I used another purse and
16  the -- the light bill -- I went back to reconnect the
17  light bill, but they were charging me 450 just to
18  reconnect because the house light bill was high, so
19  that was their minimum.
20     Q. Why did you go back to reconnect it?
21     A. Just to have so I could -- you know, to have it
22  the service on, to leave the light out -- on outside or
23  something so --
24     Q. So why did you have it turned off in the first
25  place?
```

34

```
1      A. I didn't have it turned off. They turned it
2   off because I didn't pay the service.
3      Q. When did you go back to inquire about having it
4   turned back on?
5      A. Like a month later or -- no, no. I'm not sure.
6   Like a few months later.
7      Q. And that's when you learned they wanted to
8   charge you $450 to reconnect?
9      A. The deposit, the initial deposit.
10     Q. And you decided not to pursue that?
11     A. No.
12     Q. What's your annual salary as a teacher in
13  McAllen Independent School District?
14     A. I think it's like 32 -- 32,000.
15     Q. Do you know approximately how much your husband
16  makes annually?
17     A. Forty-eight approximately.
18     Q. For the year that you lived at your sister's
19  house and you had to pay your mortgage, how did you-all
20  afford to do both of those?
21     A. We just got into a big, you know, like -- we
22  just tried our best. That's why the light was
23  disconnected. We were like sinking.
24     Q. Did you miss any of your mortgage payments?
25     A. Yes. I have missed some -- some of my mortgage
```

35

```
1   payments.
2      Q. During that period?
3      A. During all this period.
4      Q. Are those payments that you missed, the
5   mortgage payments, were they for the house on 22nd
6   Lane?
7      A. Yes.
8      Q. Did you miss any mortgage payments for the
9   house you currently live in?
10     A. No.
11     Q. Did your sister ever let you -- let you skip a
12  month of rent with respect to the house that you lived
13  in?
14     A. I could pay her like late or half and half.
15     Q. Have you paid her in total for all the months
16  that you stayed there or do you still owe her?
17     A. No. I already paid.
18     Q. Did she ever discount your rent?
19     A. Like if I couldn't afford it she would, you
20  know, give me a break like $100 or $200.
21     Q. Would you pay her with a check?
22     A. Cash or check, whatever was --
23     Q. You would pay her --
24     A. Mainly cash because I would just go and cash my
25  check and pay her.
```

36

```
1      Q. Did she give you a receipt?
2      A. Yes.
3      Q. Did she give you a receipt for the total amount
4   or what you actually paid?
5      A. For the monthly rent because eventually I paid
6   the whole month.
7      Q. How much did you put down on the house on 36th
8   Lane as a down payment?
9      A. I don't know. My husband -- I think it was 20
10  percent down.
11     Q. Where did -- did you have that money from? Was
12  it a savings account or something?
13     A. He had it in a savings.
14     Q. Did you ever consider or contemplate using that
15  money to repair the house on 22nd Lane?
16     A. We have tried and we contemplated that, but
17  we -- I was too afraid to go back because I was sick.
18     Q. So as you sit here before me today if I
19  understand your testimony correctly, when you moved out
20  in December of 2001 you never intended to move back
21  into the house on 22nd Lane?
22     A. No. I intended to move back. I thought the
23  house was going to be fixed right away, but -- that's
24  what the insurance told me. I had all the intention.
25  I didn't think it was going to take this long. It's
```

37

1   just that when things -- you know, as the time passed I
2   didn't see any results and -- and I was paying rent. I
3   said, well, let's just buy a house and if we decide to
4   move back and we cannot afford the other house, go
5   back, we can always sell the other house or sell one
6   house and just stay with one, but when I moved out I
7   had all the intentions to go. That's why I left
8   everything there.
9        Q.  And it was your testimony earlier that there
10  are some items in the house on 22nd Lane that you wish
11  to try and preserve and keep and other items in which
12  you're willing to discard, correct?
13       A.  Like my clothes. I mean, there's clothes that
14  I would never fit or they're too old or that I don't
15  need anymore.
16       Q.  Have you made any effort to preserve the items
17  that you left behind?
18       A.  We go and clean up and try to maintain the
19  house.
20       Q.  Are you concerned about the integrity of the
21  items that you left behind since there's no power in
22  the home?
23       A.  Yes, I am, but there's just -- money-wise
24  there's nothing I can do.
25       Q.  Earlier you testified that you're currently

38

1   working at Garza Elementary, correct?
2        A.  Yes, sir.
3        Q.  Has Garza Elementary been the subject of mold
4   investigation?
5        A.  Not that I know of.
6        Q.  You are aware that there are some schools in
7   the Valley that have been subject to mold
8   investigation, correct?
9        A.  Yes. I don't know which schools, but I've
10  heard something.
11       Q.  How about when you were a teacher in La Joya
12  Independent School District at E. B. Reyna, was that
13  school subject of an investigation?
14       A.  I didn't even know back then that mold existed
15  in house.
16       Q.  Do you know if that school was the subject of
17  an investigation?
18       A.  No.
19       Q.  When did you become aware of mold as an issue?
20       A.  I started getting sick and -- and they just
21  told me. I said, let me just take -- you know, call
22  the insurance, do a test just in case if it's the
23  house.
24       Q.  Who said that to you?
25       A.  I did because one of my parents said that her

39

1   little girl was very sick and had like more of my same
2   symptoms.
3        Q.  When you say one of your parents you're talking
4   about one of the parents of one of your students?
5        A.  Yes, and I said, well, just to be -- I didn't
6   even think my house had mold. I didn't even know what
7   that was and he said, well, I would suggest you do just
8   to be on the safe side, conduct a test just to be on
9   the safe side. I mean, it might not be that. Just to
10  be on the safe side and that's how I decided to do it.
11       Q.  What was the name of this individual?
12       A.  Norman Ruiz.
13       Q.  How do you spell the last name?
14       A.  R- R-u-i-z.
15       Q.  So you were exhibiting some sort of symptoms to
16  allergies or something?
17       A.  Like respiratory problems and then a thyroid
18  problem. I developed a thyroid problem and the doctor
19  said that it was temporarily because it was a bacteria
20  that had attacked my -- my thyroid and then the other
21  doctor -- I kept getting sick and he said, yeah,
22  because when you have respiratory problems your white
23  cells are fighting, so it attacks the thyroid, so it is
24  a temporarily.
25       Q.  Do you know what Norman Ruiz does for a living?

40

1        A.  No, I don't.
2        Q.  Is he a doctor?
3        A.  No.
4        Q.  So -- what was the name of the doctor that
5   diagnosed your thyroid issue?
6        A.  It was Dr. Dan Guerra.
7        Q.  Dan Guerra, G-u-e-r-r-a?
8        A.  Uh-huh.
9        Q.  And then you are also being treated by another
10  doctor?
11       A.  He sent me to Dr. Gulzak, which is an
12  endocrinologist.
13       Q.  How do spell his name?
14       A.  I believe it's G-u-l-z-a-k.
15       Q.  Are both these doctors -- they both practice
16  here in McAllen?
17       A.  Yes, sir.
18       Q.  And Dr. Gulzak is an endocrinologist?
19       A.  Yes.
20       Q.  Did either one of these doctors test you for
21  allergies?
22       A.  No.
23       Q.  Have you ever been tested for allergies?
24       A.  When I was younger, a long time ago, but I was
25  fine.

41

1    Q. You didn't have -- the results of the allergy
2    testing didn't lead to the conclusion you were allergic
3    to anything in particular?
4    A. Right, and that was when I was like 20 years,
5    24.
6    Q. Did either one of these doctors, Gulzak or
7    Guerra, tell you they thought that your symptoms were
8    from mold?
9    A. I think Dr. Gulzak said it could be. That was
10   his word. It could be from the mold because I also had
11   like red spots all over my skin and he gave me some
12   cream and -- and he said that it could be from the --
13   from the mold, an allergic reaction from the mold, but
14   he didn't assure me. He just said it could be from
15   that mold.
16   Q. He didn't conduct any test on you?
17   A. No. He sent me to a dermatologist, but I
18   didn't go.
19   Q. Why not?
20   A. Because by that time I moved out of the house
21   and the red spots disappeared.
22   Q. Did you use the cream he prescribed for you?
23   A. I would use the cream and it would disappear,
24   but it would appear on somewhere -- on another part,
25   but when I moved out of the house I could see the --

42

1    the difference. Like within a month my skin was clear.
2    I have no red spots and even the thyroid medicine. I
3    didn't have to take it anymore.
4    Q. Who prescribed you -- well, who actually
5    diagnosed and treated the thyroid issue?
6    A. Okay. The -- when I went to Dr. Dan Guerra I
7    went in emergency because I felt those two big balls
8    sticking out of my throat and it was Sunday and he
9    conducted a blood test and he called me on Wednesday,
10   that I had a thyroid problem, that I needed to see an
11   endocrinologist as soon as possible and he sent me to
12   Dr. Gulzak and he -- Dr. Gulzak is the one that treated
13   me for the thyroid.
14   Q. Have you ever read your homeowner's policy?
15   A. Yes, I have.
16   Q. You understand it's an insurance policy for
17   your home and it's not a medical policy?
18   A. I understand that.
19   Q. You had said in your testimony a few minutes
20   ago that you go back to the house on 22nd Lane and
21   clean and try and maintain the property?
22   A. I don't. I send somebody.
23   Q. Who do you send to go do that?
24   A. Sometimes one of my husband's friends that help
25   him with the yard and they clean. They go outside and

43

1    around the house and every time I go in I come back and
2    I get those red spots.
3    Q. When is the last time you went into the house
4    on 22nd Lane?
5    A. I went to check on the house about four days
6    ago, three or four days ago.
7    Q. How often do you go and check on the house?
8    A. I try to go at least once or twice a month and
9    he goes. My husband goes, too.
10   Q. Do you-all usually go together or does he go at
11   different times than you?
12   A. If I have time I go by myself. Sometimes we go
13   together. It depends who has time.
14   Q. So between the two of you, how many times do
15   you check on the house at 22nd Lane?
16   A. I would say at least once a week. He will go
17   at least once a week if I don't go.
18   Q. Who maintains the yard at the house on 22nd
19   Lane?
20   A. My husband.
21   Q. Does he hire anybody to help him?
22   A. He has a guy that helps him with cutting the
23   yard and everything.
24   Q. Does he pay him?
25   A. Yes.

44

1    Q. How much does he pay him?
2    A. I believe like $30 per day for cutting the yard
3    and cleaning it.
4    Q. Thirty times each time --
5    A. They go.
6    Q. -- they go? And how often do they go?
7    A. Oh, to cut the yard? Like once a month.
8    Q. Did you have cable for your television at the
9    house on 22nd Lane?
10   A. Yes, sir.
11   Q. Is that still hooked up?
12   A. No.
13   Q. When did you have that unhooked?
14   A. I don't remember.
15   Q. Does anybody clean on the inside of the house?
16   A. Yes. Not like monthly. Just like once in a
17   while he'll take -- my husband will go open the doors,
18   open the windows and dust the house a little bit.
19   Q. So basically he opens it up and lets it air
20   out?
21   A. Uh-huh.
22   Q. How often does he do that?
23   A. I have no idea. He does sometimes does things
24   without telling me.
25   Q. Have you ever gone over and opened up the house

45

1    to let it air out?
2        A. I don't -- I try not to go and stay long
3    because I come back and get those red spots, but when I
4    go I leave the door -- both doors open.
5        Q. You were there four days ago?
6        A. Yes.
7        Q. What did you do four days ago?
8        A. I just went and checked it. You know, nothing
9    was -- that everything was fine.
10       Q. Did you go inside the house?
11       A. Yes, I did.
12       Q. Did you go into each room in the house?
13       A. Yes, I did.
14       Q. And what was your purpose of doing that?
15       A. Just to check. It's my house. I feel like it.
16       Q. Did you do anything else besides walk around
17   the house?
18       A. No, I did not.
19       Q. You didn't pick up or straighten up?
20       A. I mean, nobody lives there. The house is the
21   same way every time I go.
22       Q. Did you dust or anything of that nature?
23       A. No.
24       Q. Vacuum?
25       A. (Moving head side to side.)

46

1        Q. That's a no?
2        A. Huh?
3        Q. I need a verbal response.
4        A. No. That's a no.
5        Q. Is there a washer and dryer still hooked up at
6    the residence on -- the house at North 22nd Lane?
7        A. Yes.
8        Q. Do you own any other properties?
9        A. In McAllen?
10       Q. Anywhere.
11       A. In Roma I own a house and two apartments.
12       Q. How long have you owned those properties?
13       A. How long have I owned? 1988 I think.
14       Q. Do you rent them out?
15       A. On and off in Roma. It's not a big town.
16       Q. Do you have insurance for those properties?
17       A. Not presently.
18       Q. When did you first purchase a homeowner's
19   policy with respect to the home on North 22nd Lane from
20   Allstate?
21       A. When I bought the house.
22       Q. In the early '90s?
23       A. Uh-huh, and it was through mortgage and it's --
24   I paid the mortgage in escrow.
25       Q. Did you maintain your policy with Allstate that

47

1    entire period?
2        A. Yes, sir.
3        Q. Do you know what the current fair market value
4    of the house on 22nd Lane is?
5        A. I would say the houses, they are selling like
6    for 65.
7        Q. Do you know if the house has been appraised
8    recently?
9        A. Not -- not that I know of.
10       Q. Do you know what the last appraisal value of
11   that house was?
12       A. No.
13           MR. ADAMS: Why don't we take a quick
14   break for a second? It's been about an hour.
15           (Off the record.)
16       Q. (BY MR. ADAMS) Just as a reminder going back on
17   the record to -- for you to allow me to ask the full
18   question before you answer so we can try and keep
19   things nice and clean because we want to -- regular
20   conversation.
21       A. Okay.
22       Q. Who contacted All In One Testing Company?
23       A. All In One? Where are they from?
24       Q. They conducted an investigation or produced a
25   report on December 18th, 2001.

48

1        A. It was probably the attorney, Contreras,
2    because they conducted one and then Allstate sent
3    somebody at that time, too, back then.
4        Q. Have you ever seen the report from All In One?
5        A. No.
6        Q. When you terminated the services of Jesus
7    Contreras, did you retain any of the reports that he
8    may have had conducted on the house?
9        A. I believe they were transferred to Eaton, John
10   Eaton's office.
11       Q. Aside from the phone conversations that you
12   allege you were told to move out of the house, do you
13   have anything in writing that -- from a report or any
14   other person that says you needed to vacate the house
15   at 22nd Lane?
16       A. I have -- nothing was given to me personally.
17       Q. Do you know if it was given to anybody else?
18       A. The attorney said that he was going to get that
19   letter, Contreras, but like I say, I never talked to
20   him. He was never available.
21       Q. So you haven't seen it?
22       A. No.
23       Q. Do you have any family members that have mold
24   claims or water damage claims?
25       A. No.

49

1    Q.  Do you have any friends or peers from school
2    that you're aware of that have mold damage or water
3    damage claims?
4    A.  Friends?
5    Q.  Yes.
6    A.  That person, Mr. Ruiz, he had a claim that --
7    when he asked me just to check.
8    Q.  Do you know who his attorney was?
9    A.  No, never discussed that.
10   Q.  Do you know if he resolved his claim?
11   A.  No.
12   Q.  Has anybody told you how much it's going to
13   cost to fix your home?
14   A.  No.
15   Q.  Outside of any conversations you've had with
16   your attorneys, has anybody told you how much you can
17   get by suing Allstate?
18   A.  I received a letter saying --
19   Q.  You received a letter from whom?
20   A.  From the attorneys here, that they had sent
21   this letter to Allstate and it gave me a figure, but I
22   honestly don't remember how much it was the -- I
23   believe it was like 100, something like that, 100,000.
24   I'm not sure.
25   Q.  Have you personally taken any pictures of any

50

1    of the damage in the house at 22nd Lane?
2    A.  No.
3    Q.  Earlier you testified that you have read your
4    homeowner's policy?
5    A.  Yes, I have.
6    Q.  When did you read your homeowner's policy?
7    A.  I would say when I brought the case to John.
8    He asked me to read it.
9    Q.  You had never read it before then?
10   A.  When I first purchased the house.
11   Q.  Do you understand that in order for your policy
12   to take effect you have to start with a covered event
13   under the policy?
14   A.  I don't understand.
15   Q.  Do you understand that sometimes damages are
16   covered by a policy and sometimes they're not?
17   A.  Yes.
18   Q.  Have you ever made a claim on your policy prior
19   to the claims we're here for today?
20   A.  Yes, I have.
21   Q.  How many times?
22   A.  Twice.
23   Q.  For what?
24   A.  There was a severe storm here and my roof
25   was -- a lot of pieces were flown like everywhere and

51

1    they replaced the roof.
2    Q.  Do you know what year that was?
3    A.  I would say it was 1994.
4    Q.  Did you have the entire roof replaced?
5    A.  Yes, they did.  They replaced the entire roof.
6    Q.  Was that claim just for exterior damage or was
7    there interior damage as well?
8    A.  Interior, there was a room where there was a
9    big water leak and they replaced the carpet.
10   Q.  They replaced the carpet?  Did they replace the
11   ceiling in there?
12   A.  Not inside.
13   Q.  Did they paint the ceiling?
14   A.  They painted the ceiling.
15   Q.  What room was that in?
16   A.  It was what used to be the garage that it's
17   enclosed now.  It used to be like -- like an extra
18   bedroom or a toy room for my daughters.
19   Q.  When was that room enclosed?
20   A.  It was already enclosed when I purchased the
21   house.
22   Q.  Did you have any additions done to the home or
23   any modifications done to the structure?
24   A.  When I moved into the house I replaced
25   everything in the bathrooms.  I remodeled both

52

1    bathrooms.
2    Q.  When you say replaced everything --
3    A.  Like the tub and the sink, the floor.
4    Q.  Who did the remodeling for you?
5    A.  It was a self contractor.
6    Q.  Do you remember his name?
7    A.  No.
8    Q.  Any other modifications?
9    A.  Yes.  We replaced the whole carpet and we
10   painted the house and --
11   Q.  Is that at the time you moved into the home?
12   A.  Yes.  We moved into the home.
13   Q.  Anything else?
14   A.  That was like 13 years ago.  I just wanted like
15   real nice and neat when I moved.  It was nice, but I
16   just wanted to replace the carpet to my color.  I
17   didn't paint all the house.  Just the rooms upstairs.
18   Q.  Any other modifications?
19   A.  No.
20   Q.  Do you know how long the unit, the air
21   conditioning unit, at 22nd Lane has been there?
22   A.  When I moved in it was new.  They told me it
23   was new and we usually kept it -- every year I would
24   have it cleaned.
25   Q.  So the same unit that's there today is the one

53

1   that was in the house when you moved in?
2      A. Uh-huh.
3      Q. And that was in the early '90s?
4      A. Right.
5      Q. Who did your maintenance work on the air
6   conditioner over here?
7      A. It's a self contractor, self employee person
8   and I just -- we just call him Chon, C-h-o-n.
9      Q. Does he do the maintenance on your air
10  conditioner at the new house?
11     A. Yes.
12     Q. And is that annual maintenance?
13     A. Just like cleaning the ducts and, you know,
14  cleaning the area where the air conditioner is.
15     Q. How much do you pay him every time he does this
16  service?
17     A. I'm -- I'm not sure. About 200 because my
18  husband pays him, 150, 200. Depends on --
19     Q. Do you know exactly what he does when he --
20     A. No, I don't.
21     Q. -- conducts the maintenance? You don't know?
22     A. (Moving head side to side.)
23     Q. Earlier in the beginning of this deposition you
24  described for me a process by which you called your
25  agent, Mr. Acevedo, and he gave you an 800 number?

54

1      A. Uh-huh.
2      Q. And you talked to a lady adjustor and you also
3   talked to an adjustor in Houston and you talked to
4   somebody here in McAllen, correct?
5      A. I talked to Archie Acevedo and then when I came
6   here, when I was driving down back home they gave me --
7   I didn't know who to contact, so they gave me a 1-800
8   number for somebody here and then he said that a person
9   from Houston would be calling me or he gave me a
10  number. That would be my adjustor in Houston, which it
11  was the lady.
12     Q. Have you talked to anybody else from Allstate?
13     A. Yes, sir, I did.
14     Q. Who else?
15     A. After I terminated the services with the
16  attorney I spoke to another person and he said he was a
17  supervisor from Houston.
18     Q. Were these telephone conversations or
19  communications in writing?
20     A. Telephone.
21     Q. Do you remember his name?
22     A. No, I don't because I only spoke to him
23  once -- I mean, twice. The first time I told him that
24  I had a claim, that I had an attorney, but I had
25  terminated, that I would like to see if we could just,

55

1   you know, take care of the problem in my house and he
2   said yes, that to give him a few days because it was a
3   thick file and it would take him several days to review
4   it. I said, I understand and then he called me back
5   and he said that I -- I did not qualify because I had
6   failure to report something and I said, could you
7   please send that in writing and he said, yes, I will.
8   Never did he send anything in writing or my papers or
9   anything.
10     Q. And that was the last communication you had
11  with Allstate?
12     A. Yes, and then I came to John Eaton and they
13  took over.
14     Q. Aside from this individual telling you he was
15  going to mail you something in writing and he didn't,
16  are there any other representations that weren't
17  followed up on or followed through with?
18     A. Since the beginning?
19     Q. Yes.
20     A. Nothing. Nothing has been followed.
21     Q. So that's what I'm asking you is, what were you
22  told that didn't happen?
23     A. Since the beginning from the first lady from
24  Houston that said that it was going to take a week and
25  then she would contact me and nothing happened. Then

56

1   from when I got an -- I'm sorry.
2      Q. That has to do with the reimbursement and
3   expenses for living in the hotel, correct?
4      A. And fixing the house and sending somebody to
5   fix the house or something.
6      Q. Okay.
7      A. And then when the attorney was -- Contreras was
8   supposed to be dealing with the insurance I never
9   received any responses or he never let me know any
10  response, okay? And then when I terminated that, then
11  I tried to contact Allstate again that I spoke to this
12  gentleman. Again, he didn't send me anything. It's
13  not until now that I've been talking to them that
14  they've been able to have -- do a response at all.
15     Q. So in 1994 you made a roof claim for damage to
16  your roof and they replaced the roof?
17     A. Right away.
18     Q. You were happy with the way they --
19     A. Yes, they did.
20     Q. They replaced the carpet in this room that's a
21  toy room? Is that what you called it?
22     A. Uh-huh.
23     Q. And that somebody painted the ceiling?
24     A. The same person did the -- Allstate sent that
25  restoration company to my house. Okay. Then after

**Page 57**

1  that there was -- I was happy with the service with
2  Allstate. They sent the restoration company right
3  away, the adjustor, everything, but then the
4  restoration company -- it rained. We have a lot of
5  storms here, so it rained so hard that there was water
6  leaking through that same place, so I called the
7  restoration company because you have like a year or so
8  that it's guaranteed.
9      Q. Okay.
10     A. They came down and they said there was nothing
11 wrong and I reported it to them.
12     Q. You reported it to Allstate?
13     A. To Allstate, but they said to call back to the
14 restoration. I called the restoration and I just --
15 they never went back, the restoration company.
16     Q. So if I understand your -- your story correctly
17 or your testimony, you had the initial damage to the
18 roof. You contacted Allstate. Somebody came out.
19 They replaced the roof. They replaced the carpet and
20 painted the ceiling?
21     A. Right.
22     Q. And then some period later -- how long was it?
23 Do you know?
24     A. No.
25     Q. A month, a year?

**Page 58**

1      A. Not even a year because I remember it was
2  between a year. We had another -- heavy water and it
3  leaked.
4      Q. And you thought it was still under -- it was
5  less than a year because you thought it was under a
6  warranty?
7      A. Right, so I called the restoration company.
8      Q. It leaked?
9      A. Yes.
10     Q. You called the restoration company. Did they
11 come out to the house?
12     A. They came to the house.
13     Q. They said, there's nothing wrong?
14     A. There's nothing wrong.
15     Q. So then you called Allstate?
16     A. Yes, and they told me it was under guarantee,
17 to call them back and I did call them back. The man
18 never came back.
19     Q. And so what did you do after that?
20     A. It doesn't leak, like only that time that it
21 was like another storm. It has leaked like once or
22 twice more after that. I just didn't call anybody.
23     Q. So when it leaks, how do you handle the water?
24     A. I just clean myself. I just clean that area
25 and let it dry, open the windows. It's not like a lot.

**Page 59**

1      Q. Would the carpet be wet?
2      A. The carpet will be wet, a little spot, but when
3  it rains I usually put like a container or something,
4  but it usually -- unless it's like a big storm, it will
5  leak. If it's just a rain it won't.
6      Q. And you have to put a container there because
7  water is dripping off the ceiling?
8      A. No, unless it's raining. I put it just to be
9  on the safe side, but unless it's pouring, like it's a
10 big storm it leaks, but otherwise it won't leak. It's
11 fine.
12     Q. And I understand that. What I'm asking you is,
13 is that after it was initially repaired you said it has
14 leaked several times since then?
15     A. Like twice.
16     Q. Okay. And that you said both of those times
17 you put a bucket down there?
18     A. Right.
19     Q. The reason you put the bucket there was because
20 water was dripping off the ceiling?
21     A. No. The reason I put the bucket is just in
22 case it leaks. It doesn't leak every time it rains.
23 That's my point.
24     Q. I understand that. You said it's leaked twice?
25     A. Right. That's it.

**Page 60**

1      Q. So when it leaks, does water drip down?
2      A. Yes, sir.
3      Q. Is there a spot on the ceiling from where the
4  water is dripping, a wet spot, a stain?
5      A. I don't remember. I think so. I'm not sure.
6      Q. The two times that it leaked, did the carpet
7  get wet?
8      A. The first time it did. The second time I got
9  wise and put the -- the container.
10     Q. And how did you dry the area the first time
11 that it leaked?
12     A. I put a fan and I turned on the -- I mean, I
13 opened the -- I have a window and a door and I opened
14 that and I put a fan.
15     Q. And how long did it take to dry?
16     A. Not long because it was not a big spot.
17     Q. Not long. A day?
18     A. Like a day.
19     Q. Is there a musty odor in this room as a result
20 of these water events?
21     A. No. It -- lately it was all over the house.
22     Q. What was all over the house?
23     A. The smell.
24     Q. The roof was repaired in 1994 and you said it's
25 leaked twice since then. Do you recall what years or

61

1  months these occurred?
2      A. The first leak, it was when the carpet got wet,
3  it was like a few months after the -- they fixed the
4  roof and the second one, it was like another -- like
5  close to that and then after that it just stopped. It
6  has not leaked.
7      Q. You said the second time was close to that?
8      A. To the first time that it leaked.
9      Q. So less than a year?
10     A. Yes.
11     Q. Is there a stain on the carpet from where it
12  leaked?
13     A. No.
14     Q. But you think there might be a water stain on
15  the ceiling, right?
16     A. I think so. I'm not quite sure.
17     Q. The stain that you think might be on the
18  ceiling, is there anything that you would characterize
19  as mold that's associated with that stain?
20     A. No. It's like a water -- you know, how the
21  water leaves like a little -- if it's -- because I'm
22  thinking about -- the mold, it would be like black,
23  right?
24     Q. I'm just asking you if in your opinion there's
25  anything on the ceiling at the point where the water is

62

1  dripping that you would characterize as mold?
2      A. No.
3      Q. Earlier you testified you've opened -- you made
4  two claims under your policy before the claims that
5  we're here for today?
6      A. Right.
7      Q. What's the other one?
8      A. The other one, they stole -- they broke the
9  window and they stole a TV and some videos and toys
10  from my daughters and stuff from my house, from that
11  house.
12     Q. What year did that occur?
13     A. Last May. I think last May.
14     Q. It was after you had moved out, right?
15     A. Yes.
16     Q. You made a claim under your homeowner's policy
17  for that?
18     A. Yes.
19     Q. What window did they break?
20     A. They broke the one on -- on the upstairs in my
21  daughters' room. They broke that and they jumped
22  from -- from the -- from a tree to get into the
23  upstairs window.
24     Q. So they climbed up a tree?
25     A. Uh-huh.

63

1      Q. And came in through a window they broke
2  upstairs?
3      A. Uh-huh.
4      Q. And that's how they left the house, too, or did
5  they leave through the -- one of the doors?
6      A. They went -- they caught him.
7      Q. They were caught?
8      A. Uh-huh.
9      Q. Is there an alarm in the house?
10     A. No. The neighbors caught him. They -- it was
11  plain daylight.
12     Q. Did you personally call Allstate with respect
13  to this claim?
14     A. Yes, sir.
15     Q. And that was a year ago last month?
16     A. It was in May. I'm not quite sure if it was
17  last year or the year before. I think it was last
18  year.
19     Q. Was that claim adjusted?
20     A. Yes.
21     Q. Did you have the window replaced?
22     A. Yes, sir.
23     Q. How long was it from the time that the burglar
24  broke the window until you were able to have it
25  replaced?

64

1      A. The same day.
2      Q. Was that claim fully adjusted?
3      A. Yes, sir.
4      Q. Were you reimbursed for any of the damage?
5      A. Yes, sir.
6      Q. How much were you reimbursed?
7      A. They gave me 5,000 to -- and then they gave
8  me -- I'm not sure if 15, to replace the things, like
9  the videos and everything that they took, TVs,
10  computers.
11     Q. And you say your neighbors caught them, how
12  many -- I'm a little perplexed. I don't understand.
13  There was more than one person that called?
14     A. There was -- there were several children. They
15  were children and there were some. They caught --
16  caught them in the house, but they only -- the police
17  only got one. The other ones ran.
18     Q. And they took the items?
19     A. They had -- yes, they did.
20     Q. Did you replace the items with the money you
21  were --
22     A. Yes, sir.
23     Q. I'm going to hand you a diagram that I'm going
24  to premark Exhibit No. 1 to your deposition.
25     A. Okay.

(Exhibit No. 1 marked.)

Q. (BY MR. ADAMS) It's a schematic of -- I believe it's the downstairs of your house. If you'll just take a minute and look over that. It may not be to scale, but if it's an accurate diagram of your house you'll agree with me that it is.

A. Yes, sir, it is.

Q. Why don't you hold that up for --

A. Okay.

Q. -- a minute? We're going to use it as a reference.

MR. McCARTHY: Is she going to need a pen?

MR. ADAMS: Potentially.

Q. (BY MR. ADAMS) With respect to the bathroom in the hallway downstairs it's labeled hall bath in that diagram. It's been marked Exhibit No. 1. Have you ever experienced a water event associated with the sink in that bathroom?

A. Yes, sir.

Q. When did that occur?

A. I don't remember.

Q. What happened?

A. We just saw that there was a leak on the pipe going down.

Q. Underneath the sink?

A. Yes, and -- and we just replaced it.

Q. In January of 2002 just a month after you moved out of the home, do you remember when somebody from Allstate came out and conducted an investigation of your house?

A. Yes, sir.

Q. Do you remember that gentleman's name?

A. No.

Q. Do you remember him asking you questions about different areas in the home?

A. Yes.

Q. Do you remember at that time telling him that the bathroom sink leak occurred approximately three years prior to that date?

A. Probably.

Q. Does that sound like an --

A. Yeah.

Q. -- accurate timeframe?

A. Uh-huh.

Q. Is that a yes?

A. Yes, sir.

Q. Who found or identified that there was a water event occurring underneath the bathroom sink?

A. I did.

Q. What led you to discover the water event?

A. I was -- I went to get some towels and they were wet.

Q. Was there water on the floor?

A. No, on the towels.

Q. Just on the towels?

A. Uh-huh. That's where I kept my towels, so if somebody would take a shower and we found -- they found that they were wet.

Q. When you found that the towels were wet, what did you do?

A. I called I don't know if it was my husband or my brother to come and fix it. No, not to come and fix it. That I had a leak. What would I do? And they said, well, that's just -- we just buy the part and we can fix it.

Q. So did your husband fix it or did your brother fix it?

A. Either one of them fixed it.

Q. You don't recall which one?

A. No.

Q. Did they fix it the same day that you called them?

A. Yes.

Q. Did you call them the same day that you discoverd that --

A. Yes.

Q. -- there was water on the towels?

A. Uh-huh.

Q. Was there any more water that escaped from underneath the sink after they made the repairs?

A. Can you repeat it, please?

Q. After either your brother or your husband fixed the pipe under the sink, did water leak from that place anymore?

A. No, not anymore. The problem was fixed.

Q. And you -- you did not contact Allstate with respect to that water event, correct?

A. Right.

Q. Is there a reason you didn't contact Allstate?

A. Yes.

Q. What was the reason?

A. Because prior -- they've always told me that if it's less than $500 that -- that I could fix it. It would be better for me to fix it because that's the deductible. I have to meet the deductible first.

Q. And who told you that?

A. They told me that at the office.

Q. At the agent's office?

A. Uh-huh.

Q. Has your agent always been Archie --

**69**

1   A. Acevedo.

2   Q. -- Acevedo.

3   A. Uh-huh.

4   Q. Any other reasons you didn't contact Allstate?

5   A. That's mainly the -- reason.

6   Q. How about with respect to the commode in that

7   bathroom? Have you ever experienced a water event with

8   that commode?

9   A. I don't remember to be honest. I just remember

10  that because it was -- the towels were new. They were

11  wet.

12  Q. You don't know if there's ever been a water

13  event or a water leak associated with the -- the

14  waterline going into the commode?

15  A. No.

16  Q. How about with respect to the bathtub in that

17  bathroom?

18  A. I never had a problem with that.

19  Q. There's a -- an area around the faucet in that

20  bathroom where the towel has been removed, correct?

21  A. Oh, you know what? That area --

22  Q. Around in the shower?

23  A. Yes. It has never -- the part that goes there,

24  it was never put there when they fixed the bathroom.

25  Q. So that's been -- what we're describing is is

**70**

1   in the shower and there's the faucet there's tile

2   missing around --

3   A. It's not tile. It's like a little silver plate

4   that goes -- and they never found the size. That's why

5   they never put it.

6   Q. The purpose of that plate is to prevent water

7   from going into and behind the shower wall, right?

8   A. I imagine.

9   Q. And your testimony today as we sit here is that

10  space has been open and unsealed since you first moved

11  into the home and had the bathroom remodeled?

12  A. Yes.

13  Q. Have you ever taken any preventative measures

14  to try and keep water from going back into that wall

15  cavity?

16  A. We have put like plastic or tape, duct tape

17  around it.

18  Q. But it doesn't stay or what? It comes off?

19  A. Or we take it off and put new one, but ever

20  since I moved out we haven't put any because nobody

21  uses the shower. We bought the plate, but we bought

22  different and they never fit that plate -- that part.

23  Q. So sometimes you would put duct tape on there.

24  Other times, what would you do?

25  A. We put tape -- I mean, plastic around it and

**71**

1   then tape duct tape around it, which is the sturdiest.

2   It would take more.

3   Q. And you had to -- did you have to replace the

4   tape and the plastic --

5   A. I just replaced it so it won't look ugly.

6   Q. Were there ever periods of time when there

7   wasn't plastic or duct tape over that opening?

8   A. Not that I remember because that was used like

9   when somebody would come and stay like for a few days.

10  Q. Do you know if water ever seeped back into that

11  space or cavity?

12  A. I never saw it like wet or anything.

13  Q. Did you ever stick your hand back there or

14  stick anything to see if it was actually getting wet?

15  A. No.

16  Q. Do you know if you have or ever had termites at

17  the house on 22nd Lane?

18  A. They said they -- they had found like a little

19  trace, but they treated it --

20  Q. Who said that?

21  A. -- in the front. The -- one of the pest

22  control companies. In the front, in the yard, so they

23  treated it and in the washroom, but it was treated.

24  Q. Do you remember what pest control company?

25  A. No.

**72**

1   Q. Do you remember when this conversation occurred

2   or when they identified the termites?

3   A. No. To be honest, no.

4   Q. Was it before or after you got married?

5   A. Oh, before I got married.

6   Q. So more than three years ago?

7   A. Yes.

8   Q. Did you have the house treated for termites on

9   a regular basis?

10  A. I would have like once a year come or maybe I

11  would skip one year for some reason, I mean, and they

12  would come and treat for like bugs, but they always

13  told me that I didn't have termites.

14  Q. Except for the one time?

15  A. Except for -- he found -- he found like a

16  little trace like the dirt and then he said, I'm going

17  to put some on the washroom just in case you get any,

18  which is where there's more moisture where you wash.

19  Q. Did you use the same company every time?

20  A. No. It depends who had a sale.

21  Q. Who had a sale on?

22  A. Uh-huh.

23  Q. After the year when one of these pest control

24  companies identified that you had evidence of termites,

25  did you tell the subsequent companies you hired?

73

1    A. Yes, and they never told me that I had any.
2    Q. Looking at the diagram again, you'll notice
3 one room labeled dining room?
4    A. Yes.
5    Q. And on the east side of that wall there's
6 some -- a picture on the schematic that represents a
7 window?
8    A. Right.
9    Q. There's a window in that room, right?
10    A. Right.
11    Q. Have you ever experienced water seeping in
12 through that window?
13    A. No.
14    Q. Is there any water damage around the window
15 that you're aware of?
16    A. Not that I'm aware of.
17    Q. In the kitchen, have you ever experienced a
18 water event associated with the sink?
19    A. Yes.
20    Q. When did that happen?
21    A. I think -- I mean -- I'm sorry. I just don't
22 have dates.
23    Q. Was it before you got married?
24    A. Yeah, I would think so.
25    Q. How many times did you have water events

74

associated with the sink?
2    A. One time again the pipe was leaking and I had
3 all my -- I had my flour on a big bucket, so I reached
4 the flour and -- and I saw that it was kind of damp, so
5 I called my brother and he came and he fixed it.
6    Q. And you think that was before you got married?
7    A. Yes.
8    Q. Is there anything under the kitchen sink that
9 you would characterize as visible mold?
10    A. Out of the kitchen?
11    Q. Under the kitchen.
12    A. Oh, under the --
13    Q. Under the sink in the kitchen.
14    A. No.
15    Q. Above the sink in the kitchen is a window,
16 right?
17    A. Uh-huh.
18    Q. And that window is broken right now, right?
19    A. It's broken?
20    Q. It's not broken now, but it has fractures in
21 the pane, right?
22    A. I didn't -- I'm not aware of that. I was not
23 aware of that.
24    Q. You didn't notice that when you were in the
25 house four days ago?

75

1    A. No.
2    Q. You don't have any knowledge of when --
3    A. I didn't even go to the kitchen this last time.
4 I just went upstairs to see my daughters' rooms and
5 came down.
6    Q. You don't have any knowledge of the window in
7 the kitchen being broken or fractured?
8    A. No. I know it's old.
9    Q. But you don't know that it's broken?
10    A. (Moving head side to side.)
11    Q. Is there tape on that window?
12    A. Yes.
13    Q. Who put the tape on the window?
14    A. I did.
15    Q. When?
16    A. It's like masking tape. I mean, the duct tape,
17 right? I'm not -- I think it's duct tape. It's -- I
18 just put it a long time ago when there was going to be
19 a storm and we used to put tape on the windows.
20    Q. And there are no cracks underneath the tape
21 that you were trying to cover up?
22    A. No, no. I put it -- prevent it, but since it's
23 on the other side I never took it off.
24    Q. On the kitchen cabinets themselves, is there
25 anything that you would characterize as visible mold?

76

1    A. Right now, no. I don't know. Maybe the
2 kitchen sink. I don't know. Some -- there are some
3 dishes there.
4    Q. There are dishes in the kitchen sink?
5    A. Uh-huh. When they took down the things from
6 the upstairs they put them on the top to -- to do the
7 testing.
8    Q. So not dirty dishes?
9    A. No. They're not dirty. They just put them --
10 I mean, they're dirty because they've been out there in
11 the open, but they were not used dirty.
12    Q. As you walk up the stairwell, is there a
13 window?
14    A. There's two windows.
15    Q. Where are they exactly located?
16    A. As I walk the stairs they're on the right side.
17    Q. Is there one on the top landing?
18    A. Yes.
19    Q. Is there any water damage around that window
20 that you're aware of?
21    A. Not that I'm aware of.
22    Q. You've never experienced water seeping in that
23 window?
24    A. No. It's always been closed.
25    Q. Is there any visible mold around that window

1 that you would characterize?
2     A. Huh-uh.
3     Q. No?
4     A. No. Those windows, we just open them now once
5 in a while to -- and air the house.
6     Q. How about in the utility room as it's labeled
7 on the diagram in front of you?
8     A. Right here?
9     Q. Have you ever experienced any water events in
10 that room?
11     A. Yes, we have.
12     Q. What type of water events have you experienced
13 in that room?
14     A. One time the water heater just burst and we
15 replaced it and we took it out and we cleaned
16 everything. My husband replaced it.
17     Q. Do you remember when that happened?
18     A. No. Like long -- like six years ago or
19 something like that.
20     MR. McCARTHY: What burst, a pipe or --
21     THE WITNESS: I don't know. It just
22 started leaking water from down there and it was all
23 burned.
24     Q. (BY MR. ADAMS) Who discovered that there was
25 water on the floor in the utility room?

1     A. I did.
2     Q. So you walked in there and there's water
3 standing on the floor?
4     A. And there was no hot water.
5     Q. So then what did you do?
6     A. I called my husband. He came from work. He
7 looked and he said, oh, I can fix it and he went to buy
8 a water heater and took it out himself and fixed it.
9     MR. McCARTHY: Oh, okay.
10     Q. (BY MR. ADAMS) Who -- did anybody turn the
11 water off to the house when this water event occurred?
12     A. I did.
13     Q. You turned off the water?
14     A. Uh-huh.
15     Q. Did you turn off the water to the water heater
16 or the water to the house?
17     A. I turned the water to the water heater and then
18 I had a little thing to turn off the water outside, so
19 I did turn it outside because I didn't want any more.
20 When I did it also we had a --
21     Q. Let's just talk about the water heater right
22 now.
23     A. Okay.
24     Q. Is that something your husband instructed you
25 to do or did you just know to do that on your own?

79

1     A. He told me.
2     Q. Did he tell you how to turn it off as well?
3     A. Yes.
4     Q. After you turned off the water to the water
5 heater and to the house, what did you do?
6     A. Nothing. I waited for him to come and fix it.
7     Q. Did you clean up the water on the floor?
8     A. Yes. I swept it and I mopped it.
9     Q. You swept it out?
10     A. Out because there's a door and there's a porch
11 and I took everything out from -- it had boxes on a
12 little shelf and I took everything out and cleaned that
13 area.
14     Q. And did your husband replace the water heater
15 the same day?
16     A. Yes.
17     Q. Was there any -- what type of floor do you have
18 in the utility room? Is it tile?
19     A. Tile.
20     Q. Is there any visible water damage on the floor
21 from this water event?
22     A. I don't -- I don't think so.
23     Q. Not to your knowledge?
24     A. Not to my knowledge.
25     Q. Is there any visible water damage on the walls

80

1 behind the water heater because of this water event?
2     A. Yes.
3     Q. What's on the walls?
4     A. I see some like marks on the wall like black.
5     Q. There are black marks on the wall?
6     A. Uh-huh.
7     Q. Would you characterize this as mold?
8     A. Now I would characterize, but before then I
9 didn't know that that was mold.
10     Q. Did you ever try and clean the black stuff off
11 the wall?
12     A. Yes.
13     Q. What did you use to clean the black stuff off
14 the wall?
15     A. I just used the broom and dusted. I usually --
16 I used to dust the -- the cobwebs and all that and
17 sweep around it.
18     Q. When did you first notice black stuff on the
19 wall behind the water heater?
20     A. When they pointed it out to me that those were
21 those black -- when that remediation company came,
22 Keith Watson.
23     Q. Oh, so in December of 2001?
24     A. Uh-huh.
25     Q. You never saw those black spots before?

81

1    A. I never -- I never paid attention. I just -- I
2  would just sweep and never paid attention.
3        MR. McCARTHY: When did she say the water
4  heater burst?
5        MR. ADAMS: Six years ago.
6        MR. McCARTHY: Okay.
7    Q. (BY MR. ADAMS) So prior to the first
8  remediation company coming out and conducting an
9  inspection of the house you never saw the black spots
10 behind the water heater?
11   A. To be honest, no, because I never paid
12 attention.
13   Q. When the water heater burst, did you contact
14 Allstate?
15   A. I believe I did and they gave me the same
16 answer. If it's less than 500 -- if that's your
17 deductible unless it's over $500.
18   Q. Do you know how much it cost to replace and
19 repair?
20   A. I think the water -- I'm not sure. It was not
21 more than 200.
22   Q. Was there water standing on the wall behind the
23 water heater?
24   A. When we cleaned it?
25   Q. Yes.

82

1    A. No.
2    Q. Any other water events that have occurred in
3  the utility room?
4    A. Yes, sir.
5    Q. What's the next water event that occurred in
6  the utility room?
7    A. The washer, behind the washer. The hose that
8  goes to the washer had, I don't know, had a leak and it
9  was like (descriptive sound) spreading water when I
10 turned it on, when I was ready to wash, so I turned it
11 off and I called my husband and -- and he said, call
12 somebody because I cannot go, so I called All In One.
13   Q. You called who?
14   A. All In One. I think it was All In One and they
15 came and replaced the -- the hose.
16   Q. They replaced the hose? When did this occur?
17   A. I don't remember. I don't remember, I'm sorry,
18 the dates.
19   Q. Was it --
20   A. Before I got married, uh-huh.
21   Q. Was it before you started teaching?
22   A. No. I think it was when I started teaching.
23   Q. Sometime between after you had started
24 teaching, but before you got married?
25   A. Right.

83

1    Q. How long was it from the time that you first
2  discovered the -- the leak in the hose until All In One
3  was able to replace those?
4    A. They came the same day. They're across the
5  street, more or less.
6    Q. Was there water damage as a result of this
7  leak?
8    A. What do you mean?
9    Q. Was there any visible water damage as a result
10 of this leak?
11   A. No, because I -- I swept the water and I -- I
12 didn't use the -- the dryer. I turned it off. Like my
13 husband turned it off and then when they came and
14 replaced they took the -- the washer out to -- you
15 know, to evaluate and I cleaned that place and I -- I
16 swept and mopped the floor and left the door open.
17   Q. Were you able to turn the water off to the
18 washing machine with that hose?
19   A. Yeah. There's like a thing you just turn off.
20   Q. There's no water stain on the wall behind the
21 washing machine?
22   A. Not that I know of. It could be. I haven't
23 seen it.
24   Q. Is there anything on the wall behind the
25 washing machine that you would consider to be visible

84

1  mold?
2    A. I don't know. I'm --
3    Q. Did you contact Allstate with respect to the
4  washing machine then?
5    A. No.
6    Q. Why not?
7    A. Because they only charged me $45 to come and
8  $20 for the hose.
9    Q. So you didn't call them because it was under
10 your deductible?
11   A. Right.
12   Q. Any other reason?
13   A. That's the only reason.
14   Q. Any other water events that occurred in the
15 utility room?
16   A. That's about it that I remember.
17   Q. Are there any stains on the ceiling in the
18 utility room?
19   A. I don't know.
20   Q. Not that you're aware of?
21   A. No.
22   Q. In the living room as it's marked on the
23 diagram in front of you there's a sliding glass door
24 entryway, correct?
25   A. Right.

1    Q. Has that glass door been broken?
2    A. Yes.
3    Q. When did that happen?
4    A. After they caught those two boys they broke it
5    and we replaced it, but they told me -- I called the
6    insurance to let them know and they told me just to --
7    that I had to file a new claim and it was under $500.
8    Q. It was under $500?
9    A. Yes. Same story.
10   Q. Why did you have to -- I'm confused. Who
11   broke -- who broke the sliding glass door?
12   A. The sister of the little boy that was caught in
13   the house.
14   Q. She came back and vandalized the house?
15   A. She broke the window and -- but it was like
16   11:00 o'clock at night and my husband and I were
17   outside and he said, let me just go back to the house
18   and make sure everything is okay, so he goes to the
19   house and he calls me. Call the police, I just caught
20   them breaking the -- the window.
21   Q. Are these kids neighbors of yours?
22   A. Yes.
23   Q. They live right next door to you?
24   A. (Moving head up and down.)
25   Q. Yes?

1    A. Yes, sir.
2    Q. Were you compensated by anybody for replacing
3    the sliding glass door?
4    A. I'm sorry?
5    Q. Were you compensated by anybody for replacing
6    the sliding glass door?
7    A. No, sir.
8    Q. Was it your neighbor's children who stole items
9    from your house?
10   A. It was children from the neighborhood.
11   Q. So the incident where the sliding glass door
12   was broken was separate from the --
13   A. The first one.
14   Q. -- burglary?
15   A. Uh-huh.
16        (Off the record.)
17   Q. (BY MR. ADAMS) How many air conditioning units
18   are in the home on 22nd Lane?
19   A. One.
20   Q. I'm going to hand you what's going to be marked
21   Exhibit No. 2 to your deposition.
22        (Exhibit No. 2 marked.)
23   Q. (BY MR. ADAMS) It's a diagram of the second
24   floor of your house. If you'll just look at that and
25   if you can agree with me that, although it may not be

87

1    to scale, it's an accurate representation of the floor
2    plan?
3    A. Yes, it is, sir.
4    Q. And in the middle of that diagram you'll see a
5    closet termed AHU closet?
6    A. Yes, sir.
7    Q. Is that where your air conditioning unit is
8    housed?
9    A. Yes, sir.
10   Q. Have you ever experienced a water event with
11   your air conditioning unit?
12   A. Yes, sir.
13   Q. When did that occur?
14   A. Like again, I don't know. It's been too long.
15   We were sitting, eating in the dining room downstairs
16   and I saw water coming down from the ceiling.
17   Q. When you -- when you saw the water coming down
18   off the ceiling, was that before or after you got
19   married?
20   A. I think it was before.
21   Q. Do you recall if it was before you started
22   teaching?
23   A. I don't recall that. I'm sure -- I think it
24   is. I've been teaching six years. I think that's a
25   long time. I mean, a long -- I'm not sure to be

88

1    honest, so I remember the water dripping.
2    Q. And when the water started -- when you
3    identified water was dripping from the ceiling, what
4    did you do?
5    A. I didn't know what it was and I called my
6    husband. He was at work and he said, oh, it's probably
7    the air conditioning because that's right above and I
8    said, well, maybe that's what it is. The house was
9    cool, so he said, I'm going to send this guy, Chon, so
10   I think -- he said, turn off the air conditioner just
11   in case, so I turned off the air conditioner and when
12   he -- this man came like about an hour and a half or
13   two later. He said that there was a pipe or --
14   honestly I don't remember what the -- so he took
15   everything down. I remember took the -- the whole
16   thing.
17   Q. He disassembled your air conditioning unit?
18   A. Yes, and put it -- took it outside and he said,
19   I'm going to clean this area because there was a water
20   damage here, so he cleaned it.
21   Q. Cleaned the closet?
22   A. Yes.
23   Q. After he disassembled --
24   A. Yes.
25   Q. -- the unit?

89

1    A. It was like an empty closet and he took
2  everything out and he said, it's going to take several
3  hours for it to dry before -- and -- and meanwhile,
4  I'll take it downstairs and I'll clean it outside, I'll
5  clean the whole thing outside and that's what he did
6  and he cleaned it and then he replaced everything.
7  He -- he replaced everything there and --
8    Q. When you say he replaced everything you mean he
9  reinstalled it?
10    A. Yes, and there were -- there was like a pad
11  that was wet. He took it out and put a new one.
12    Q. What do you mean there was a pad?
13    A. Or something that goes on the air conditioner.
14  I mean, I don't understand what -- what's on those air
15  conditioners.
16    Q. Was he able to do all of this cleaning and
17  maintenance in one day?
18    A. Yes.
19    Q. Have you only experienced one water event that
20  you're aware of with the air conditioning unit?
21    A. Yes, sir.
22    Q. And as we sit here today you don't know exactly
23  where the water came from? Is that how I understand
24  your testimony?
25    A. He told me it was from that -- the air

90

1  conditioner because it was right above.
2    Q. But you don't know what part of the air
3  conditioner, what caused the water?
4    A. No.
5    Q. How much did he charge you to do this?
6    A. I think -- I'm not sure. I think like $200
7  or -- he said it was just that. It was not -- it was
8  just a hose and it was just a cleaning. He was just
9  going to take the opportunity to clean up the whole
10  thing.
11    Q. Did he tell you that the drain pan had an
12  overflow?
13    A. No.
14    Q. What did you do about the spot on the ceiling
15  in the dining room where the water was dripping?
16    A. It didn't make a spot.
17    Q. Where did the water come from?
18    A. Where the -- on the ceiling?
19    Q. Yes.
20    A. It didn't make a spot. There's no water mark
21  on there.
22    Q. Did it come out of a vent or it just came right
23  off the ceiling?
24    A. Right off the ceiling. There's like a
25  little -- there was like a little hole where it came.

91

1    Q. There was a hole in the ceiling?
2    A. You know -- not a hole. You know how they have
3  the cottage, like cottage looking ceiling? And if you
4  look very closely you can tell that something came from
5  there, but there's no water mark on there.
6    Q. How much water dripped off the -- off the
7  dining room ceiling?
8    A. Not much, not much because I remember that I
9  was sitting and -- and I saw like two or three drops
10  and I called immediate -- I called my husband
11  immediately.
12    Q. On the floor in the dining room, is it carpet?
13    A. Yes.
14    Q. Did this water get on the carpet or did it get
15  on a table?
16    A. It got -- I think it was -- I'm sure -- I'm not
17  sure. I think it was the carpet.
18    Q. Did it stain the carpet?
19    A. No.
20    Q. Who changes the filter for your air
21  conditioning unit?
22    A. My husband or I.
23    Q. So you've changed the filter out?
24    A. Yes.
25    Q. Is it located -- the filter located in the

92

1  closet where the unit is?
2    A. Uh-huh.
3    Q. Is there anything on the walls or anything on
4  the unit itself that you would characterize as visible
5  mold?
6    A. Sometimes it would be like dust on the -- on
7  the door, on the panel, but I would just clean it off
8  or sweep it or with a vacuum, you know, clean off that,
9  but it's like a regular door and it has the -- like a
10  vent.
11    Q. Is there anything on the actual walls inside
12  the closet with the unit itself that you would
13  characterize as visible mold?
14    A. Not that I know of or that I have looked at.
15    Q. When you contacted Allstate for the claims that
16  we're here today, was it just because you wanted the
17  house to be inspected for mold or was there a
18  particular event or something in particular with
19  respect to the house that you wanted to make a claim
20  for?
21    A. No, no. I just wanted to for that -- to -- I
22  had a concern.
23    Q. In bedroom number three as it's labeled on the
24  diagram --
25    A. Yes.

93

```
1    Q. -- the master bedroom, is there any water
2  damage around the window on the east side of that
3  bedroom?
4    A. Not that I know of.
5    Q. Have you ever experienced water coming in that
6  window due to rain?
7    A. No.
8    Q. Is there anything around that window seal that
9  you would characterize as visible mold?
10   A. No, because I have never checked.
11   Q. And in the course of living in the home and
12 cleaning the home you've never seen any water damage or
13 visible mold around that window?
14   A. No.
15   Q. Bedroom number two as it's indicated on the
16 diagram in front of you, there are two windows in that
17 bedroom, correct?
18   A. Right.
19   Q. Is there any water damage around either one of
20 those windows that -- that you're aware of?
21   A. Not that I'm aware of.
22   Q. Is there any visible mold as you would
23 characterize it around either one of those windows?
24   A. No, not that I know of.
25   Q. Have you ever experienced water coming in
```

94

```
1  either one of those windows due to rain or any -- any
2  sort of event?
3    A. No. We never leave the doors -- the windows
4  open.
5    Q. You've never experienced water seeping in when
6  they're closed?
7    A. When it's closed?
8    Q. When the window is closed you've never
9  experienced water seeping in there?
10   A. No.
11   Q. Bedroom one as it's indicated on the diagram,
12 is there a window in that room that's broken, the one
13 on the north wall?
14   A. This is where it was broken where the kids went
15 in through the house.
16   Q. Was that window replaced?
17   A. It has been replaced, yes.
18   Q. How long was it from the time it was broken
19 till it was replaced?
20   A. The same day. The gentleman came the same day
21 to fix the window.
22   Q. And it hasn't been broken since then?
23   A. It was broken again.
24   Q. A second time?
25   A. Uh-huh.
```

95

```
1    Q. When?
2    A. Like we check periodically and then one day my
3  husband went and -- and it was broken, so he had to
4  replace that same day that he found that it was broken.
5    Q. And that was after the --
6    A. This was this last week.
7    Q. So if I understand your testimony correctly, as
8  far as you know that window has been broken two times,
9  once in the burglary and then it was replaced?
10   A. And now this time.
11   Q. And about a week ago it was found broken and --
12   A. Uh-huh.
13   Q. -- replaced?
14   A. But there's no tree anymore for kids to jump
15 on.
16   Q. Is there any water damage that you're aware of
17 around that window seal?
18   A. No.
19   Q. Anything you would characterize as visible mold
20 around that window seal?
21   A. I don't know because I haven't seen anything.
22   Q. In the bathroom, which is indicated a hall
23 bathroom on Exhibit No. 2 --
24   A. Right here.
25   Q. It's also the upstairs bathroom, correct?
```

96

```
1    A. Uh-huh.
2    Q. Have you experienced any water events in that
3  bathroom?
4    A. I think the sink. I remember also they had to
5  replace everything, but because it was kind of old, not
6  because there was a water damage.
7    Q. So it was a precautionary measure?
8    A. Uh-huh.
9    Q. It wasn't an actual leak?
10   A. No, and on the bathroom -- on the commode my
11 niece put a lot of paper, so they took out the whole
12 thing and replaced everything.
13   Q. Let's go back to the sink for one second.
14   A. Okay.
15   Q. Who made the repairs for you?
16   A. My husband.
17   Q. And he replaced the -- the drain?
18   A. The tube.
19   Q. The tube?
20   A. Uh-huh.
21   Q. But when he made that repair it was a
22 precautionary measure as opposed to actually
23 experiencing a water event, correct?
24   A. Right.
25   Q. And then you identified an issue with the
```

**97**

```
 1    commode?
 2        A. Right.
 3        Q. Was there a water event at the commode?
 4        A. No. It was -- she just, you know, put --
 5    stuffed a paper and we tried to take it out so it -- it
 6    wouldn't flush.
 7        Q. Did the -- did the commode overflow?
 8        A. Yes.
 9        Q. When did this occur?
10        A. I was still living there, so -- it was shortly
11    after I was married or at the time I was married or
12    just in between that time.
13        Q. Which daughter was this?
14        A. My niece.
15        Q. Your niece?
16        A. Because she's six. I think she would be like a
17    year, so that's like five years ago.
18        Q. Five years ago?
19        A. I think so. I think she was like a year.
20    Right now she's six. One or two years. She was one or
21    two years old.
22        Q. So this happened four or five years ago,
23    correct?
24        A. Uh-huh, yes, sir.
25        Q. What type of flooring material was in the
```

**98**

```
 1    bathroom upstairs?
 2        A. It's tile.
 3        Q. When the commode overflowed, did water seep out
 4    into the hallway?
 5        A. No.
 6        Q. Did water get on the walls behind the commode?
 7        A. I don't know. My -- my brother fixed it. I
 8    remember he -- there was water on the floor, but he
 9    fixed it and cleaned up and dried up, you know, with a
10    mop.
11        Q. Is there any visible damage that you attribute
12    to this water event?
13        A. Like what do you mean? Like water stains or --
14        Q. Exactly.
15        A. Yeah. Maybe there is on the wall.
16        Q. Behind the commode?
17        A. Uh-huh.
18        Q. Is there anything on the wall that you would
19    characterize as visible mold?
20        A. There's spots, so I guess that would be mold.
21    I don't know.
22        Q. What color are the spots?
23        A. It's like the water thing and then black around
24    the --
25        Q. When did you first notice that there were --
```

**99**

```
 1    there was a black ring around the water stain?
 2        A. When he first cleaned it, it was so clean that
 3    he cleaned then, but later it started and now that the
 4    house is empty you can tell that it's more. It shows
 5    more on that area because that -- that was my bathroom
 6    and I always kept it clean and right now it's -- I
 7    don't like the way it looks.
 8            MR. McCARTHY: Yeah, but the question was,
 9    when did you first notice the mold?
10            THE WITNESS: The black thing?
11            MR. McCARTHY: Yes.
12        A. I guess when they pointed out that that was
13    mold.
14        Q. That was the first time?
15        A. Yes.
16        Q. When you had the first remediation company come
17    out?
18        A. Right.
19        Q. In December of 2001?
20        A. Right.
21        Q. Never before then had you noticed it?
22        A. No.
23        Q. Is there a water stain on the ceiling in that
24    bathroom?
25        A. I don't -- I don't know. I don't -- I didn't
```

**100**

```
 1    think so. I don't remember.
 2        Q. You don't recall if there's a water stain above
 3    the --
 4        A. No.
 5        Q. -- ceiling? In particular above the bathroom?
 6        A. No. I don't recall.
 7        Q. Are there vents in the bathrooms?
 8        A. Yes.
 9        Q. Do you know -- do you have an attic in your
10    house?
11        A. Not accessible.
12        Q. So you don't know if the vents and the bathroom
13    vent to the attic are to the outside?
14        A. Right. I don't know.
15            (Off the record.)
16        Q. (BY MR. ADAMS) Earlier you testified that the
17    reason you contacted Allstate was because you were
18    concerned about mold and you also testified that you
19    had talked to a parent of one of your --
20            MR. McCARTHY: Mr. Ruiz, R-u-i-z.
21        Q. (BY MR. ADAMS) Norman Ruiz. Was there any
22    particular area or location in the house that drew
23    concern to you maybe because of the presence of what
24    you would characterize as visible mold?
25        A. No, and I didn't contact him. We were just
```

101

1　having a conversation and he explained that -- that he
2　had mold because he had a water leak and I said -- and
3　that her daughter had been sick and I said -- he said,
4　maybe you should check your house because I told him I
5　had a leak in the air condition and I had been sick and
6　he said, maybe you should contact your insurance and
7　ask them to -- just so you can be on the safe side and
8　I said, maybe I should because I didn't even know that
9　that existed. He's -- you know. So he -- I said --
10　and that's the only reason I, you know, made the first
11　contact, just to be on the safe side.
12　　Q.　When you had that air conditioner leak I don't
13　recall if you told me when that occurred.
14　　　　MR. McCARTHY: Yes.
15　　Q.　(BY MR. ADAMS) Was that before you were
16　married?
17　　A.　I think so. Like I don't remember dates. I'm
18　sorry. I didn't know I had to keep track of when
19　things happened.
20　　Q.　Do you recall if that was before you were
21　married or after you were married?
22　　A.　It was before.
23　　Q.　When is your anniversary?
24　　A.　February 20th.
25　　Q.　And what year were you married?

102

1　　A.　I don't know.
2　　Q.　Can you think about it for a second?
3　　A.　Yes.
4　　　　MR. McCARTHY: The year.
5　　A.　Yes. It was three years ago, like -- let me
6　see. I'm 43. I was turning 40. I turned 40 that
7　year.
8　　　　MR. McCARTHY: I have 2002, February or
9　March.
10　　　　THE WITNESS: February 20th.
11　　　　MR. McCARTHY: Well, that's when you
12　called. The adjustor said to leave the house. I'm
13　trying to find Mr. Ruiz.
14　　Q.　(BY MR. ADAMS) Your birthday is February 16th?
15　　A.　Yes, sir.
16　　Q.　Your anniversary is February --
17　　A.　Yeah.
18　　Q.　-- 20th? And the year you got married was the
19　year that you turned 40?
20　　A.　Uh-huh.
21　　Q.　So it was three years ago?
22　　A.　Uh-huh.
23　　Q.　And this is 2004 --
24　　A.　2004.
25　　Q.　-- as we sit here today?

103

1　　A.　Yes.
2　　Q.　So you were married in February --
3　　A.　2001.
4　　Q.　-- 2001? So there wasn't -- you didn't see
5　visible mold somewhere, you didn't -- that caused you
6　to want to have the house evaluated. It was because of
7　your allergic symptoms that you were suffering from and
8　the conversation you had with Mr. Ruiz?
9　　A.　Right, and I stated that when I called the
10　insurance.
11　　　　MR. McCARTHY: Okay. I got it.
12　　Q.　(BY MR. ADAMS) In your responses to
13　interrogatories, which I'm going to mark Exhibit No. 3
14　to your deposition.
15　　　　(Exhibit No. 3 marked.)
16　　Q.　(BY MR. ADAMS) Your response to the first
17　question states, in December 2001 I noticed water
18　damage from an overflow in my second floor HVAC unit
19　and immediately reported this to the Allstate office in
20　McAllen, Texas?
21　　A.　If that's the year -- I mean, like I said, I
22　don't remember the year right now.
23　　Q.　Let me ask you a question. Do you see where
24　that states that?
25　　A.　Yes, right here.

104

1　　Q.　What water damage did you notice from the HVAC
2　unit? Was there actual water damage?
3　　A.　The -- the ceiling where the -- I mean, inside,
4　not water damage, where the water damage had gone, the
5　black stuff in the -- inside the -- by -- I assume it
6　was from the -- when the air conditioning had broken.
7　　Q.　What black stuff?
8　　A.　The black stuff around the -- the air
9　conditioning.
10　　Q.　In the closet upstairs where the air
11　conditioning is housed?
12　　A.　Uh-huh. That's when the remediation company
13　came and told me that they checked and they said, have
14　you noticed this and I said, now that you're telling
15　me.
16　　Q.　But nothing else?
17　　A.　No.
18　　Q.　When you lived in the house on 22nd Lane, what
19　did you normally keep the air set at?
20　　A.　Like 78 or 80.
21　　Q.　Would you turn it off when you would leave
22　during the day?
23　　A.　No.
24　　Q.　Do you know if you ever had a dehumidifier in
25　the home?

105

1    A. No. I never had one.
2    Q. Did anybody smoke in the house on the 22nd Lane
3  when you lived there?
4    A. No.
5    Q. Do you smoke?
6    A. No.
7    Q. Does your husband smoke?
8    A. No.
9    Q. The sole basis for you moving out of the house
10  was the telephone conversations that you had with
11  individuals from Allstate?
12    A. Right.
13    Q. Did your -- any of your doctors tell you you
14  needed to move out of the house?
15    A. No, because when I went to the doctor I
16  didn't -- I didn't tell him that it was because of
17  mold. I went because I was sick.
18    Q. With respect to the funds that were paid to you
19  for the claim, the burglary claim, did you use those
20  funds to pay for costs associated with living outside
21  of the house?
22    A. No.
23    Q. What did you use those funds for?
24    A. I used to replace the things that I -- that
25  they stole from me.

106

1    Q. And when you replaced those items, did you put
2  them into your new house?
3    A. Yes.
4    Q. Do you know how much it's going to cost to
5  repair your home?
6    A. I have no idea.
7    Q. Do you know how much you've spent out-of-pocket
8  covering costs associated with living outside of the
9  home?
10    A. No. It's too long to keep track.
11        MR. ADAMS: Let's go off the record for a
12  minute.
13        (Off the record.)
14    Q. (BY MR. ADAMS) You testified that -- that there
15  was a water drip in the HVAC unit, but there was no
16  water stain or visible damage on the ceiling as a
17  result of that?
18    A. On the ceiling, no. There's no stains, but
19  there's like -- like, you know -- how can I explain?
20  Like when you go to the caverns, that is the little
21  thing like a cone, that's what shows right there.
22    Q. There's no visible damage, no water stain, no
23  mold on the ceiling where the water dripped?
24    A. Outside, no. Just that.
25    Q. In the utility room you said there was a stain

107

1  on the ceiling and that they painted over that stain?
2    A. Excuse me. In the utility?
3    Q. In the utility room. There was a stain in the
4  utility room.
5    A. In the toy room. That's where they painted.
6    Q. In the toy room they painted over?
7    A. Uh-huh.
8    Q. Did that stain reappear over time?
9    A. I don't remember to be honest.
10    Q. When you moved out of the house, was the water
11  stain there?
12    A. It's two years. I'm sorry. I don't remember.
13    Q. Are there any other stains on any other ceiling
14  in the house?
15    A. Let me try -- just in the bathroom
16  downstairs -- upstairs where I told you behind.
17    Q. I'm talking about the ceiling.
18    A. Oh, I'm sorry. The ceiling. Not that I
19  remember.
20    Q. How has this water damage or mold in your home
21  affected you emotionally if you can put it into words?
22    A. I can't describe it. It's been like a roller
23  coaster because I get upset. I get sad. I get -- I
24  get hopeful that they're going to do something when I
25  speak to people and then I get frustrated because

108

1  nothing gets done at my house. I just see -- it's --
2  it's my house. I bought it. It took me quite an
3  effort to get it and then seeing it just, you know,
4  being there and nothing done to it I just feel bad,
5  real bad about it.
6    Q. And after the house was repaired your testimony
7  earlier was that you were either going to sell the
8  house or retain it as a rental property, right?
9    A. I'm not sure, quite sure, what I'm going to do,
10  but I -- I don't want to get rid of it unless I have to
11  like to pay the other mortgage or -- or something.
12    Q. It's your intention to continue to reside in
13  the house on 36th Lane, right?
14    A. I don't -- I think we're going to sell that
15  house.
16    Q. You're going to sell the new house?
17    A. Yeah, because my daughter wants to come to
18  the -- to the school that belongs to the other house,
19  so we're either going to keep that house on 22nd and
20  buy another one or move back to that one if it's fixed
21  and sell the other one because she has two more years
22  to go to -- to go to middle school where I can decide
23  on what I'm going to do. Meanwhile, all I want to do
24  is fix it. I just don't want to see it get ruined
25  because I worked hard to get that house.

109

```
1              MR. ADAMS:  Ms. Garcia, I believe that's
2    all the questions I have for you today.
3              THE WITNESS:  Thank you.
4              MR. ADAMS:  Thank you for your time.  I
5    pass the witness.
6              MR. McCARTHY:  We reserve our questions
7    until time of trial.
8              (Deposition concluded at 1:56 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

110

```
1    DATA SHEET/SIGNATURE PAGE
2    PAGE LINE CHANGE                    REASON
3    _____
4    _____
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14     I, NORA GARCIA, have read the foregoing transcript
15   and hereby affix my signature that same is true and
     correct, except as noted above.
16                    _____
                           NORA GARCIA
17   THE STATE OF TEXAS
18   COUNTY OF HIDALGO
19           SUBSCRIBED AND SWORN TO BEFORE ME, the
20   undersigned authority on this the _____ day of
21   _____, 2004.
22
23
24                    _____
25                    Notary Public in and for
                       The State of Texas
```

111

```
1              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
2                    BROWNSVILLE DIVISION
3    MICHAEL RICHARD TELLES,   )(
     JENNIFER ANN TELLES,      )(
4    REBECCA GARZA, RUBEN      )(
     SANTILLANA, MINERVA       )(
5    SANTILLANA, GUILLERMO     )(
     CONTRERAS, OLGA           )(
6    CONTRERAS, ELUTERIO       )(
     MORALES, ROSA MORALES,    )(
7    and NORA GARCIA           )(  CIVIL ACTION NO. B-03-218
8         Plaintiffs,          )(
9    VS.                       )(
10   ALLSTATE TEXAS LLOYDS     )(
     COMPANY,                  )(
11                             )(
          Defendant.           )(
12
13              REPORTER'S CERTIFICATION
              DEPOSITION OF NORA GARCIA
14                  June 15, 2004
15
16       I, NORA M. EAVERS, Certified Court Reporter, certify
17   that the witness, NORA GARCIA, was duly sworn by me,
18   and that the deposition is a true and correct record of
19   the testimony given by the witness on JUNE 15, 2004;
20   that the deposition was reported by me in stenograph
21   and was subsequently transcribed by me or under my
22   supervision.
23       I FURTHER CERTIFY that I am not a relative,
24   employee, attorney or counsel of any of the parties,
25   nor a relative or employee of such attorney or counsel,
```

112

```
1    nor am I financially interested in the action.
2        WITNESS MY HAND on this the _____ day of
3    _____, 2004.
4
5
6                    NORA M. EAVERS, Texas CSR NO. 2184
7                    Expiration Date: 12-31-04
                     Bryant & Stingley, Inc.
8                    4900 North 10th Street
                     Building A, Suite 3
9                    McAllen, Texas  78504
                     (956) 618-2366
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## $

**$100**
[1] 35:20 <11:54>
**$20**
[1] 84:8 <01:13>
**$200**
[2] 35:20 <11:54> 90:8
<01:22>
**$30**
[1] 44:2 <12:07>
**$40**
[3] 32:14 <11:49> 32:20
<11:49> 33:2 <11:50>
**$45**
[1] 84:7 <01:13>
**$450**
[2] 23:5 <11:35> 34:8
<11:51>
**$500**
[4] 68:18 <12:52> 81:17
<01:10> 85:7 <01:15> 85:8
<01:15>
**$850**
[1] 25:2 <11:38>

## '

**'81**
[1] 19:16 <11:30>
**'90s**
[3] 20:2 <11:30> 46:22
<12:11> 53:3 <12:31>
**'92**
[1] 20:1 <11:30>
**'97**
[1] 22:8 <11:33>
**'98**
[1] 22:8 <11:33>

## 1

**1**
[4] 3:11 64:24 <12:48> 65:1
<12:48> 65:16 <12:49>
**1-800**
[3] 9:16 <11:16> 10:11
<11:17> 54:7 <12:33>
**100**
[1] 49:23 <12:26>
**100,000**
[1] 49:23 <12:26>
**103**
[1] 3:12
**10th**
[1] 112:7
**110**
[1] 3:5
**111**
[1] 3:6
**11:00**
[1] 85:16 <01:15>
**12-31-04**
[1] 112:8
**122**
[1] 27:9 <11:42>
**13**
[1] 52:14 <12:30>
**15**
[7] 1:16 1:22 7:13 <11:12>
24:14 <11:37> 64:8 <12:48>
111:14 111:19
**150**
[1] 53:18 <12:32>
**16th**
[1] 102:14 <01:42>
**1800**
[1] 26:4 <11:40>
**18th**
[1] 47:25 <12:23>
**19**
[1] 20:1 <11:30>
**1988**

[1] 46:13 <...>
**1990**
[1] 20:1 <11:30>
**1993**
[2] 20:7 <11:31> 20:12
<11:31>
**1994**
[1] 51:3 <12:28> 58:15
<12:37> 60:24 <12:42>
**1995**
[1] 22:1 <11:33>
**1:56**
[1] 109:8

## 2

**2**
[5] 3:3 3:12 86:21 <01:18>
86:22 <01:18> 95:23
<01:30>
**2/16/61**
[1] 6:6 <11:11>
**20**
[3] 24:6 <11:37> 36:9
<11:55> 41:4 <12:02>
**200**
[3] 53:17 <12:32> 53:18
<12:32> 81:21 <01:10>
**2001**
[10] 8:13 <11:14> 14:24
<11:23> 25:14 <11:39> 36:
20 <11:56> 47:25 <12:23>
80:23 <01:08> 99:19
<01:34> 103:3 <01:42> 103:
4 <01:43> 103:17 <01:44>
**2002**
[5] 14:25 <11:23> 15:3
<11:23> 15:7 <11:23> 66:2
<12:49> 102:8 <01:42>
**2004**
[3] 1:16 1:22 102:23 <01:42>
102:24 110:21 111:14 111:19
112:3
**20th**
[1] 101:24 <01:41> 102:10
<01:42> 102:18 <01:42>
**2184**
[2] 1:23 112:6
**2208**
[2] 1:24 2:11
**22nd**
[33] 8:6 <11:13> 8:17
<11:15> 20:5 <11:31> 23:2
<11:35> 25:14 <11:39> 25:
14 <11:39> 27:21 <11:43>
28:23 <11:45> 30:1 <11:46>
31:21 <11:48> 32:21
<11:49> 32:22 <11:49> 32:
24 <11:50> 35:5 <11:53> 36:
15 <11:55> 36:21 <11:56>
37:10 <11:57> 42:20
<12:05> 43:4 <12:06> 43:15
<12:06> 43:18 <12:07> 44:9
<12:07> 46:8 <12:09> 46:19
<12:10> 47:4 <12:11> 48:15
<12:24> 50:1 <12:26> 52:21
<12:31> 71:17 <12:57> 86:
18 <01:17> 104:18 <01:45>
105:2 <01:46> 106:19
<01:56>
**24**
[1] 41:5 <12:03>

## 3

**3**
[4] 3:12 103:13 <01:44> 103:
15 112:8
**32**
[1] 34:14 <11:52>
**32,000**
[1] 34:14 <11:52>
**36**
[4] 7:21 <11:13> 7:23
<11:13> 8:1 <11:13> 25:1

[1] 46:13 <...>
**3th**
·7
·05

## 4

4
4
4
·4
·44
·5
·5
·7
·45
43:28
[41]
5]
7]

## 5

5[]
·5
·8
·6
·4

## 6

6]
61
6]
6
6
·28
·49

## 7

7]
6]
7
1·5
B
9]
·4

## 8

8
1·5
·2
21
·4

## 9

8
9]

[3]
21
21
21
9]
9]

110:...  10:9 110:10 110:11
110:12 110:13

## A

**Able**
[5] 56:14 <12:36> 63:24
<12:48> 83:3 <01:12> 83:17
<01:12> 89:16 <01:21>
**Above-styled**
[1] 1:21
**Academic**
[1] 21:9 <11:32>
**Accessible**
[1] 100:11 <01:35>
**Accommodate**
[1] 5:25 <11:11>
**Account**
[2] 31:15 <11:48> 36:12
<11:55>
**Accurate**
[3] 65:5 <12:48> 66:18
<12:50> 87:1 <01:18>
**Acevedo**
[9] 9:13 <11:16> 9:14
<11:16> 9:15 <11:16> 10:11
<11:17> 11:21 <11:19> 53:
25 <12:32> 54:5 <12:32> 69:
1 69:2
**Action**
[3] 1:7 111:7 112:1
**Actual**
[3] 92:11 <01:25> 96:9
<01:30> 104:2 <01:44>
**Adams**
[26] 2:14 3:4 4:4 4:8 <11:10>
15:2 <11:23> 47:13 <12:11>
47:16 <12:22> 66:2 <12:48>
65:13 <12:48> 65:14
<12:49> 77:24 <01:05> 78:
10 <01:06> 81:5 <01:09> 81:
7 <01:09> 86:17 <01:17> 86:
23 <01:18> 100:16 <01:39>
100:21 <01:40> 101:15
<01:41> 102:14 <01:42>
103:12 <01:43> 103:16
<01:44> 106:11 <01:49>
106:14 <01:52> 109:1
<01:56> 109:4 <01:56>
**Additions**
[1] 51:22 <12:29>
**Address**
[1] 8:4 <11:13>
**Adjusted**
[2] 63:19 <12:45> 64:2
<12:46>
**Adjustor**
[14] 8:19 <11:15> 8:21
<11:15> 8:23 <11:15> 9:25
<11:17> 10:6 <11:17> 11:10
<11:18> 11:15 <11:18> 11:
24 <11:19> 12:13 <11:19>
54:2 <12:32> 54:3 <12:32>
54:10 <12:33> 57:3 <12:37>
102:12 <01:42>
**Adjustor's**
[1] 8:25 <11:15>
**Affected**
[1] 107:21 <01:54>
**Affix**
[1] 110:14
**Afford**
[3] 34:20 <11:53> 35:19
<11:54> 37:4 <11:56>
**Afraid**
[1] 36:17 <11:55>
**Agent**
[8] 6:22 <11:15> 8:23
<11:15> 9:6 <11:15> 9:8
<11:15> 26:18 <11:41> 26:
19 <11:41> 53:25 <12:32>
68:25 <12:52>
**Agent's**
[9] 9:12 <11:16> 68:23

<12:52>
**Ages**
[1] 7:12 <11:12>
**Ago**
[21] 8:12 <11:14> 31:20
<11:48> 40:24 <12:02> 42:
20 <12:05> 43:4 <12:06> 43:
6 <12:06> 45:5 <12:08> 45:7
<12:08> 52:14 <12:30> 63:
15 <12:45> 72:6 <12:58> 74:
25 <01:02> 75:18 <01:03>
77:18 <01:05> 81:5 <01:09>
95:11 <01:29> 97:17
<01:32> 97:18 <01:32> 97:
22 <01:32> 102:5 <01:41>
102:21 <01:42>
**Agree**
[3] 4:17 <11:10> 65:6
<12:48> 86:25 <01:18>
**Agreement**
[1] 4:25 <11:10>
**AHU**
[1] 87:5 <01:18>
**Air**
[26] 44:19 <12:08> 45:1
<12:08> 52:20 <12:31> 53:15
<12:31> 53:9 <12:31> 53:14
<12:32> 77:5 <01:04> 86:17
<01:17> 87:7 <01:19> 87:11
<01:19> 87:17 <01:20> 88:10
<01:20> 88:11 <01:20> 88:
17 <01:20> 89:13 <01:21>
89:14 <01:21> 89:20
<01:21> 89:25 <01:21> 90:2
<01:22> 91:20 <01:24> 101:
5 <01:40> 101:12 <01:41>
104:6 <01:45> 104:8
<01:45> 104:10 <01:45>
104:19 <01:45>
**Alarm**
[1] 63:9 <12:45>
**Allege**
[1] 48:12 <12:24>
**Alleged**
[1] 9:3 <11:15>
**Allergic**
[1] 41:2 <12:02> 41:13
<12:03> 103:7 <01:43>
**Allergies**
[3] 39:16 <12:01> 40:21
<12:02> 40:23 <12:02>
**Allergy**
[1] 41:1 <12:02>
**Allow**
[2] 5:19 <11:11> 47:17
<12:22>
**Allstate**
[31] 1:10 4:9 <11:10> 9:25
<11:17> 10:5 <11:17> 11:7
<11:18> 46:20 <12:10> 46:
25 <12:11> 48:2 <12:23> 49:
17 <12:26> 49:21 <12:26>
54:12 <12:33> 55:11
<12:34> 56:11 <12:36> 56:
12 <12:37> 57:13 <12:37>
57:18 <12:38> 58:15
<12:38> 63:12 <12:45> 64:
12 <12:50> 68:11 <12:52> 68:
14 <12:52> 69:4 <12:53> 81:
14 <01:09> 84:3 <01:13> 92:
15 <01:25> 100:17 <01:39>
103:19 <01:44> 105:11
<01:47> 111:10
**Almost**
[2] 22:19 <11:34> 22:20
<11:34>
**American**
[2] 21:22 <11:33> 21:24
<11:33>
**Amount**
[2] 32:12 <11:49> 36:3
<11:54>
**ANN**
[2] 1:3 111:3

**Anniversary**
[2] 101:23 <11:41> 102:16 <01:42>
**Annual**
[2] 34:12 <11:52> 53:12 <12:32>
**Annually**
[1] 34:16 <11:52>
**Answer**
[2] 47:18 <12:22> 81:16 <01:10>
**Answered**
[1] 4:24 <11:10>
**Anticipate**
[1] 22:21 <11:34>
**Anticipated**
[1] 5:18 <11:11>
**Apartments**
[1] 46:11 <12:10>
**Appear**
[1] 41:24 <12:04>
**Appearances**
[2] 2:8 3:3
**Appraisal**
[1] 47:10 <12:11>
**Appraised**
[1] 47:7 <12:11>
**Appreciate**
[1] 6:2 <11:11>
**April**
[2] 15:1 <11:23> 31:6 <11:47>
**Archie**
[3] 9:13 <11:16> 54:5 <12:32> 68:25 <12:52>
**Area**
[10] 9:2 <11:15> 53:14 <12:32> 58:24 <12:39> 60:10 <12:41> 69:19 <12:54> 69:21 <12:54> 79:13 <01:07> 88:19 <01:20> 99:5 <01:33> 100:22 <01:40>
**Areas**
[1] 66:10 <12:50>
**Aside**
[2] 48:11 <12:24> 55:14 <12:35>
**Assess**
[1] 9:17 <11:16>
**Assessed**
[1] 9:18 <11:16>
**Assigned**
[1] 12:13 <11:19>
**Associated**
[7] 61:19 <12:43> 65:17 <12:49> 69:13 <12:53> 73:18 <01:00> 74:1 <01:01> 105:20 <01:47> 106:8 <01:49>
**Assume**
[4] 4:23 <11:10> 104:5 <01:45>
**Assure**
[1] 41:14 <12:03>
**Attached**
[2] 2:1 3:7
**Attacked**
[1] 39:20 <12:01>
**Attacks**
[1] 39:23 <12:01>
**Attend**
[6] 19:13 <11:29> 21:9 <11:32> 21:11 <11:32> 21:18 <11:32> 21:20 <11:33> 21:23 <11:33>
**Attended**
[1] 21:19 <11:33>
**Attention**
[3] 81:1 <01:08> 81:2 <01:08> 81:12 <01:09>
**Attic**
[2] 100:9 <01:35> 100:13 <01:35>

**Attorney**
[16] 13:1 <11:20> 13:7 <11:20> 14:10 <11:22> 14:19 <11:22> 15:25 <11:24> 16:12 <11:25> 28:19 <11:44> 48:1 <12:23> 48:18 <12:24> 49:8 <12:25> 54:16 <12:33> 54:24 <12:33> 56:7 <12:36> 111:24 111:25
**Attorneys**
[5] 13:2 <11:20> 28:3 <11:43> 28:8 <11:44> 49:16 <12:26> 49:20 <12:26>
**Attribute**
[1] 98:11 <01:32>
**Authority**
[1] 110:20
**Available**
[1] 48:20 <12:24>
**Aware**
[16] 12:1 <11:19> 16:22 <11:26> 38:6 <11:58> 38:19 <11:58> 49:2 <12:25> 73:15 <01:00> 73:16 <01:00> 74:22 <01:02> 74:23 <01:02> 76:20 <01:04> 78:21 <01:04> 84:20 <01:14> 89:20 <01:21> 93:20 <01:27> 93:21 <01:27> 95:16 <01:29>

## B

**B-03-218**
[2] 1:7 111:7
**Bachelors**
[2] 22:9 <11:34>
**Bacteria**
[1] 39:19 <12:01>
**Bad**
[2] 108:4 <01:55> 108:5 <01:55>
**Balance**
[2] 31:18 <11:48> 31:21 <11:48>
**Balls**
[1] 42:7 <12:04>
**Basic**
[1] 4:16 <11:10>
**Basis**
[3] 8:5 <11:13> 72:9 <12:58> 105:9 <01:46>
**Bath**
[1] 65:15 <12:49>
**Bathroom**
[20] 65:14 <12:49> 65:18 <12:49> 66:13 <12:50> 66:23 <12:50> 69:7 <12:53> 69:17 <12:53> 69:24 <12:54> 70:11 <12:55> 95:22 <01:30> 95:23 <01:30> 95:25 <01:30> 96:3 <01:30> 96:10 <01:30> 98:1 <01:32> 99:5 <01:33> 99:24 <01:34> 100:5 <01:34> 100:12 <01:35> 107:15 <01:54>
**Bathrooms**
[3] 51:25 <12:29> 52:1 <12:29> 100:7 <01:35>
**Bathtub**
[1] 69:16 <12:53>
**Became**
[1] 22:2 <11:33>
**Become**
[1] 38:19 <11:59>
**Bedroom**
[7] 51:18 <12:29> 92:23 <01:26> 93:1 <01:26> 93:3 <01:26> 93:15 <01:27> 93:17 <01:27> 94:11 <01:28>
**Beginning**
[4] 28:11 <11:44> 53:23 <12:32> 55:18 <12:35> 55:23 <12:35>

**Behind**
[13] 37:17 <11:57> 37:21 <11:57> 70:7 <12:54> 80:1 <01:07> 80:19 <01:08> 81:10 <01:09> 81:22 <01:10> 82:7 <01:10> 83:20 <01:13> 83:24 <01:13> 98:6 <01:32> 98:16 <01:33> 107:16 <01:54>
**Belong**
[1] 29:24 <11:46>
**Belongs**
[1] 108:16 <01:55>
**Bert**
[3] 26:16 <11:41> 26:21 <11:41> 26:24 <11:42>
**Best**
[1] 34:22 <11:53>
**Better**
[1] 68:19 <12:52>
**Between**
[4] 43:14 <12:06> 58:2 <12:38> 82:23 <01:11> 97:12 <01:31>
**Big**
[3] 34:21 <11:53> 42:7 <12:04> 46:15 <12:10> 51:9 <12:29> 59:4 <12:39> 60:16 <12:41> 74:3 <01:01>
**Bill**
[9] 2:10 30:14 <11:46> 33:1 <11:50> 33:3 <11:50> 33:6 <11:50> 33:9 <11:50> 33:16 <11:50> 33:17 <11:50> 33:18 <11:50>
**Bills**
[6] 26:5 <11:40> 30:8 <11:46> 31:13 <11:48> 31:15 <11:48> 33:1 <11:50>
**Birthday**
[2] 8:5 <11:11> 102:14 <01:42>
**Bit**
[2] 8:9 <11:14> 44:18 <12:08>
**Black**
[16] 61:22 <12:43> 80:4 <01:08> 80:5 <01:08> 80:10 <01:08> 80:13 <01:08> 80:18 <01:08> 80:21 <01:08> 80:25 <01:08> 81:9 <01:09> 98:23 <01:33> 99:1 <01:33> 99:10 <01:34> 104:5 <01:45> 104:7 <01:45> 104:8 <01:45>
**Bldg**
[1] 1:24 2:11
**Blood**
[1] 42:9 <12:04>
**Book**
[1] 16:14 <11:25>
**Bought**
[12] 20:12 <11:31> 24:10 <11:37> 25:6 <11:39> 27:5 <11:42> 27:15 <11:43> 27:17 <11:43> 27:24 <11:43> 46:21 <12:10> 70:21 <12:55> 108:2 <01:55>
**Bounced**
[1] 33:12 <11:50>
**Box**
[1] 28:4 <11:43>
**Boxes**
[1] 79:11 <01:07>
**Boy**
[1] 85:12 <01:15>
**Boys**
[1] 85:4 <01:14>
**Brand**
[1] <11:29>

**Brand-new**
[2] 27:6 <11:42>
**Break**
[5] 5:24 <11:11> 6:13 <11:11> 35:20 <11:54> 47:14 <12:12> 62:19 <12:44>
**Breaking**
[1] 85:20 <01:15>
**Broke**
[9] 62:6 <12:44> 62:20 <12:44> 62:21 <12:44> 63:1 <12:44> 62:24 <12:44> 63:24 <12:48> 85:4 <01:14> 85:11 <01:15> 85:15 <01:15>
**Broken**
[17] 74:18 <01:02> 74:19 <01:02> 74:20 <01:02> 75:7 <01:02> 75:9 <01:02> 85:1 <01:14> 86:12 <01:16> 94:1 <01:28> 94:14 <01:28> 94:16 <01:28> 94:22 <01:28> 94:23 <01:29> 95:3 <01:29> 95:4 <01:29> 95:8 <01:29> 95:11 <01:29> 104:6 <01:45>
**Broom**
[1] 80:15 <01:08>
**Brother**
[5] 67:12 <12:51> 67:16 <12:51> 68:7 <12:52> 74:5 <01:01> 98:7 <01:32>
**Brought**
[1] 50:7 <12:27>
**BROWNSVILLE**
[2] 1:2 111:2
**Bryant**
[1] 112:7
**Bucket**
[6] 59:17 <12:40> 59:19 <12:40> 59:21 <12:40> 74:3 <01:01>
**Bugs**
[1] 72:12 <12:58>
**Building**
[1] 112:8
**Built**
[2] 20:16 <11:31> 27:4 <11:42>
**Burglar**
[1] 63:23 <12:45>
**Burglary**
[3] 86:14 <01:16> 95:9 <01:29> 105:19 <01:47>
**Burned**
[1] 77:23 <01:05>
**Burst**
[4] 77:14 <01:05> 77:20 <01:05> 81:4 <01:09> 81:13 <01:09>
**Buy**
[9] 25:11 <11:39> 27:12 <11:43> 28:19 <11:44> 29:9 <11:45> 29:10 <11:45> 37:3 <11:56> 67:14 <12:51> 78:7 <01:06> 108:20 <01:56>

## C

**C-h-o-n**
[1] 53:8 <12:31>
**Cabinets**
[1] 75:24 <01:03>
**Cable**
[1] 44:8 <12:07>
**California**
[3] 19:14 <11:29> 19:21 <11:30> 21:13 <11:32>
**Cannot**
[5] 22:19 <11:34> 31:17 <11:48> 31:18 <11:48> 37:4 <11:56> 82:12 <01:11>
**Capacity**
[1] 17:4 <11:26> 18:9 <11:28>

**Care**
[2] 9:24 <11:17> 55:1 <12:34>
**Carpet**
[15] 51:9 <12:29> 51:10 <12:29> 52:9 <12:30> 52:16 <12:30> 56:20 <12:36> 57:19 <12:38> 58:1 <12:38> 59:2 <12:39> 60:6 <12:41> 61:2 <12:42> 61:11 <12:42> 91:12 <01:23> 91:14 <01:23> 91:17 <01:24> 91:18 <01:24>
**Carrier**
[1] 26:23 <11:41>
**Case**
[8] 4:9 <11:10> 15:12 <11:24> 26:5 <11:44> 38:22 <11:58> 50:7 <12:27> 59:22 <12:40> 72:17 <12:58> 88:11 <01:20>
**Cash**
[3] 35:22 <11:54> 35:24 <11:54> 35:24 <11:54>
**Catherine**
[1] 7:13 <11:12>
**Caught**
[9] 63:6 <12:45> 63:7 <12:45> 63:10 <12:45> 64:11 <12:47> 64:15 <12:47> 64:16 <12:47> 85:4 <01:14> 85:12 <01:15> 85:19 <01:15>
**Caused**
[2] 90:3 <01:22> 103:5 <01:43>
**Caverns**
[1] 106:20 <01:53>
**Cavity**
[2] 70:15 71:11 <12:57>
**Ceiling**
[32] 51:11 <12:29> 51:13 <12:29> 51:14 <12:29> 56:23 <12:37> 57:20 <12:38> 59:7 <12:39> 59:20 <12:40> 60:3 <12:40> 61:15 <12:43> 61:18 <12:43> 61:25 <12:43> 84:17 <01:14> 87:15 <01:19> 87:18 <01:19> 88:3 <01:19> 90:14 <01:23> 90:18 <01:23> 90:23 <01:23> 90:24 <01:23> 91:1 <01:23> 91:3 <01:23> 91:7 <01:23> 99:23 <01:34> 100:5 <01:34> 104:3 <01:44> 106:16 <01:52> 106:18 <01:52> 106:23 <01:53> 107:1 <01:53> 107:13 <01:54> 107:17 <01:54> 107:18 <01:54>
**Cells**
[1] 39:23 <12:01>
**Certainly**
[1] 30:20 <11:47>
**Certificate**
[1] 3:6
**CERTIFICATION**
[1] 111:13
**Certified**
[1] 1:22 111:16
**Certify**
[2] 111:16 111:23
**CHANGE**
[1] 110:2
**Changed**
[2] 31:14 <11:48> 91:23 <01:24>
**Changes**
[1] 91:20 <01:24>
**Characterize**
[4] 61:18 <12:43> 62:1 <12:43> 74:9 <01:01> 75:25 <01:03> 77:1 <01:04> 80:7

<01:08> 80:8 <01:09> 92:4
<01:24> 92:13 <01:25> 93:9
<01:27> 93:23 <01:27> 95:
19 <01:29> 98:19 <01:33>
100:24 <01:40>
**Charge**
[5] 32:7 <11:49> 32:11
<11:49> 32:15 <11:49> 34:8
<11:51> 90:5 <01:22>
**Charged**
[1] 84:7 <01:13>
**Charging**
[2] 32:19 <11:49> 33:17
<11:50>
**Check**
[12] 33:2 <11:50> 33:11
<11:50> 35:21 <11:54> 35:
22 <11:54> 36:25 <11:54>
43:5 <12:06> 43:7 <12:06>
43:15 <12:06> 45:15
<12:09> 49:7 <12:25> 95:2
<01:29> 101:4 <01:40>
**Checkbook**
[3] 31:25 <11:48> 32:1
<11:48> 33:10 <11:50>
**Checked**
[4] 32:3 <11:48> 45:8
<12:08> 93:10 <01:27> 104:
13 <01:45>
**Children**
[8] 7:8 <11:12> 7:10
<11:12> 24:14 <11:37> 29:
24 <11:46> 84:14 <12:47>
64:15 <12:47> 86:8 <01:16>
86:10 <01:18>
**Chon**
[2] 53:8 <12:31> 88:9
<01:20>
**Citizen**
[1] 6:21 <11:12>
**Civil**
[3] 1:7 1:25 111:7
**Claim**
[16] 16:21 <11:26> 16:22
<11:26> 49:6 <12:25> 49:10
<12:25> 50:18 <12:28> 51:8
<12:29> 54:24 <12:33> 56:
15 <12:37> 62:16 <12:44>
63:13 <12:45> 63:19
<12:45> 64:2 <12:46> 85:7
<01:15> 92:19 <01:26> 105:
19 <01:47> 105:19 <01:47>
**Claims**
[7] 48:24 <12:25> 48:24
<12:25> 49:3 <12:25> 50:19
<12:28> 62:4 <12:44> 62:4
<12:44> 92:15 <01:25>
**Clean**
[19] 5:21 <11:11> 37:18
<11:57> 42:21 <12:05> 42:
25 <12:06> 44:15 <12:08>
47:19 <12:22> 58:24
<12:39> 58:24 <12:39> 79:7
<01:07> 80:10 <01:08> 80:
13 <01:08> 88:19 <01:20>
89:4 <01:21> 89:5 <01:21>
90:9 <01:22> 92:7 <01:24>
92:8 <01:25> 99:2 <01:33>
99:6 <01:33>
**Cleaned**
[11] 52:24 <12:31> 77:15
<01:05> 79:12 <01:07> 81:
24 <01:10> 83:15 <01:12>
88:20 <01:20> 88:21
<01:20> 89:6 <01:21> 89:9
<01:32> 99:2 <01:33> 99:3
<01:33>
**Cleaning**
[6] 44:3 <12:07> 53:13
<12:32> 53:14 <12:32> 89:
16 <01:21> 90:8 <01:22> 93:
12 <01:27>
**Clear**
[2] 5:12 <11:10> 42:1
<12:04>

**Climber**
[4] 62:24 <12:44>
**Close**
[2] 61:5 <12:42> 61:7
<12:42>
**Closed**
[4] 76:24 <01:04> 94:8
<01:28> 94:7 <01:28> 94:8
<01:28>
**Closely**
[1] 91:4 <01:23>
**Closet**
[7] 87:5 <01:18> 87:5
<01:18> 88:21 <01:20> 89:1
<01:21> 92:1 <01:24> 92:12
<01:25> 104:10 <01:45>
**Clothes**
[5] 27:22 <11:43> 27:23
<11:43> 27:24 <11:43> 37:
13 <11:57> 37:13 <11:57>
**Coaster**
[1] 107:23 <01:54>
**Cobwebs**
[1] 80:16 <01:08>
**College**
[2] 21:12 <11:32> 21:18
<11:32>
**Color**
[2] 52:16 <12:30> 98:22
<01:33>
**Coming**
[6] 11:12 <11:18> 81:8
<01:09> 87:16 <01:19> 87:
17 <01:19> 93:5 <01:26> 93:
25 <01:27>
**Commode**
[10] 69:8 <12:53> 69:8
<12:53> 69:14 <12:53> 96:
10 <01:30> 97:1 <01:31> 97:
3 <01:31> 97:7 <01:31> 98:3
<01:32> 98:6 <01:32> 98:16
<01:33>
**Communication**
[1] 55:10 <12:34>
**Communications**
[1] 54:19 <12:33>
**Companies**
[3] 71:22 <12:57> 72:24
<12:59> 72:25 <12:59>
**Company**
[22] 1:10 10:2 <11:17> 18:12
<11:28> 23:23 <11:36> 30:
14 <11:46> 30:15 <11:47>
30:17 <11:47> 47:22
<12:23> 56:25 <12:37> 57:2
<12:37> 57:4 <12:37> 57:7
<12:37> 57:15 <12:38> 58:7
<12:38> 58:10 <12:38> 71:
24 <12:58> 72:19 <12:59>
80:21 <01:08> 81:8 <01:09>
99:16 <01:34> 104:12
<01:45>
**Compensated**
[1] 86:2 <01:15> 86:5
<01:15>
**Compensation**
[1] 26:6 <11:41>
**Competition**
[1] 31:14 <11:48>
**Completed**
[1] 22:17 <11:34>
**Computers**
[1] 64:10 <12:47>
**Concella**
[1] 19:14 <11:29>
**Concern**
[2] 92:22 <01:26> 100:23
<01:40>
**Concerned**
[4] 9:9 <11:15> 9:11
<11:15> 37:20 <11:57> 100:
18 <01:39>
**Concluded**

**109:8**
**Conclusion**
[1] 41:2 <12:02>
**Condition**
[1] 101:5 <01:40>
**Conditioner**
[9] 53:6 <12:31> 53:10
<12:31> 53:14 <12:32> 88:
10 <01:20> 88:11 <01:20>
88:13 <01:20> 90:1 <01:22>
90:3 <01:22> 101:12
<01:41>
**Conditioners**
[1] 89:15 <01:21>
**Conditioning**
[1] 52:21 <12:31> 86:17
<01:17> 87:7 <01:19> 87:11
<01:19> 88:7 <01:20> 88:17
<01:20> 89:20 <01:21> 91:
21 <01:24> 104:6 <01:45>
104:9 <01:45> 104:11
<01:45>
**Conduct**
[2] 39:8 <12:00> 41:16
<12:03>
**Conducted**
[6] 10:19 <11:17> 42:9
<12:04> 47:24 <12:23> 48:2
<12:23> 48:8 <12:24> 66:4
<12:50>
**Conducting**
[1] 81:8 <01:09>
**Conducts**
[1] 53:21 <12:32>
**Cone**
[1] 106:21 <01:53>
**Confirming**
[2] 12:7 <11:19> 13:4
<11:20>
**Confused**
[2] 84:8 <11:49> 85:10
<01:15>
**Connect**
[1] 31:17 <11:48>
**Conrad**
[2] 2:14 4:8 <11:10>
**Consider**
[2] 36:14 <11:55> 83:25
<01:13>
**Constructed**
[1] 20:13 <11:31>
**Consultation**
[1] 15:10 <11:23>
**Contact**
[15] 9:16 <11:15> 9:16
<11:16> 14:11 <11:22> 16:9
<11:25> 54:7 <12:33> 55:25
<12:35> 56:11 <12:36> 68:
11 <12:52> 68:14 <12:52>
69:4 <12:53> 81:13 <01:09>
84:3 <01:13> 100:25
<01:40> 101:6 <01:40> 101:
11 <01:40>
**Contacted**
[7] 9:6 <11:15> 9:8 <11:15>
10:13 <11:17> 47:22
<12:23> 57:18 <12:38> 92:
15 <01:25> 100:17 <01:39>
**Container**
[3] 59:3 <12:39> 59:6
<12:39> 60:9 <12:41>
**Contemplate**
[1] 36:14 <11:55>
**Contemplated**
[1] 36:16 <11:55>
**Continue**
[1] 108:12 <01:55>
**Contract**
[2] 15:18 <11:24> 15:21
<11:24>
**Contractor**
[2] 52:5 <12:30> 53:7
<12:31>

**Cameras**
[16] 1:5 1:6 13:12 13:15 13:18
<11:21> 14:11 <11:22> 14:
<11:22> 15:9 15:18
<11:24> 16:3 <11:24> 48:17
<12:23> 48:7 <12:24> 48:19
<12:24> 56:7 <12:36> 111:5
111:6
**Control**
[3] 71:22 <12:57> 71:24
<12:58> 72:23 <12:59>
**Conversation**
[6] 12:6 <11:19> 13:5
<11:20> 47:20 72:1
<12:58> 101:1 <01:40> 103:
8 <01:43>
**Conversations**
[5] 14:1 <11:21> 14:5
<11:22> 48:11 <12:24> 49:
15 <12:26> 54:18 <12:33>
105:10 <01:47>
**Cool**
[1] 88:9 <01:20>
**Copy**
[3] 10:22 <11:17> 11:6
<11:18> 15:20 <11:24>
**Correct**
[16] 30:2 <11:48> 31:4
<11:47> 37:12 <11:57> 38:1
<11:58> 38:8 <11:58> 54:4
<12:32> 56:3 <12:35> 68:12
<12:52> 69:20 <12:54> 84:
24 <01:14> 93:17 <01:27>
95:25 <01:30> 96:23
<01:31> 97:23 <01:32> 110:
15 111:18
**Correctly**
[4] 10:9 <11:17> 36:19
<11:56> 57:16 <12:38> 95:7
<01:29>
**Cost**
[4] 28:18 <11:44> 49:13
<12:28> 81:18 <01:10> 106:
4 <01:49>
**Costs**
[2] 105:20 <01:47> 106:8
<01:49>
**Cottage**
[2] 91:3 <01:23> 91:3
<01:23>
**Counsel**
[2] 2:9 2:13 111:24 111:25
**Counseling**
[1] 22:24 <11:34>
**Counselor**
[1] 22:25 <11:34>
**COUNTY**
[1] 110:18
**Couple**
[1] 5:11 <11:10>
**Course**
[1] 93:11 <01:27>
**Court**
[5] 1:1 1:22 5:7 <11:10> 111:
1 111:16
**Cover**
[1] 75:1 <01:03>
**Covered**
[2] 50:12 <12:27> 50:16
<12:28>
**Covering**
[1] 106:8 <01:49>
**Cracks**
[1] 75:20 <01:03>
**Cream**
[3] 41:12 <12:03> 41:22
<12:03> 41:23 <12:04>
**CSR**
[1] 112:6
**Current**
[1] 92:13 <12:11>
**Customs**
[1] 23:25 <11:36>

**Cut**
[1] 44:7 <12:07>
**Cutting**
[2] 43:22 <12:07> 44:2
<12:07>

**D**

**Dad**
[2] 19:23 <11:30> 27:18
<11:43>
**Damage**
[30] 48:24 <12:25> 49:2
<12:25> 49:3 <12:25> 50:1
<12:26> 51:6 <12:29> 51:7
<12:29> 56:15 <12:37> 57:
17 <12:38> 64:4 <12:46> 73:
14 <01:00> 76:19 <01:04>
79:20 <01:07> 79:25
<01:07> 83:6 <01:12> 83:9
<01:12> 88:20 <01:20> 93:2
<01:26> 93:12 <01:27> 93:
16 <01:27> 95:18 <01:29>
96:6 <01:30> 98:11 <01:32>
103:18 <01:44> 104:1
<01:44> 104:2 <01:44> 104:
4 <01:44> 104:4 <01:44>
106:16 <01:52> 106:22
<01:53> 107:20 <01:54>
**Damages**
[2] 50:15 <12:28>
**Damp**
[1] 74:4 <01:01>
**Dan**
[3] 40:6 <12:01> 40:7 42:6
<12:04>
**Date**
[4] 8:8 <11:14> 14:20
<11:22> 66:14 <12:50> 112:
6
**Dated**
[1] 15:3 <11:23>
**Dates**
[3] 73:22 <01:00> 82:18
<01:11> 101:17 <01:41>
**Daughter**
[4] 31:13 <11:48> 97:13
<01:31> 101:3 <01:40> 108:
17 <01:55>
**Daughters**
[3] 27:15 <11:43> 51:18
<12:29> 62:10 <12:44>
**Daughters'**
[2] 62:21 <12:44> 75:4
<01:02>
**Daylight**
[1] 63:11 <12:45>
**Days**
[8] 43:5 <12:06> 43:6
<12:06> 45:5 <12:08> 45:7
<12:08> 55:2 <12:34> 55:3
<12:34> 71:9 <12:57> 74:25
<01:02>
**Dealing**
[1] 56:8 <12:36>
**December**
[6] 8:13 <11:14> 14:24
<11:22> 25:14 <11:39> 36:
20 <11:56> 47:25 <12:23>
80:23 <01:08> 99:19
<01:34> 103:17 <01:44>
**Decide**
[2] 37:3 <11:56> 108:22
<01:56>
**Decided**
[4] 19:23 <11:30> 25:23
<11:40> 34:10 <11:52> 39:
10 <12:00>
**Deduct**
[2] 31:24 <11:48> 32:1
<11:48> 33:10 <11:50> 33:
11 <11:50>
**Deducted**
[1] 32:3 <11:48>
**Deductible**

| | | | | |
|---|---|---|---|---|
| **[4]** 68:20 <12:52> 68:20 <12:52> 81:17 <01:10> 84:10 <01:14> | **Discard** [1] 37:12 <11:57> | **Dried** [1] 98:9 <01:32> | **Effort** [1] 37:16 <11:57> 108:3 <01:55> | **Evidence** [1] 72:24 <12:59> |
| **Defendant** [5] 1:11 1:20 2:13 4:9 <11:10> 111:11 | **Disclosures** [1] 21:2 <11:32> | **Drip** [2] 60:1 <12:40> 106:15 <01:52> | **Either** [12] 12:15 <11:20> 12:24 <11:20> 23:15 <11:36> 29:13 <11:45> 40:20 <12:02> 41:8 <12:03> 87:18 <12:51> 68:7 <12:52> 93:19 <01:27> 93:23 <01:27> 94:1 <01:28> 108:7 <01:55> 108:19 <01:56> | **Exact** [1] 14:20 <11:22> |
| **Degree** [5] 21:16 <11:32> 22:3 <11:33> 22:7 <11:33> 22:9 <11:34> 22:10 <11:34> | **Disconnected** [3] 31:16 <11:48> 33:13 <11:50> 34:23 <11:53> | **Dripped** [2] 91:6 <01:23> 106:23 <01:53> | | **Exactly** [5] 8:14 <11:14> 28:15 <11:44> 30:3 <11:46> 53:19 <12:32> 76:15 <01:04> 89:22 <01:22> 98:14 <01:33> |
| **Dehumidifier** [1] 104:24 <01:46> | **Discount** [1] 36:18 <11:54> | **Dripping** [2] 59:7 <12:39> 59:20 <12:40> 60:4 <12:40> 62:1 <12:43> 88:1 <01:19> 88:3 <01:19> 90:15 <01:23> | | **Examination** [2] 3:4 4:3 |
| **Denise** [2] 16:16 16:19 <11:25> | **Discover** [1] 66:25 <12:50> | | **Electric** [2] 30:15 <11:47> 30:17 <11:47> | **Except** [3] 72:14 <12:59> 72:15 <12:59> 110:15 |
| **Deposit** [2] 34:9 <11:51> 34:9 <11:51> | **Discoverd** [1] 67:25 | **Driver's** [1] 6:7 <11:11> | **Elementary** [5] 17:7 <11:28> 17:9 <11:28> 17:16 <11:27> 18:4 <11:28> 18:4 <11:28> 38:3 <11:28> 38:1 <11:58> 38:3 <11:58> | **Excuse** [1] 107:2 <01:53> |
| **Deposition** [11] 1:14 1:19 4:11 <11:10> 53:23 <12:32> 64:24 <12:48> 86:21 <01:18> 103:14 <01:44> 109:8 111:13 111:18 111:20 | **Discovered** [2] 77:24 <01:05> 83:2 <01:12> | **Driving** [1] 54:6 <12:33> | | **Exhibit** [6] 64:24 <12:48> 65:1 <12:48> 65:16 <12:49> 86:21 <01:18> 86:22 <01:18> 95:23 <01:30> 103:13 <01:44> 103:15 |
| | **Discussed** [1] 49:9 <12:25> | **Drops** [1] 91:9 <01:23> | | |
| **Dermatologist** [1] 41:17 <12:03> | **Dishes** [3] 76:3 <01:03> 76:4 <01:03> 78:6 <01:04> | **Dry** [4] 58:25 <12:39> 60:10 <12:41> 60:15 <12:41> 89:3 <01:21> | **ELUTERIO** [2] 1:6 111:6 | **Exhibiting** [1] 30:15 <12:00> |
| **Describe** [1] 107:22 <01:54> | **District** [10] 1:1 1:1 17:3 <11:26> 17:13 <11:27> 18:1 <11:27> 18:2 <11:27> 34:13 <11:52> 38:12 <11:58> 111:1 111:1 | **Dryer** [2] 46:5 <12:09> 83:12 <01:12> | **Emergency** [1] 42:7 <12:04> | **EXHIBITS** [1] 3:9 |
| **Described** [1] 53:24 <12:32> | | | **Emotionally** [1] 107:21 <01:54> | **Existed** [2] 38:14 <11:58> 101:9 <01:40> |
| **Describing** [1] 69:25 <12:54> | **DIVISION** [1] 1:2 111:2 | **Duct** [6] 70:16 <12:55> 70:23 <12:56> 71:1 <12:56> 71:7 <12:56> 75:16 <01:03> 75:17 <01:03> | **Employed** [5] 16:24 <11:26> 17:12 <11:26> 18:1 <11:27> 18:22 <11:28> 23:7 <11:35> | **Expecting** [1] 13:8 <11:20> |
| **DESCRIPTION** [1] 3:10 | **Doctor** [5] 39:18 <12:01> 39:21 <12:01> 40:2 <12:01> 40:4 <12:01> 40:10 <12:02> 105:15 <01:47> | | **Employee** [4] 17:25 <11:27> 53:7 <12:31> 111:24 111:25 | **Expedite** [1] 4:17 <11:10> |
| **Descriptive** [1] 82:9 <01:10> | | **Ducts** [1] 53:13 <12:32> | **Empty** [2] 89:1 <01:21> 99:4 <01:33> | **Expenses** [1] 56:3 <12:35> |
| **Desert** [2] 21:12 <11:32> 21:12 <11:32> | **Doctors** [4] 40:15 <12:02> 40:20 <12:02> 41:6 <12:03> 105:13 <01:47> | **Due** [2] 21:2 <11:32> 93:6 <01:26> 94:1 <01:28> | **Enclosed** [3] 51:17 <12:29> 51:19 <12:29> 51:20 <12:29> | **Experienced** [16] 27:1 <11:42> 28:17 <11:44> 65:17 <12:49> 69:7 <12:53> 73:1 <11:59> 73:17 <01:00> 76:22 <01:04> 77:9 <01:05> 77:12 <01:05> 87:10 <01:19> 89:19 <01:21> 93:5 <01:26> 93:25 <01:27> 94:5 <01:28> 94:9 <01:28> 96:2 <01:30> |
| **Deutsch** [12] 18:13 <11:28> 18:13 <11:28> 18:15 18:15 18:16 <11:28> 18:16 <11:28> 18:20 <11:28> 18:20 <11:28> 18:22 <11:28> 18:23 <11:28> 19:1 <11:29> 19:2 <11:29> | **Done** [7] 22:19 <11:34> 22:20 <11:34> 32:12 <11:49> 51:22 <12:29> 51:23 <12:29> 108:1 <01:55> 108:4 <01:55> | **Duly** [2] 4:2 111:17 | **End** [1] 3:7 | |
| | | **During** [3] 35:2 35:3 <11:53> 104:22 <01:46> | **Endocrinologist** [3] 40:12 40:18 <12:02> 42:11 <12:04> | **Experiencing** [1] 96:23 <01:31> |
| **Developed** [1] 39:18 <12:01> | **Door** [13] 45:4 <12:08> 60:13 <12:41> 79:10 <01:07> 83:16 <01:12> 84:23 <01:14> 85:1 <01:14> 85:11 <01:15> 85:23 <01:15> 86:3 <01:15> 86:6 <01:16> 86:11 <01:16> 92:7 <01:24> 92:9 <01:25> | **Dust** [4] 44:18 <12:08> 45:22 <12:09> 80:16 <01:08> 92:6 <01:24> | **Enrolled** [1] 22:15 <11:34> | **Expiration** [1] 112:6 |
| **Diagnosed** [2] 40:5 <12:01> 42:5 <12:04> | | | **Entire** [3] 47:1 <12:11> 51:4 <12:28> 51:5 <12:28> | **Explain** [1] 106:19 <01:53> |
| **Diagram** [13] 3:11 3:12 64:23 <12:47> 65:5 <12:48> 65:16 <12:48> 73:2 <01:00> 77:7 <01:05> 84:23 <01:14> 86:23 <01:18> 87:4 <01:18> 92:24 <01:29> 93:16 <01:27> 94:11 <01:28> | | **Dusted** [1] 80:15 <01:08> | **Entryway** [1] 84:24 <01:14> | **Explained** [2] 11:4 <11:18> 101:1 <01:40> |
| | **Doors** [4] 44:17 <12:08> 45:4 <12:08> 63:5 <12:45> 94:3 <01:28> | **Duty** [2] 24:2 <11:36> 24:2 <11:36> | **Errata** [2] 3:5 110:1 | **Export** [1] 23:24 <11:36> |
| **Died** [1] 19:23 <11:30> | **Down** [20] 5:8 <11:10> 14:16 <11:22> 16:20 <11:25> 17:21 <11:27> 21:21 <11:33> 36:7 <11:55> 36:8 <11:55> 36:10 <11:55> 54:6 <12:33> 57:10 <12:37> 59:17 <12:40> 60:1 <12:40> 65:24 <12:49> 75:5 <01:02> 76:5 <01:03> 77:22 <01:05> 85:24 <01:15> 87:18 <01:19> 87:17 <01:19> 88:15 <01:20> | | **Escaped** [1] 68:4 <12:51> | **Exports** [4] 23:10 <11:35> 23:18 <11:36> 23:21 <11:36> 24:5 <11:37> |
| **Difference** [1] 42:1 <12:04> | | **E** | **Escrow** [1] 46:24 <12:11> | **Exterior** [1] 51:6 <12:29> |
| **Different** [4] 9:14 <11:16> 43:11 <12:06> 66:10 <12:50> 70:22 <12:55> | | **Early** [3] 20:2 <11:30> 46:22 <12:11> 53:3 <12:31> | **Evaluate** [1] 83:15 <01:12> | **Extra** [1] 51:17 <12:29> |
| **Dining** [5] 79:3 <01:00> 87:15 <01:19> 90:15 <01:23> 91:7 <01:23> 91:12 <01:23> | | **Earn** [2] 21:16 <11:32> 22:7 <11:33> | **Evaluated** [1] 103:6 <01:43> | |
| **Dirt** [1] 72:16 <12:59> | **Downstairs** [5] 65:3 <12:48> 65:15 <12:49> 87:15 <01:19> 89:4 <01:21> 107:16 <01:54> | **Earned** [2] 22:3 <11:33> | **Event** [19] 50:12 <12:27> 65:17 <12:49> 66:23 <12:50> 66:25 <12:50> 68:12 <12:52> 69:7 <12:53> 69:13 <12:53> 73:18 <01:00> 78:11 <01:06> 79:21 <01:07> 80:11 <01:07> 82:5 <01:10> 87:10 <01:19> 89:19 <01:21> 92:18 <01:25> 94:2 <01:28> 96:23 <01:31> 97:3 <01:31> 98:12 <01:33> | **F** |
| **Dirty** [4] 76:8 <01:04> 76:9 <01:04> 76:10 <01:04> 76:11 <01:04> | **DOYLE** [2] 2:15 | **Earning** [2] 22:21 <11:34> | | **Failure** [1] 55:6 <12:34> |
| | **Dr** [7] 40:8 <12:01> 40:11 <12:02> 40:18 <12:02> 41:9 <12:03> 42:6 <12:04> 42:12 <12:05> 42:12 <12:05> | **Easily** [1] 5:18 <11:11> | | **Fair** [1] 47:3 <12:11> |
| **Disappear** [1] 41:23 <12:04> | | **East** [2] 73:5 <01:00> 93:2 <01:26> | **Events** [7] 50:20 <12:41> 73:25 <01:00> 77:9 <01:05> 77:12 <01:05> 82:2 <01:10> 84:14 <01:14> 98:2 <01:30> | **Family** [1] 48:23 <12:25> |
| **Disappeared** [1] 41:21 <12:03> | **Drain** [2] 90:11 <01:22> 96:17 <01:31> | **Eating** [1] 87:15 <01:19> | | **Fan** [2] 60:12 <12:41> 60:14 <12:41> |
| **Disassembled** [2] 68:17 <01:20> 68:23 | **Drew** | **Eaton** [7] 1:24 2:11 16:1 <11:24> 16:5 <11:25> 16:11 <11:25> 48:9 <12:24> 55:12 <12:34> | **Eventually** [1] 38:5 <11:54> | **Far** [2] 5:14 <11:11> 95:8 <01:29> |
| | | **Eaton's** [1] 48:10 <12:24> | **Everywhere** [1] | **Faucet** [2] 69:19 <12:54> 70:1 <12:54> |
| | | **Education** [1] 22:23 <11:34> | | |
| | | **Effect** [2] 5:3 <11:10> 50:12 <12:27> | | |
| | | **Effects** | | |

**February**
[10] 15:1 <11:23> 15:3 <11:23> 15:6 <11:23> 15:6 <11:23> 101:24 <01:41> 102:8 <01:42> 102:10 <01:42> 102:14 <01:42> 102:16 <01:42> 103:2 <01:42>

**Federal**
[1] 1:25

**Feet**
[2] 27:10 <11:42>

**Felt**
[2] 42:7 <12:04>

**Ferniдad**
[1] 4:7

**Few**
[4] 4:16 <11:10> 31:20 <11:48> 34:6 <11:51> 42:19 <12:05> 55:2 <12:34> 61:3 <12:42> 71:9 <12:57>

**Fighting**
[1] 39:23 <12:01>

**Figure**
[1] 49:21 <12:26>

**Figured**
[2] 14:7 <11:22> 15:16 <11:24>

**File**
[7] 12:25 <11:20> 13:1 <11:20> 15:22 <11:24> 15:23 <11:24> 28:11 <11:44> 55:3 <12:34> 85:7 <01:15>

**Filter**
[2] 91:20 <01:24> 91:23 <01:24> 91:25 <01:24>

**Finally**
[2] 5:24 <11:11> 15:14 <11:24>

**Financially**
[1] 112:1

**Fine**
[5] 19:6 <11:29> 19:7 <11:29> 40:25 <12:02> 45:9 <12:05> 59:11 <12:40>

**Finish**
[1] 5:18 <11:11>

**Finished**
[1] 22:1 <11:33>

**First**
[27] 4:18 <11:10> 5:12 <11:10> 7:6 <11:12> 18:8 <11:28> 19:17 <11:30> 33:24 <11:51> 46:18 <12:10> 50:10 <12:27> 54:23 <12:33> 55:23 <12:35> 60:8 <12:41> 60:10 <12:41> 61:2 <12:42> 61:8 <12:42> 68:20 <12:52> 70:10 <12:55> 80:18 <01:08> 81:7 <01:09> 83:1 <01:11> 86:13 <01:16> 98:25 <01:33> 99:2 <01:33> 99:9 <01:34> 99:14 <01:34> 99:16 <01:34> 101:10 <01:40> 103:16 <01:44>

**Fit**
[2] 37:14 <11:57> 70:22 <12:55>

**Five**
[3] 97:17 <01:32> 97:18 <01:32> 97:22 <01:32>

**Fix**
[14] 49:13 <12:26> 56:5 <12:36> 67:12 <12:51> 67:12 <12:51> 67:15 <12:51> 67:16 <12:51> 67:17 <12:51> 67:21 <12:51> 68:18 <12:52> 68:19 <12:52> 78:7 <01:06> 79:6 <01:07> 94:21 <01:28> 108:24 <01:58>

**Fixed**
[13] 12:17 <11:20> 12:18 <11:20> 36:23 <11:58> 61:3

**Future**
[1] 5:22 <11:11>

---

## G

**G-u-e-r-r-a**
[1] 40:7

**G-u-i-z-a-k**
[1] 40:14 <12:02>

**Garage**
[1] 51:16 <12:29>

**Garcia**
[17] 1:7 1:15 1:19 2:9 3:4 4:1 4:7 4:8 <11:10> 6:3 <11:11> 16:18 18:19 <11:25> 109:1 <01:56> 110:14 110:16 111:7 111:13 111:17

**Garza**
[2] 1:4 17:7 <11:26> 17:9 <11:26> 17:16 <11:27> 38:1 <11:58> 38:3 <11:58> 111:4

**Gentleman**
[2] 58:12 <12:36> 94:20 <01:28>

**Gentleman's**
[1] 66:7 <12:50>

**Gifts**
[2] 19:6 <11:29> 19:7 <11:29>

**Girl**
[1] 39:1 <11:59>

**Given**
[6] 8:23 <11:15> 30:25 <11:47> 31:22 <11:48> 48:16 <12:24> 48:17 <12:24> 111:19

**Glass**
[6] 84:23 <01:14> 85:1 <01:14> 85:11 <01:15> 86:3 <01:15> 86:6 <01:16> 86:11 <01:16>

**Gosh**
[1] 7:5 <11:12>

**Grade**
[2] 17:10 <11:26> 18:8 <11:28>

**Grades**
[1] 17:18 <11:27>

**Graduate**
[2] 19:11 <11:29> 22:10 <11:34>

**Graduated**
[1] 21:8 <11:32>

**Grass**
[1] 32:23 <11:49>

**Great**
[1] 15:13 <11:10>

**Guarantee**
[1] 58:16 <12:38>

**Guaranteed**
[1] 57:8

**Guerra**
[4] 40:6 <12:01> 40:7 41:7 <12:03> 42:6 <12:04>

**Guess**
[3] 14:25 <11:23> 98:20 <01:33> 99:12 <01:34>

**GUILLERMO**
[2] 1:5 111:5

**Gulzak**
[6] 40:11 <12:02> 40:16 <12:02> 41:8 <12:03> 41:9 <12:03> 42:12 <12:05> 42:12 <12:05>

**Guy**
[2] 43:22 <12:07> 68:9 <01:20>

---

## H

**Half**
[3] 35:14 <11:53> 35:14 <11:53> 88:12 <01:20>

**Hall**

**Future** [2] 45 <12:49> 95:22 <01:30>

**Hallway**
[2] 85:15 <12:49> 98:4 <01:32>

**Hand**
[4] 84:23 <12:47> 71:13 <12:57> 86:20 <01:18> 112:2

**Handle**
[1] 58:23 <12:39>

**Happy**
[2] 56:18 <12:37> 57:1 <12:37>

**Hard**
[2] 57:5 <12:37> 108:25 <01:56>

**HARVIN**
[1] 2:15

**HAVENS**
[3] 1:22 111:16 112:6

**Head**
[6] 16:20 <11:25> 17:21 <11:27> 45:25 <12:09> 53:22 <12:32> 75:10 <01:02> 85:24 <01:15>

**Heard**
[2] 38:10 <11:58>

**Heater**
[13] 77:14 <01:06> 78:8 <01:06> 78:15 <01:06> 78:17 <01:06> 78:21 <01:06> 79:5 <01:07> 79:14 <01:07> 80:1 <01:07> 80:19 <01:08> 81:4 <01:09> 81:10 <01:09> 81:13 <01:09> 81:23 <01:09>

**Heavy**
[1] 58:2 <12:38>

**Hector**
[1] 2:19

**Help**
[4] 4:17 <11:10> 5:11 <11:10> 5:16 <11:11> 15:16 <11:24> 29:11 <11:45> 42:24 <12:05> 43:21 <12:07>

**Helps**
[1] 43:22 <12:07>

**Hereby**
[1] 110:14

**Herein**
[1] 2:2

**HIDALGO**
[1] 110:18

**High**
[7] 19:11 <11:29> 19:13 <11:29> 19:14 <11:29> 21:8 <11:32> 21:9 <11:32> 33:3 <11:50> 33:18 <11:50>

**Himself**
[1] 78:8 <01:06>

**Hire**
[2] 13:9 <11:20> 43:21 <12:07>

**Hired**
[2] 13:7 <11:20> 16:5 <11:25> 72:25 <12:59>

**Hold**
[1] 65:8 <12:48>

**Hole**
[3] 90:25 <01:23> 91:1 <01:23> 91:2 <01:23>

**Home**
[37] 9:4 <11:15> 20:8 <11:31> 20:12 <11:31> 23:2 <11:35> 24:25 <11:35> 23:16 <11:38> 24:25 <11:38> 25:9 <11:39> 25:11 <11:39> 25:18 <11:39> 26:2 <11:40> 26:12 <11:41> 26:15 <11:41> 26:16 <11:41> 27:2 <11:42> 29:19 <11:45> 32:22 <11:49>

**Future** [2] <01:49>

**Half** 32:23 <11:49> 37:22 <11:57> 42:17 <12:05> 46: 19 <12:10> 49:13 <12:26> 51:22 <12:29> 52:11 <12:30> 52:12 <12:30> 54:12 <12:33> 66:8 <12:50> 66:10 <12:50> 70:11 <12:55> 86:18 <01:17> 93:11 <01:27> 93:12 <01:27> 104:25 <01:48> 106:5 <01:49> 106:9 <01:49> 107:20 <01:56>

**Homeowner's**
[2] 42:14 <12:05> 46:18 <12:10> 50:4 <12:27> 50:6 <12:27> 62:16 <12:44>

**Homes**
[1] 32:20 <11:49>

**Honest**
[6] 27:11 <11:42> 69:9 <12:53> 72:3 <12:56> 81:11 <01:09> 88:1 <01:19> 107:9 <01:53>

**Honestly**
[6] 4:24 <11:10> 13:10 <11:20> 29:20 <11:45> 30:11 <11:48> 49:22 <12:26> 88:14 <01:20>

**Hooked**
[2] 30:13 <11:46> 44:11 <12:07> 46:5 <12:09>

**Hopeful**
[1] 107:24 <01:54>

**Hopefully**
[2] 4:13 <11:10> 22:22 <11:34>

**Hose**
[7] 82:7 <01:10> 82:15 <01:11> 82:16 <01:11> 83:2 <01:12> 83:18 <01:13> 84:8 <01:13> 90:8 <01:22>

**Hot**
[1] 78:4 <01:06>

**Hotel**
[3] 12:1 <11:19> 12:15 <11:20> 56:3 <12:35>

**Hour**
[2] 47:14 <12:12> 88:12 <01:20>

**Hours**
[5] 15:13 <11:24> 22:17 <11:34> 89:3 <01:21>

**House**
[147] 8:4 <11:13> 8:7 <11:14> 8:16 <11:14> 9:17 <11:16> 9:18 <11:16> 10:19 <11:17> 11:5 <11:18> 12:1 <11:19> 12:18 <11:20> 13: 24 <11:21> 20:5 <11:31> 20: 6 <11:31> 20:16 <11:31> 20: 25 <11:32> 21:5 <11:32> 25: 5 <11:39> 25:14 <11:39> 25: 15 <11:39> 25:16 <11:39> 25:18 <11:39> 25:24 <11:40> 26: 11 <11:41> 27:4 <11:42> 27: 12 <11:43> 27:21 <11:43> 28:23 <11:45> 29:11 <11:45> 29:22 <11:46> 30:11 <11:46> 30:2 <11:46> 30:14 <11:47> 31:7 <11:47> 31:21 <11:48> 33:18 <11:50> 34: 19 <11:53> 35:15 <11:53> 35: 9 <11:53> 35:12 <11:53> 36: 7 <11:55> 36:15 <11:55> 36: 21 <11:56> 36:23 <11:56> 37:3 <11:56> 37:4 <11:56> 37:5 <11:56> 37:6 <11:57> 37:10 <11:57> 37:19 <11:57> 38:15 <11:59> 38: 23 <11:59> 39:6 <12:00> 41: 20 <12:03> 41:25 <12:04> 42:20 <12:05> 43:1 <12:06> 43:3 <12:06> 43:5 <12:06> 43:7 <12:06> 43:15 <12:06> 43:18 <12:07> 44:9 <12:07>

44:15 <12:06> 44:18
<12:08> 44:25 <12:08> 45:
10 <12:09> 45:12 <12:09>
45:15 <12:09> 45:17
<12:09> 45:20 <12:09> 46:6
<12:09> 46:11 <12:10> 46:
21 <12:10> 47:4 <12:11> 47:
7 <12:11> 47:11 <12:11> 48:
8 <12:24> 48:12 <12:24> 48:
14 <12:24> 50:1 <12:26> 50:
10 <12:27> 51:12 <12:29>
51:24 <12:29> 52:10
<12:30> 52:17 <12:30> 53:1
<12:31> 53:10 <12:31> 55:1
<12:34> 56:4 <12:35> 56:5
<12:36> 56:25 <12:37> 58:
11 <12:38> 58:12 <12:38>
60:21 <12:41> 60:22
<12:41> 62:10 <12:44> 62:
11 <12:44> 63:4 <12:44> 63:
9 <12:45> 64:16 <12:47> 65:
3 <12:48> 65:5 <12:48> 66:5
<12:50> 71:17 <12:57> 72:8
<12:58> 74:25 <01:02> 77:5
<01:04> 78:11 <01:08> 78:
16 <01:06> 79:5 <01:07> 81:
9 <01:09> 85:13 <01:15> 85:
14 <01:15> 85:17 <01:15>
85:19 <01:15> 86:9 <01:16>
86:24 <01:18> 88:8 <01:20>
92:17 <01:25> 92:19
<01:25> 94:15 <01:28> 99:4
<01:33> 100:10 <01:35>
100:22 <01:40> 101:4
<01:40> 102:12 <01:42>
103:6 <01:43> 104:18
<01:45> 105:2 <01:46> 105:
9 <01:48> 105:14 <01:47>
105:21 <01:47> 106:2
<01:47> 107:10 <01:53>
107:14 <01:54> 108:1
<01:55> 108:2 <01:55> 108:
6 <01:55> 108:8 <01:55>
108:13 <01:55> 108:15
<01:55> 108:16 <01:55>
108:18 <01:55> 108:19
<01:56> 108:25 <01:56>

**Housed**
[2] 87:8 <01:19> 104:11
<01:45>

**Houses**
[2] 31:15 <11:48> 47:5
<12:11>

**Houston**
[11] 2:16 10:6 <11:17> 10:8
<11:17> 11:10 <11:18> 11:
17 <11:19> 12:12 <11:19>
54:3 <12:32> 54:9 <12:33>
54:10 <12:33> 54:17
<12:33> 55:24 <12:35>

**Husband**
[32] 7:18 <11:13> 23:7
<11:35> 23:18 <11:36> 24:4
<11:37> 24:17 <11:38> 25:6
<11:39> 25:11 <11:39> 26:
12 <11:41> 32:6 <11:49> 32:
12 <11:49> 34:15 <11:52>
36:9 <11:55> 43:9 <12:06>
43:20 <12:07> 44:17
<12:08> 53:18 <12:32> 67:
11 <12:51> 67:16 <12:51>
68:7 <12:52> 77:16 <01:05>
78:8 <01:06> 78:24 <01:08>
79:14 <01:07> 82:11
<01:10> 83:13 <01:12> 85:
16 <01:15> 88:6 <01:20> 91:
10 <01:23> 91:22 <01:24>
95:3 <01:29> 96:16 <01:30>
105:7 <01:46>

**Husband's**
[3] 6:25 <11:12> 7:15
<11:13> 42:24 <12:05>

**HVAC**
[2] 103:18 <01:44> 104:1
<01:44> 106:15 <01:52>

**Idea**
[4] 20:18 <11:31> 33:12
<11:50> 44:23 <12:08> 106:
6 <01:49>

**Identified**
[5] 66:22 <12:50> 72:2
<12:58> 72:24 <12:56> 88:3
<01:19> 96:25 <01:31>

**III**
[1] 25:25 <11:40>

**Imagine**
[1] 70:8 <12:54>

**Immediate**
[1] 91:10 <01:23>

**Immediately**
[2] 91:11 <01:23> 103:19
<01:44>

**Important**
[1] 5:2 <11:10>

**Inbound**
[1] 24:1 <11:36>

**Inc**
[1] 112:7

**Incident**
[1] 86:11 <01:16>

**Included**
[1] 26:5 <11:40>

**Independent**
[2] 17:13 <11:27> 17:25
<11:27> 18:2 <11:27> 34:13
<11:52> 38:12 <11:58>

**INDEX**
[1] 3:1

**Indicated**
[2] 93:15 <01:27> 94:11
<01:28> 95:22 <01:30>

**Individual**
[2] 24:8 <11:37> 39:11
<12:00> 55:14 <12:35>

**Individuals**
[1] 105:11 <01:47>

**Industry**
[1] 23:21 <11:36>

**Information**
[1] 9:3 <11:15>

**Initial**
[5] 10:3 <11:17> 10:16
<11:17> 15:10 <11:23> 34:9
<11:51> 57:17 <12:38>

**Inquire**
[1] 34:3 <11:51>

**Inside**
[6] 44:15 <12:08> 45:10
<12:08> 51:12 <12:29> 92:
11 <01:25> 104:3 <01:44>
104:5 <01:45>

**Inspected**
[1] 92:17 <01:25>

**Inspection**
[4] 10:20 <11:17> 20:24
<11:31> 21:3 <11:32> 81:9
<01:09>

**Instance**
[1] 1:20

**Institutions**
[1] 21:9 <11:32>

**Instructed**
[1] 78:24 <01:08>

**Instructions**
[1] 124 <11:19>

**Insurance**
[23] 8:18 <11:15> 8:21
<11:15> 10:1 10:4 <11:17>
10:24 <11:16> 11:19
<11:19> 14:7 <11:22> 14:8
<11:22> 16:10 <11:25> 23:
15 <11:36> 24:9 <11:37> 25:
22 <11:40> 26:14 <11:41>
26:18 <11:41> 26:19
<11:41> 36:24 <11:56> 38:

22 <11:59> 42:18 <12:05>
46:16 <12:10> 56:8 <12:36>
85:8 <01:14> 101:6 <01:40>
103:10 <01:43>

**Integrity**
[1] 37:20 <11:57>

**Intended**
[2] 36:20 <11:56> 36:22
<11:56>

**Intention**
[3] 29:18 <11:45> 36:24
<11:56> 108:12 <01:55>

**Intentions**
[1] 37:7 <11:57>

**Interested**
[1] 112:1

**Interior**
[2] 51:7 <12:29> 51:8
<12:29>

**Interrogatories**
[2] 3:12 103:13 <01:44>

**Investigation**
[3] 38:4 <11:58> 38:8
<11:58> 38:13 <11:58> 38:
17 <11:59> 47:24 <12:23>
66:4 <12:50>

**Involved**
[2] 19:1 <11:29> 23:22
<11:36>

**ISD**
[2] 17:2 <11:26> 17:4
<11:26>

**Issue**
[4] 38:19 <11:59> 40:5
<12:01> 42:5 <12:04> 66:25
<01:31>

**Items**
[11] 28:13 <11:44> 29:21
<11:45> 29:23 <11:46> 37:
10 <11:57> 37:11 <11:57>
37:16 <11:57> 37:21
<11:57> 64:18 <12:47> 64:
20 <12:47> 86:8 <01:16>
106:1 <01:47>

**Itself**
[2] 92:4 <01:24> 92:12
<01:25>

## J

**January**
[1] 66:2 <12:49>

**Jeez**
[1] 22:19 <11:34>

**JENNIFER**
[2] 1:3 111:3

**Jesus**
[7] 13:12 13:15 13:18
<11:21> 14:11 <11:22> 14:
18 <11:22> 15:8 <11:23> 48:
6 <12:23>

**Jewelry**
[3] 18:17 <11:28> 18:19
<11:28> 19:5 <11:29>

**Job**
[2] 5:6 <11:10> 5:13 <11:10>

**Joe**
[1] 19:3 <11:29>

**John**
[6] 16:1 <11:24> 16:5
<11:25> 16:11 <11:25> 48:9
<12:24> 50:7 <12:27> 55:12
<12:34>

**Jones**
[4] 19:3 <11:29> 19:3
<11:29> 19:9 <11:29> 19:9
<11:29>

**Joya**
[4] 18:2 <11:27> 18:3
<11:27> 18:7 <11:28> 38:11
<11:58>

**Judge**
[1] 5:4 <11:10>

**Jump**

[1] <01:28>
**Jumped**
[1] 62:21 <12:44>

**June**
[4] 1:16 1:21 111:14 111:19

**Jury**
[1] 5:4 <11:10>

## K

**Keep**
[11] 28:5 <11:44> 29:16
<11:45> 29:24 <11:46> 29:
25 <11:46> 37:11 <11:57>
47:18 <12:22> 70:14
<12:55> 101:18 <01:41>
104:19 <01:45> 106:10
<01:49> 108:19 <01:56>

**Keith**
[10] 9:20 <11:16> 9:22
<11:16> 9:25 <11:17> 10:14
<11:17> 10:15 <11:17> 11:6
<11:18> 13:18 <11:21> 13:
17 <11:21> 13:23 <11:21>
80:22 <01:08>

**Kept**
[6] 13:6 <11:20> 28:10
<11:44> 39:21 <12:01> 52:
23 <12:31> 67:6 <12:51> 99:
6 <01:33>

**Kids**
[3] 85:21 <01:15> 94:14
<01:28> 95:14 <01:29>

**Kind**
[6] 11:5 <11:18> 18:25
<11:28> 18:25 <11:29> 23:
21 <11:36> 74:4 <01:01> 96:
5 <01:30>

**Kinder**
[1] 17:19 <11:27>

**Kindergarten**
[3] 17:18 <11:27> 17:20
<11:27> 18:7 <11:28>

**Kitchen**
[11] 73:17 <01:00> 74:8
<01:01> 74:10 <01:01> 74:
11 <01:01> 74:13 <01:01>
74:15 <01:02> 75:3 <01:02>
75:10 <01:02> 75:24 <01:03>
78:2 <01:03> 78:4 <01:03>

**Knowledge**
[4] 75:2 <01:02> 75:6
<01:02> 79:23 <01:07> 79:
24 <01:07>

## L

**L.L.P.**
[1] 2:15

**Labeled**
[4] 65:15 <12:49> 73:3
<01:00> 77:8 <01:05> 92:23
<01:26>

**Lacks**
[1] 27:18 <11:43>

**Lady**
[6] 11:11 <11:18> 11:17
<11:19> 12:14 <11:19> 54:2
<12:32> 54:11 <12:33> 55:
23 <12:35>

**Landing**
[1] 76:17 <01:04>

**Lane**
[30] 7:21 <11:13> 7:23
<11:13> 8:2 <11:13> 8:6
<11:13> 8:17 <11:15> 20:5
<11:31> 23:3 <11:35> 21:1
<11:38> 25:14 <11:39> 27:2
<11:42> 30:1 <11:46> 32:1
<11:48> 32:21 <11:40> 32:
22 <11:49> 32:24 <11:50>
35:6 <11:53> 36:8 <11:55>
36:15 <11:55> 36:21
<11:56> 37:10 <11:57> 42:
20 <12:05> 43:4 <12:06> 43:
15 <12:06> 43:19 <12:07>

44:9 <12:07> 46:6 <12:09>
46:19 <12:10> 47:4 <12:11>
48:15 <12:24> 50:1 <12:26>
52:21 <12:31> 71:17
<12:57> 86:18 <01:17> 104:
18 <01:45> 105:2 <01:46>
106:13 <01:55>

**Last**
[13] 7:15 <11:13> 32:25
<11:50> 30:13 <12:00> 43:3
<11:50> 50:13 <12:26> 55:
10 <12:34> 62:13 <12:44>
62:13 <12:44> 63:15
<12:45> 63:17 <12:45> 63:
17 <12:45> 75:3 <01:02> 95:
6 <01:29>

**Late**
[1] 35:14 <11:53>

**Lately**
[1] 60:21 <12:41>

**Lawsuit**
[1] 8:5 <11:13>

**Lawyer**
[1] 13:20 <11:21>

**Lawyers**
[1] 16:10 <11:25>

**Lead**
[1] 41:2 <12:02>

**Leak**
[20] 9:10 <11:15> 51:9
<12:29> 59:10 <12:39> 59:5
<12:39> 59:10 <12:39> 59:
22 <12:40> 61:2 <12:42> 65:
23 <12:44> 66:13 <12:50>
67:13 <12:51> 68:8 <12:52>
69:13 <12:53> 82:8 <01:10>
83:2 <01:12> 83:7 <01:12>
83:10 <01:12> 96:9 <01:30>
101:2 <01:40> 101:5
<01:40> 101:12 <01:41>

**Leaked**
[1] 83:8 <01:12>

**Leaking**
[3] 57:6 <12:37> 74:2
<01:01> 77:22 <01:05>

**Leaks**
[5] 27:1 <11:42> 58:23
<12:38> 59:10 <12:39> 59:
22 <12:40> 60:1 <12:40>

**Learned**
[1] 34:7 <11:51>

**Least**
[3] 43:8 <12:06> 43:16
<12:06> 43:17 <12:06>

**Leave**
[5] 33:22 <11:51> 45:4
<12:08> 63:5 <12:45> 94:3
<01:28> 102:12 <01:42>
104:21 <01:46>

**Leaves**
[1] 61:1 <12:43>

**Led**
[1] 66:25 <12:50>

**Left**
[8] 14:25 <11:23> 27:24
<11:43> 33:15 <11:50> 37:7
<11:57> 37:17 <11:57> 37:
21 <11:57> 63:4 <12:44> 83:
16 <01:12>

**Length**
[1] 25:22 <11:40>

**Lent**
[2] 27:18 <11:43> 27:19
<11:43>

**Less**
[5] 58:5 <12:38> 61:9
<12:42> 66:18 <12:52> 81:
16 <01:10> 83:5 <01:12>

**Letter**

**[8]** 12:7 <11:19> 13:4
<11:20> 13:8 <11:20> 15:2
<11:23> 48:19 <12:24> 49:
18 <12:26> 49:19 <12:26>
49:21 <12:26>

**Level**
[1] 22:10 <11:34>

**License**
[1] 6:7 <11:11>

**Light**
[3] 33:16 <11:50> 33:17
<11:50> 33:18 <11:50> 33:
22 <11:51> 34:22 <11:53>

**LINE**
[1] 110:2

**Linens**
[2] 19:6 <11:29> 19:7
<11:29>

**Liquor**
[1] 23:24 <11:36>

**Listed**
[1] 24:8 <11:37>

**Litigation**
[1] 28:24 <11:45>

**Live**
[6] 7:18 <11:13> 19:25
<11:30> 24:19 <11:38> 25:
12 <11:39> 35:9 <11:53> 85:
23 <01:15>

**Lived**
[6] 26:2 <11:40> 26:11
<11:41> 34:18 <11:53> 35:
12 <11:53> 104:18 <01:45>
105:3 <01:46>

**Lives**
[1] 45:20 <12:09>

**Living**
[9] 24:25 <11:38> 27:2
<11:42> 30:25 <12:01> 56:3
<12:35> 84:22 <01:14> 93:
11 <01:27> 97:10 <01:31>
105:20 <01:47> 106:8
<01:49>

**Lloyds**
[3] 1:10 4:10 <11:10> 111:10

**Local**
[1] 11:15 <11:18>

**Located**
[4] 18:20 <11:28> 76:15
<01:04> 91:25 <01:24> 91:
25 <01:24>

**Location**
[1] 100:22 <01:40>

**Look**
[4] 65:4 <12:48> 71:5
<12:56> 86:24 <01:18> 91:4
<01:23>

**Looked**
[2] 78:7 <01:06> 92:14
<01:25>

**Looking**
[2] 73:2 <01:00> 91:3
<01:23>

**Looks**
[1] 99:7 <01:34>

---

**M**

**Machine**
[4] 83:18 <01:13> 83:21
<01:13> 83:25 <01:13> 84:4
<01:13>

**Magic**
[2] 30:15 <11:47> 30:16
<11:47>

**Mail**
[1] 55:15 <12:35>

**Maintain**
[3] 37:18 <11:57> 42:21
<12:05> 46:25 <12:11>

**Maintains**
[1] 43:18 <12:07>

**Maintenance**
[5] 53:5 <12:31> 53:9

---

<12:31> 53:10 <12:31> 53:
21 <12:32>   17 <01:21>

**Major**
[1] 21:15 <11:32>

**Mail**
[1] 18:21 <11:28>

**Man**
[3] 11:25 <11:19> 58:17
<12:39> 88:12 <01:20>

**Man's**
[1] 12:2 <11:19>

**Manager**
[1] 23:20 <11:36>

**March**
[5] 14:21 <11:23> 15:1
<11:23> 15:1 <11:23> 15:6
<11:23> 102:9 <01:42>

**Mark**
[3] 90:20 <01:23> 91:5
<01:23> 103:13 <01:44>

**Marked**
[6] 65:1 <12:48> 65:16
<12:49> 84:22 <01:14> 86:
20 <01:18> 88:22 <01:18>
103:15

**Market**
[1] 47:3 <12:11>

**Marks**
[2] 80:4 <01:08> 80:5
<01:08>

**Marriage**
[2] 7:6 <11:12> 24:20
<11:38>

**Married**
[19] 6:23 <11:12> 7:4
<11:12> 7:16 <11:13> 24:11
<11:37> 72:4 <12:58> 72:5
<12:58> 73:23 <01:00> 74:6
<01:01> 82:20 <01:11> 82:
24 <01:11> 87:19 <01:19>
97:11 <01:31> 97:11
<01:31> 101:16 <01:41>
101:21 <01:41> 101:21
<01:41> 101:25 <01:41>
102:18 <01:42> 103:2
<01:42>

**Masking**
[1] 75:16 <01:03>

**Master**
[1] 93:1 <01:26>

**Masters**
[5] 22:10 <11:34> 22:18
<11:34> 22:21 <11:34> 22:
23 <11:34> 22:24 <11:34>

**Material**
[1] 97:25 <01:32>

**Mattresses**
[1] 27:16 <11:43>

**McAllen**
[23] 1:24 2:12 7:24 <11:13>
8:6 <11:13> 9:1 <11:15> 11:
19 <11:19> 11:25 <11:19>
16:13 <11:25> 17:2 <11:26>
17:2 <11:26> 17:4 <11:26>
17:13 <11:27> 17:25
<11:27> 18:21 <11:28> 19:4
<11:29> 19:17 <11:30> 20:4
<11:30> 34:13 <11:52> 40:
16 <12:02> 48:9 <12:10> 54:
4 <12:32> 103:20 <01:44>
112:8

**McCarthy**
[18] 1:24 2:10 2:11 14:22
<11:23> 65:12 <12:48> 77:
20 <01:05> 78:9 <01:06> 81:
3 <01:09> 81:6 <01:09> 99:8
<01:34> 99:11 <01:34> 100:
20 <01:40> 101:14 <01:41>
102:4 <01:41> 102:8
<01:42> 102:11 <01:42>
103:11 <01:43> 109:6
<01:56>

**Mean**
[25] 13:20 <11:21> 15:1

---

<12:31> 16:9 <11:25> 19:3
<11:29> 26:23 <11:41> 27:
23 <11:43> 29:20 <11:45>
37:13 <11:57> 39:9 <12:00>
45:20 <12:09> 54:23
<12:33> 60:12 <12:41> 70:
25 <12:56> 72:11 <12:58>
73:21 <01:00> 75:16
<01:03> 76:10 <01:04> 83:6
<01:12> 87:25 <01:19> 89:6
<01:21> 89:12 <01:21> 89:
14 <01:21> 98:13 <01:33>
103:21 <01:44> 104:3
<01:44>

**Meanwhile**
[2] 89:3 <01:21> 108:23
<01:56>

**Measure**
[2] 96:7 <01:30> 96:22
<01:31>

**Measures**
[1] 70:13 <12:55>

**Medical**
[1] 42:17 <12:05>

**Medicine**
[1] 42:2 <12:04>

**Meet**
[1] 68:20 <12:52>

**Members**
[1] 48:23 <12:25>

**Mexico**
[1] 23:25 <11:36>

**MICHAEL**
[1] 1:3 111:3

**Middle**
[1] 87:4 <01:18> 108:22
<01:56>

**Might**
[4] 13:19 <11:21> 39:9
<12:00> 61:14 <12:43> 61:
17 <12:43>

**MINERVA**
[1] 1:4 111:4

**Minimum**
[2] 32:15 <11:49> 33:19
<11:51>

**Minute**
[3] 65:4 <12:48> 65:10
<12:48> 108:12

**Minutes**
[3] 31:20 <11:48> 42:19
<12:05>

**Miss**
[1] 34:24 <11:53> 35:8
<11:53>

**Missed**
[2] 34:25 <11:53> 35:4
<11:53>

**Missing**
[1] 70:2 <12:54>

**Modifications**
[3] 51:23 <12:29> 52:8
<12:30> 52:18 <12:30>

**Moisture**
[1] 72:18 <12:59>

**Mold**
[45] 8:20 <11:15> 9:9
<11:15> 9:11 <11:15> 11:5
<11:18> 12:1 <11:19> 16:21
<11:26> 38:3 <11:58> 38:7
<11:58> 38:14 <11:58> 38:
19 <11:59> 39:6 <12:00> 41:
8 <12:03> 41:10 <12:03> 41:
13 <12:03> 41:13 <12:03>
41:15 <12:03> 48:23
<12:25> 49:2 <12:25> 61:19
<12:43> 61:22 <12:43> 62:1
<12:43> 74:9 <01:01> 75:25
<01:03> 76:20 <01:04> 80:7
<01:08> 80:9 <01:08> 84:1
<01:13> 92:5 <01:24> 92:13
<01:25> 92:17 <01:25> 93:9
<01:27> 93:13 <01:27> 93:
22 <01:27> 95:19 <01:29>

---

98:    1:33> 98:20
<01.    99:9 <01:34> 99:13
100:18 <01:39> 100:24
<01:40> 101:2 <01:40> 103:
5 <01:45> 105:17 <01:47>
106:23 <01:53> 107:20
<01:54>

**Mom**
[1] 19:23 <11:30>

**Moment**
[1] 12:14 <11:19>

**MONA**
[1] 1:22 111:16 112:6

**Monday**
[1] 12:12 <11:19>

**Money**
[5] 28:13 <11:44> 36:11
<11:55> 36:15 <11:55> 37:
23 <11:57> 84:20 <12:47>

**Money-wise**
[1] 37:23 <11:57>

**Month**
[18] 14:23 <11:23> 16:8
<11:25> 23:5 <11:35> 25:3
<11:39> 26:4 <11:40> 26:8
<11:40> 30:9 <11:46> 31:19
<11:48> 33:8 <11:50> 34:5
<11:51> 35:12 <11:53> 36:6
<11:54> 42:1 <12:04> 43:8
<12:06> 44:7 <12:07> 57:25
<12:38> 63:15 <12:45> 66:2
<12:49>

**Monthly**
[2] 36:5 <11:54> 44:16
<12:08>

**Months**
[6] 20:23 <11:31> 30:9
<11:46> 34:6 <11:51> 35:15
<11:54> 61:1 <12:42> 61:3
<12:42>

**Mop**
[1] 98:10 <01:32>

**Mopped**
[2] 79:8 <01:07> 83:16
<01:12>

**Morales**
[8] 1:6 1:8 7:1 <11:12> 7:3
<11:12> 7:13 <11:12> 7:14
<11:12> 111:6 111:8

**Morning**
[1] 12:12 <11:19>

**Mortgage**
[18] 20:8 <11:31> 20:10
<11:31> 20:11 <11:31> 23:2
<11:35> 23:13 <11:35> 24:8
<11:37> 25:9 <11:39> 25:10
<11:39> 25:23 <11:40> 29:
12 <11:45> 34:19 <11:53>
34:24 <11:53> 34:25
<11:53> 35:5 <11:53> 35:8
<11:53> 46:23 <12:11> 46:
24 <12:11> 108:11 <01:55>

**Move**
[3] 8:7 <11:14> 8:16
<11:14> 30:15 <11:30> 19:
17 <11:30> 19:21 <11:30>
32:9 <11:30> 20:2 <11:30>
36:20 <11:56> 36:22
<11:56> 37:4 <11:56> 48:12
<12:24> 106:14 <01:47>
108:20 <01:56>

**Moved**
[22] 8:8 <11:14> 8:18
<11:15> 25:8 <11:39> 25:13
<11:39> 25:15 <11:39> 25:
18 <11:39> 30:10 <11:46>
36:19 <11:56> 37:8 <11:57>
41:20 <12:03> 41:25
<12:04> 51:24 <12:29> 52:
11 <12:30> 52:12 <12:30>
52:15 <12:30> 52:22
<12:31> 53:1 <12:31> 62:14
<12:44> 66:2 <12:49> 70:10
<12:55> 70:20 <12:55> 107:
10 <01:53>

---

**Moving**
[8] 16:20 <11:25> 17:21
<11:27> 29:18 <11:45> 45:
25 <12:09> 53:22 <12:32>
75:10 <01:02> 85:24
<01:15> 105:9 <01:46>

**Musty**
[1] 60:19 <12:41>

---

**N**

**Name**
[25] 4:5 <11:09> 4:8
<11:10> 6:25 <11:12> 7:15
<11:13> 8:25 <11:15> 9:12
<11:16> 9:19 <11:16> 12:2
<11:19> 12:14 <11:19> 12:
24 <11:20> 13:10 <11:20>
16:11 <11:25> 16:17
<11:25> 23:11 <11:36> 23:
13 <11:35> 28:20 <11:41>
28:22 <11:43> 30:18
<11:47> 39:11 <12:00> 39:
13 <12:00> 40:4 <12:01> 40:
13 <12:02> 52:6 <12:30> 54:
21 <12:33> 66:7 <12:50>

**Names**
[2] 7:12 <11:12> 14:14
<11:22>

**Nature**
[1] 45:22 <12:09>

**Neat**
[1] 52:15 <12:30>

**Need**
[6] 9:12 <11:10> 5:24
<11:11> 13:19 <11:21> 13:
19 <11:21> 14:10 <11:22>
28:5 <11:44> 37:15 <11:57>
46:3 <12:09> 65:12 <12:48>

**Needed**
[4] 25:12 <11:39> 42:10
<12:04> 48:14 <12:24> 105:
14 <01:47>

**Neighbor's**
[1] 86:8 <01:16>

**Neighborhood**
[1] 86:10 <01:16>

**Neighbors**
[3] 63:10 <12:45> 64:11
<12:47> 85:21 <01:15>

**Never**
[37] 15:15 <11:24> 25:22
<11:40> 32:12 <11:49> 36:
20 <11:56> 37:14 <11:57>
48:19 <12:24> 48:20
<12:24> 49:9 <12:25> 50:9
<12:27> 55:8 <12:34> 56:8
<12:36> 56:9 <12:36> 57:15
<12:38> 58:18 <12:39> 69:
18 <12:53> 69:23 <12:54>
69:24 <12:54> 70:4 <12:54>
70:5 <12:54> 70:22 <12:55>
71:12 <12:57> 73:1 <12:59>
75:23 <01:03> 76:22
<01:04> 80:25 <01:08> 81:1
<01:08> 81:1 <01:08> 81:2
<01:08> 81:9 <01:09> 81:11
<01:09> 86:3 <01:16> 93:
12 <01:27> 94:3 <01:28> 94:
5 <01:28> 94:8 <01:28> 99:
21 <01:34> 105:1 <01:46>

**New**
[16] 20:15 <11:31> 26:12
<11:41> 26:15 <11:41> 26:
16 <11:41> 27:5 <11:42> 27:
12 <11:43> 27:24 <11:43>
52:22 <12:31> 53:22
<12:31> 53:10 <12:31> 69:
16 <12:53> 70:19 <12:55>
85:7 <01:15> 89:11 <01:21>
106:2 <01:47> 108:16
<01:55>

**Newly**
[1] 20:12 <11:31>

**Next**
[5] 11:9 <11:18> 22:22

---

**BRYANT & STINGLEY, INC.**

<11:34> 32:16 <11:49> 82:5 <01:10> 85:23 <01:15>

**Nice**
[4] 5:21 <11:11> 47:19 <12:22> 52:15 <12:30> 52: 15 <12:30>

**Niece**
[3] 96:11 <01:30> 97:14 <01:31> 97:15 <01:31>

**Night**
[1] 85:16 <11:15>

**Nine**
[2] 7:14 <11:12> 24:15 <11:38>

**Nobody**
[4] 45:20 <12:09> 70:20 <12:55>

**Nora**
[12] 1:7 1:15 1:19 2:9 3:4 4:1 4:7 110:14 110:16 111:7 111: 13 111:17

**Normally**
[1] 104:19 <01:45>

**Norman**
[3] 38:12 <12:00> 39:25 <12:01> 100:21 <01:40>

**North**
[10] 7:21 <11:13> 7:22 <11:13> 8:1 <11:13> 8:6 <11:13> 8:16 <11:14> 20:5 <11:31> 46:6 <12:00> 46:19 <12:10> 94:13 <01:28> 112: 7

**Notary**
[1] 110:25

**Noted**
[1] 110:15

**Nothing**
[13] 47:24 <11:58> 45:8 <12:06> 48:16 <12:24> 55: 20 <12:35> 55:20 <12:35> 55:25 <12:35> 57:10 <12:37> 58:13 <12:38> 58: 14 <12:38> 79:6 <01:07> 104:16 <01:45> 108:1 <01:55> 108:4 <01:55>

**Notice**
[9] 5:7 <11:10> 31:22 <11:48> 33:14 <11:50> 73:2 <01:00> 74:24 <01:02> 80: 18 <01:08> 98:25 <01:33> 99:9 <01:34> 104:1 <01:44>

**Noticed**
[3] 99:21 <01:34> 103:17 <01:44> 104:14 <01:45>

**Number**
[21] 6:9 <11:11> 6:14 <11:11> 6:17 <11:11> 6:19 <11:11> 8:24 <11:15> 9:14 <11:15> 9:15 <11:16> 9:16 <11:16> 10:11 <11:17> 10: 13 <11:17> 11:14 <11:18> 11:15 <11:18> 11:17 <11:19> 11:20 <11:19> 11: 24 <11:19> 14:9 <11:22> 53: 25 <12:32> 54:8 <12:33> 54: 10 <12:33> 92:23 <01:26> 93:15 <01:27>

**Numbered**
[1] 1:21

# O

**O'clock**
[1] 85:16 <01:15>

**Obviously**
[1] 15:3 <11:23>

**Occur**
[5] 62:12 <12:44> 65:20 <12:49> 82:16 <01:11> 87: 13 <01:19> 97:9 <01:31>

**Occurred**
[6] 61:1 <12:42> 66:13 <12:50> 72:1 <12:58> 78:11 <01:06> 82:2 <01:10> 82:5

<01:10> 82... <01:14> 101: 13 <01:41>

**Occurring**
[1] 66:23 <12:50>

**Odor**
[1] 60:19 <12:41>

**Office**
[7] 11:22 <11:19> 15:11 <11:23> 15:15 <11:24> 48: 10 <12:24> 68:22 <12:52> 68:23 <12:52> 103:19 <01:44>

**Often**
[3] 43:7 <12:06> 44:6 <12:07> 44:22 <12:06>

**Old**
[6] 6:3 <11:11> 20:18 <11:31> 37:14 <11:57> 75:8 <01:02> 96:5 <01:30> 97:21 <01:32>

**OLGA**
[2] 1:5 111:5

**Once**
[11] 13:25 <11:21> 43:8 <12:06> 43:16 <12:06> 43: 17 <12:06> 44:7 <12:07> 44: 16 <12:08> 54:23 <12:33> 58:21 <12:39> 72:10 <12:58> 77:4 <01:04> 95:9 <01:29>

**One**
[65] 14:8 <11:22> 14:13 <11:22> 21:19 <11:33> 24: 14 <11:37> 24:14 <11:37> 31:17 <11:48> 31:18 <11:48> 31:18 <11:48> 33:8 <11:50> 37:5 <11:56> 37:6 <11:57> 38:25 <11:59> 39:3 <11:59> 39:4 <11:59> 39:4 <11:59> 40:20 <12:02> 41:6 <12:03> 42:12 <12:05> 42: 24 <12:05> 47:22 <12:23> 47:23 <12:23> 48:2 <12:23> 48:4 <12:23> 52:25 <12:31> 61:4 <12:42> 62:7 <12:44> 82:8 <12:44> 82:20 <12:44> 83:5 <12:45> 84:13 <12:47> 84:17 <12:47> 87:18 <12:51> 67:19 <12:51> 70: 19 <12:55> 71:21 <12:57> 72:11 <12:58> 72:14 <12:59> 72:23 <12:59> 73:3 <01:00> 74:2 <01:01> 76:17 <01:04> 77:14 <01:05> 82: 12 <01:11> 82:14 <01:11> 82:14 <01:11> 83:2 <01:12> 86:13 <01:16> 86:19 <01:17> 89:11 <01:21> 89: 17 <01:21> 89:19 <01:21> 93:19 <01:27> 93:23 <01:27> 94:1 <01:28> 94:11 <01:28> 94:12 <01:28> 95:2 <01:29> 96:13 <01:30> 97: 20 <01:32> 97:20 <01:32> 100:19 <01:39> 105:1 <01:46> 108:20 <01:56> 108:20 <01:56> 108:21 <01:56>

**Ones**
[1] 84:17 <12:47>

**Open**
[9] 44:17 <12:08> 44:18 <12:08> 45:4 <12:08> 58:25 <12:39> 70:10 <12:55> 76: 11 <01:04> 77:4 <01:04> 83: 16 <01:12> 94:4 <01:28>

**Opened**
[4] 44:25 <12:08> 60:13 <12:41> 60:13 <12:41> 62:3 <12:43>

**Opening**
[1] 71:7 <12:56>

**Opens**
[1] 44:19 <12:08>

**Opinion**
[1] 61:24 <12:43>

**Opportunity**
[2] 4:10 <11:10> 90:9 <01:22>

**Opposed**
[1] 96:22 <01:31>

**ORAL**
[2] 1:14 1:19

**Order**
[1] 50:11 <12:27>

**Original**
[1] 12:25 <11:20>

**Otherwise**
[3] 4:23 <11:10> 28:14 <11:44> 59:10 <12:39>

**Out-of-pocket**
[1] 106:7 <01:49>

**Outside**
[13] 33:22 <11:51> 42:25 <12:06> 49:15 <12:26> 78: 18 <01:06> 78:19 <01:06> 85:17 <01:15> 88:18 <01:20> 89:4 <01:21> 89:5 <01:21> 100:13 <01:39> 105:20 <01:47> 108:8 <01:49> 108:24 <01:53>

**Overflow**
[3] 90:12 <01:22> 97:7 <01:31> 103:18 <01:44>

**Overflowed**
[1] 98:3 <01:32>

**Owe**
[1] 35:16 <11:54>

**Own**
[5] 16:9 <11:25> 16:10 <11:25> 46:6 <12:10> 46:11 <12:10> 78:25 <01:06>

**Owned**
[2] 46:12 <12:10> 46:13 <12:10>

**Owns**
[1] 25:5 <11:39>

# P

**Pad**
[2] 89:10 <01:21> 89:12 <01:21>

**Page**
[1] 2:24 <01:24>

**Paid**
[13] 25:2 <11:38> 26:9 <11:41> 30:25 <11:47> 31: 21 <11:48> 35:15 <11:54> 35:17 <11:54> 36:4 <11:54> 36:5 <11:54> 46:24 <12:11> 81:1 <01:08> 81:2 <01:08> 81:11 <01:09> 105:18 <01:47>

**Painful**
[1] 4:13 <11:10>

**Paint**
[2] 51:13 <12:29> 52:17 <12:30>

**Painted**
[7] 51:14 <12:29> 52:10 <12:30> 56:23 <12:37> 57: 20 <12:38> 107:1 <01:53> 107:5 <01:53> 107:6 <01:53>

**Palm**
[1] 21:12 <11:32>

**Pan**
[3] 21:22 <11:33> 21:24 <11:33> 90:11 <01:22>

**Pane**
[1] 74:21 <01:02>

**Panel**
[1] 92:7 <01:24>

**Paper**
[2] 15:19 <11:24> 96:11 <01:30> 97:5 <01:31>

**Papers**
[4] 9:23 <11:16> 10:5 <11:17> 33:14 <11:50> 55:8

**Opportunity**
[1] 100:19 <01:39>

**Par...**
[1] 100:19 <01:39>

**Parents**
[3] 38:25 <11:59> 39:3 <11:59> 39:4 <11:59>

**Part**
[6] 29:25 <11:46> 41:24 <12:04> 67:14 <12:51> 69: 23 <12:54> 70:22 <12:55> 90:2 <01:22>

**Particular**
[6] 28:12 <11:44> 41:3 <12:02> 92:18 <01:25> 92: 18 <01:25> 100:5 <01:34> 100:22 <01:40>

**Parties**
[1] 111:24

**Pass**
[1] 109:5 <01:56>

**Passed**
[1] 37:1 <11:56>

**Pay**
[24] 24:24 <11:38> 24:24 <11:38> 26:6 <11:40> 29:11 <11:45> 29:12 <11:45> 30:7 <11:46> 30:14 <11:46> 31: 14 <11:48> 31:16 <11:48> 31:17 <11:48> 31:18 <11:48> 33:5 <11:50> 33:9 <11:50> 34:2 <11:51> 34:19 <11:53> 35:14 <11:53> 35: 21 <11:54> 35:23 <11:54> 35:25 <11:54> 43:24 <12:07> 44:1 <12:07> 53:15 <12:32> 105:20 <01:47> 108:11 <01:55>

**Paying**
[3] 25:23 <11:40> 32:14 <11:49> 37:2 <11:56>

**Payment**
[1] 36:6 <11:55>

**Payments**
[5] 34:24 <11:53> 35:1 <11:53> 35:4 <11:53> 35:5 <11:53> 35:8 <11:53>

**Pays**
[1] 53:18 <12:32>

**Peers**
[1] 49:1 <12:25>

**Pen**
[1] 65:12 <12:48>

**People**
[1] 107:25 <01:55>

**Per**
[1] 44:2 <12:07>

**Percent**
[1] 36:10 <11:55>

**Perfume**
[2] 24:1 <11:36> 24:2 <11:36>

**Period**
[1] 15:4 <11:23> 16:6 <11:25> 33:6 <11:50> 35:2 <11:53> 41:53> 47:1 <12:11> 57:22 <12:38>

**Periodically**
[1] 95:2 <01:29>

**Periods**
[1] 71:6 <12:56>

**Perplexed**
[1] 64:12 <12:47>

**Person**
[12] 9:15 <11:16> 9:17 <11:16> 9:18 <11:16> 10:6 <11:17> 11:16 <11:18> 48: 14 <12:24> 49:6 <12:25> 53: 7 <12:31> 54:8 <12:33> 54: 16 <12:33> 58:24 <12:37> 64:13 <12:47>

**Person's**
[1] 9:19 <11:16>

**Personal**

**Par...**
[3] 27:20 <11:43> 29:21 <11:45> 29:23 <11:46>

**Personally**
[3] 48:16 <12:24> 49:25 <12:26> 63:12 <12:45>

**Pest**
[5] 71:21 <12:57> 71:24 <12:58> 72:23 <12:59>

**Phone**
[3] 12:6 <11:19> 16:14 <11:25> 48:11 <12:24>

**Pick**
[1] 45:19 <12:09>

**Picture**
[1] 73:6 <01:00>

**Pictures**
[1] 49:25 <12:26>

**Pieces**
[1] 50:25 <12:28>

**Pipe**
[5] 65:23 <12:49> 68:8 <12:52> 74:2 <01:01> 77:20 <01:05> 88:13 <01:20>

**Place**
[4] 33:25 <11:51> 57:8 <12:37> 68:8 <12:52> 83:15 <01:12>

**Plain**
[1] 63:11 <12:45>

**PLAINTIFF**
[1] 2:9

**Plaintiffs**
[2] 1:8 111:8

**Plan**
[2] 29:1 <11:45> 32:16 <11:49> 87:2 <01:18>

**Plastic**
[4] 70:16 <12:55> 70:25 <12:58> 71:4 <12:58> 71:7 <12:58>

**Plate**
[4] 70:3 <12:54> 70:6 <12:54> 70:21 <12:55> 70: 22 <12:55>

**Plaza**
[1] 18:21 <11:28>

**PM**
[1] 109:8

**Point**
[3] 29:13 <11:45> 59:23 <12:40> 61:25 <12:43>

**Pointed**
[2] 80:20 <01:08> 99:12 <01:34>

**Police**
[2] 64:16 <12:47> 85:19 <01:15>

**Policy**
[14] 23:15 <11:36> 42:14 <12:05> 42:16 <12:05> 42: 17 <12:05> 46:19 <12:10> 46:25 <12:11> 50:4 <12:27> 50:6 <12:27> 50:11 <12:27> 50:13 <12:27> 50:16 <12:28> 50:18 <12:28> 62:4 <12:44> 62:16 <12:44>

**Porch**
[1] 79:10 <01:07>

**Possible**
[2] 6:1 <11:11> 42:11 <12:04>

**Post**
[1] 21:9 <11:32>

**Potentially**
[1] 65:13 <12:48>

**Pouring**
[1] 59:9 <12:39>

**Power**
[6] 30:2 <11:46> 30:4 <11:46> 30:13 <11:46> 30: 18 <11:47> 30:21 <11:47> 37:21 <11:57>

**Practice**

**Pre**
[1] 40:15 <12:02>

**Pre-kinder**
[1] 17:16 <11:27>

**Pre-kindergarten**
[1] 17:11 <11:26>

**Pre-kindergarten**
[1] 17:16 <11:27>

**Precautionary**
[2] 96:7 <01:30> 96:22
<01:31>

**Premark**
[1] 64:24 <12:48>

**Prescribed**
[2] 41:22 <12:03> 42:4
<12:04>

**Presence**
[1] 100:23 <01:40>

**Present**
[2] 2:18 5:8 <11:10>

**Presently**
[2] 22:16 <11:34> 46:17
<12:10>

**Preserve**
[2] 37:11 <11:57> 37:16
<11:57>

**Prevent**
[2] 70:6 <12:54> 75:22
<01:03>

**Preventative**
[1] 70:13 <12:55>

**Price**
[1] 27:8 <11:42>

**Primrose**
[1] 1:24 2:11

**Problem**
[6] 39:18 <12:01> 39:18
<12:01> 42:10 <12:04> 55:1
<12:34> 68:10 <12:52> 69:
18 <12:53>

**Problems**
[3] 21:5 <11:32> 39:17
<12:01> 39:22 <12:01>

**Procedure**
[1] 1:25

**Process**
[4] 4:18 <11:10> 5:12
<11:10> 10:3 <11:17> 53:24
<12:32>

**Produced**
[2] 1:20 47:24 <12:23>

**Professional**
[1] 18:2 <11:24>

**Properties**
[3] 46:8 <12:10> 46:12
<12:10> 46:16 <12:10>

**Property**
[5] 29:4 <11:45> 29:7
<11:45> 29:16 <11:45> 42:
21 <12:05> 108:8 <01:55>

**Provide**
[3] 10:22 <11:17> 12:4
<11:19> 28:22 <11:44>

**Provisions**
[1] 2:1

**Psychology**
[2] 21:15 <11:32> 22:5
<11:33>

**Public**
[1] 110:25

**Purchase**
[4] 20:6 <11:31> 27:8
<11:42> 28:14 <11:44> 46:
18 <12:10>

**Purchased**
[7] 20:14 <11:31> 20:20
<11:31> 20:25 <11:32> 21:6
<11:32> 26:12 <11:41> 50:
10 <12:27> 51:20 <12:29>

**Purchases**
[1] 28:1 <11:43>

**Purpose**
[2] 45:14 <12:09> 70:6

<12:54>

**Purse**
[5] 6:12 <11:11> 31:13
<11:48> 31:14 <11:48> 33:
15 <11:50> 33:15 <11:50>

**Pursuant**
[1] 1:25

**Pursue**
[1] 34:10 <11:52>

**Put**
[36] 29:12 <11:45> 32:4
<11:48> 32:5 <11:48> 32:9
<11:49> 33:14 <11:50> 36:7
<11:55> 50:3 <12:39> 50:6
<12:39> 50:8 <12:39> 50:17
<12:40> 50:19 <12:40> 50:
21 <12:40> 60:9 <12:41> 60:
69:24 <12:54> 70:5 <12:54>
70:16 <12:55> 70:19
<12:55> 70:20 <12:55> 70:
23 <12:56> 70:25 <12:56>
72:17 <12:56> 75:13
<01:03> 75:18 <01:03> 75:
19 <01:03> 75:22 <01:03>
76:8 <01:03> 76:9 <01:04>
88:18 <01:20> 89:11
<01:21> 96:11 <01:30> 97:4
<01:31> 106:1 <01:47> 107:
21 <01:54>

---

**Q**

**Qualify**
[1] 55:5 <12:34>

**Questions**
[4] 5:17 <11:11> 66:9
<12:50> 109:2 <01:56> 109:
6 <01:56>

**Quick**
[1] 47:13 <12:11>

**Quickly**
[1] 6:1 <11:11>

**Quite**
[4] 61:16 <12:43> 63:16
<12:45> 108:2 <01:55> 108:
9 <01:55>

---

**R**

**R-o-m-a**
[1] 19:20

**R-u-i-z**
[2] 98:14 <12:00> 100:20
<01:40>

**Rain**
[3] 59:5 <12:39> 93:8
<01:26> 94:1 <01:28>

**Rained**
[2] 57:4 <12:37> 57:5
<12:37>

**Raining**
[1] 59:8 <12:39>

**Rains**
[2] 59:3 <12:39> 59:22
<12:40>

**Ran**
[1] 64:17 <12:47>

**Reached**
[1] 74:3 <01:01>

**Reaction**
[1] 41:13 <12:03>

**Read**
[8] 8:14 <11:11> 10:25
<11:18> 42:14 <12:05> 50:3
<12:27> 50:6 <12:27> 50:8
<12:27> 50:9 <12:27> 110:
14

**Ready**
[1] 82:10 <01:10>

**Real**
[2] 52:15 <12:30> 108:5
<01:55>

**Reappear**
[1] 107:8 <01:53>

---

**Reason**
[19] 5:25 <11:11> 9:8
<11:15> 24:7 <11:37> 28:7
<11:43> 28:9 <11:44> 28:12
<11:44> 29:10 <11:44> 29:14
<11:48> 59:19 <12:40> 59:
21 <12:40> 68:14 <12:52>
68:16 <12:52> 69:5 <12:53>
72:11 <12:56> 84:12
<01:14> 84:13 <01:14> 100:
17 <01:39> 101:10 <01:40>
110:2

**Reasons**
[1] 69:4 <12:53>

**REBECCA**
[2] 1:4 111:4

**Receipt**
[2] 36:1 <11:54> 36:3
<11:54>

**Receipts**
[6] 12:21 <11:20> 12:23
<11:20> 28:1 <11:43> 28:8
<11:44> 28:16 <11:44> 28:
20 <11:44>

**Receive**
[1] 12:7 <11:19>

**Received**
[5] 26:8 <11:41> 33:2
<11:50> 49:18 <12:26> 49:
19 <12:26> 58:9 <12:36>

**Recently**
[2] 31:9 <11:47> 47:8
<12:11>

**Recommend**
[1] 14:11 <11:22>

**Reconnect**
[4] 33:18 <11:50> 33:18
<11:50> 33:20 <11:51> 34:8
<11:51>

**Record**
[13] 2:1 4:5 <11:09> 5:9
<11:10> 5:21 <11:11> 6:16
<11:11> 30:20 <11:47> 47:
15 <12:12> 47:17 <12:22>
86:16 100:15 <01:35> 106:11
<01:49> 106:13 <01:52>
111:18

**Records**
[1] 32:4 <11:48>

**Red**
[5] 41:11 <12:03> 41:21
<12:03> 42:2 <12:04> 43:2
<12:08> 45:3 <12:08>

**Refer**
[1] 13:17 <11:21>

**Reference**
[1] 65:11 <12:48>

**Referred**
[1] 13:14 <11:21>

**Regular**
[3] 47:19 <12:22> 72:9
<12:58> 92:9 <01:25>

**Reimburse**
[1] 12:10 <11:19>

**Reimbursed**
[3] 64:4 <12:46> 64:6
<12:46>

**Reimbursement**
[1] 56:2 <12:35>

**Reimbursing**
[1] 12:19 <11:20>

**Reinstalled**
[1] 89:9 <01:21>

**Relationship**
[1] 16:3 <11:24>

**Relative**
[2] 111:23 111:25

**Remedial**
[1] 10:2 <11:17>

**Remediation**
[4] 80:21 <01:08> 81:8
<01:09> 99:16 <01:34> 104:
12 <01:45>

---

**Reg**
[1] 1:17 <11:17>

**Remember**
[54] 8:25 <11:15> 9:19
<11:16> 11:2 <11:18> 12:2
<11:19> 12:14 <11:19> 12:
24 <11:20> 13:10 <11:20>
14:14 <11:22> 14:18
<11:22> 14:20 <11:22> 14:
23 <11:23> 15:19 <11:24>
20:3 <11:30> 20:24 <11:31>
21:7 <11:32> 22:20 <11:34>
26:20 <11:41> 30:5 <11:48>
30:7 <11:48> 30:9 <11:46>
30:11 <11:48> 30:12
<11:48> 44:14 <12:07> 49:
22 <12:26> 52:6 <12:30> 54:
21 <12:33> 58:1 <12:38> 60:
5 <12:40> 65:21 <12:49> 66:
3 <12:49> 66:7 <12:50> 66:9
<12:50> 66:12 <12:50> 69:9
<12:53> 69:9 <12:53> 71:8
<12:56> 71:24 <12:58> 72:1
<12:58> 77:17 <01:05> 82:
17 <01:11> 82:17 <01:11>
84:16 <01:14> 88:1 <01:19>
88:14 <01:20> 88:15
<01:20> 91:8 <01:23> 96:4
<01:30> 98:8 <01:32> 100:1
<01:34> 101:17 <01:41>
103:22 <01:44> 107:9
<01:53> 107:12 <01:53>
107:19 <01:54>

**Reminder**
[1] 47:16 <12:22>

**Remodeled**
[2] 51:25 <12:29> 70:11
<12:55>

**Remodeling**
[1] 52:4 <12:30>

**Removed**
[1] 69:20 <12:54>

**Rent**
[11] 24:24 <11:38> 25:23
<11:40> 26:1 <11:40> 26:9
<11:41> 29:11 <11:45> 29:
15 <11:45> 35:12 <11:53>
35:16 <11:54> 36:5 <11:54>
37:2 <11:56> 44:14 <12:10>

**Rental**
[2] 29:16 <11:45> 108:8
<01:55>

**Rented**
[1] 25:16 <11:39>

**Renting**
[1] 28:3 <11:40>

**Repair**
[4] 36:15 <11:55> 81:19
<01:10> 96:21 <01:31> 106:
5 <01:49>

**Repaired**
[3] 59:13 <12:40> 60:24
<12:42> 108:6 <01:55>

**Repairs**
[2] 88:5 <12:52> 96:15
<01:30>

**Repeat**
[1] 68:6 <12:52>

**Rephrase**
[1] 4:21 <11:10>

**Replace**
[11] 51:10 <12:29> 52:16
<12:30> 64:8 <12:46> 64:20
<12:47> 71:13 <12:56> 79:14
<01:07> 81:18 <01:10> 83:3
<01:12> 95:4 <01:29> 96:5
<01:30> 105:24 <01:47>

**Replaced**
[33] 51:1 <12:28> 51:4
<12:28> 51:5 <12:28> 51:9
<12:29> 51:10 <12:29> 51:
24 <12:29> 52:2 <12:29> 52:
20 <12:37> 57:19 <12:38>
57:19 <12:38> 63:21

---

**Regulator**
[1] 1:11 <11:17>

**Replacing**
[1] 86:2 <01:15> 86:5
<01:15>

**Report**
[9] 9:23 <11:16> 10:22
<11:17> 10:25 <11:18> 11:7
<11:18> 14:3 <11:21> 47:25
<12:23> 48:4 <12:23> 48:13
<12:24> 55:6 <12:34>

**Reported**
[5] 1:22 57:11 <12:37> 57:12
<12:37> 103:19 <01:44>
111:20

**Reporter**
[1] 1:23 5:8 <11:10> 111:16

**Reporter's**
[2] 3:8 111:13

**Reports**
[1] 48:7 <12:24>

**Represent**
[1] 4:9 <11:10>

**Representation**
[1] 87:1 <01:18>

**Representations**
[1] 55:16 <12:35>

**Represents**
[1] 73:6 <01:00>

**Reserve**
[1] 109:6 <01:56>

**Reside**
[1] 108:12 <01:55>

**Resided**
[1] 8:1 <11:13>

**Residence**
[1] 46:6 <12:09>

**Residing**
[1] 7:20 <11:13> 20:13
<11:31>

**Resolved**
[1] 49:10 <12:25>

**Respect**
[12] 26:15 <11:41> 30:1
<11:46> 35:12 <11:53> 46:
19 <12:10> 63:12 <12:45>
65:14 <12:48> 88:12
<12:52> 89:6 <12:53> 69:16
<12:53> 84:3 <01:13> 92:19
<01:26> 105:18 <01:47>

**Respiratory**
[2] 39:17 <12:01> 39:22
<12:01>

**Respond**
[2] 5:20 <11:11> 13:22
<11:21>

**Response**
[4] 46:3 <12:09> 56:10
<12:36> 56:14 <12:36> 103:
16 <01:44>

**Responses**
[3] 5:13 <11:10> 56:9
<12:36> 103:12 <01:43>

**Restoration**
[9] 56:25 <12:37> 57:2
<12:37> 57:4 <12:37> 57:7
<12:37> 57:14 <12:38> 57:
14 <12:38> 57:15 <12:38>
58:7 <12:38> 58:10 <12:38>

**RESTREPO**
[1] 2:15

**Result**
[4] 60:19 <12:41> 83:8
<01:12> 83:9 <01:12> 108:

17 <01:52>

**Results**
[2] 37:2 <11:56> 41:1 <12:02>

**Retain**
[2] 48:7 <12:24> 108:8 <01:55>

**Retained**
[1] 14:18 <11:22>

**Revealed**
[1] 21:2 <11:32>

**Review**
[1] 55:3 <12:34>

**Reyna**
[3] 18:4 <11:28> 18:6 <11:28> 38:12 <11:58>

**RICHARD**
[2] 1:3 111:3

**Rid**
[1] 108:10 <01:55>

**Ring**
[1] 99:1 <01:33>

**ROBBINS**
[1] 2:15

**Roller**
[1] 107:22 <01:54>

**Roma**
[6] 19:18 <11:30> 19:18 <11:30> 19:21 <11:30> 19:25 <11:30> 46:11 <12:10> 48:15 <12:10>

**Roof**
[11] 50:24 <12:28> 51:1 <12:28> 51:4 <12:28> 51:5 <12:28> 56:15 <12:37> 56:16 <12:37> 56:16 <12:37> 57:18 <12:38> 57:19 <12:38> 60:24 <12:42> 61:4 <12:42>

**Room**
[32] 45:12 <12:09> 51:8 <12:29> 51:15 <12:29> 51:16 <12:29> 51:19 <12:29> 56:20 <12:37> 56:21 <12:37> 60:19 <12:41> 62:21 <12:44> 73:3 <01:00> 73:3 <01:00> 73:9 <01:00> 77:6 <01:05> 77:10 <01:05> 77:13 <01:05> 77:25 <01:06> 79:16 <01:07> 82:3 <01:10> 82:8 <01:10> 84:15 <01:14> 84:18 <01:14> 84:22 <01:14> 87:15 <01:19> 90:15 <01:23> 91:7 <01:23> 91:12 <01:23> 94:12 <01:28> 106:25 <01:53> 107:3 <01:53> 107:4 <01:53> 107:5 <01:53> 107:6 <01:53>

**Rooms**
[2] 52:17 <12:30> 75:4 <01:02>

**ROSA**
[2] 1:6 111:6

**Ruben**
[1] 4:7:1 <11:12> 7:3 <11:12> 111:4

**Ruined**
[1] 108:24 <01:56>

**Ruiz**
[7] 39:12 <12:00> 39:25 <12:01> 49:6 <12:25> 100:20 <01:40> 100:21 <01:40> 102:13 <01:42> 103:8 <01:43>

**Rules**
[2] 1:25 4:16 <11:10>

---

**S**

---

**Sad**
[1] 107:23 <01:54>

**Safe**
[6] 39:8 <12:00> 39:9 <12:00> 39:10 <12:00> 59:9

<12:39> <01:40> 101:11 <01:40>

**Salary**
[1] 34:12 <11:52>

**Sale**
[3] 28:24 <11:45> 72:20 <12:56> 72:21

**Sales**
[1] 19:3 <11:29>

**Salesperson**
[1] 18:11 <11:28>

**SANTILLANA**
[4] 1:4 1:5 111:4 111:5

**Save**
[1] 12:23 <11:20>

**Saving**
[1] 28:10 <11:44>

**Savings**
[3] 36:12 <11:55> 36:13 <11:55>

**Saw**
[8] 65:23 <12:49> 71:12 <12:57> 74:4 <01:01> 80:25 <01:08> 81:9 <01:09> 87:16 <01:19> 87:17 <01:19> 91:9 <01:23>

**Scale**
[2] 65:4 <12:48> 87:1 <01:18>

**Schematic**
[2] 65:2 <12:48> 73:6 <01:00>

**School**
[19] 17:2 <11:26> 17:6 <11:26> 17:13 <11:27> 17:25 <11:27> 18:2 <11:27> 18:3 <11:27> 19:11 <11:29> 19:13 <11:29> 19:14 <11:29> 21:8 <11:32> 21:9 <11:32> 22:24 <11:34> 34:13 <11:52> 38:12 <11:58> 38:13 <11:58> 38:16 <11:59> 49:1 <12:25> 108:18 <01:55> 108:22 <01:56>

**Schooling**
[1] 22:2 <11:33>

**Schools**
[2] 38:6 <11:58> 38:9 <11:58>

**Seal**
[3] 93:8 <01:26> 95:17 <01:29> 95:20 <01:29>

**Second**
[10] 5:16 <11:11> 47:14 <12:12> 60:8 <12:41> 61:4 <12:42> 61:7 <12:42> 86:23 <01:18> 94:24 <01:29> 96:13 <01:30> 102:2 <01:41> 103:18 <01:44>

**Security**
[1] 6:17 <11:11>

**See**
[14] 15:15 <11:24> 37:2 <11:56> 41:25 <12:04> 42:10 <12:04> 54:25 <12:34> 71:14 <12:57> 75:4 <01:02> 80:4 <01:08> 87:4 <01:18> 102:6 <01:41> 103:4 <01:43> 103:23 <01:44> 108:1 <01:55> 108:24 <01:56>

**Seeing**
[1] 108:3 <01:55>

**Seep**
[1] 98:3 <01:32>

**Seeped**
[1] 71:10 <12:57>

**Seeping**
[4] 73:11 <01:00> 76:22 <01:04> 94:5 <01:28> 94:9 <01:28>

**Self**
[3] 52:5 <12:30> 53:7

**Sell**
[14] 18:18 <11:28> 19:6 <11:29> 23:24 <11:36> 23:25 <11:36> 29:1 <11:45> 29:10 <11:45> 29:12 <11:45> 29:14 <11:45> 37:5 <11:56> 37:5 <11:56> 108:7 <01:55> 108:14 <01:55> 108:16 <01:55> 108:21 <01:56>

**Selling**
[1] 47:5 <12:11>

**Semester**
[1] 21:19 <11:33>

**Semesters**
[1] 21:18 <11:32>

**Send**
[3] 13:4 <11:20> 31:24 <11:48> 42:22 <12:06> 42:23 <12:05> 55:7 <12:34> 55:8 <12:34> 56:12 <12:36> 88:1 <01:20>

**Sending**
[1] 58:4 <12:35>

**Sent**
[10] 10:5 <11:17> 31:25 <11:48> 33:12 <11:50> 40:11 <12:02> 41:17 <12:03> 42:11 <12:04> 48:2 <12:23> 49:20 <12:25> 56:24 <12:37> 57:2 <12:37>

**Separate**
[1] 88:12 <01:16>

**Service**
[5] 32:10 <11:49> 33:22 <11:51> 34:2 <11:51> 53:16 <12:32> 57:1 <12:37>

**Services**
[4] 15:8 <11:23> 15:17 <11:24> 48:6 <12:23> 54:15 <12:33>

**Set**
[2] 27:17 <11:43> 104:19 <01:45>

**Several**
[5] 14:12 <11:22> 55:3 <12:34> 59:14 <12:40> 64:14 <12:47> 89:2 <01:21>

**Severe**
[1] 50:24 <12:28>

**Sheet/Signature**
[2] 3:5 110:1

**Shelf**
[1] 79:12 <01:07>

**Shortly**
[1] 97:10 <01:31>

**Shower**
[5] 67:7 <12:51> 69:22 <12:54> 70:1 <12:54> 70:7 <12:54> 70:21 <12:55>

**Shows**
[2] 99:4 <01:33> 106:21 <01:53>

**Sick**
[7] 36:17 <11:55> 38:20 <11:59> 39:1 <11:59> 39:21 <12:01> 101:3 <01:40> 101:5 <01:40> 105:17 <01:47>

**Side**
[16] 39:8 <12:00> 39:9 <12:00> 39:10 <12:00> 45:24 <12:09> 45:25 <12:09> 53:22 <12:32> 53:22 <12:32> 59:9 <12:39> 75:5 <01:00> 75:10 <01:02> 75:23 <01:03> 76:16 <01:04> 93:2 <01:26> 101:7 <01:40> 101:11 <01:40>

**Signature**
[1] 110:14

**Signing**
[1] 15:19 <11:24>

**Silver**

[1] <12:51>

**Sine**
[1] <12:54>

**SOUTHERN**
[1] 1:1 111:1

**Space**
[2] 70:10 <12:55> 71:11 <12:57>

**Spell**
[3] 19:19 <11:30> 39:13 <12:00> 40:13 <12:02>

**Spent**
[2] 28:13 <11:44> 108:7 <01:46>

**Spot**
[7] 59:2 <12:39> 60:3 <12:40> 60:4 <12:40> 60:16 <12:41> 90:14 <01:23> 90:16 <01:23> 90:20 <01:23>

**Spots**
[9] 41:11 <12:03> 41:21 <12:03> 42:2 <12:04> 43:2 <12:06> 45:3 <12:08> 80:25 <01:08> 81:9 <01:09> 98:20 <01:33> 98:22 <01:33>

**Spreading**
[1] 82:9 <01:10>

**Spring**
[1] 22:22 <11:34>

**Square**
[1] 27:10 <11:42>

**Stain**
[17] 60:4 <12:40> 61:11 <12:42> 61:14 <12:43> 61:17 <12:43> 61:19 <12:43> 83:20 <01:13> 91:18 <01:24> 99:1 <01:33> 99:23 <01:34> 100:2 <01:34> 106:16 <01:52> 106:22 <01:53> 106:25 <01:53> 107:1 <01:53> 107:3 <01:53> 107:8 <01:53> 107:11 <01:54>

**Stains**
[4] 84:17 <01:14> 98:13 <01:33> 106:18 <01:52> 107:13 <01:54>

**Stairs**
[1] 76:16 <01:04>

**Stairwell**
[1] 76:12 <01:04>

**Standing**
[2] 78:3 <01:06> 81:22 <01:10>

**Start**
[3] 5:20 <11:11> 12:19 <11:20> 50:12 <12:27>

**Started**
[8] 38:20 <11:59> 77:22 <01:05> 82:21 <01:11> 82:22 <01:11> 82:23 <01:11> 87:21 <01:19> 88:2 <01:19> 99:3 <01:33>

**State**
[2] 1:23 4:5 <11:09> 5:19 <11:11> 110:17 110:25

**Statement**
[3] 31:24 <11:48> 31:25 <11:48> 32:2 <11:48>

**States**
[4] 1:1 103:17 <01:44> 103:26 <01:44> 111:1

**Stay**
[3] 37:6 <11:57> 45:2 <12:08> 70:18 <12:55> 71:9 <12:57>

**Stayed**
[1] 35:16 <11:54>

**Stenograph**
[1] 111:20

**Stephanie**
[1] 7:13 <11:12>

**Stick**
[3] 5:12 <11:10> 71:13 <12:57> 71:14 <12:57>