**Sticking** [1] 42:8 <12:04>
**Still** [7] 27:20 <11:43> 28:4 <11:43> 35:16 <11:54> 44:11 <12:07> 46:5 <12:09> 58:4 <12:38> 97:10 <01:31>
**Stingley** [1] 112:7
**Stipulations** [1] 3:7
**Stole** [4] 62:8 <12:44> 62:9 <12:44> 86:8 <01:16> 105:25 <01:47>
**Stopped** [1] 61:5 <12:42>
**Store** [5] 18:19 <11:28> 19:5 <11:29> 23:20 <11:36> 24:2 <11:36> 24:3 <11:37>
**Storm** [5] 50:24 <12:28> 58:21 <12:39> 59:4 <12:39> 59:10 <12:39> 75:19 <01:03>
**Storms** [1] 57:5 <12:37>
**Story** [2] 57:16 <12:38> 85:9 <01:15>
**Straighten** [1] 45:19 <12:09>
**Street** [4] 27:21 <11:43> 28:23 <11:45> 83:5 <01:12> 112:7
**Structure** [1] 51:23 <12:29>
**Students** [1] 39:4 <11:59>
**Study** [1] 21:14 <11:32>
**Stuff** [7] 62:10 <12:44> 80:10 <01:08> 80:13 <01:08> 80:18 <01:08> 104:5 <01:45> 104:7 <01:45> 104:8 <01:45>
**Stuffed** [1] 97:5 <01:31>
**Sturdiest** [1] 71:1 <12:56>
**Subject** [5] 28:24 <11:45> 38:3 <11:58> 38:7 <11:58> 38:13 <11:58> 38:16 <11:59>
**Submit** [1] 12:21 <11:20>
**Submitted** [2] 10:23 <11:17> 11:7 <11:18>
**SUBSCRIBED** [1] 110:19
**Subsequent** [2] 14:1 <11:21> 72:25 <12:59>
**Subsequently** [1] 111:21
**Suffering** [1] 103:7 <01:43>
**Suggest** [1] 39:7 <12:00>
**Suing** [1] 49:17 <12:26>
**Suite** [2] 2:15 112:8
**Sunday** [1] 42:8 <12:04>
**Supervision** [1] 111:22
**Supervisor** [1] 54:17 <12:33>
**Supposed** [3] 11:11 <1[illegible]> 32:4 <11:48> 5[illegible] <12:36>
**Sweep** [3] 80:17 <01:08> 81:2 <01:08> 92:8 <01:25>
**Swept** [4] 79:8 <01:07> 79:9 <01:07> 83:11 <01:12> 83:16 <01:12>
**Sworn** [3] 4:2 110:19 111:17
**Symptoms** [4] 39:2 <11:59> 39:15 <12:00> 41:7 <12:03> 103:7 <01:43>

## T

**Table** [1] 91:15 <01:24>
**Tape** [15] 70:16 <12:55> 70:16 <12:55> 70:23 <12:56> 70:25 <12:56> 71:1 <12:56> 71:1 <12:56> 71:4 <12:56> 71:7 <12:56> 75:11 <01:03> 75:13 <01:03> 75:16 <01:03> 75:16 <01:03> 75:17 <01:03> 75:19 <01:03> 75:20 <01:03>
**Taught** [1] 17:16 <11:27>
**Teach** [2] 17:10 <11:26> 18:7 <11:28>
**Teacher** [6] 17:5 <11:26> 17:22 <11:27> 18:10 <11:28> 22:2 <11:33> 34:12 <11:52> 38:11 <11:58>
**Teaching** [11] 17:11 <11:26> 17:19 <11:27> 17:24 <11:27> 18:3 <11:27> 22:6 <11:33> 22:11 <11:34> 82:21 <01:11> 82:22 <01:11> 82:24 <01:11> 87:22 <01:19> 87:24 <01:19>
**Telephone** [3] 54:18 <12:33> 54:20 <12:33> 105:10 <01:47>
**Television** [1] 44:8 <12:07>
**TELLEZ** [4] 1:3 1:3 111:3 111:3
**Temporarily** [2] 39:19 <12:01> 39:24 <12:01>
**Termed** [1] 87:5 <01:18>
**Terminate** [2] 15:8 <11:23> 16:2 <11:24>
**Terminated** [5] 15:17 <11:24> 48:6 <12:23> 54:15 <12:33> 54:25 <12:34> 56:10 <12:36>
**Termites** [5] 71:16 <12:57> 72:2 <12:58> 72:8 <12:58> 72:13 <12:58> 72:24 <12:59>
**Terms** [1] 11:3 <11:18>
**Test** [5] 38:22 <11:59> 39:8 <12:00> 40:20 <12:02> 41:16 <12:03> 42:9 <12:04>
**Tested** [1] 40:23 <12:02>
**Testified** [8] 4:2 33:5 <11:50> 37:25 <11:58> 50:3 <12:27> 62:3 <12:44> 100:16 <01:39> 100:18 <01:39> 106:14 <01:52>
**Testimony** [13] 5:3 <11:10> 10:9 <11:17> 25:13 <11:39> 31:20 <11:48> 36:19 <11:56> 37:9 <11:57> 42:19 <12:05> 57:17 <12:38> 70:9 <12:55> 89:24 <01:22> 95:7 <01:29> 108:6 <01:55> 111:19
**Testing** [4] 13:25 <11:21> 41:2 <12:02> 47:22 <12:23> 76:7 <01:04>
**Texas** [25] 1:1 1:10 1:23 1:25 2:12 2:16 4:9 <11:10> 6:7 <11:11> 19:18 <11:30> 19:18 <11:30> 19:22 <11:30> 21:22 <11:33> 21:23 <11:33> 23:10 <11:35> 23:10 <11:35> 23:19 <11:36> 23:22 <11:36> 24:5 <11:37> 103:20 <01:44> 110:17 110:25 111:1 111:10 112:6 112:8
**Themselves** [1] 75:24 <01:03>
**They've** [3] 56:14 <12:36> 68:17 <12:52> 76:10 <01:04>
**Thick** [1] 55:3 <12:34>
**Thinking** [1] 61:22 <12:43>
**Thirty** [1] 44:4 <12:07>
**Three** [14] 7:5 <11:12> 8:11 <11:14> 14:4 <11:22> 15:13 <11:24> 18:24 <11:29> 19:10 <11:29> 24:11 <11:37> 43:6 <12:06> 66:13 <12:50> 72:6 <12:58> 91:9 <01:23> 92:23 <01:26> 102:5 <01:41> 102:21 <01:42>
**Throat** [1] 42:8 <12:04>
**Thyroid** [9] 39:17 <12:01> 39:18 <12:01> 39:20 <12:01> 39:23 <12:01> 40:5 <12:01> 42:2 <12:04> 42:5 <12:04> 42:10 <12:04> 42:13 <12:05>
**Tile** [5] 70:1 <12:54> 70:3 <12:54> 79:18 <01:07> 79:19 <01:07> 98:2 <01:32>
**Timeframe** [1] 66:18 <12:50>
**Title** [2] 23:11 <11:35> 24:8 <11:37>
**Today** [14] 4:14 <11:10> 4:19 <11:10> 5:3 <11:10> 5:8 <11:10> 5:17 <11:11> 36:18 <11:56> 50:19 <12:28> 52:25 <12:31> 62:5 <12:44> 70:9 <12:55> 89:22 <01:22> 92:16 <01:25> 102:25 <01:42> 109:2 <01:56>
**Together** [4] 7:8 <11:12> 24:19 <11:38> 43:10 <12:06> 43:13 <12:06>
**Took** [17] 55:13 <12:35> 64:9 <12:46> 64:18 <12:47> 75:23 <01:03> 76:5 <01:03> 77:15 <01:05> 78:8 <01:06> 79:11 <01:07> 79:12 <01:07> 83:14 <01:12> 88:14 <01:20> 88:15 <01:20> 88:18 <01:20> 89:1 <01:21> 89:11 <01:21> 96:11 <01:30> 108:2 <01:55>
**To[illegible]** [2] 7[illegible] <01:03> 76:17 <01:04>
**Total** [2] 35:15 <11:54> 36:3 <11:54>
**Towards** [1] 22:17 <11:34>
**Towel** [1] 69:20 <12:54>
**Towels** [7] 67:1 <12:51> 67:4 <12:51> 67:5 <12:51> 67:6 <12:51> 67:9 <12:51> 68:2 <12:51> 69:10 <12:53>
**Town** [1] 46:15 <12:10>
**Toxic** [2] 8:20 <11:15> 11:5 <11:18>
**Toy** [4] 51:18 <12:29> 56:21 <12:37> 107:5 <01:53> 107:6 <01:53>
**Toys** [1] 62:9 <12:44>
**Trace** [2] 71:19 <12:57> 72:16 <12:59>
**Track** [2] 101:18 <01:41> 106:10 <01:49>
**Transcribed** [1] 111:21
**Transcript** [2] 3:7 110:14
**Transferred** [1] 48:9 <12:24>
**Traveling** [1] 11:14 <11:18>
**Travis** [1] 2:15
**Treat** [1] 72:12 <12:58>
**Treated** [7] 40:9 <12:02> 42:5 <12:04> 42:12 <12:05> 71:19 <12:57> 71:23 <12:57> 71:23 <12:57> 72:8 <12:58>
**Tree** [3] 62:22 <12:44> 62:24 <12:44> 95:14 <01:29>
**Trial** [1] 109:7 <01:56>
**Tried** [6] 16:9 <11:25> 16:9 <11:25> 34:22 <11:53> 36:16 <11:55> 56:11 <12:36> 97:5 <01:31>
**True** [2] 110:14 111:18
**Try** [9] 37:11 <11:57> 37:18 <11:57> 42:21 <12:05> 43:8 <12:06> 45:2 <12:08> 47:18 <12:22> 70:14 <12:55> 80:10 <01:08> 107:15 <01:54>
**Trying** [2] 75:21 <01:03> 102:13 <01:42>
**Tub** [1] 52:3 <12:29>
**Tube** [2] 96:18 <01:31> 96:19 <01:31>
**Turn** [13] 28:3 <11:43> 28:7 <11:44> 28:9 <11:44> 31:1 <11:47> 78:10 <01:06> 78:15 <01:06> 78:18 <01:06> 78:19 <01:06> 79:2 <01:06> 83:17 <01:12> 83:19 <01:13> 88:10 <01:20> 104:21 <01:46>
**Turned** [28] 13:1 <11:20> 28:4 <11:43> 28:11 <11:44> 28:16 <11:44> 30:4 <11:46> 30:21 <11:47> 30:23 <11:47> 31:3 <11:47> 31:6 <11:47> 31:9 <11:47> 31:11 <11:47> 31:12 <11:47> 31:23 <11:48> 33:24 <11:51> 34:1 <11:51> 34:1 <11:51> 34:4 <11:51> 60:12 <12:41> 78:13 <01:06> 78:17 <01:06> 79:4 <01:06> 82:10 <01:10> 82:10 <01:10> 83:12 <01:12> 83:13 <01:12> 88:11 <01:20> 102:6 <01:41> 102:19 <01:42>
**Turning** [1] 102:6 <01:41>
**TV** [3] 27:19 <11:43> 27:19 <11:43> 62:9 <12:44>
**TVs** [1] 64:9 <12:46>
**Twice** [7] 43:8 <12:06> 50:22 <12:28> 54:23 <12:33> 58:22 <12:39> 59:15 <12:40> 59:24 <12:40> 60:25 <12:42>
**Two** [24] 7:11 <11:12> 8:3 <11:13> 17:24 <11:27> 24:14 <11:37> 25:8 <11:39> 30:7 <11:46> 30:9 <11:46> 33:1 <11:50> 42:7 <12:04> 43:14 <12:06> 46:11 <12:10> 60:6 <12:41> 62:4 <12:44> 76:14 <01:04> 85:4 <01:14> 88:13 <01:20> 91:9 <01:23> 93:15 <01:27> 93:16 <01:27> 95:8 <01:29> 97:20 <01:32> 97:21 <01:32> 107:12 <01:53> 108:21 <01:56>
**Type** [3] 77:12 <01:05> 79:17 <01:07> 97:25 <01:32>

## U

**U.S.** [1] 6:21 <11:12>
**UETA** [1] 23:10 <11:35>
**Ugly** [1] 71:5 <12:56>
**Under** [15] 50:13 <12:27> 58:4 <12:38> 58:5 <12:38> 58:16 <12:38> 62:4 <12:44> 62:16 <12:44> 68:8 <12:52> 74:8 <01:01> 74:11 <01:01> 74:12 74:13 <01:01> 84:9 <01:14> 85:7 <01:15> 85:8 <01:15> 111:21
**Underneath** [4] 65:25 <12:49> 66:23 <12:50> 68:5 <12:52> 75:20 <01:03>
**Undersigned** [1] 110:20
**Understood** [1] 4:23 <11:10>
**Unhooked** [1] 44:13 <12:07>
**Unit** [15] 52:20 <12:31> 52:21 <12:31> 52:25 <12:31> 87:7 <01:19> 87:11 <01:19> 88:17 <01:20> 88:25 <01:21> 89:20 <01:21> 91:21 <01:24> 92:1 <01:24> 92:4 <01:24> 92:12 <01:25> 103:18 <01:44> 104:2 <01:44> 106:15 <01:52>

**United**
[6] 1:1 23:10 <11:35> 23:18 <11:36> 23:21 <11:36> 24:4 <11:37> 111:1

**Units**
[1] 86:17 <01:17>

**University**
[2] 21:22 <11:33> 21:23 <11:33>

**Unless**
[5] 59:4 <12:39> 59:8 <12:39> 59:9 <12:39> 81:17 <01:10> 108:10 <01:55>

**Unsealed**
[1] 70:10 <12:55>

**Up**
[20] 16:20 <11:25> 17:21 <11:27> 30:13 <11:46> 37:18 <11:57> 44:11 <12:07> 44:19 <12:08> 44:25 <12:08> 45:19 <12:09> 45:19 <12:09> 46:5 <12:09> 55:17 <12:35> 62:24 <12:44> 65:8 <12:48> 75:21 <01:03> 76:12 <01:04> 79:7 <01:07> 85:24 <01:15> 90:9 <01:22> 98:9 <01:32> 98:9 <01:32>

**Upset**
[1] 107:23 <01:54>

**Upstairs**
[10] 52:17 <12:30> 62:20 <12:44> 62:23 <12:44> 63:2 <12:44> 75:4 <01:02> 76:6 <01:03> 95:25 <01:30> 98:1 <01:32> 104:10 <01:45> 107:16 <01:54>

**Uses**
[1] 70:21 <12:55>

**Utility**
[11] 77:6 <01:05> 77:25 <01:06> 79:18 <01:07> 82:3 <01:10> 82:6 <01:10> 84:15 <01:14> 84:18 <01:14> 106:25 <01:53> 107:2 <01:53> 107:3 <01:53> 107:4 <01:53>

## V

**Vacant**
[3] 20:15 <11:31> 20:20 <11:31> 31:2 <11:47>

**Vacate**
[1] 48:14 <12:24>

**Vacation**
[6] 11:12 <11:18> 12:12 <11:19> 32:5 <11:48> 32:5 <11:48> 32:9 <11:49> 32:11 <11:49>

**Vacuum**
[2] 45:24 <12:09> 92:8 <01:25>

**Valid**
[1] 6:7 <11:11>

**Valley**
[7] 19:14 <11:29> 19:15 <11:30> 20:11 <11:31> 25:10 <11:39> 30:15 <11:47> 30:16 <11:47> 38:7 <11:58>

**Value**
[2] 47:3 <12:11> 47:10 <12:11>

**Vandalized**
[1] 85:14 <01:15>

**Vent**
[3] 90:22 <01:23> 92:10 <01:25> 100:13 <01:35>

**Vents**
[2] 100:7 <01:35> 100:12 <01:35>

**Verbal**
[2] 5:13 <11:10> 46:3 <12:09>

**Videographer**
[1] 2:19

**Videos**
[2] 62:9 <12:44> 64:9 <12:46>

**VIDEOTAPED**
[2] 1:14 1:19

**Visible**
[19] 74:9 <01:01> 75:25 <01:03> 76:25 <01:04> 79:20 <01:07> 79:25 <01:07> 83:9 <01:12> 83:25 <01:13> 92:4 <01:24> 92:13 <01:25> 93:9 <01:27> 93:13 <01:27> 93:22 <01:27> 95:19 <01:29> 98:11 <01:32> 98:19 <01:33> 100:24 <01:40> 103:5 <01:43> 106:16 <01:52> 106:22 <01:53>

**VS**
[2] 1:9 111:9

## W

**Waited**
[3] 15:13 <11:24> 16:6 <11:25> 79:6 <01:07>

**Walk**
[3] 45:16 <12:09> 76:12 <01:04> 76:16 <01:04>

**Walked**
[1] 78:2 <01:06>

**Wall**
[14] 70:7 <12:54> 70:14 <12:55> 73:5 <01:00> 80:4 <01:08> 80:5 <01:08> 80:11 <01:08> 80:14 <01:08> 80:19 <01:08> 81:22 <01:10> 83:20 <01:13> 83:24 <01:13> 94:13 <01:28> 98:15 <01:33> 98:18 <01:33>

**Walls**
[5] 79:25 <01:07> 80:3 <01:08> 92:3 <01:24> 92:11 <01:25> 98:6 <01:32>

**Wants**
[2] 29:9 <11:45> 108:17 <01:55>

**Warranty**
[1] 58:6 <12:38>

**Wash**
[2] 72:18 <12:59> 82:10 <01:10>

**Washer**
[5] 46:5 <12:09> 82:7 <01:10> 82:7 <01:10> 82:8 <01:10> 83:14 <01:12>

**Washing**
[4] 83:18 <01:13> 83:21 <01:13> 83:25 <01:13> 84:4 <01:13>

**Washroom**
[2] 71:23 <12:57> 72:17 <12:59>

**Water**
[142] 9:10 <11:15> 16:21 <11:26> 27:1 <11:42> 30:23 <11:47> 31:3 <11:47> 31:6 <11:47> 31:12 <11:47> 31:23 <11:48> 32:5 <11:48> 32:9 <11:49> 32:10 <11:49> 32:20 <11:49> 33:3 <11:50> 33:6 <11:50> 33:9 <11:50> 48:24 <12:25> 49:2 <12:25> 51:9 <12:29> 57:5 <12:37> 58:2 <12:38> 58:23 <12:39> 59:7 <12:39> 59:20 <12:40> 60:1 <12:40> 60:4 <12:40> 60:20 <12:41> 61:14 <12:43> 61:20 <12:43> 61:21 <12:43> 61:25 <12:43> 65:17 <12:49> 66:22 <12:50> 66:25 <12:50> 67:3 <12:51> 68:2 <12:51> 68:4 <12:51> 68:8 <12:52> 68:12 <12:52> 69:7 <12:53> 69:12 <12:53> 69:13 <12:53> 70:6 <12:54> 70:14 <12:55> 71:10 <12:57> 73:11 <01:00> 73:14 <01:00> 73:18 <01:00> 73:25 <01:00> 76:19 <01:04> 76:22 <01:04> 77:9 <01:05> 77:12 <01:05> 77:14 <01:05> 77:22 <01:05> 77:25 <01:06> 78:2 <01:06> 78:4 <01:06> 78:8 <01:06> 78:11 <01:06> 78:13 <01:06> 78:15 <01:06> 78:15 <01:06> 78:16 <01:06> 78:17 <01:06> 78:17 <01:06> 78:18 <01:06> 78:21 <01:06> 79:4 <01:06> 79:4 <01:06> 79:7 <01:07> 79:14 <01:07> 79:20 <01:07> 79:21 <01:07> 79:25 <01:07> 80:1 <01:07> 80:1 <01:07> 80:19 <01:08> 81:3 <01:09> 81:10 <01:09> 81:13 <01:09> 81:20 <01:10> 81:22 <01:10> 81:23 <01:10> 82:2 <01:10> 82:5 <01:10> 82:9 <01:10> 83:6 <01:12> 83:9 <01:12> 83:11 <01:12> 83:17 <01:12> 83:20 <01:13> 84:14 <01:14> 87:10 <01:19> 87:16 <01:19> 87:17 <01:19> 88:1 <01:19> 88:2 <01:19> 88:3 <01:19> 88:19 <01:20> 89:19 <01:21> 89:23 <01:22> 90:3 <01:22> 90:15 <01:23> 90:17 <01:23> 90:20 <01:23> 91:5 <01:23> 91:6 <01:23> 91:14 <01:23> 93:1 <01:26> 93:5 <01:26> 93:12 <01:27> 93:19 <01:27> 93:25 <01:27> 94:5 <01:28> 94:9 <01:28> 95:16 <01:29> 96:2 <01:30> 96:6 <01:30> 96:23 <01:31> 97:3 <01:31> 98:3 <01:32> 98:6 <01:32> 98:8 <01:32> 98:12 <01:33> 98:13 <01:33> 98:23 <01:33> 99:1 <01:33> 99:23 <01:34> 100:2 <01:34> 101:2 <01:40> 103:17 <01:44> 104:1 <01:44> 104:2 <01:44> 104:4 <01:44> 104:4 <01:44> 106:15 <01:52> 106:16 <01:52> 106:22 <01:53> 106:23 <01:53> 107:10 <01:53> 107:20 <01:54>

**Watering**
[1] 32:23 <11:49>

**Waterline**
[1] 69:14 <12:53>

**Watson**
[10] 9:20 <11:16> 9:22 <11:16> 9:25 <11:17> 10:14 <11:17> 10:15 <11:17> 11:6 <11:18> 13:16 <11:21> 13:17 <11:21> 13:23 <11:21> 80:22 <01:08>

**Ways**
[1] 5:11 <11:10>

**Wednesday**
[1] 42:9 <12:04>

**Week**
[8] 12:16 <11:20> 32:4 <11:48> 32:16 <11:49> 43:16 <12:06> 43:17 <12:06> 55:24 <12:35> 95:6 <01:29> 95:11 <01:29>

**Weslaco**
[1] 13:11 <11:21>

**Wet**
[12] 59:1 <12:39> 59:2 <12:39> 60:4 <12:40> 60:7 <12:41> 61:2 <12:42> 67:2 <12:51> 67:8 <12:51> 67:9 <12:51> 69:11 <12:53> 71:12 <12:57> 71:14 <12:57> 89:11 <01:21>

**W[illegible]enant**
[5] 26:17 <11:41> 26:21 <11:41> 26:21 <11:41> 26:24 <11:42> 26:25 <11:42>

**White**
[1] 39:22 <12:01>

**Whole**
[6] 36:6 <11:54> 52:9 <12:30> 88:15 <01:20> 89:5 <01:21> 90:9 <01:22> 96:11 <01:30>

**Willing**
[1] 37:12 <11:57>

**Window**
[33] 60:13 <12:41> 62:9 <12:44> 62:19 <12:44> 62:23 <12:44> 63:1 <12:44> 63:21 <12:45> 63:24 <12:46> 73:7 <01:00> 73:9 <01:00> 73:12 <01:00> 73:14 <01:00> 74:15 <01:02> 74:18 <01:02> 75:6 <01:02> 75:11 <01:03> 75:13 <01:03> 76:13 <01:04> 76:19 <01:04> 76:23 <01:04> 76:25 <01:04> 85:15 <01:15> 85:20 <01:15> 93:2 <01:26> 93:6 <01:26> 93:8 <01:26> 93:13 <01:27> 94:8 <01:28> 94:12 <01:28> 94:16 <01:28> 94:21 <01:28> 95:8 <01:29> 95:17 <01:29> 95:20 <01:29>

**Windows**
[10] 44:18 <12:08> 58:25 <12:39> 75:19 <01:03> 76:14 <01:04> 77:4 <01:04> 93:16 <01:27> 93:20 <01:27> 93:23 <01:27> 94:1 <01:28> 94:3 <01:28>

**Wine**
[1] 23:24 <11:36>

**Wise**
[2] 37:23 <11:57> 60:9 <12:41>

**Wish**
[1] 37:10 <11:57>

**Witness**
[10] 1:20 14:24 <11:23> 77:21 <01:05> 99:10 <01:34> 102:10 <01:42> 109:3 <01:56> 109:5 <01:56> 111:17 111:19 112:2

**Word**
[1] 41:10 <12:03>

**Words**
[2] 24:2 <11:36> 107:21 <01:54>

**Worry**
[2] 12:10 <11:19> 12:16 <11:20>

**Write**
[1] 14:16 <11:22>

**Writing**
[7] 12:5 <11:19> 16:3 <11:24> 48:13 <12:24> 54:19 <12:33> 55:7 <12:34> 55:8 <12:34> 55:15 <12:35>

**Wrote**
[1] 12:25 <11:20>

## Y

**Yard**
[6] 42:25 <12:06> 43:18 <12:07> 43:23 <12:07> 44:2 <12:07> 44:7 <12:07> 71:22 <12:57>

**Year**
[38] 14:22 <11:23> 17:11 <11:26> 20:16 <11:31> 22:7 <11:33> 25:20 <11:40> 25:20 <11:40> 26:1 <11:40> 26:12 <11:41> 27:4 <11:42> 31:8 <11:47> 34:18 <11:53> 51:2 <12:28> 52:23 <12:31> 57:7 <12:37> 57:25 <12:38> 58:1 <12:38> 58:2 <12:38> 58:5 <12:38> 61:9 <12:42> 62:12 <12:44> 63:15 <12:45> 63:17 <12:45> 63:17 <12:45> 63:18 <12:45> 72:10 <12:58> 72:11 <12:58> 72:23 <12:59> 97:17 <01:32> 97:19 <01:32> 101:25 <01:41> 102:4 <01:41> 102:7 <01:41> 102:18 <01:42> 102:19 <01:42> 103:21 <01:44> 103:22 <01:44>

**Years**
[30] 7:4 <11:12> 8:3 <11:13> 8:11 <11:14> 17:12 <11:26> 17:15 <11:27> 17:22 <11:27> 17:24 <11:27> 18:22 <11:28> 18:24 <11:29> 19:10 <11:29> 24:6 <11:37> 24:12 <11:37> 25:8 <11:39> 41:4 <12:02> 52:14 <12:30> 60:25 <12:42> 66:14 <12:50> 72:6 <12:58> 77:18 <01:05> 81:5 <01:09> 87:24 <01:19> 97:17 <01:32> 97:18 <01:32> 97:20 <01:32> 97:21 <01:32> 97:22 <01:32> 102:5 <01:41> 102:21 <01:42> 107:12 <01:53> 108:21 <01:56>

**You-all**
[4] 7:20 <11:13> 24:19 <11:38> 34:19 <11:53> 43:10 <12:06>

**Younger**
[1] 40:24 <12:02>

## Z

**Zapata**
[1] 2:19