# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, | § | |
| JENNIFER ANN TELLEZ, | § | |
| REBECCA GARZA, RUBEN | § | |
| SANTILLANA, MINERVA | § | |
| SANTILLANA, GUILLERMO | § | |
| CONTRERAS, OLGA CONTRERAS, | § | |
| ELUTERIO MORALES, ROSA | § | |
| MORALES, and NORA GARCIA | § | CIVIL ACTION NO. B-03-218 |
| | § | |
| **Plaintiffs,** | § | |
| v. | § | |
| | § | |
| ALLSTATE TEXAS LLOYDS | § | |
| COMPANY, | § | |
| **Defendant.** | § | |

## AFFIDAVIT OF CONRAD E. ADAMS

On this day, Conrad E. Adams appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

3.  "My name is Conrad E. Adams. I am over eighteen and have never been convicted of a felony and I am competent to make this affidavit. I am one of the attorneys for Defendant Allstate Texas Lloyds Company in the case styled Civil Action No. B-03-218; *Michael Richard Tellez, et al. v. Allstate Texas Lloyds Company;* In the United States District Court, Southern District of Texas, Brownsville Division. I am authorized to make this affidavit in support of Allstate's Opposed Motion for Summary Judgment on Claim Asserted by Nora Garcia. I have personal knowledge of the matters stated and the statements are true and correct.

4.  The firm of Doyle, Restrepo, Harvin & Robbins, L.L.P. is the custodian of the file in the case styled Civil Action No. B-03-218; *Michael Richard Tellez, et al. v. Allstate Texas Lloyds Company;* In the United States District Court, Southern District of Texas, Brownsville Division. I affirm that the attached deposition testimony of Ruben Morales is a true and correct copy of the original.

Conrad E. Adams



G

SWORN TO and SUBSCRIBED before me by Conrad E. Adams on November 12, 2004.



Notary Public in and for the State of Texas

DEBBIE A. ASHLEY
NOTARY PUBLIC • STATE OF TEXAS
MY COMMISSION EXPIRES
DECEMBER 14, 2004

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MICHAEL RICHARD TELLEZ,    ) (
JENNIFER ANN TELLEZ,       ) (
REBECCA GARZA, RUBEN       ) (
SANTILLANA, MINERVA        ) (
SANTILLANA, GUILLERMO      ) (
CONTRERAS, OLGA CONTRERAS, ) (
ELUTERIO MORALES, ROSA     ) (
MORALES, AND NORA GARCIA,  ) (   CIVIL ACTION NO. B-03-218
          Plaintiffs       ) (
                           ) (
VS.                        ) (
                           ) (
ALLSTATE TEXAS LLOYDS      ) (
COMPANY,                   ) (
          Defendant        ) (

_____

ORAL AND VIDEOTAPED DEPOSITION OF
RUBEN MORALES
JULY 15, 2004

_____

        ORAL AND VIDEOTAPED DEPOSITION OF RUBEN

MORALES, produced as a witness at the instance of the

DEFENDANT, taken in the above-styled and numbered cause

on JULY 15, 2004, reported by RHONDA A. MARTIN,

Certified Court Reporter No. 4297, in and for the State

of Texas, at the offices of Eaton & Associates, 2208

Primrose, Building D, McAllen, Texas, pursuant to the

Federal Rules of Civil Procedure and the provisions

stated on the record or attached therein.

**2**

## APPEARANCES

COUNSEL FOR PLAINTIFFS:

    JOHN H. EATON
    EATON & ASSOCIATES
    2208 Primrose, Building D
    McAllen, Texas 78504

COUNSEL FOR DEFENDANT:

    LESLEE N. HAAS
    DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
    600 Travis Street, Suite 4700
    Houston, Texas 77002

ALSO PRESENT:

    Joshua Claudio, Videographer

## INDEX

|                                                        | PAGE |
|--------------------------------------------------------|------|
| Appearances ...................................        | 2    |
| RUBEN MORALES                                           |      |
| Examination by Ms. Haas .........................      | 4    |
| Examination by Mr. Eaton ........................      | 144  |
| Errata Sheet/Signature Page ....................       | 147  |
| Reporter's Certificate .........................       | 148  |

Attached to the end of the transcript: Stipulations

**3**

## EXHIBITS

|        |                                              | PAGE   |
|--------|----------------------------------------------|--------|
| NUMBER | DESCRIPTION                                  | IDEN.  |
| 1      | Diagram of house ........................    | 34     |

## REQUESTED DOCUMENTS/INFORMATION

| NUMBER | DESCRIPTION                                  | PAGE   |
|--------|----------------------------------------------|--------|
| 1      | Payment stub from electric bill .........    | 102    |
| 2      | Copy of water bill ......................     | 103    |

**4**

1               RUBEN MORALES,

2  having been duly sworn, testified as follows:

3              EXAMINATION

4  BY MS. HAAS:

5     Q.  My name is Leslee Haas, and I represent the

6  defendant Allstate Texas Lloyd's.  Could you please

7  state your name for the record?

8     A.  Ruben Morales.

9     Q.  Have you ever had an opportunity to give a

10  deposition before?

11     A.  No.

12     Q.  Just a couple of rules before we get started

13  just to make the deposition flow better and have a nice

14  working copy for everyone to use later on.  If at any

15  time I ask you a question and you don't understand what

16  I ask, please stop me and I'll rephrase it to make sure

17  that you fully understood what I was asking.

18  Otherwise, we will assume that you've understood my

19  question and answered it honestly.  Could we have that

20  agreement?

21     A.  Yes.

22     Q.  Second thing is, just like if you were

23  testifying in front of the judge and jury today, we

24  have the court reporter and we've got a videographer

25  here.  Do you understand that the testimony that you

**5**

1  give here has the same force and effect as if it were

2  before the judge and jury?

3     A.  Yes.

4     Q.  In order to make things easier for our court

5  reporter, if we could try to not talk over each other,

6  as in let me finish my questions and I will try to let

7  you finish your answers before I start speaking again.

8     A.  Okay.

9     Q.  And I just -- I just did it a while ago.  I

10  just nodded.  But we need to avoid nodding --

11     A.  Okay.

12     Q.  -- and shaking our heads and -- and respond

13  affirmatively or negatively "yes" or "no."  And if at

14  any time you need to take a break during this

15  deposition, just let me know and we will try to

16  accommodate that as soon as possible.

17     A.  Okay.

18     Q.  Let's start off with a little bit of background

19  information.  Could you give me your date of birth?

20     A.  01-01-62.

21     Q.  And where were you born?

22     A.  Reynosa, Mexico.

23     Q.  And when did you come to Texas?

24     A.  We came in October 1980.

25     Q.  Are you currently a U.S. citizen?

**6**

| | | |
|---|---|---|
| 10:49:33 | 1 | A. Yes, ma'am. |
| 10:49:33 | 2 | Q. When did you become a U.S. citizen? |
| 10:49:36 | 3 | A. July the 3rd, 19 -- I don't remember exactly. |
| 10:49:44 | 4 | '91. |
| 10:49:44 | 5 | Q. Do you have -- could you tell me what your |
| 10:49:48 | 6 | Social Security number is? |
| 10:49:49 | 7 | A. 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. |
| 10:49:55 | 8 | Q. And do you have a Texas driver's license? |
| 10:49:57 | 9 | A. Yes, ma'am. |
| 10:49:57 | 10 | Q. Do you know that number? |
| 10:49:58 | 11 | A. 10005419. |
| 10:50:08 | 12 | Q. A moment ago you said that "we came to Texas in |
| 10:50:08 | 13 | October of 1980." Who were you referring to? |
| 10:50:13 | 14 | A. My family and myself. |
| 10:50:13 | 15 | Q. And who would that be? |
| 10:50:14 | 16 | A. Mom, dad, sisters, brothers. |
| 10:50:17 | 17 | Q. Okay. How many brothers and sisters do you |
| 10:50:18 | 18 | have living here? |
| 10:50:19 | 19 | A. Two sisters, two brothers. |
| 10:50:23 | 20 | Q. Are they in McAllen or the general area? |
| 10:50:24 | 21 | A. In the Rio Grande Valley. |
| 10:50:36 | 22 | Q. Okay. Could I get your brothers' and sisters' |
| 10:50:29 | 23 | names? |
| 10:50:29 | 24 | A. Rigoberto Morales. |
| 10:50:32 | 25 | Q. I'm sorry. Would you repeat that? |

**7**

| | | |
|---|---|---|
| 10:50:34 | 1 | A. Rigoberto Morales. |
| 10:50:35 | 2 | Q. Okay. And is he married? |
| 10:50:39 | 3 | A. Yes. |
| 10:50:39 | 4 | Q. What is his wife's name? |
| 10:50:41 | 5 | A. Irma Morales. |
| 10:50:44 | 6 | Q. Do they have any children? |
| 10:50:46 | 7 | A. Yes. |
| 10:50:46 | 8 | Q. Do they have any children over 18? |
| 10:50:46 | 9 | A. No. |
| 10:50:46 | 10 | Q. Okay. And what's your other brother's name? |
| 10:50:52 | 11 | A. Rolando Morales. |
| 10:50:54 | 12 | Q. And is he married? |
| 10:50:55 | 13 | A. Yes. |
| 10:50:55 | 14 | Q. And what is his wife's name? |
| 10:50:57 | 15 | A. Rita Morales, R-I-T-A. |
| 10:51:01 | 16 | Q. And do they have any children over 18? |
| 10:51:04 | 17 | A. No. |
| 10:51:04 | 18 | Q. And you mentioned earlier that you had two |
| 10:53:07 | 19 | sisters? |
| 10:51:08 | 20 | A. Yes, ma'am. |
| 10:51:08 | 21 | Q. And what are their names? |
| 10:11:11 | 22 | A. Raquel Morales. |
| 10:53:13 | 23 | Q. Is she married? |
| 10:53:14 | 24 | A. Yes. |
| 10:51:33 | 25 | Q. What is her husband's name? |

**8**

| | | |
|---|---|---|
| 10:51:17 | 1 | A. Ciro. I don't remember his last name. |
| 10:51:22 | 2 | Q. Do they have any children? |
| 10:51:23 | 3 | A. Yes. One. |
| 10:51:34 | 4 | Q. And is that child over 18? |
| 10:51:36 | 5 | A. No. |
| 10:51:36 | 6 | Q. And just one more sister? |
| 10:51:38 | 7 | A. Magdalena Morales. |
| 10:51:30 | 8 | Q. Is she married? |
| 10:51:32 | 9 | A. Yes. |
| 10:53:33 | 10 | Q. And what is her husband's name? |
| 10:53:35 | 11 | A. Angel Quintos, Q-U-I-N-T-O-S. |
| 10:53:44 | 12 | Q. And do they have any children over 18? |
| 10:53:44 | 13 | A. No, ma'am. |
| 10:51:44 | 14 | Q. And currently you are married? |
| 10:51:48 | 15 | A. Yes, ma'am. |
| 10:51:48 | 16 | Q. And you're married to Nora Garcia? |
| 10:51:51 | 17 | A. Yes, ma'am. |
| 10:51:52 | 18 | Q. When did you guys get married? |
| 10:51:55 | 19 | A. February 2001, the 20th. |
| 10:51:58 | 20 | Q. And do you have any children? |
| 10:52:06 | 21 | A. Yes. |
| 10:52:07 | 22 | Q. And what are your children's names, and how old |
| 10:52:10 | 23 | are they? |
| 10:52:11 | 24 | A. Stephanie Morales, 15. Kathy Morales, nine. |
| 10:52:20 | 25 | Q. And you said that you-all got married in |

**9**

| | | |
|---|---|---|
| 10:52:23 | 1 | February of 2001. When did you first start, I guess, |
| 10:52:27 | 2 | seeing each other, or how long have you been together? |
| 10:52:32 | 3 | A. Oh, we've been together since '85, '86. I |
| 10:52:41 | 4 | don't exactly remember. |
| 10:52:42 | 5 | Q. Have you been married before? |
| 10:52:42 | 6 | A. Yes, ma'am. |
| 10:52:43 | 7 | Q. Who is your ex-wife's name? |
| 10:52:46 | 8 | A. San Juanita Morales. |
| 10:52:46 | 9 | Q. And when did you marry her? |
| 10:52:56 | 10 | A. I don't exactly remember. It must have been |
| 10:53:06 | 11 | around '83. |
| 10:53:10 | 12 | Q. And when did you get divorced? |
| 10:53:13 | 13 | A. I got divorced in -- I don't exactly remember |
| 10:53:22 | 14 | the date, but I do have the papers. But I don't |
| 10:53:26 | 15 | remember the date correctly, the year. |
| 10:53:28 | 16 | Q. Okay. Did you have any children from your |
| 10:53:31 | 17 | first marriage? |
| 10:53:31 | 18 | A. Yes, ma'am. |
| 10:53:32 | 19 | Q. And what are your children's names from that |
| 10:53:35 | 20 | marriage? |
| 10:53:35 | 21 | A. Edgar Morales. |
| 10:53:37 | 22 | Q. And how old is he? |
| 10:53:38 | 23 | A. Eighteen. |
| 10:53:39 | 24 | Q. Is he married? |
| 10:53:40 | 25 | A. No. |

**10**

1   Q. Does he have any children?

2   A. No.

3   Q. Did you have any other children from this

4   marriage?

5   A. Yes, ma'am. Joshua Morales, 18. Not married.

6   No children. Joanna Morales, 12. That's it.

7   Q. That's all?

8   A. Uh-huh.

9   Q. Okay. Where did you go to high school?

10  A. Most of my -- my education I did in Mexico, and

11  I came and got my GED at Pan Am in 1981, '81 from '82.

12  Q. Have you taken any college courses?

13  A. I started in Pan Am just a few hours, and then

14  I completely stopped. Had to go to work.

15  Q. What were you planning on studying?

16  A. I was studying civil engineering in Mexico

17  first semester and I was planning on following up here

18  in the United States, but I never did.

19  Q. Did you -- other than the college courses that

20  we talked about, did you take any, I guess, technical

21  training courses or anything like that?

22  A. No, ma'am.

23  Q. Let's talk a little bit about your employment.

24  Where are you currently employed?

25  A. UETA of Texas. U-E-T-A of Texas.

**11**

1   Q. What do you do there?

2   A. Sales.

3   Q. And what do you sell?

4   A. Liquor and cigarettes into Mexico.

5   Q. Is this kind of an import/export?

6   A. It's a duty-free store.

7   Q. And where is this store?

8   A. This one is located in Roma, Texas.

9   Q. How long have you worked there?

10  A. Since 1980.

11  Q. Have you always held a sales position the

12  entire time you've been there?

13  A. No. I started out as a stocker, then I moved

14  up to warehouse manager, then to sales. Then I'm the

15  store manager right now.

16  Q. So currently you are, I guess, the -- the head

17  boss in the store?

18  A. In this store, yes.

19  Q. And when did you -- when did you become the

20  main manager?

21  A. I became the manager in 1984. They moved me to

22  El Paso.

23       THE REPORTER: To what?

24       THE WITNESS: El Paso, Texas.

25  Q. How long were you in El Paso?

**12**

1   A. For two years.

2   Q. So from 1984 to 1986?

3   A. Uh-huh.

4   Q. And then did you transfer back here after that?

5   A. I was coming back and forth because we were

6   opening another store in Roma, Texas, the one that is

7   currently owned.

8   Q. So for two years you more or less commuted back

9   and forth?

10  A. Yes.

11  Q. And before you worked in Roma, where -- what

12  job did you hold before that?

13  A. Before being in Roma?

14  Q. I'm sorry. The -- the job that you're

15  currently holding right now. I apologize. Before --

16  I'm sorry. I'm going to --

17       MR. EATON: UETA.

18  Q. Okay. UETA?

19  A. UETA. It's still UETA.

20  Q. UETA. Where did you work before UETA?

21  A. That was my first job in the U.S.

22  Q. Okay. You are not a named plaintiff in this

23  lawsuit; is that correct?

24  A. I'm sorry?

25  Q. You're not a named plaintiff in this lawsuit;

**13**

1   is that correct?

2   A. I don't understand.

3   Q. Are you suing Allstate? Are you personally

4   suing Allstate?

5   A. No.

6   Q. Let's talk about the house that is the basis of

7   the lawsuit for just a little bit.

8   A. Okay.

9   Q. Okay. Could you tell me what address that is?

10  A. 5908 North 22nd Lane, McAllen.

11  Q. And this is the house that your wife owns; is

12  that correct?

13  A. Yes.

14  Q. Are you a part-owner in this house?

15  A. I would say so, yes.

16  Q. Is your name on the title?

17  A. No, it's not.

18       MR. EATON: I wonder, could -- may I take

19  a minute? I have to go tell my secretary something.

20       MS. HAAS: Yeah. No problem. We can go

21  off the record.

22       MR. EATON: I'll just be right back.

23       THE WITNESS: Okay.

24       THE VIDEOGRAPHER: Off the record.

25       (Brief recess)

14

1    THE VIDEOGRAPHER:  We're on the record.

2    Q.  Okay.  We just took a small break there, and

3  before the break, we were talking about the house

4  that's the basis of this lawsuit that's located on 22nd

5  Avenue, and we were talking about who owns the house.

6  And if I understood you correctly, you -- you believe

7  you're a part-owner in the house, but your wife is the

8  only person whose name is on the title?

9    A.  Yes, ma'am.

10   Q.  When was this house purchased?

11   A.  It's been like -- I don't really remember the

12  exact date.

13   Q.  Do you have a rough idea of how many years?

14   A.  It has to be like '91, '92.  Twelve, thirteen,

15  maybe.  Twelve, thirteen, maybe.

16   Q.  When did you personally first move into this

17  house?

18   A.  Since -- since my wife bought it.

19   Q.  So you've always -- you've always lived there?

20   A.  Yeah.

21   Q.  Had you ever moved out at any time prior to --

22   A.  Have I ever --

23   Q.  Ever moved out of that house prior to the time

24  that you guys had moved out because of the mold?

25   A.  No.

15

1    Q.  So you lived there consecutively the entire

2  time?

3    A.  Uh-huh.

4    Q.  Okay.  Do you recall what the purchase price of

5  the home was?

6    A.  The purchase price for the house, I believe it

7  was around -- I don't remember exactly.  Probably -- I

8  don't know if it's 29 or 39.  And it was financed by

9  Valley Mortgage.

10   Q.  Does Valley Mortgage still own the mortgage on

11  that house?

12   A.  Yes, ma'am.

13   Q.  What is the monthly mortgage payment for that

14  particular house?

15   A.  Around 4 to 450 a month.

16   Q.  Do you recall what the interest rate is?

17   A.  No, I don't.

18   Q.  Have you ever financed -- refinanced the house

19  at all?

20   A.  No.

21   Q.  A moment ago we were talking about that your

22  wife is the only person who is listed on the title, and

23  you've lived there since they moved -- since everybody

24  moved into that house.

25       Was there any particular reason why you --

16

1  you were not added to the title also?

2    A.  Not really.  At that time I didn't have any

3  good credits and it was purchased under my wife's

4  credit only.

5    Q.  Currently you-all have another house, though,

6  and it's only in your name; is that correct?

7    A.  Yes, ma'am.

8    Q.  Prior to moving into the house on 22nd

9  Street -- I'm sorry -- 22nd Avenue, did you have anyone

10  inspect that house?

11   A.  Prior to moving?  I don't remember.  My wife

12  made all the arrangements with the company.

13   Q.  Do you recall the name of the company that sold

14  the house to you?

15   A.  No, I don't.

16   Q.  So you-all purchased the house from a company

17  or a real estate agent?

18   A.  I remember the name of the lady who sold it.

19  It was Carmen -- Carmen Spishakoff or something like

20  that.  Spishakoff, S-P-Y-S-H-A-K-O-V, something like

21  that.  Now she works for -- for the company with --

22  with the globe, which is -- I don't remember the name.

23  A real estate company that's got a -- the balloon.

24  RE/MAX.  She's working for RE/MAX now.  But back then I

25  don't know who she was working for.

17

1    Q.  Do you know if the house was purchased new?

2    A.  It was -- it was not completely new, but it

3  was, I would say, a year old, six months, something

4  like that.

5    Q.  Had anyone lived in it prior to you?

6    A.  I remember that somebody lived before there.

7    Q.  When you purchased the home, do you recall if

8  there were any seller disclosures?

9    A.  Any what?

10   Q.  Seller disclosures.

11   A.  No, I don't remember any of that.

12   Q.  Have you had the home appraised at all?

13   A.  Appraised?

14   Q.  Yes, sir.

15   A.  Not that I remember.

16   Q.  Do you know what the current value of your

17  house is?

18   A.  I don't.

19   Q.  When you moved into the house, did you make any

20  renovations or any additions prior to moving in?

21   A.  Yeah.  I remember we moved -- removed the whole

22  carpet.  My wife purchased a new carpet at the place

23  she was working at that time.  And we put the whole

24  carpet.  We put -- I don't exactly remember.  We did

25  some -- some additions to it, but I -- I mean, the

**18**

1  carpet was the main thing and the -- the toilets,
2  something in -- yeah, basically the toilets, and I
3  don't remember if the tubs or one of the tubs. I don't
4  exactly remember that. But that was just about it.
5  Toilets and the carpet.
6      Q. Who did you have replace the carpet?
7      A. I don't remember. I believe it was some
8  installers that used to install carpets at the place my
9  wife was working at the time, but I'm not completely
10  sure.
11      Q. What was the name of the company she was
12  working for?
13      A. Jones & Jones.
14      Q. And is Jones & Jones just a retail shop that
15  sells building materials or --
16      A. No, it's -- it's -- it's fine gifts and -- it's
17  like a clothing store. But they also used to sell
18  carpets.
19      Q. You testified earlier that you had the toilets
20  replaced. Who replaced the toilets?
21      A. I don't exactly remember who did -- I mean --
22      Q. Was it a plumber?
23      A. Yeah.
24      Q. And was the toilet replaced in both bathrooms?
25      A. Yeah, it was in both bathrooms.

**19**

1      Q. I believe you testified that there might have
2  been a tub that was replaced.
3      A. I don't exactly remember if one of the tubs
4  were replaced or not, but probably we just cleaned them
5  up. But I don't remember if -- if it was replaced or
6  not exactly.
7      Q. Okay. Do you know which bathroom it would have
8  been if it would have been replaced?
9      A. The one on the top. If it would have been
10  replaced, it would have been the one on the top.
11      Q. Do both bathrooms have tubs?
12      A. Yeah, they do.
13      Q. But you're not sure if there -- which tub would
14  have been replaced?
15      A. No, I'm not sure.
16      Q. Other than the claims involved in this lawsuit,
17  have you had to make any other, I guess, repairs or
18  replace anything, like the air-conditioner unit, in the
19  house?
20      A. Replace it, no, but we've been fixing it.
21      Q. What -- what kind of work have you had done on
22  the air-conditioner unit?
23      A. Well, I have this guy that works for a school
24  district in -- in Pharr, and he has always done the job
25  on my mom's house and on my house. He comes especially

**20**

1  before the summer comes. I give him a call. He checks
2  the complete unit outside, inside for leaks or
3  anything. And he's the one that's been doing all the
4  checks.
5      Q. What is his name?
6      A. Chon Garcia.
7      Q. Is Chon a nickname?
8      A. Yeah. Concepcion is his name.
9      Q. What does he do for the Pharr School District?
10      A. Air condition. Air condition. He services the
11  air-conditioning units.
12      Q. Okay. So that's all that he does, is work on
13  air-conditioning units?
14      A. Yes. He's got his own company and he's
15  self-employed, and that's what he does for a living.
16      Q. Do you recall the name of his company?
17      A. I don't -- I believe it's called Chon's AC, but
18  I'm not completely sure because he's been changing
19  the -- the van that he drives.
20      Q. And the house that you're at now, do you
21  currently use him to inspect the --
22      A. He's been there once just to check. Since it's
23  new, I just took him once. I don't remember when.
24      Q. Do you have him inspect the unit currently at
25  the house on 22nd?

**21**

1      A. Not currently, no.
2      Q. When was the last time that you had him inspect
3  that unit?
4      A. The last time, I believe the summer before --
5  before we moved out.
6      Q. Do you recall what year that would be?
7      A. What year?
8      Q. Yes.
9      A. 2000 -- the summer of 2001.
10      Q. And at that time, were there any problems with
11  the unit?
12      A. No. He just -- there was a problem on the
13  outside unit. Suddenly the AC stopped working, stopped
14  cooling, and I called him. And there was a valve that
15  goes in the outside unit that he replaced that -- due
16  to termite or due to ants, it was not making a good
17  contact. He just replaced it and that's it.
18      Q. And did the air conditioner work okay after
19  that?
20      A. Yes, ma'am.
21      Q. Other than what you just told me about, had you
22  had any other problems with your air-conditioner unit?
23      A. The summer before --
24      Q. 2000?
25      A. Yeah, I believe so. I'm not completely sure.

22

1 But he was going almost once a year, and -- I don't
2 know if it was 2000 or '99 when he had to go for a
3 repair. And he checked the inside unit, and he had to
4 take the whole unit out because it was dripping or
5 leaking. And he fixed it. And he cleaned the whole
6 unit, the inside unit.
7     Q. Is this the unit that is located --
8     A. On the second floor right -- right by the
9 stairs.
10    Q. And is it in the closet that's labeled "AHU
11 Closet"?
12    A. Yes, ma'am.
13    Q. How did you notice that the air conditioner was
14 leaking?
15    A. It was giving a weird smell, like something is
16 wet and you get the smell.
17    Q. Was it a strong smell?
18    A. Yeah, I would say it was a strong smell.
19    Q. Where did you notice this smell?
20    A. All over the house.
21    Q. How long was the smell present?
22    A. I don't exactly remember. I don't remember.
23    Q. Did it gradually get worse?
24    A. No. I don't recall that. It -- it was just a
25 smell, and we assumed there was water somewhere and --

23

1 and that's how I called -- that's why I called him.
2     Q. Once he repaired or cleaned the inside unit,
3 did the smell go away?
4     A. For a while. For a while it did. And the AC
5 was working okay. And then we got the smell again.
6     Q. How long from when you had it repaired until
7 the smell came back?
8     A. I would say two or three weeks probably.
9     Q. And the smell that returned, what did that --
10 what did that smell like?
11    A. Kind of like the same.
12    Q. You testified it was a wet smell?
13    A. Yeah, something like that. You -- you could
14 smell like something is -- like a cloth that is kind of
15 wet for a while and then it starts smelling. That kind
16 of a smell.
17    Q. Do you know what was wrong with the unit?
18    A. With the unit?
19    Q. Yes. That he -- what did -- what did he have
20 to repair?
21    A. A line that was -- that was leaking and -- and
22 a line that's -- I believe the drain line was not
23 completely open. He cleaned it. And then he found out
24 that the furnace inside was very dirty, so he took it
25 all out. He cleaned it up and put it back in.

24

1     Q. You testified a moment ago that you -- your
2 understanding was there was a line that was leaking.
3 Do you recall what line?
4     A. I don't -- I don't know if it's -- it was a
5 line that was leaking the fluid -- the AC fluid, and
6 that's why it was not working. And then when he
7 checked it, he found some other problems, like the
8 drain line and all that stuff.
9     Q. Do you know whether any -- since there -- there
10 was leaks and a clogged drain line, do you know whether
11 any water got onto the floor or the walls in the AHU
12 closet?
13    A. From the A -- AHU closet, I remember my wife
14 and I saw some stain on the -- on the -- on the roof
15 that's right beneath the -- the AHU closet, and then
16 some other stain on the -- what used to be the garage,
17 which is the downstairs northwest bedroom.
18    Q. The stain on -- I guess on the ceiling beneath
19 the inside air conditioner --
20    A. Yeah.
21    Q. -- would that be in the dining room on the
22 first floor, then? Would that be the ceiling that
23 stained?
24    A. No. That would be in the living room right
25 here close to the stairs on the roof.

25

1     Q. What does the stain on the ceiling look like?
2     A. Like a water stain.
3     Q. Is it colored?
4     A. Kind of yellowish.
5     Q. How big is it?
6     A. I would say probably as big as this sheet in a
7 round way.
8     Q. And you held up an 8-1/2-by-11 sheet of paper?
9     A. Probably.
10    Q. Have you noticed any mold in the
11 air-conditioner closet?
12    A. Have we noticed?
13    Q. Yes, sir.
14    A. We didn't know, neither did I or my wife, if it
15 was mold. We saw some kind of a thing sticking out to
16 the drywall and to the -- to the unit.
17    Q. What color was it?
18    A. There was some green color and some black
19 color.
20    Q. When did you first notice the green and black
21 stuff on the wall?
22    A. I don't remember. It was 2001, but I don't
23 exactly remember.
24    Q. How much of the wall did the green and black
25 substance encompass? How big was it?

26

1    A. I couldn't tell you that because we just saw
2  it. I didn't put any attention to it and we didn't
3  know what it really was. And we didn't know if it was
4  spread out to the drywall or was that on that
5  particular place at the time. I didn't even think
6  about the size.
7    Q. Was the green and black stuff on the wall
8  before you had the air conditioner repaired or after?
9    A. I couldn't tell you that. I just saw it after,
10 but I -- I'm assuming it might have been there for a
11 while.
12   Q. Do you know whether the green and black stuff
13 was on the wall during the time that you noticed an
14 odor in the house?
15   A. When we noticed the odor, if the stuff was
16 already there?
17   Q. Yes, sir.
18   A. Yeah, I believe so. It appeared to me that it
19 had been there for a while. It couldn't just possibly
20 appear there from one day to another. I just saw it
21 one day and --
22   Q. Do you change the air filters in the
23 air-conditioner unit?
24   A. Yes.
25   Q. Do you personally handle changing the filters?

27

1    A. I personally do.
2    Q. How often do you change the filters?
3    A. Very often because -- because of the carpet and
4  because we have one of those metal, heavy-duty filters
5  that sticks under the furnace, and I remember doing it
6  very, very often. It's a washable filter. I used to
7  take it out, clean it up, wash it with soap, let it
8  dry, and put it right back.
9         And I would probably say I never ever did
10 wait for a month. I mean, I constantly was checking on
11 it because there was a lot of debris and a lot of stuff
12 coming out of the carpet constantly. And -- and that's
13 one of the main things that the AC guy told me to do,
14 "Keep washing it, keep washing it, so you won't have to
15 go through the problem of me coming here and taking the
16 whole unit out and cleaning it."
17   Q. So the maximum amount of time before -- between
18 cleanings was about a month? Did I understand that
19 correctly?
20   A. Less than a month.
21   Q. Less than a month?
22   A. Yeah.
23   Q. Did you make any repairs or do you do any
24 repairs or maintenance on the air-conditioner unit
25 yourself?

28

1    A. No, ma'am.
2    Q. And is Chon the only person that you use to
3  handle problems with the air conditioner?
4    A. Yes, ma'am.
5    Q. And this air-conditioner claim -- or this
6  air-conditioner leak that we talked about, do you know
7  whether or not that is a claim in this lawsuit?
8    A. I don't -- I don't know. I know there's --
9  there's a mold case caused by a leak and -- and -- and
10 I know that the air conditioner was one of the things.
11 And the other thing was when we had a storm that blew
12 the roof off, my wife called the company, Allstate.
13 They sent a contractor. They put a new roof on the
14 whole house.
15   Q. Do you recall when the roof was replaced?
16   A. I don't -- I don't recall that. I recall being
17 there with them when they started doing the work,
18 taking the roof out and then checking it out, but I
19 don't exactly recall the year.
20   Q. Has it been a while?
21   A. Before we moved out of the house. It -- yeah.
22 It had to be like -- I don't want to guess. I don't
23 want to guess. Two or three years maybe. I don't --
24 I'm not exactly sure --
25   Q. Okay.

29

1    A. -- when that happened.
2    Q. Let me jump back to the air conditioner for
3  just a moment.
4    A. Okay.
5    Q. Do you know whether or not the air conditioner
6  was a new air conditioner when you moved in?
7    A. I know it came with the house, and the house
8  was between six months and a year old, so the AC unit
9  must be new.
10   Q. And the AC unit that's in the house presently,
11 is that the one that was originally in the house when
12 you moved in?
13   A. Yes.
14   Q. And have you had any other problems with the
15 air-conditioner unit other than what we just spoke
16 about?
17   A. Any other problems other than that? Just the
18 thermostat, replacing the thermostat.
19   Q. When did you replace the thermostat?
20   A. It would have been in 2000, summer of 2000
21 also.
22   Q. Do you know what was wrong with it that you had
23 to replace it?
24   A. It was broken. And when Chon came, he
25 mentioned it to me and he put a new one.

**30**

1    Q. Were you aware that it was broken before Chon
2  came out?

3    A. Yeah, it was.

4    Q. Okay. So was it just not regulating the
5  temperature?

6    A. It was working. It was working, but he said,
7  "Why don't I just put a new one?" And I said, "Go
8  ahead."

9    Q. Okay. So other than the leak that we talked
10  about and the thermostat, were there any other problems
11  with the air conditioner that you recall?

12    A. Not that I recall.

13    Q. Okay. A moment ago you told me that the roof
14  was replaced.

15    A. Yes.

16    Q. And you're not sure of the date of that.

17    A. Yes.

18    Q. And I believe that you testified that Allstate
19  was notified.

20    A. Yes, ma'am.

21    Q. Do you recall who called Allstate?

22    A. My wife.

23    Q. Did she handle contacting Allstate with regard
24  to the problems in the house?

25    A. Yes, ma'am.

**31**

1    Q. Have you personally ever contacted Allstate for
2  this house?

3    A. Once.

4    Q. Do you recall when that was?

5    A. I don't recall the date, but it was related to
6  the robberies. And the person I contacted -- my wife
7  contacted her first, and then I just followed up just a
8  few calls. Kurney -- Whitney Kurney or something like
9  that. I don't exactly remember her name.

10        THE REPORTER: Say it again.

11        THE WITNESS: Kurney Whitney or Whitney
12  Kurney, something like that.

13    Q. Okay. Let's jump back to the roof. You
14  testified that there was a storm that caused damage to
15  the roof.

16    A. Yes, ma'am.

17    Q. Do you recall what parts of the roof were
18  damaged?

19    A. I don't recall what parts were damaged exactly.
20  I just remember the shingles being flown out, part of
21  downstairs northwest bedroom and on the top in the
22  second floor. I don't remember exactly where, but --

23    Q. So looking at the -- looking at the diagram,
24  does part of the downstairs bedroom extend out beyond
25  where the -- I guess, the wall is for the second story?

**32**

1    A. Yes, ma'am.

2    Q. Okay. Was that the part of the roof that you
3  were referring to that was damaged?

4    A. Yes.

5    Q. Okay. When this roof was replaced, you had
6  testified that you called Allstate and that they sent
7  someone out to look at -- to look at the damage and
8  that a contractor was hired to replace the roof. Who
9  was the contractor that replaced the roof?

10    A. I don't remember their names. It was sent by
11  Allstate. And it was paid directly by Allstate or -- I
12  don't remember how they handled it. My wife is the one
13  that was constantly speaking to the adjuster.

14    Q. Do you know whether Allstate selected the
15  contractor or whether you-all selected the contractor?

16    A. I don't remember, but I believe Allstate
17  selected the contractor. He used to do work for
18  Allstate.

19    Q. Do you know whether you were given a list of
20  individuals that Allstate recommended and this person
21  was on the list?

22    A. Probably. Probably.

23    Q. Do you recall how much it cost to replace the
24  roof?

25    A. No, I don't.

**33**

1    Q. And I believe that you had testified that
2  Allstate paid to have the roof fixed?

3    A. Yes, ma'am.

4    Q. Were you happy with the way -- or was your wife
5  happy -- you-all collectively happy with the way
6  Allstate handled repairing the roof --

7    A. Yes, ma'am.

8    Q. -- in this particular claim?

9    A. Yes, ma'am. They put the whole house roof new.

10    Q. So Allstate, because of the damage in this
11  particular storm -- from this particular storm --

12    A. Yes.

13    Q. -- you got a brand-new roof?

14    A. A brand-new roof. The whole house.

15    Q. Did you have any problems with the roof after
16  the --

17    A. Yes.

18    Q. What problems did you have with the roof after
19  it was replaced?

20    A. After it was replaced -- I don't recall how
21  long after it. A few months probably. Whenever we had
22  heavy rain coming down, there was -- I -- we were
23  seeing some kind of a leak in this same part where the
24  garage used to be, which is the downstairs northwest
25  bedroom.

34

1  Q. I've got the -- a schematic in front of you
2  that's marked as Exhibit No. 1, and we've got a couple
3  of highlighters.
4  A. Yeah.
5  Q. Would you mark where that leak was with a
6  highlighter of your choice?
7  A. Somewhere right here.
8  Q. We've got green -- would you fill it in,
9  please, so we can make sure we see it?
10  A. (Witness complies.)
11  Q. Okay. So the leak was towards -- was closer to
12  the, I guess, east wall of the downstairs northwest
13  bedroom?
14  A. The east wall? Yes.
15  Q. Do you recall whether or not -- or do you
16  recall how much water was leaking in when it rained?
17  A. No, I don't recall.
18  Q. Do you recall how many times it leaked from
19  that particular spot?
20  A. I don't. I just remember when we'd get a heavy
21  rain, we would get the spot.
22  Q. At the time that you-all moved out, did you
23  still have a problem with it leaking in that spot when
24  it rained heavily?
25  A. At the time when we moved out?

35

1  Q. Yes, sir.
2  A. I don't -- I don't remember. It's -- I just
3  remember it leaking whenever we'd get heavy rains. But
4  it had to be a very, very heavy rain and like with a
5  lot of wind in order for this to happen. And we don't
6  get many of those. Just a few times when we got them
7  and I saw it. But I could probably be more than sure
8  right now that if we'd get one today or tomorrow, it
9  would show up.
10  Q. Did you notify the contractor who replaced the
11  roof that you had a leak?
12  A. No. My wife called the Allstate company and
13  let them know. They sent a contractor to check the
14  house again. He went by. He did a checking and he
15  said there was nothing wrong with the roof, everything
16  was okay. And since then, there's nothing we could do
17  about it.
18  Q. After the contractor checked the roof, do you
19  know whether or not the roof leaked again after that?
20  A. Gee, I don't -- I don't remember. I don't
21  remember. But I -- I'm assuming it did again.
22  Q. Did you personally ever climb up on the roof to
23  try to see where it was leaking from?
24  A. No, ma'am.
25  Q. Do you know whether your wife went on the roof

36

1  to see where the leak was coming from?
2  A. No, ma'am.
3  Q. Okay. Did you hire anybody --
4  A. To check --
5  Q. -- personally to look for a leak?
6  A. No, ma'am.
7  Q. Do you recall how long after from -- when you
8  had the roof replaced until it leaked, do you remember
9  how long of a time period it was between that?
10  A. No, I don't recall that. Three or four months
11  probably, but I don't exactly recall that.
12  Q. Do you recall who noticed that it was leaking
13  into that room?
14  A. My wife was the first to notice. She's the one
15  that told me.
16  Q. When you noticed the leak, what did you do to
17  try to catch the water or clean up?
18  A. It's not like a lot of water. It was just like
19  a stain, a stain on the roof, and we knew something was
20  wrong.
21  Q. How big was the stain?
22  A. Probably about the same size as the one before.
23  About the size of this sheet probably.
24  Q. What shape was it?
25  A. Round.

37

1  Q. So it was kind of, I guess, an oval,
2  approximately 8 1/2 by 11 --
3  A. Yes.
4  Q. Do you recall what color it was?
5  A. Same yellowish color.
6  Q. Has it gotten worse over time?
7  A. No. It just showed up for a while, and then --
8  like it -- it was just one time it would leak and it
9  would show up. And then since there's no more leakings
10  or nothing else, it would kind of fade away and go
11  away, but not got worse.
12  Q. Currently is there still a stain in that room?
13  A. I don't remember. I don't remember. I haven't
14  been checking it.
15  Q. Do you know if you-all ever repainted in that
16  room, repainted the ceiling or replaced any part of the
17  roof since that leak, the inside -- I'm sorry -- the
18  inside ceiling?
19  A. I don't remember. I don't remember. But we
20  started fixing that room. We moved some things out and
21  turned it into a toy room, but I don't exactly remember
22  if we painted or not.
23  Q. Have you noticed any mold in that room or a
24  dark substance that you believe could be mold?
25  A. Not that I remember.

---

**38**

1    Q.  Other than the staining on the ceiling, is
2    there any other, I guess, water stains on the carpet or
3    the walls in that room?
4        A.  On the carpet and -- in that room and -- and
5    where the living room is, the dining room, all that
6    part of the carpet, it's -- it's stained.  It has been
7    stained for a long time.
8        Q.  So there are stains on the downstairs northwest
9    bedroom carpet?
10       A.  Yeah.
11       Q.  Do you know what the stains are from?
12       A.  No.  I don't really know.
13       Q.  Okay.  We're going to -- we'll go through each
14   room, so when we get to the living room, we'll talk
15   again about whatever -- you know, the carpet stains or
16   any stains on the wall.  We'll just -- to make it
17   easier to follow.
18       A.  Okay.
19       Q.  And the record will go through each room
20   individually.
21           Have you noticed any water leaking from
22   any of the windows in the -- or the window in the
23   northwest bedroom downstairs?
24       A.  No.
25       Q.  Okay.  Other than the stain on the ceiling and

**39**

1    the stains on the carpet, is there any other -- any
2    other damage that you've noticed in that room?
3        A.  No.
4        Q.  Have you taken any pictures of any of the
5    stains on the carpet or the ceiling in the northwest
6    bedroom?
7        A.  I believe, yes, we did.
8        Q.  So you personally took the pictures or your
9    wife took them?
10       A.  My wife.
11       Q.  Did you provide copies of these photographs to
12   Allstate?
13       A.  I don't know if my wife did provide it to
14   Allstate or -- or the lawyer.  I don't know exactly who
15   she gave them to.
16       Q.  Okay.  Let's talk about the downstairs hall
17   bathroom.  Have you had any problems with the sink in
18   the downstairs hall bathroom?
19       A.  Yeah.  I don't exactly remember when, but we
20   did some problems -- we did have some problems, and it
21   was fixed by -- I don't remember if it was my wife's
22   brother or -- I don't exactly remember.
23       Q.  Do you recall what was wrong with the sink?
24       A.  I don't exactly know.  It was clogged.  It used
25   to get clogged a lot, and probably my wife called her

**40**

1    brother and he fixed it.
2        Q.  Is your brother-in-law a plumber?
3        A.  He does plumbing and -- and electrical.  Not --
4    not professionally, but he does it.
5        Q.  What -- what is his job?  What does he do?
6        A.  He does plumbing.
7        Q.  I mean, he's a paid plumber?
8        A.  Yeah.
9        Q.  Okay.  So, I mean, it is his profession?
10       A.  Yeah.  Plumbing and sprinkler systems.
11       Q.  Did he charge you to make these repairs?
12       A.  I don't remember if he charged my wife.  My
13   wife always pays him, but I -- I don't remember how
14   much.
15       Q.  Do you remember what was -- what was clogged?
16       A.  Well, the only thing that can be clogged is
17   the -- the drain line.
18       Q.  Sorry.  That was a bad question.  Did you know
19   where -- I mean, where it was clogged?
20       A.  Where it makes the U.
21       Q.  Where it makes the U?
22       A.  Yes.
23       Q.  Do you know what he did to repair the clog or
24   fix it?
25       A.  I believe he replaced the -- the tubes, which

**41**

1    is the pipes.
2        Q.  Do you know what type of pipes that you have in
3    this bathroom?
4        A.  Plastic.
5        Q.  Have they always been plastic?
6        A.  Yes.
7        Q.  And he replaced it with plastic also?
8        A.  Yes.
9        Q.  After he replaced the clogged pipe, have you
10   had any other problems with that sink?
11       A.  Not that I remember.
12       Q.  When it was clogged, do you recall whether or
13   not there was a leak as well?
14       A.  No.  I don't remember that.
15       Q.  Do you recall if there had been any leaks at
16   all with that sink?
17       A.  No.
18       Q.  Has there been any problems with the faucets or
19   the knobs leaking?
20       A.  Gee, I don't remember.
21       Q.  Okay.  Were there any problems with toilet
22   leaks in that particular bathroom?
23       A.  Yeah.  The -- the toilet valve, just very, very
24   little.  And I remember I -- I immediately changed it.
25   It was just the valve that was leaking a little bit.

42

1    Q.   And you made this repair yourself, correct?

2    A.   Yes.

3    Q.   Do you recall how much it cost you to repair

4    it?

5    A.   Five dollars.

6    Q.   Has the toilet leaked in any other place?

7    A.   No.

8    Q.   So there has been no -- no leaks along the

9    supply lines?

10   A.   No.

11   Q.   Has the toilet ever overflowed?

12   A.   No.

13   Q.   And in this particular bathroom, there is a

14   bathtub, correct?

15   A.   Yes.

16   Q.   Is there also a -- is it the combination

17   shower/bathtub?

18   A.   Yes.

19   Q.   Have you had any problems or any leaks with the

20   bathtub or the shower?

21   A.   No.

22   Q.   And the bathroom -- in that particular

23   bathroom, on that shower, has there been any leaks from

24   the -- the faucets or the showerhead?

25   A.   There's an opening where the -- where the

43

1    handle for the shower is that -- we never use that

2    shower, and we always try to cover it.  We put

3    something to cover that opening.

4    Q.   By "opening," are you referring to the plate --

5    A.   On the tile.  On the tile.

6    Q.   That goes around the nozzle?

7    A.   Yeah.

8    Q.   Up against the tile?

9    A.   Yeah.  Somewhere around there.  I don't exactly

10   remember.  Somewhere around there, there's some kind of

11   an opening.

12   Q.   How big is the opening?

13   A.   I don't remember.  Probably --

14   Q.   Is it circular?

15   A.   Gee, I don't remember.  I don't remember

16   exactly if it's circular or square, but I know there's

17   an opening and we used to cover it with some tape.

18   Q.   What kind of tape did you use to cover it?

19   A.   Mainly duct tape, just so it won't be like

20   that.

21   Q.   And this -- this opening that you're referring

22   to, if you're looking at it, can you see the pipes in

23   the wall behind the shower?

24   A.   I don't remember.  I don't remember.

25   Q.   Do you recall if you can see into the wall at

44

1    all from this opening?

2    A.   No.  No.  I don't remember.  I don't -- I know

3    it's there, but I don't exactly remember if I can see

4    the wall.

5    Q.   Have you ever had any pipes replaced other than

6    the sink --

7    A.   Pipes?

8    Q.   -- pipe that we talked about?  Any pipes

9    replaced in that bathroom?

10   A.   No.

11   Q.   The sink leak that we were talking about, do

12   you recall who first noticed it?

13   A.   The sink clog?

14   Q.   Yes.

15   A.   My wife.

16   Q.   And did you -- were you involved in any way

17   with any of the repair work or were you present for the

18   repair work?

19   A.   No, I was not present.

20   Q.   Do you know if any water backed up at all

21   during that pipe clog?

22   A.   No, I don't know.

23   Q.   Have you noticed any mold or mildew or any form

24   of discoloration on the sink in the hall bathroom?

25   A.   No.

45

1    Q.   Have you noticed any underneath the sink?

2    A.   No.

3    Q.   Is there a cabinet underneath the sink?

4    A.   Yes.

5    Q.   Has there been any water damage to this

6    cabinet?

7    A.   I don't remember.

8    Q.   Have you noticed any water damage along any of

9    the walls around the toilet or the sink?

10   A.   Yeah.  There's -- around the -- around the

11   toilet, but it was something that came from the -- from

12   the utility room when the boiler got -- stopped working

13   and -- and it was rusted and it was kind of -- the

14   pipes were kind of dripping.

15   Q.   And you said there was something around the

16   toilet.  What was that -- what did that something look

17   like?

18   A.   When -- it looked like when the inside -- the

19   sheetrock paneling, like it's fading away, like it's

20   peeling off, due to moisture.

21   Q.   How -- how high up off the ground is it

22   peeling?

23   A.   I would say four to six inches.

24   Q.   And I believe you testified that the -- the

25   paint is peeling off.  Is it completely off in that

46

1  area? Or how much of the paint is removed?

2  A. No. Just -- just a little bit of it.

3  Q. Is -- is the sheetrock discolored at all?

4  A. No. I just saw it peeling off, but not -- not

5  discolored.

6  Q. Does it look warped at all?

7  A. No.

8  Q. When did you first notice the sheetrock peeling

9  off?

10  A. No. I don't remember. It's very, very hard

11  to -- to remember.

12  Q. Do you recall whether or not it occurred before

13  or after you-all moved out?

14  A. No. It had to be after we moved out.

15  Q. What date did you move out of the house?

16  A. Out of the house? My wife started noticing

17  this and contacted the Allstate agency in, I believe,

18  December 2001. And then they sent somebody. And she

19  was coming from vacation in January 2002. When she

20  came back, she called me at work and she said,

21  "Allstate people are saying we need to move out of the

22  house." I don't recall the exact date, but --

23  Q. So you would have moved out in January of 2002?

24  A. Yeah. Probably.

25        MR. EATON: Anybody ready for a break?

47

1        MS. HAAS: I'm almost -- almost done. Let

2  me just finish up this room.

3        MR. EATON: Okay.

4  Q. Since you noticed the paint start to peel off,

5  has it gotten worse? Is it peeling off more now?

6  A. No. It hasn't gotten -- gotten worse.

7  Q. A moment ago you had testified that you thought

8  the damage came -- the damage around the toilet came

9  from a water heater leak in the utility room.

10  A. Yes.

11  Q. Why do you think that's where the damage is

12  from?

13  A. I'm sorry?

14  Q. What makes you think that the damage around the

15  toilet is a result of a leak from the water heater?

16  A. Because I checked the water heater room and --

17  and I -- and I saw kind of rusted pipe and the water

18  heater was not working properly, and -- and I replaced

19  it.

20  Q. Did an expert tell you that the damage around

21  the toilet was a result of a water heater leak?

22  A. No. I just thought so.

23  Q. Has anybody told you that that was the cause of

24  the damage?

25  A. No.

48

1  Q. When you noticed the damage around the toilet

2  from the water heater -- from what you believe was

3  caused from the water heater leak, did you call

4  Allstate?

5  A. No.

6  Q. Do you know whether your wife called Allstate?

7  A. I don't know.

8  Q. When the sink was clogged, did you or your wife

9  notify Allstate?

10  A. I don't think we did.

11  Q. Did you take any pictures of any of the damage

12  from the -- around the toilet as a result of the water?

13  A. No.

14  Q. What temperature do you normally keep your

15  house at?

16  A. 78 to 80. 78 maybe.

17  Q. What temperature is the house at now?

18  A. Now?

19  Q. Yes, sir.

20  A. That house?

21  Q. Yes, sir.

22  A. What temperature is that house right now?

23  Q. Yes.

24  A. I don't know.

25  Q. Is the air conditioner on?

49

1  A. It's off.

2  Q. Is the electricity presently on?

3  A. It's off.

4  Q. How long has the electricity been off?

5  A. For a long time. It could be -- gee, I don't

6  remember. It has to be more than a year.

7  Q. Okay.

8        MS. HAAS: Do you want to go ahead and

9  take a break now?

10        MR. EATON: Uh-huh.

11        (Brief recess)

12        THE VIDEOGRAPHER: We're on the record.

13  Q. Before the break, we were talking about the

14  hall bathroom. I just have a couple of things to

15  follow up on that.

16        Have you noticed any mildew or any dark

17  substance in the bathtub along the tile or around the

18  tub?

19  A. In the tile around the tub.

20  Q. And what color is it?

21  A. Also kind of black.

22  Q. How much of the tile is affected by this

23  discoloration?

24  A. I just remember seeing the bottom part of the

25  tile.

**50**

1    Q. Like one tile up or two tiles up?

2    A. One tile up.

3    Q. And does this go all the way around the

4    bathtub?

5    A. Yeah.

6    Q. How long has it been there?

7    A. I don't know. When we first saw it, we cleaned

8    it up, and then it would show up again, but I wouldn't

9    exactly know how long.

10   Q. What did you use to clean it?

11   A. Just water and a cloth.

12   Q. Did you use any cleansers, over-the-counter

13   cleansers?

14   A. Probably my wife did. She's the one that

15   cleaned it.

16   Q. So who in your household took care of most of

17   the general everyday cleaning in the house?

18   A. My wife.

19   Q. Okay. Have you ever had termites in your

20   house?

21   A. Termites? Not that I remember. I remember we

22   got the pest control company to come and check and --

23   and do some work on insects, but I don't remember about

24   termites.

25   Q. Okay. How often did you have the pest control

**51**

1    company visit?

2    A. No. I don't remember. It's -- we probably

3    called them twice.

4    Q. Twice the whole time you lived there?

5    A. Twice or three times. I don't exactly

6    remember.

7    Q. And you testified a moment ago that you called

8    them out because of insects. What kind of insect

9    problems were you having?

10   A. Mainly my wife started seeing like a cockroach

11   in the kitchen, and that was the main reason we called

12   the pest control company.

13   Q. After you called the pest control company and

14   they came out, did your roach problem go away?

15   A. Yeah.

16   Q. But having someone come out and spray for bugs

17   was not something that you-all routinely did; did I

18   understand that correctly?

19   A. I'm sorry?

20   Q. You-all didn't routinely have the pest control

21   come out and spray for bugs on a routine basis?

22   A. Not routinely.

23   Q. When they visited, did they indicate any

24   time that you had termites?

25   A. Gee, I don't remember. I don't think they did.

**52**

1    Q. Okay. Let's talk about the utility room.

2    Earlier you testified that there was a problem with the

3    water heater.

4    A. Uh-huh.

5    Q. When did -- when did you discover the water

6    heater leak?

7    A. When -- when it stopped working.

8    Q. When was that?

9    A. I don't remember the date.

10   Q. Do you recall whether this occurred before you

11   moved out of the house?

12   A. Yeah, before we moved out of the house.

13   Q. Do you recall who noticed that the water heater

14   wasn't working?

15   A. My wife called me and she told me there was

16   only cold water. Then I went and checked and there was

17   nothing I could do. I just saw the pipes were kind of

18   dripping and -- through the wall that connects to the

19   back.

20   Q. So you noticed that there was water -- there

21   was water leaking. Did you -- was the water dripping

22   from --

23   A. Not exactly leaking, but kind of dripping.

24   Like not in big quantities, but in small quantities,

25   like slowly.

**53**

1    Q. Was it the line that connected the water heater

2    to the wall? Is that what was leaking or --

3    A. To the wall, yeah.

4    Q. Was the wall wet?

5    A. Yeah. The wall was not wet, but it was moist.

6    Q. How much of the wall was moist?

7    A. From the top to the bottom. About -- all the

8    way from where the -- the height of the water heater

9    probably.

10   Q. Do you know how long the water heater was

11   dripping?

12   A. No.

13   Q. Did you call someone to repair the water

14   heater?

15   A. No. I replaced it myself.

16   Q. Do you recall how much it cost you to replace

17   it?

18   A. About $200 probably.

19   Q. And after you replaced it, did you have any

20   other problems with it leaking?

21   A. No.

22   Q. Okay. You testified that the wall was moist

23   from up to the height of the water heater.

24   A. Uh-huh.

25   Q. What did you do to, I guess, dry out the wall,

54

1    if anything?
2        A.  I just dried it off with a cloth.  And I -- I
3    assumed it was because of the dripping of the
4    connections -- bad connections of the water heater,
5    which I replaced new.  But I also noticed that the
6    pipes going inside the house, inside -- in between the
7    walls, they're very -- in very bad shape, and there's
8    nothing I could do.  But I didn't see them dripping
9    through the outside.  I didn't see anything.  But they
10   look very corrosive, very bad shape.
11       Q.  How did you -- how did you see the pipes in
12   between the walls?  Is the wall open behind the water
13   heater or how --
14       A.  The pipes come out of the wall to the water
15   heater.  Just a small portion of the pipe that I was
16   able to see.
17       Q.  And that portion that you saw was what looked
18   corroded?
19       A.  Yeah.
20       Q.  Did it look like it was rusting?  What color
21   was it?
22       A.  Yeah, probably rusted.
23       Q.  What type of pipes were they?
24       A.  Steel pipes.
25       Q.  You said you replaced the connection between

55

1    the water heater and the pipe?
2        A.  Both connections.
3        Q.  What did -- was that replaced with metal or
4    plastic?
5        A.  Copper.
6        Q.  Copper.
7        A.  It was copper connections.
8        Q.  Did you or your wife notify Allstate about the
9    water heater leak?
10       A.  I don't think she did because of the -- I
11   mentioned to her, but I -- I believe she told me about
12   the -- there was a $500 deductible, something like
13   that.
14           THE REPORTER:  Say it again.
15           THE WITNESS:  $500 deductible.  That there
16   was no need to call Allstate, so we would end up fixing
17   it anyways.
18       Q.  So your wife was the one who made the decision
19   not to call Allstate; is that correct?
20       A.  Yes.
21       Q.  Did you take any pictures of the damage to the
22   wall?
23       A.  No, ma'am.
24       Q.  Have you had a contractor or someone check out
25   the pipes in that wall?

56

1        A.  No, ma'am.
2        Q.  Okay.  Have you noticed any mold or mildew or
3    any form of discoloration on that wall?
4        A.  Yeah.  We noticed some of that in -- on that
5    wall, but --
6        Q.  How long after the overflow -- I'm sorry -- the
7    dripping -- how long of a time between the dripping
8    occurred and you started to notice the substance on the
9    wall?
10       A.  I wouldn't know exactly how long, but like one
11   month after, it would show up again.  And since we
12   didn't know what it was, we just assumed it -- it was
13   some kind of a normal thing to happen.
14       Q.  You said it would show up again.  Did you
15   attempt to clean it?
16       A.  Yeah.  We cleaned it a few times and -- and
17   mainly on the places where we could spot it right away.
18   But there were places that we found out later that -- I
19   mean, we had to really be looking at it to know that it
20   was there when -- like when these people that were sent
21   from -- I don't know if Allstate or who sent them.  But
22   they went to do an inspection of the house and they
23   called me up and they said, "Have you seen this?"
24           And I said, "I never saw that."
25           They showed me inside the AHU closet.

57

1    They opened the door and showed me inside, "Have you
2    noticed that you've got all this inside" -- "deep
3    inside?"
4           I never checked.  I didn't even know what
5    was there.
6        Q.  So there was some substance that you were
7    unaware of in the utility room before any inspection?
8        A.  Yes.
9        Q.  I notice that the utility room entrance is on
10   the outside of the house.  Is that correct?
11       A.  Yes.
12       Q.  Is the utility room air-conditioned?
13       A.  No.
14       Q.  Okay.  So there's no central heating or air
15   conditioning in that room whatsoever?
16       A.  No.
17       Q.  And you noticed -- you testified a few minutes
18   ago that you noticed that there was -- there was mold
19   or mildew or some kind of substance on the wall near
20   the water heater.  How -- how big of an area did
21   that encompass that had the discoloration or the mold?
22       A.  I would say four square feet probably.
23       Q.  What color is it?
24       A.  Like kind of a black dirt, like a stain or
25   something like that.

**58**

1    Q. Is it just a stain? Is it fuzzy or anything
2  like that?
3    A. It's just like some kind of a stain that you
4  can just put your hand in it and bring it all up in
5  your hand. It's some black like -- I don't know.
6    Q. So it rubs off?
7    A. Yeah.
8    Q. Since the time that you first noticed it on the
9  wall, has it changed at all, as in has it gotten
10  bigger? Has it changed color?
11    A. I haven't been checking it lately. Since the
12  electricity and the water is off for a long time, I
13  haven't been checking.
14    Q. But during the time that you did check it, did
15  you notice whether there was a change in the stain?
16    A. No, I didn't notice any change. I -- I didn't
17  even really know what to look for or if it's supposed
18  to change or not or -- I just saw a stain and --
19    Q. What do you think the substance on the wall is?
20    A. I never had any idea. I thought it was just
21  dirt, okay, until the people who went and checked told
22  me what it was, probably mold. But I never had any
23  idea what mold was.
24    Q. Has there been any other leaks of any kind in
25  the utility room, such as a washing machine leak?

**59**

1    A. Water heater? Such as a water heater?
2    Q. Yeah. Didn't -- weren't we just talking about
3  the water heater?
4    A. Yeah.
5    Q. Okay. So there was a leak with the water
6  heater. Did you -- from the schematic, it appears that
7  there's a washer and a dryer in the utility room also.
8    A. Yes.
9    Q. Did you have any problems with your washing
10  machine or your dryer?
11    A. Not that I remember.
12    Q. In regard to the leak with the water heater, do
13  you recall if that occurred before or after you were
14  married?
15    A. I believe it was after.
16    Q. And to your knowledge, there were no other --
17  there were no problems with the washing machine or
18  the -- or the dryer?
19    A. Not that I remember.
20    Q. Okay. Other than this one leak that we talked
21  about with the water heater, have you had any other
22  problems with it?
23    A. No.
24    Q. Okay.
25    A. With the water heater?

**60**

1    Q. Yes, sir.
2    A. No.
3    Q. Other than the -- other -- okay. Other than
4  the stain we just talked about on the wall behind the
5  water heater or by the water heater -- am I correct in
6  stating that's where the stain was, on the -- behind
7  the water heater? Was that correct?
8    A. Yes.
9    Q. Is there any other stains on the other walls?
10    A. There were some stains -- I don't exactly
11  remember because my wife is the one that's been
12  noticing and the one that's been spending most of the
13  time in the house and -- I don't remember checking
14  exactly everything.
15    Q. You stated a moment ago your wife spends most
16  of the time in the house. Is that still true? Is she
17  the one who checks the house most often now --
18    A. No.
19    Q. -- or is that you?
20    A. No, no. I just -- that's when we were living
21  there.
22    Q. Okay.
23    A. I mean, I get off at 6:00 or 7:00 a.m. and come
24  back at 10:00 or 12:00 p.m. at night, so completely out
25  of the -- what the situation is in the house unless she

**61**

1  tells me. But right now I'm the one who goes by and I
2  try to keep the lawn mowed, clean -- clean it on the
3  outside and -- and that's about it. Replace any broken
4  windows.
5    Q. Have you noticed any stains on the ceiling in
6  the utility room?
7    A. No, I haven't.
8    Q. Have you noticed any strange or different odors
9  when you enter the utility room?
10    A. I haven't checked. Most of the odors are
11  inside the house.
12    Q. Okay.
13    A. But I haven't checked in the utility room if
14  I've noticed anything.
15    Q. Does the hall bathroom -- downstairs hall
16  bathroom smell funny?
17    A. Yeah, the whole house smells.
18    Q. Okay. So there's -- is there any particular
19  room that this -- this smell is stronger in?
20    A. Well, I feel it the same, but I -- I -- I
21  personally believe it's -- downstairs around where the
22  living room is, I feel it the stronger -- the
23  strongest.
24    Q. A moment ago you had mentioned that you handled
25  replacing broken windows. Have you-all been having

---

**62**

12:23:27  1   problems with that?

12:23:27  2       A.  The kids, they throw rocks at them and they

12:23:31  3   keep on breaking the windows on the top.  And they did

12:23:36  4   broke some of them when they broke into the house, when

12:23:45  5   the house was alone, was empty.

12:23:47  6       Q.  When was the house burglarized?

12:23:49  7       A.  Right after we moved out.  I would say a few

12:23:53  8   months after.  I'm not completely sure.  But it was

12:23:56  9   burglarized like four or five times.  I don't know.

12:24:00 10   Several times.

12:24:01 11       Q.  So the -- the first burglary occurred four or

12:24:05 12   five -- I mean, shortly after you moved out and it

12:24:07 13   just --

12:24:08 14       A.  Yeah.

12:24:08 15       Q.  -- keeps reoccurring?

12:24:09 16       A.  It keeps going on and on.  I just can't specify

12:24:13 17   the date exactly because I don't exactly remember.  But

12:24:17 18   I do -- do have the police reports that shows the

12:24:22 19   correct dates.  I just don't remember those dates

12:24:24 20   exactly.

12:24:26 21       Q.  Which windows in the house were broken or have

12:24:28 22   been broken?

12:24:29 23       A.  Most of the windows that have been broken are

12:24:33 24   the ones on the second floor that are right on the top

12:24:41 25   of this downstairs northwest bedroom.  There's --

---

**63**

12:24:50  1       Q.  So Bedroom No. 2 upstairs?

12:24:52  2       A.  It's Bedroom No. 1 upstairs.

12:24:56  3       Q.  Bedroom -- okay.  Bedroom No. 1?

12:25:01  4       A.  Yeah.

12:25:01  5       Q.  Have both windows in Bedroom No. 1 been broken?

12:25:04  6       A.  Yeah.

12:25:08  7       Q.  How often have they been broken?

12:25:10  8       A.  They've been broken like three times probably.

12:25:13  9       Q.  Three times each or three times total for the

12:25:16 10   whole --

12:25:16 11       A.  Total for the -- for the same window.

12:25:21 12       Q.  And which window was that?

12:25:28 13       A.  The -- the window that's facing, I would say,

12:25:30 14   north.

12:25:33 15       Q.  Okay.  Is that the window that the, I guess,

12:25:39 16   burglars were entering the house through?

12:25:43 17       A.  The first time, yes.

12:25:45 18       Q.  The -- and after that, were the windows broken

12:25:49 19   during burglaries or were they just random --

12:25:48 20       A.  They would just -- they would just break them

12:25:51 21   from the next house.  They would throw rocks at them

12:25:54 22   and they would just break them.

12:25:56 23       Q.  So do you know who is breaking your windows?

12:25:58 24       A.  At this point, no.  At the beginning, we knew

12:26:05 25   who the guys were burglarizing the house and we assumed

---

**64**

12:26:08  1   those were the ones who were breaking them.

12:26:08  2       Q.  In regard to the first burglary, is that the

12:26:10  3   burglary that Allstate was notified about?

12:26:22  4       A.  Yes.

12:26:23  5       Q.  Who notified Allstate about that burglary?

12:26:27  6       A.  My wife.

12:26:27  7       Q.  Do you recall the month and the year that that

12:26:33  8   occurred?

12:26:35  9       A.  No, ma'am.

12:26:35 10       Q.  After you notified -- or after she notified

12:26:40 11   Allstate about the burglary, what happened?  What did

12:26:45 12   Allstate do?

12:26:45 13       A.  They sent an adjuster.

12:26:47 14       Q.  And once the adjuster came out to the house,

12:26:52 15   what happened?

12:26:53 16       A.  They checked out the house, and I don't exactly

12:27:02 17   know if he told my wife to make a list of the missing

12:27:08 18   items.  And I believe they took pictures of it.

12:27:08 19       Q.  Did your wife receive a check from Allstate for

12:27:15 20   this?

12:27:15 21       A.  Yes.

12:27:16 22       Q.  Do you recall the amount of the check?

12:27:21 23       A.  Not exactly, but I believe they sent her a

12:27:26 24   check at the beginning for $5,000.

12:27:30 25       Q.  Do you know what this $5,000 was used for?

---

**65**

12:27:37  1       A.  It was so she could -- so she could replace

12:27:45  2   some of the items that were stolen or something like

12:27:47  3   that.

12:27:47  4       Q.  What kind of items were stolen?

12:27:50  5       A.  There's a long list of items that my wife has.

12:28:05  6   I don't exactly know, but there's --

12:28:06  7       Q.  Was it like electronics, clothes, jewelry?

12:28:13  8   Everything?

12:28:13  9       A.  Everything combined.  Everything combined.

12:28:18 10       Q.  Do you know whether your wife was happy with

12:28:34 11   the way Allstate handled the claim regarding the

12:28:37 12   burglary?

12:28:35 13       A.  At the beginning she was not.

12:28:39 14       Q.  What was she unhappy about?

12:28:39 15       A.  It was taking them too long and they started

12:28:37 16   asking -- it was very frustrating for her because they

12:28:43 17   started asking for all the receipts of each item that

12:28:56 18   was stolen, which obviously it was very hard to keep.

12:28:56 19   And she had to make a lot of calls.  And then that's

12:28:56 20   when she was working and told me to talk to Kurney,

12:29:05 21   who -- she was handling the case.

12:29:05 22               And I just called once or twice exactly

12:29:08 23   what she needed, and we had to go through -- to the

12:29:11 24   house and gather all the information, boxes --

12:29:13 25   information on the boxes of the products and -- as many

---

**66**

12:29:21 1    as we could. And we sent Kurney a whole box full of --
12:29:26 2    like she said, "If you don't have receipts, find
12:29:29 3    the" -- "whatever is inside the box on the products,
12:29:33 4    whatever, a paper or something, a brand or whatever."
12:29:39 5    So we had to do all that.
12:29:43 6            And then after that, she kept contacting
12:29:46 7    this lady, and I don't know. They got the case closed
12:29:53 8    and resolved.
12:29:54 9        Q.   So once the case was resolved, was she happy
12:30:00 10   with the outcome, to your knowledge?
12:30:02 11       A.   She was happy with the way that one got
12:30:07 12   resolved, but the burglaries kept coming. Police
12:30:11 13   reports kept coming. And there was nothing we could
12:30:16 14   do. She kept calling and -- and as far as I know, we
12:30:23 15   couldn't do nothing.
12:30:23 16       Q.   She -- who did she keep calling?
12:30:26 17       A.   Allstate.
12:30:29 18       Q.   So she has no -- she has personally notified
12:30:33 19   Allstate about the additional burglaries?
12:30:35 20       A.   Yeah.
12:30:35 21       Q.   Have you spoken to anybody at Allstate
12:30:41 22   regarding these additional burglaries?
12:30:42 23       A.   No, ma'am.
12:30:43 24       Q.   Do you recall how many additional burglaries
12:30:46 25   have occurred?

**67**

12:30:47 1        A.   I don't recall exactly, but there was the first
12:30:53 2    one, then another one. There's like two more after the
12:31:05 3    first one. And then -- and then the frustration on my
12:31:05 4    wife's side and on my side was that there was nothing
12:31:10 5    to be burglarizing anymore, but they were just breaking
12:31:14 6    the windows, doing damages, breaking the fence, getting
12:31:19 7    into the house, breaking everything inside the house,
12:31:24 8    throwing everything inside the house. They broke the
12:31:30 9    slide door completely with a concrete block, the one
12:31:35 10   that goes to the back.
12:31:36 11       Q.   So this is the -- the sliding door by the
12:31:40 12   living room?
12:31:42 13       A.   The sliding door -- yeah.
12:31:42 14       Q.   When was that broken?
12:31:43 15       A.   I don't remember exactly, but right after the
12:31:47 16   burglaries.
12:31:48 17       Q.   After the first one?
12:31:50 18       A.   No. Like after the second or third one
12:31:54 19   probably.
12:31:55 20       Q.   How long did it take you to replace the door
12:32:02 21   once you discovered that it was broken?
12:32:06 22       A.   About two days.
12:32:08 23       Q.   How much did it cost you to replace the door?
12:32:12 24       A.   About -- I don't remember. $200 probably.
12:32:15 25       Q.   Okay. Was Allstate notified about the broken

**68**

12:32:18 1    door in regard to the burglaries or vandalism?
12:32:23 2        A.   I don't know if my wife did notify or call
12:32:24 3    them, but I -- I think she did because she kept telling
12:32:27 4    them that we were almost losing the house due to all
12:32:31 5    these kind of things.
12:32:35 6        Q.   The windows in Bedroom No. 1, the three windows
12:32:39 7    that you -- the three times that you've had to replace
12:32:43 8    that window, how much did -- how much did it cost you
12:32:44 9    to replace the windows?
12:32:44 10       A.   Like $60 each.
12:32:46 11       Q.   Have you had any other windows in the house
12:32:51 12   broken?
12:33:13 13       A.   Not that I remember, no. Those are the main
12:33:16 14   ones.
12:33:16 15       Q.   Since we were talking about the broken
12:33:13 16   sliding -- sliding door in the living room, let's just
12:33:17 17   move on to that room in general. Other than having the
12:33:23 18   sliding -- the sliding door broken, while it was
12:33:27 19   broken, do you know if it rained at all, if the carpet
12:33:29 20   got wet?
12:33:31 21       A.   No. No, it didn't rain.
12:33:32 22       Q.   Have you noticed any damage to the walls of the
12:33:37 23   living room, any stains anywhere?
12:33:41 24       A.   Just -- just the ones on -- on the roof.
12:33:45 25       Q.   So there's -- there's stains on the ceiling in

**69**

12:33:48 1    the living room?
12:33:48 2        A.   On the ceiling, uh-huh.
12:33:51 3        Q.   Would you mark on the schematic for me where
12:33:55 4    that stain is on the living room ceiling?
12:33:57 5        A.   It should be right about right here, more or
12:34:02 6    less.
12:34:02 7        Q.   So it is, I guess, along the --
12:34:06 8        A.   It goes probably right beneath the -- where the
12:34:16 9    H -- AHU closet is on the top.
12:34:16 10       Q.   So that's along, I guess, kind of the south --
12:34:19 11   the south side of the room?
12:34:23 12       A.   Yeah.
12:34:23 13       Q.   Okay. How big of a stain is on the living room
12:34:26 14   ceiling?
12:34:29 15       A.   It is as big as like I told you before. It's
12:34:36 16   round, about like this piece of paper, like eight by --
12:34:43 17       Q.   So 8 1/2 by 11?
12:34:44 18       A.   Yeah, probably.
12:34:47 19       Q.   And is it colored?
12:34:50 20       A.   Like a yellowish color.
12:34:54 21       Q.   When did the stain first appear?
12:34:57 22       A.   I don't exactly remember.
12:35:06 23       Q.   Do you know what caused the stain?
12:35:06 24       A.   It had to be -- it had to be water -- I mean,
12:35:12 25   water leak that -- that was coming from inside the -- I

70

12:35:20 1 assume that it was from the AH -- AHU closet where the
12:35:24 2 AC unit is because it's right in the center of the
12:35:31 3 house and the -- AC is right on the top, and then
12:35:36 4 we've got the -- all the roof on the second floor,
12:35:41 5 which on the second floor we never saw anything.
12:35:43 6 Q. Has the stain on the ceiling changed in size,
12:35:47 7 shape, or color at all since you first noticed it?
12:35:49 8 A. Yeah. That one kept sometimes growing and
12:35:52 9 sometimes when I fixed the AC unit, like -- it just
12:35:57 10 stayed the same and -- but we never really checked on
12:36:05 11 it if it was changing.
12:36:07 12 Q. Have you noticed any dark substances on the
12:36:12 13 ceiling in the living room?
12:36:14 14 A. Dark substances? Not that I recall. The only
12:36:24 15 thing that -- that I had seen is on the AC unit closet,
12:36:31 16 on the -- on the furnace itself, on the -- on the
12:36:37 17 metal, on the -- on the inside of the wall, on the
12:36:46 18 door, on --
12:36:51 19 Q. I believe earlier you had testified that there
12:36:51 20 was stains on the carpet in the living room.
12:36:55 21 A. Yes.
12:36:52 22 Q. Are these water stains on the carpet?
12:36:55 23 A. I wouldn't know, but there is in the living
12:36:56 24 room, on the dining room, and on the downstairs
12:37:00 25 northwest bedroom. And they were kind of black, dirty

71

12:37:05 1 spots all over that we thought it was just -- the
12:37:09 2 carpet was just dirty. And my wife, I believe, called
12:37:14 3 the company several times. I don't know exactly how
12:37:19 4 many times. They came and cleaned up the whole -- the
12:37:21 5 whole carpet, complete cleaning, and they -- they left
12:37:27 6 it looking nice and clean. But after a few days, the
12:37:31 7 spots would come up again. So we didn't know exactly
12:37:34 8 what it was.
12:37:37 9 Q. When did you first notice the spots on the
12:37:44 10 carpet?
12:37:46 11 A. My wife noticed them, and I couldn't be precise
12:37:54 12 on -- on the year or the date. I just know that she
12:37:58 13 struggled a lot with the stains and she started
12:38:05 14 cleaning them herself with a cloth or a scrub. And
12:38:09 15 then she called the company, and they finally got them
12:38:08 16 clean. But it wouldn't last just a few days and the
12:38:13 17 spot would come back again.
12:38:13 18 Q. What color are the spots?
12:38:16 19 A. Mainly black.
12:38:19 20 Q. And is this the room that you thought smelled
12:38:25 21 the worst?
12:38:27 22 A. Yes.
12:38:27 23 Q. And I know I asked you this a lot, but could
12:38:36 24 you describe -- would you describe the smell almost as
12:38:40 25 a stench? Is it that strong?

72

12:38:43 1 A. Yeah. As soon as you get into the house, you
12:38:45 2 can -- you can smell it.
12:38:47 3 Q. And I believe earlier you testified that it
12:39:12 4 smelled like wet clothes that had been sitting there a
12:39:15 5 while.
12:39:16 6 A. Yeah.
12:39:17 7 Q. Would you just -- would you describe that as
12:39:19 8 almost a musty scent, was pungent? Or how -- what
12:39:09 9 would be your best way to describe it adjectivewise?
12:39:12 10 A. Well, by getting it and -- at the beginning I
12:39:18 11 feel it very strong, and if I stay there for a little
12:39:23 12 while, it becomes lightly, that I can tolerate it. And
12:39:34 13 I -- if I stay there for a while, it starts bothering
12:39:38 14 my -- itching my nose inside a lot.
12:39:41 15 Q. And has that scent gotten worse over time?
12:39:48 16 A. I haven't been there for a while. If I go, I
12:39:52 17 just go inside real quick and come out.
12:39:54 18 Q. So the only damage that you are aware of in the
12:40:00 19 living room -- just to recap -- is the stain on the
12:40:08 20 ceiling and the stains on the carpet; is that correct?
12:40:08 21 A. Yeah. That's -- that's the only -- that I
12:40:12 22 recall.
12:40:21 23 Q. Did you or your wife ever notify Allstate in
12:40:24 24 regard to the stain on the ceiling?
12:40:25 25 A. I don't know if my wife did. I don't know.

73

12:40:39 1 All I know is that when -- when this first happened,
12:40:42 2 she got a word from somebody and she called Allstate,
12:40:48 3 and I don't know if Allstate sent somebody or -- I
12:40:51 4 don't exactly know what the procedure was. But they
12:40:56 5 gave her a number, or I don't exactly remember. And
12:41:03 6 they went and checked, and after a few days they told
12:41:13 7 her that there was that thing, the mold thing.
12:41:15 8 Q. Okay.
12:41:18 9 A. But I don't exactly remember if she called
12:41:18 10 Allstate about the -- the spot on the ceiling. I know
12:41:29 11 she did the one on the downstairs northwest bedroom
12:41:34 12 because she was completely sure it was from the roof
12:41:36 13 that had been fixed before by the contractor.
12:41:36 14 Q. Okay. And did you ever notify Allstate about
12:41:36 15 the stains on the carpet?
12:41:37 16 A. I believe -- I believe she did. I believe she
12:41:41 17 did. But I don't remember exactly.
12:41:42 18 Q. Have you taken any pictures of the stains on
12:41:49 19 the ceiling or on the carpet?
12:41:51 20 A. I don't remember. I know -- I remember taking
12:41:54 21 a lot of pictures of the house when the robbery was
12:41:57 22 done because they told me to do it. They told me to
12:41:59 23 take those pictures, and my wife took them. And I
12:42:00 24 don't know if we took any pictures of the carpet or the
12:42:08 25 stains, or the adjuster took them, but I'm pretty sure

74

```
12:42:10  1   somebody took some pictures of it.
12:42:13  2       Q.  Okay.  Let's talk about the dining room.  Have
12:42:17  3   you noticed any problems in the dining room?
12:42:19  4       A.  Just the carpet and --
12:42:22  5       Q.  And does the carpet have the same problem that
12:42:24  6   the carpet in the living room does?
12:42:26  7       A.  Yes.
12:42:32  8       Q.  And did it, I guess, occur around the same time
12:42:35  9   as the problem with the living room carpet?
12:42:37 10       A.  Yeah.
12:42:38 11       Q.  So all the -- all the downstairs carpet, like
12:42:41 12   the downstairs northwest bedroom, the living room, and
12:42:44 13   the dining room, did the carpet issues all occur around
12:42:47 14   the same time, then?
12:42:48 15       A.  Yes.
12:42:50 16       Q.  Okay.  In the dining room, from the schematic,
12:42:54 17   it appears that there's a window in that room.
12:42:56 18       A.  Yes.
12:42:57 19       Q.  Is that correct?
12:42:57 20       A.  Uh-huh.
12:42:57 21       Q.  Have you had any problems with water leaking
12:43:01 22   through that window?
12:43:01 23       A.  No.  Sorry.
12:43:05 24       Q.  Have you noticed any stains on the walls?
12:43:08 25       A.  I don't remember.  My wife is the one that's
```

76

```
12:45:04  1       Q.  Have you noticed any other stains on the
12:45:06  2   ceiling other than the one that you just told me about?
12:45:10  3       A.  No.
12:45:12  4       Q.  Has -- has anybody -- or to your knowledge, has
12:45:16  5   the window above the sink ever been broken?
12:45:28  6       A.  The window by the sink?  I don't think it's
12:45:32  7   ever been broken or replaced.  I remember it's -- it's
12:45:36  8   got like a small crack or something, but I don't
12:45:41  9   exactly remember where.  But it never affected
12:45:44 10   anything.
12:45:44 11       Q.  Do you recall how long that crack has been
12:45:46 12   there?
12:45:48 13       A.  No, I don't.
12:45:48 14       Q.  Do you-all put tape on your windows?
12:45:57 15       A.  At one time whenever there was a storm coming,
12:46:00 16   I remember putting tape on some of the windows.
12:46:12 17       Q.  What kind of tape did you put on the windows?
12:46:15 18       A.  That gray duct tape.
12:46:18 19       Q.  What was the purpose of taping the windows?
12:46:23 20       A.  So they won't break up with the wind when the
12:46:28 21   storm was coming.
12:46:29 22       Q.  Is there a dishwasher in the kitchen?
12:46:37 23       A.  A dishwasher in the kitchen?  I don't think
12:46:44 24   there is.
12:46:45 25       Q.  Have you ever had a leak by the sink?
```

75

```
12:43:15  1   been noticing them most, and -- but I don't remember
12:43:22  2   seeing anything on the walls.
12:43:23  3       Q.  Have you noticed any stains on the ceiling in
12:43:24  4   that room?
12:43:25  5       A.  I believe that there was another stain, but I'm
12:43:27  6   not exactly -- where it was that my wife mentioned it
12:43:33  7   to me.  Between the kitchen and -- and the living room,
12:43:41  8   but I wouldn't exactly know because I never checked it
12:43:46  9   or -- I just remember she mentioned that to me while
12:43:52 10   she was speaking to -- to these people that came to
12:44:00 11   inspect the house, but I never put any attention to it.
12:44:00 12       Q.  Do you know whether or not there were any water
12:44:17 13   leaks at all in that room in regard to the first roof
12:44:20 14   leak?
12:44:24 15       A.  In what room?
12:44:24 16       Q.  I'm sorry.  The dining room.
12:44:32 17       A.  No.  I don't -- I don't remember.  I mean, most
12:44:34 18   of the water leaks were in the living room and
12:44:37 19   probably -- if it was, probably close to the kitchen
12:44:40 20   where my -- where my wife mentioned it because it's --
12:44:43 21   it's right beneath the AHU closet.
12:44:51 22       Q.  Okay.  Other than the -- the stain that your
12:44:55 23   wife had mentioned to you on the kitchen ceiling, have
12:44:59 24   you noticed any stains on the walls in the kitchen?
12:45:06 25       A.  No.
```

77

```
12:46:16  1       A.  In the kitchen?
12:46:17  2       Q.  Yes, sir.
12:46:48  3       A.  I don't -- I don't remember.
12:47:06  4       Q.  Do you recall if you've ever had a leak from
12:47:09  5   the refrigerator?
12:47:10  6       A.  No, I don't remember.
12:47:11  7       Q.  What type of flooring is in the kitchen?
12:47:18  8       A.  In the kitchen, it's like -- it's not tile, but
12:47:26  9   it's the plastic flooring.
12:47:27 10       Q.  Linoleum?
12:47:29 11       A.  Linoleum, yeah.
12:47:30 12       Q.  Have you replaced the linoleum at all since
12:47:33 13   you've lived in the house?
12:47:36 14       A.  Yes.  We replaced the one on the top restroom
12:47:46 15   and the one on the kitchen, and I'm not sure if we did
12:47:53 16   also the one on the downstairs restroom, but I believe
12:47:57 17   we did.
12:47:59 18       Q.  When did you replace that?
12:48:08 19       A.  It had to be probably -- I don't remember
12:48:15 20   exactly, but it had to be like in '97, '98.
12:48:15 21       Q.  Why did you-all decide to replace the linoleum?
12:48:15 22       A.  The one it had before, it was -- the color was
12:48:37 23   fading and it was peeling up in some parts of the
12:48:43 24   kitchen and some parts of the restroom, and we just put
12:48:47 25   new.
```

78

12:48:48 1    Q.  Who replaced the linoleum?  Did you-all hire a
12:48:52 2 contractor?
12:48:13 3    A.  Yeah, a guy from Pharr.  His name is -- I don't
12:48:57 4 remember his name, but it's -- he works for a church in
12:49:01 5 Pharr doing all the -- all the maintenance for the
12:49:07 6 church.
12:49:08 7    Q.  Did you go out and buy the flooring yourself
12:49:13 8 and he just came out and installed it, or did he --
12:48:58 9    A.  No, I -- I bought it and he installed it.
12:49:18 10   Q.  Okay.  Do you recall how much it cost you to
12:49:24 11 replace the linoleum?
12:49:24 12   A.  Not much.  Probably $200.
12:49:26 13   Q.  Since you replaced the linoleum, have you had
12:49:33 14 any problems with it since then with peeling?
12:49:15 15   A.  No.
12:49:35 16   Q.  When he laid down the -- the new linoleum, did
12:49:40 17 he pull up the old flooring and then apply the new
12:49:42 18 flooring, or did he just put the new flooring on top of
12:49:41 19 the old?
12:49:41 20   A.  He pulled out the old one and cleaned the
12:49:48 21 surface and then applied the new one.
12:50:50 22   Q.  On the staircase by the front entrance --
12:50:34 23   A.  Uh-huh.
12:50:34 24   Q.  -- do you have any windows along the stairway?
12:50:18 25   A.  On the second floor, yes.

79

12:50:21 1    Q.  So there's -- is it one window or two windows
12:50:24 2 located --
12:50:25 3    A.  Two windows.
12:50:26 4    Q.  Is it located on the landing?
12:50:28 5    A.  Yeah.
12:50:28 6    Q.  Have either of those windows ever been broken?
12:50:30 7    A.  No.
12:50:31 8    Q.  Have you ever noticed any water leaking from
12:50:35 9 those windows?
12:50:36 10   A.  No.
12:50:37 11   Q.  Okay.  Have you noticed any damage around the
12:50:40 12 window sills or the walls near the windows?
12:50:43 13   A.  No.
12:50:44 14   Q.  Okay.  Do you want to take a short break real
12:50:50 15 quick before going to the upstairs?
12:50:52 16      MR. EATON:  Sure.  Do you want to?
12:50:53 17      MS. HAAS:  Yeah.
12:50:54 18      MR. EATON:  Anybody want -- is anybody
12:50:59 19 hungry?  I don't take lunch myself, but --
12:51:00 20      THE REPORTER:  Off the record.
12:51:09 21      THE VIDEOGRAPHER:  We're off the record.
12:51:11 22      (Brief recess)
12:51:58 23      THE VIDEOGRAPHER:  We're on the record.
13:16:06 24   Q.  Let's go ahead and move on to the upstairs of
13:16:08 25 the house.

80

13:16:41 1    A.  Okay.
13:16:41 2    Q.  Earlier I believe you had testified that there
13:16:48 3 were two windows in the landing, neither of which has
13:16:51 4 been broken and neither of which you are aware of water
13:16:56 5 leaking in through.  Is that correct?
13:16:56 6    A.  Yes.
13:16:59 7    Q.  Okay.  In Bedroom No. 1 -- let's start off with
13:17:03 8 that one.  I believe you testified earlier that this
13:17:05 9 was the bedroom that had a window broken three times?
13:17:06 10   A.  Yes.
13:17:06 11   Q.  And this was the north window, correct?
13:17:11 12   A.  Yes.
13:17:12 13   Q.  After the first time the window was broken, how
13:17:34 14 long did it take you to repair the window?
13:17:17 15   A.  Gee, probably the same day.
13:17:16 16   Q.  Would the same be true of the other times that
13:17:27 17 it was broken?
13:17:31 18   A.  Yeah, because I've got this guy that -- my
13:17:39 19 mom's neighbor.  It's -- he works -- he has a company
13:17:43 20 of -- a glass company, and I just call him and he would
13:17:43 21 come right away.
13:17:45 22   Q.  What is your mom's neighbor's name?
13:17:47 23   A.  Benito Salinas.
13:17:51 24   Q.  What's the name of his company?
13:17:53 25   A.  Salinas Glass.  He's self-employed.

81

13:17:58 1    Q.  Based on the schematic, there is a second
13:18:06 2 window in Bedroom No. 1.  Has that window ever been
13:18:09 3 broken?
13:18:09 4    A.  No.
13:18:10 5    Q.  Have you noticed any stains on any of the walls
13:18:14 6 in Bedroom No. 1?
13:18:18 7    A.  I'm sorry.  Not that I remember.  I haven't --
13:18:24 8 I haven't been checking or -- we mainly concentrated on
13:18:28 9 what we saw downstairs.  We never did really bother to
13:18:32 10 check or --
13:18:34 11   Q.  Whose room is Bedroom No. 1?
13:18:37 12   A.  My daughter Stephanie.
13:18:39 13   Q.  Is Stephanie your 15-year-old?
13:18:41 14   A.  Yes.
13:18:41 15   Q.  Have there been any water leaks on the ceiling?
13:18:16 16   A.  On the second floor, not that I remember.
13:18:57 17   Q.  Do you -- do you know if there are any stains
13:19:06 18 on the ceiling in Bedroom No. 1?
13:19:06 19   A.  No.  No, I don't remember.
13:19:13 20   Q.  Have you had any problems with the carpet?
13:19:24 21   A.  On the top bedroom, I'm not sure if it's also
13:19:24 22 stained.  I'm not sure if it's also stained, but not as
13:19:24 23 much as the one downstairs.
13:19:28 24   Q.  Was it stained before you moved out of the
13:19:36 25 house?

82

1    A.  Yeah.  Before we moved out of the house.

2    Q.  So all this -- even this staining on the carpet

3  in the downstairs, all of this occurred prior to moving

4  out?

5    A.  Yes.  Yes.

6    Q.  Okay.  So to recap on Bedroom No. 1, the north

7  window has been broken three times.  You've replaced

8  the window three times.  And you're unaware of any

9  damage or any water leaks from the roof.  And to your

10  knowledge, there are no stains on the walls or the

11  ceiling, but there may be some staining on the carpet?

12    A.  Correct.

13    Q.  Okay.  Let's move on to Bedroom No. 2.  Have

14  you had any windows broken in Bedroom No. 2?

15    A.  No.

16    Q.  Have you noticed any water leaking in from any

17  of the windows in Bedroom No. 2?

18    A.  No.

19    Q.  Did you have any water leaks in -- from the

20  windows in Bedroom No. 1?

21    A.  Bedroom No. 1?

22    Q.  Yes.

23    A.  No, not that I remember.

24    Q.  Okay.  Go back to Bedroom No. 2.

25    A.  Okay.

83

1    Q.  Have you noticed any stains or any dark

2  substance on the walls in that particular room?

3    A.  No.

4    Q.  Have you noticed any stains or any dark

5  substance on the ceiling of Room No. 2?

6    A.  No.

7    Q.  What about the carpet?

8    A.  The carpet looks just like in Bedroom No. 1 and

9  in No. 3.  It has stains, but not as many as the one

10  downstairs.

11    Q.  Do you recall when you first noticed the stains

12  on the upstairs carpet?

13    A.  Probably the same time my wife noticed them on

14  the downstairs rooms, but I don't recall the dates.

15    Q.  Do you recall how long that carpet -- this was

16  the carpeting that you had added --

17    A.  Yes.

18    Q.  -- put in the house when you first moved in?

19    A.  The new carpet, yes.

20    Q.  And how long from -- when you first moved in

21  and you had the carpet installed, how long was it

22  before you noticed staining on it?

23    A.  How long after we installed it?

24    Q.  Yes, sir.

25    A.  Gee, had to be like -- when we started

84

1  noticing?  No, I don't remember.  It had to be seven,

2  eight years after we put it.

3    Q.  So to recap, you haven't noticed any problems

4  in Bedroom No. 2 other than possible staining on the

5  carpet?

6    A.  Yes.

7    Q.  Okay.  In that open area by the landing --

8    A.  Yes.

9    Q.  -- have you noticed any staining on the walls

10  in that area?  It's kind of the unlabeled area on the

11  map.

12    A.  Only to the -- to the door that leads to the

13  closet, the walls that are connected to the door and --

14  and the unit that's inside the closet.

15    Q.  So the -- the staining, is it on the out -- is

16  it on the outside of the wall?  From when you first

17  walk up the stairs, if you were to look at the wall

18  surrounding the closet door, would you see stains?

19    A.  No.  It's on the inside, on the inside of the

20  door, on the unit itself, and on the inside of the

21  walls.

22    Q.  Okay.  So inside of the wall is not where -- if

23  you open the closet, you look at the wall in the

24  closet, do you see mold on that?

25    A.  Yeah.

85

1    Q.  Okay.  But the walls outside of the closet

2  don't -- don't show anything?

3    A.  No, don't show anything.

4    Q.  Okay.  Are there any stains in the ceiling --

5  on the ceiling in that area?

6    A.  No, I haven't checked.  I haven't checked.  I

7  don't think there's any.

8    Q.  Are there any stains on the ceiling in the

9  air-conditioning closet?

10    A.  I can't see through it completely.  It's kind

11  of hard to look.  You've got the whole furnace and the

12  whole pipe that's going up.  You can't see through it.

13    Q.  Earlier you had testified that there was mold

14  on the door when you open it for the --

15    A.  Yeah.

16    Q.  -- for the air handling closet.  Where on the

17  door is the mold located?

18    A.  On the inside part of the door.

19    Q.  Does it encompass the entire door?

20    A.  I would say from the opening for the

21  ventilation to the way up.

22    Q.  So the top half of the door --

23    A.  Yeah.

24    Q.  -- is -- is mold?  What color is the mold?

25    A.  Black.

86

Q. How long has it been on the door?

A. I don't know. I don't know. When we first noticed is when those people told me about it. They showed it to me, and -- and I don't know how long has it been there.

Q. Who are those other people?

A. The people that was sent by -- to do an inspection there by Allstate.

Q. Was this the first inspection?

A. I believe it was the first inspection, yes.

Q. And I believe earlier you testified that the inside walls surrounding the air conditioner have mold on them.

A. Yeah.

Q. How much of the wall was -- was covered in mold?

A. I couldn't tell. I mean, they just showed it to me and I just saw it for a little while and -- and I couldn't just tell the exact measurements of the wall.

Q. Would you say it was a little bit or a lot?

A. Well, I just -- I saw a little bit. I saw a little bit and I didn't look further because -- mainly what I saw was -- was what was on the -- on the unit itself, on the metal and on the door.

Q. How much mold was on the unit itself?

87

A. On the unit was -- probably the whole unit covered a lot with --

Q. Was it solid mold?

A. It was -- no, it was not solid. It's the same as on the walls.

Q. Okay.

A. Sticking to -- to the metal.

Q. So just spots of it all over it?

A. No. It was --

Q. Was it like a sheet of mold?

A. Yeah. Like it was kind of covered, but not completely. You could still see the -- the unit.

Q. And was that also what it looked like inside the unit?

A. I -- I didn't check inside the unit.

Q. Okay. The flooring in the air-condition closet, did -- was that wet at all?

A. It -- it was wet when -- when the guy for -- from the air condition went there and checked it.

Q. Was that Chon?

A. Yeah.

Q. Okay. How did you clean up the water on the floor?

A. We used cloths and we dried it out and we cleaned the -- he cleaned the -- the little pan that

88

was there for the -- the water that's supposed to go out the -- the drain line and all that stuff.

Q. The flooring underneath the air conditioner, what is it?

A. Plywood.

Q. So there's no carpeting and no linoleum below it?

A. I don't remember exactly if there's linoleum or -- carpeting, I'm sure there's no carpeting in there, but I can't recall right now.

Q. How high off of the ground does the air conditioner sit?

A. The inside unit, I would say three feet.

Q. Do you know what size of a unit it is?

A. No. Not exactly.

Q. Do you know the brand of the -- the brand the unit is?

A. No.

Q. Do you have any warranty paperwork on the unit?

A. I don't think we do.

Q. And I probably have asked you this, but just in case I didn't, what color was the mold that you saw on the unit?

A. Black.

Q. And what color was the mold on the walls and

89

the door?

A. Black.

Q. Black.

Okay. Let's move on to Bedroom No. 3, the master bedroom. Have you noticed any stains on the ceiling in the master bedroom?

A. No.

Q. Have you noticed any stains or discolorations on the walls of the master bedroom?

A. No, I don't remember seeing any.

Q. And from the schematic, it shows there are two windows located in the master bedroom.

A. Yes.

Q. Have either one of those windows been broken?

A. No.

Q. Have you had any problems with water leaking in through any of these windows or have you noticed any water leaking in?

A. No.

Q. Have there been any leaks in that room that you're aware of from the roof?

A. Not that I'm aware of.

Q. Have you noticed any stains or any dark substance on the carpet in Bedroom No. 3?

A. On the carpet?

90

1    Q.  Yes, sir.
2    A.  Yeah, just light stains on the carpet.
3    Q.  Are these stains different from the stains in
4  Bedrooms No. 1 and 2?
5    A.  The same.
6    Q.  Did -- when did the stains in Bedroom No. 3
7  appear?
8    A.  I don't -- I don't -- I don't remember.
9    Q.  Was it the same time frame as the stains in the
10  other two upstairs bedrooms?
11   A.  It could be the same time, but exactly I don't
12  know.
13   Q.  Do you know what's causing the stains?
14   A.  No, I don't.
15   Q.  What color is the carpet in Bedroom No. 3?
16   A.  Pink.
17   Q.  What color is it in Bedrooms 1 and 2?
18   A.  Pink.
19   Q.  What color is it -- is it the same color
20  downstairs?
21   A.  Yes.
22   Q.  So all the carpet in the entire house is pink?
23   A.  Yes.  Now it's black.  It used to be pink.
24   Q.  It's kind of spotted?
25   A.  Yeah.

91

1    Q.  Have you called Allstate at all about any of
2  the damage to the carpet in the house?
3    A.  I -- I don't know if my wife did or I just came
4  with -- when they did the inspection and -- I believe
5  they were telling me that it was part of the same
6  problem.  The stains would come up from beneath the
7  carpet because of -- I don't know.  That became part of
8  the same situation, and I don't know if she contacted
9  Allstate or not regarding the carpet.
10   Q.  Has anyone suggested you remove the carpeting
11  in your house?
12   A.  No.
13   Q.  Have you spoken with anybody about replacing
14  the carpeting in your house?
15   A.  No.
16   Q.  Let's talk about the hall bathroom.  Have you
17  had any problems in regards to the toilet in the hall
18  bathroom -- upstairs hall bathroom?
19   A.  To the toilet?  I don't -- I don't remember
20  exactly.  Just basically I would say the main thing,
21  the tank plug that's inside was not working properly
22  sometimes.  I had to replace it.
23   Q.  Did you have -- did that cause the tank to
24  overflow at all?
25   A.  No.  It never overflowed because it -- it's

92

1  dripping water to the toilet itself.
2    Q.  So the toilet was continuously running?
3    A.  Yeah.
4    Q.  Have you had any problems with water leaking
5  along the base of the toilet or from the supply lines
6  behind the toilet?
7    A.  From the supply line to the toilet once, and
8  the same problem that we had with the toilet downstairs
9  that I had to replace the -- the pipe.
10   Q.  The pipe or the valve or --
11   A.  The pipe that goes from the valve to the tank.
12   Q.  Have you replaced the pipe -- that connection
13  of the valve to the tank in the bathroom downstairs
14  also?
15   A.  And the valve downstairs.  The valve was kind
16  of rusted and it was dripping.
17   Q.  And the one upstairs, was it having the same
18  problem?
19   A.  I looked -- it appeared to me like it was only
20  the pipe, which I replaced only.  The valve looked in
21  bad shape, but it didn't look like it was dripping.
22   Q.  When did you replace the pipe on that -- on
23  that toilet?
24   A.  I don't remember exactly.
25   Q.  Do you recall if it was before or after you got

93

1  married?
2    A.  After I got married?  Probably before.
3    Q.  Do you recall how much it cost you to make that
4  repair?
5    A.  Five dollars.
6    Q.  Have you had any other problems with that
7  particular pipe leaking since you fixed it?
8    A.  No.
9    Q.  Have you experienced a toilet overflow in that
10  bathroom?
11   A.  No.
12   Q.  Have you noticed any water leaking from around
13  the base of the toilet?
14   A.  No.
15   Q.  When the supply line to the toilet was leaking,
16  was there any -- how much water was on the floor?
17   A.  Not much.  It was just kind of dripping.
18   Q.  When you say "dripping," do you mean like kind
19  of a slow, steady drip or --
20   A.  Once in a while drip.  Not -- not steady drip.
21   Q.  So was there just -- was it a small puddle,
22  then, in the area?  Or how did you notice that it was
23  leaking?
24   A.  My wife noticed it was leaking, dripping, and
25  she cleaned it up with a mop for that day until I got

94

1    there and fixed it.

2        Q.  Did the baseboards get wet?

3        A.  I don't think it did.

4        Q.  What kind of flooring is in that bathroom?

5        A.  Linoleum.

6        Q.  Linoleum?

7            And if I understood you correctly, you

8    didn't participate in the cleanup; you just replaced

9    the pipe?

10       A.  Yes.

11       Q.  And when you replaced the pipe, how did you go

12   about doing that?

13       A.  How did I what?  I'm sorry.

14       Q.  Go about doing this, making the repair.

15       A.  I -- I turned the water off from the outside,

16   turned the valve off, and just replaced the pipe.  It's

17   just flexible pipe that connects the valve to the

18   bottom of the tank of the toilet.

19       Q.  And what's the pipe made out of?

20       A.  Plastic probably.  I mean, you can bend it.

21       Q.  Okay.  So it's a softer --

22       A.  It's a soft piping.

23       Q.  Okay.  Other than -- other than what we just

24   talked about, have you had any problems with the

25   toilet?

95

1        A.  Not that I remember.

2        Q.  What about the sink?  Have you experienced any

3    leaks in that area?

4        A.  I don't -- I don't remember on the sink.

5        Q.  Do you recall if that is the sink that was

6    originally in the house when you-all purchased it?

7        A.  Yes, it is.

8        Q.  What about the bathtub?

9        A.  It -- it is the original.

10       Q.  But the -- the toilet you-all replaced when

11   you-all first moved in, correct?

12       A.  Yes.

13       Q.  Have you experienced or are you aware of any

14   leaks with the bathtub?

15       A.  The bathtub had -- had a leak on the -- on the

16   valve itself, but it was very little.  And if you press

17   it real good, it will close down.  But I haven't

18   checked on it since we moved out.  It started when we

19   were ready to move out, and then we disconnected the

20   water and haven't checked on it yet.

21       Q.  So --

22       A.  It goes directly into the tub.

23       Q.  And so it doesn't affect any other area.  It

24   just -- the tub is the only place it would drain into?

25       A.  Yeah.

96

1        Q.  And the knobs on the -- is there one knob or

2    two knobs?

3        A.  One knob.

4        Q.  And that will control all of the water and --

5        A.  Yeah.

6        Q.  Is there a shower also in that -- with that

7    bathtub?

8        A.  Yes.

9        Q.  Is it missing the plate that goes around the

10   nozzle in the tile like the one downstairs?

11       A.  No, it's not.

12       Q.  Okay.  So there's no opening --

13       A.  No.

14       Q.  -- among the tile like there was on the

15   downstairs?

16       A.  No.

17       Q.  Okay.  Is this the bathroom that you-all

18   primarily used?

19       A.  Yes.

20       Q.  Have you noticed any dark substance in the

21   bathtub?

22       A.  Not that I remember.

23       Q.  Did you notice any dark substance around the

24   tile?

25       A.  No.

97

1        Q.  Okay.  Have you noticed any staining along the

2    grouting of the bathtub or among the tile?

3        A.  Yeah.  There has been staining there and -- but

4    we always clean it.

5        Q.  What color was the stains?

6        A.  Kind of black.

7        Q.  Black.  When did you first start to notice the

8    black staining around the -- the caulking or the tile?

9        A.  A long time before we -- before we moved out.

10   I would say a year before.

11       Q.  And you had mentioned before that you would

12   clean it.  What did you clean it with?

13       A.  My wife would clean it.  Just regular cleaners.

14   Probably tile cleaner.

15       Q.  Do you -- so you don't specifically know what

16   she used to clean the bathroom?

17       A.  Not really.

18       Q.  Okay.

19       A.  We assumed it was just regular maintenance that

20   it needed.

21       Q.  Have you had any, I guess, leaks from the

22   shower part of the -- of the unit?

23       A.  Not that I remember from the shower, no.

24       Q.  Okay.  So you're unaware of any leaks within

25   the walls of the pipes connecting the shower?

98

1    A. Completely unaware.

2    Q. Okay. Have you noticed any -- other than what

3  we just talked about in the bathtub, have you noticed

4  any stains along the ceiling of the upstairs hall

5  bathroom?

6    A. No.

7    Q. Have you noticed any staining along the walls

8  around the toilet?

9    A. No.

10    Q. Have you noticed any stains along any of the

11  walls or any dark substance along any of the walls in

12  the hall bathroom?

13    A. Inside the bathroom, no.

14    Q. So the only -- only place that you've noticed

15  any dark substance is along the caulking or in the tile

16  of the bathtub?

17    A. Yes.

18    Q. Is there a cabinet underneath the sink?

19    A. Yes.

20    Q. And is it made of wood?

21    A. Yes.

22    Q. Have you noticed any water stains or warping of

23  the boards?

24    A. No.

25    Q. Have you noticed any damage to any of the walls

99

1  in the cabinet underneath the sink?

2    A. I haven't checked any of that part.

3    Q. When you discovered that the supply line to the

4  toilet was leaking, did you notify or did your wife

5  notify Allstate?

6    A. I don't think she did.

7    Q. Did you take pictures of any of the, I guess,

8  water on the floor or take pictures of any of the

9  damage?

10    A. No.

11    Q. Have you had a problem with the toilet at all

12  since you made these repairs?

13    A. No.

14    Q. Is there any other damage or any dark substance

15  in the hall bathroom that you're aware of that we have

16  not discussed?

17    A. No.

18    Q. I have a few general questions for you about

19  the house.

20    A. Okay.

21    Q. Do you know whether or not there's a

22  dehumidifier in the house?

23    A. I'm sorry?

24    Q. A dehumidifier?

25    A. If there's a dehumidifier? No.

100

1    Q. Do you know whether there are any vents in the

2  bathroom?

3    A. Vents? Just the AC vents.

4    Q. So there's no, I guess, vents to -- like a lot

5  of times you'll see them above the toilet or something.

6  Are there any kind of vents like that?

7    A. Vents that are in -- in the wall?

8    Q. No. Well, they're usually on the ceiling. Not

9  the -- not the AC registers, but any other form of

10  ventilation for the bathroom.

11    A. I don't recall. I don't recall.

12    Q. Okay. I believe earlier that you had testified

13  that Valley Mortgage owns the mortgage on the house on

14  22nd?

15    A. Yes.

16    Q. Does Valley Mortgage go by any other name, or

17  were they bought out by another company?

18    A. No. It's been Valley Mortgage Company for a

19  very long time.

20    Q. And what is the name on the mortgage? Whose --

21  is it under Nora Garcia?

22    A. Yes.

23    Q. Have you missed any mortgage payments on this

24  house?

25    A. Yes. I believe we have.

101

1    Q. Do you know how many?

2    A. I'm not -- I don't know exactly how many

3  because it's deducted directly from my wife's account.

4    Q. Do you have a joint checking account or

5  separate checking accounts?

6    A. Separate checking accounts.

7    Q. So she makes the payment --

8    A. Uh-huh.

9    Q. -- for this house?

10        Okay. Have you ever made any payments for

11  the house?

12    A. I believe I have, but I don't exactly remember.

13  Sometimes that -- we got two payments together because

14  one of them -- a check bounced -- her check bounced or

15  something like that. I had to make the check for two

16  payments. I don't remember when was that.

17    Q. Has anybody from the bank been out to

18  inspect -- or the mortgage company been out to inspect

19  the house recently?

20    A. Recently? I don't think they have ever been --

21  inspected the house.

22    Q. Is the mortgage company aware that you have a

23  mold claim?

24    A. I'm not sure, but I believe they do.

25    Q. I believe a few minutes ago you had testified

102

1    that you-all had missed a few payments.
2    A.  Uh-huh.
3    Q.  Has the mortgage company threatened to
4    repossess the house at all?
5    A.  No, not at all.  We were just late.
6    Q.  So it wasn't -- you didn't just skip a whole
7    month's worth of payment; you just paid them late?
8    A.  Yes.  We skipped a whole month worth of
9    payments once and we got two payments together that we
10   had to make at one time.  But we've been late.  We've
11   been late.  But we haven't had any letters saying that
12   they might repossess the house.
13   Q.  What is the name of the utility company that, I
14   guess, provided the electric services to the house on
15   22nd?
16   A.  Magic Valley Electric.
17   Q.  Do you retain, I guess, the stubs from your
18   electric bills?
19   A.  My wife does.
20   Q.  Okay.  Could we have you provide one of those
21   to your attorney?
22         MS. HAAS:  So you can, I guess, produce it
23   to us so we can go ahead and get the records.
24         MR. EATON:  (Moving head up and down.)
25   A.  Okay.

103

1    Q.  Okay.  And the -- what's the name of the
2    company that you-all used for water services?
3    A.  It's McAllen -- City of McAllen.
4    Q.  And also, do you retain copies of your water
5    bills?
6    A.  Yes, my wife does.
7    Q.  Okay.  And once again, can I have you send a
8    copy to your attorney and they can produce it to us?
9    A.  Okay.
10   Q.  Thank you.
11        What was your average utility or electric
12   bill at the house on 22nd?
13   A.  Electric bill average, I would say 120.
14   Q.  Was this year round or was that for summer or
15   the fall or --
16   A.  Mainly, I would say, year round 120 to 150.
17   Q.  And how much was your water bill?
18   A.  $30, $40 maybe.
19   Q.  I believe earlier you had testified that you
20   were the one who was handling some of the general
21   maintenance with the house.
22   A.  Yes.
23   Q.  And I believe you had testified that you -- you
24   have someone or you go out there to mow the lawn --
25   A.  Yes.

104

1    Q.  -- is that correct?
2    A.  Yes.
3    Q.  Does this also include, I guess, just taking
4    care of the yard in general?  Do -- what do you do to
5    help maintain the inside of the house?
6    A.  Not the inside.  Just the -- cutting the yard,
7    cleaning the outside.  We haven't basically done
8    anything to the inside of the house.
9    Q.  So the electricity has been off for over a
10   year?
11   A.  Over a year?  It could probably be more than
12   that.
13   Q.  How long has the water been off?  Or is the
14   water off?
15   A.  The water has been off for -- gee, a long time,
16   also.  I don't remember how long.
17   Q.  So you-all don't -- so the maintenance of the
18   house is primarily maintenance of the outside of the
19   house, if I understood you correctly?
20   A.  Outside, yes.
21   Q.  Do you leave the windows to the house open or
22   closed?
23   A.  Closed.
24   Q.  Do you ever leave them open at times?
25   A.  Sometimes when we go there and we need to go

105

1    and find something, like pictures or something that my
2    wife wants, we just open them up for a little while and
3    then we close them back.
4    Q.  So it was not -- it was not your practice to
5    leave the windows cracked for ventilation purposes?
6    A.  No.
7    Q.  Okay.  So most of the time -- how -- actually,
8    how often would you go to the house to check on it?
9    A.  I try to go once a week, once every two weeks,
10   cut the lawn, check the fence, replace the broken parts
11   of the fence.
12   Q.  Replace a couple of windows?
13   A.  The windows, yeah.
14   Q.  Okay.  And are you the one who is primarily
15   responsible for the maintenance of the house right now,
16   or maintaining --
17   A.  For me?
18   Q.  -- maintaining the outside, anyway?
19   A.  Well, I've got a friend that helps -- that
20   help -- helps me.
21   Q.  Okay.  And who would that be?
22   A.  His name is Daniel.  Daniel.
23   Q.  Daniel?
24   A.  Yeah.
25   Q.  And what's his last name?

106

1    A.  Santiago.

2    Q.  And he helps with --

3    A.  The lawn, with the -- everything we do on the

4    outside.

5    Q.  Other than cutting the lawn, what do you do

6    outside -- the fence and the lawn and repairing windows

7    as needed, what else for the outside do you -- do you

8    take care of doing?

9    A.  That's it.

10   Q.  Okay.  So the inside of the house has not, I

11   guess, been -- has anybody, since you-all have moved

12   out, gone and cleaned or vacuumed or mopped the inside

13   of the house?

14   A.  Nothing.

15   Q.  Okay.  Have you removed anything from the

16   house?

17   A.  Not that I remember.  Just maybe pictures that

18   my wife needed and -- no, that -- that will be it.

19   Q.  Did you take any appliances --

20   A.  No.

21   Q.  -- such as a refrigerator or --

22   A.  Nothing.

23   Q.  Is there a refrigerator currently in the house?

24   A.  I don't think it's there.  The refrigerator, I

25   believe, was stolen.  The dryer or the washer, I don't

107

1    know if it's still -- the dryer that's there, they just

2    got completely the -- the hoses that connected to

3    the -- to the -- to the washer and they stole it and --

4    what else?  Microwave, I believe, is still there.  I

5    haven't exactly checked what's there and wasn't there.

6    Q.  When your house was burglarized, did they just

7    take appliances or did they -- did they do any, I

8    guess, damage to the contents inside the house?

9    A.  They did damages and they took a lot of stuff.

10   They broke in through the top window and then they

11   opened the sliding door and then they broke the fence

12   that connects to the other house, like a 6-by-8 hole.

13   And through there, they took the stuff.

14   Q.  Do you know who did that initial burglary?

15   A.  We knew who they were.  We couldn't do nothing

16   about it.  The police couldn't do nothing about it.  It

17   was just kids from the neighborhood.  And one of the

18   burglaries -- I don't know if it was the second time.

19   It was not the first time.  I believe it was the

20   second.

21        The neighbor on the other side got one of

22   the guys inside the house and gave it to the police,

23   and from then they started investigating.  They found

24   out who they were, and they still couldn't do nothing

25   about it.  They were all minors, they said.  And after

108

1    that happened, they just wouldn't burglarize the house.

2    They just would go in there at night probably -- I

3    don't know -- and damage what was in there.

4    Q.  What all have they damaged?

5    A.  They -- they break everything they could break.

6    They, I mean, mess around with everything.  They throw

7    everything on the floor.  I mean, that kind of stuff.

8    Q.  So just a lot of vandalism?

9    A.  Yeah.  Vandalism.

10   Q.  Did they -- you testified earlier there were

11   some stains on the carpet.  Did they do anything to add

12   to any of the carpet staining?

13   A.  No.  The staining has been there for -- before

14   we moved out.

15   Q.  Okay.  And currently you-all are living in the

16   house that you purchased, correct?

17   A.  Yes.

18   Q.  Okay.  Do you have any plans to move back into

19   the house on 22nd Street?

20   A.  I don't know.  I don't know.  We -- we haven't

21   discussed that.  We've been waiting for -- for this to

22   be resolved.  And -- and since all this started, I

23   was -- always been asking my wife that I needed to fix

24   the house, but it's my understanding that she was

25   notified that there's nothing we could do to the house

109

1    inside until all this matter is resolved.

2        So I always try to convince her that --

3    for me to go and fix the house, like to do the carpet,

4    like clean the house, take all the stuff out and do a

5    complete cleaning.  And for some reason, she told me

6    there's nothing I can do until everything is resolved.

7    But I haven't discussed that with her, if we're moving

8    back or not.  We might, we might not.

9    Q.  Have you discussed just selling the house at

10   all?

11   A.  We've talked about it, but not a concrete

12   response and decision on what we're going to do, either

13   sell it or -- we don't know yet where -- where all this

14   is going to end.

15   Q.  Have you consulted a realtor to find out the

16   value of the house?

17   A.  No, we haven't.

18   Q.  Do you have any idea how much its market value

19   is now?

20   A.  I don't have any idea.

21   Q.  What's the address of the house that you're

22   currently residing in?

23   A.  6802 North 36th Lane.

24   Q.  North 36th Lane?

25   A.  Yeah.

110

1   Q.   When did you first move into that house?

2   A.   We've been there probably close to two years.

3   Q.   Who was the contractor for that house?

4   A.   Brito Homes, B-R-I-T-O.

5   Q.   Did you have this house specifically built for

6   you-all or was it a speculation home and then you-all

7   decided you liked it and wanted to move in?

8   A.   Yeah.  Well, it's a house they had built

9   already.  They showed it to us and we just bought it.

10   Q.   How big is the house?

11   A.   I would say 27, 2800 square feet.

12   Q.   How big was the house on 22nd?

13   A.   I don't remember.  Two thousand square feet

14   probably.

15   Q.   So the house you're currently living in is

16   larger than the one that you moved out of?

17   A.   Yeah.

18   Q.   And the house on 36th Street, whose name is the

19   title in?

20   A.   Mine.

21   Q.   Is it only in your name?

22   A.   Yes.

23   Q.   Is there a reason why you decided not to have

24   both names on the title?

25   A.   Yes.

111

1   Q.   What was that reason?

2   A.   My wife was going through a lot of bad credit

3   situations because of the struggle that we've been

4   having.  And we tried it both, and then her credit was

5   not good, so we just run it under my own credit.

6   Q.   Did you have this house that you just moved

7   into inspected before you moved in?

8   A.   Yes.

9   Q.   Who inspected it, and what did they inspect

10   for?

11   A.   The -- the real estate company.  I believe

12   Valley Mortgage sent somebody to do an inspection on

13   basically the -- I don't know what they call that

14   inspection where they check the roof, where they check

15   the framing, where they check the -- basically the

16   whole framing of the house.

17   Q.   Were you present for that inspection?

18   A.   I was there when the guys got there, but then I

19   had to leave, so I was not present the complete time.

20   Q.   Are you aware of the results of the inspection?

21   A.   No, but I assume it's -- it was just a positive

22   result because it had to be approved by Valley

23   Mortgage.

24   Q.   So Valley Mortgage owns the mortgage on the

25   house on 36th Street as well as the house on 22nd?

112

1   A.   Yes.

2   Q.   What was the purchase price of your house on

3   36th?

4   A.   120 or 122.

5   Q.   What's your monthly mortgage?

6   A.   $800.60.

7   Q.   Do you know what the interest rate is on this

8   mortgage?

9   A.   Right now like 4.75.

10   Q.   And what's the term of the loan?

11   A.   Fifteen years.

12   Q.   Fifteen?

13   A.   Yes.

14   Q.   Did you put a down payment on the house?

15   A.   Yes.

16   Q.   How much was your down payment?

17   A.   Twenty percent.  Twenty-some thousand dollars,

18   24, 25.  I don't exactly remember.

19   Q.   And who -- who paid the 24,000?

20   A.   I did.

21   Q.   Okay.  And where did you get the $24,000?

22   A.   I had a CD -- savings account and a CD reserved

23   for one of my daughter's education.

24   Q.   And the house on 36th Street, are you the

25   person who primarily makes the payments for this house?

113

1   A.   Yes.

2   Q.   Who is the insurance carrier on this house?

3   A.   I don't remember the name of the company, but

4   the -- it was issued to me by Bert Whisenant Insurance

5   here in McAllen.

6        THE REPORTER:  Say it again.

7        THE WITNESS:  Bert Whisenant Insurance.

8   Q.   So that's -- so Bert Whisenant is your agent?

9   A.   Is the agent, yes.

10   Q.   Do you know whether or not Bert Whisenant sells

11   Allstate or --

12   A.   I don't know.

13   Q.   So do you know if Allstate insures this

14   particular residence?

15   A.   I don't know.

16   Q.   Okay.  How much are your utility bills at the

17   new house, your electric and your water?

18   A.   The water is around $40.  The electric is

19   around 150.

20   Q.   Do you own any other houses?

21   A.   No.

22   Q.   Do you own any other real property?

23   A.   Yes.

24   Q.   What's the other property that you own?

25   A.   It's a lot, an empty lot.

### 114

| | | |
|---|---|---|
| 13:59:57 | 1 | Q. Where is this located? |
| 13:59:59 | 2 | A. Here on Dove Avenue in McAllen. |
| 14:00:00 | 3 | Q. Are you planning on selling this lot or is it |
| 14:00:10 | 4 | just -- |
| 14:00:11 | 5 | A. Selling it. |
| 14:00:12 | 6 | Q. What's it being used for now? |
| 14:00:13 | 7 | A. I just bought it along with my brother to build |
| 14:00:20 | 8 | a house. He wanted to build a house, and it's been |
| 14:00:23 | 9 | there for quite a while now. |
| 14:00:24 | 10 | Q. Who was going to build a house out there, you |
| 14:00:29 | 11 | or your brother or both of you? |
| 14:00:31 | 12 | A. He was going to build a house. |
| 14:00:33 | 13 | Q. Okay. And is your brother no longer planning |
| 14:00:36 | 14 | on building a house there? |
| 14:00:39 | 15 | A. At this moment, no. |
| 14:00:41 | 16 | Q. Is the lot currently for sale? |
| 14:00:44 | 17 | A. No, it's not for sale. |
| 14:00:46 | 18 | Q. Is there any other real property that you have? |
| 14:00:49 | 19 | A. Yes. |
| 14:00:49 | 20 | Q. And what would that be? What would that be? |
| 14:00:51 | 21 | A. It's -- it's a lot in Mission, Texas, |
| 14:01:01 | 22 | commercial lot. |
| 14:01:09 | 23 | Q. And what's on that lot? |
| 14:01:09 | 24 | A. Nothing. |
| 14:01:09 | 25 | Q. So it's empty? |

### 116

| | | |
|---|---|---|
| 14:02:08 | 1 | A. For the lot in Mission, it was 65. Sixty-five, |
| 14:02:11 | 2 | I believe. |
| 14:02:12 | 3 | Q. Did you pay cash for these lots or do you -- |
| 14:02:16 | 4 | A. It's financed by Valley Mortgage. They almost |
| 14:02:23 | 5 | financed it almost the same time, right after they |
| 14:02:27 | 6 | financed my house. I would say a year after. And then |
| 14:02:37 | 7 | they sold the mortgage -- mortgage to another company, |
| 14:02:39 | 8 | and then I went back to Valley Mortgage. We |
| 14:02:41 | 9 | refinanced, and we put both properties -- both |
| 14:02:46 | 10 | properties the same time. |
| 14:02:46 | 11 | Q. Who's your insurance carrier for your |
| 14:02:50 | 12 | automobiles? |
| 14:03:04 | 13 | A. Automobiles? State Farm Insurance. |
| 14:03:06 | 14 | Q. Have you ever made any prior homeowner claims |
| 14:03:13 | 15 | on any houses that you've owned? |
| 14:03:16 | 16 | A. No. |
| 14:03:16 | 17 | Q. Do you -- have you had to make any claims on |
| 14:03:20 | 18 | the new house? |
| 14:03:20 | 19 | A. No. |
| 14:03:21 | 20 | Q. Have you missed any payments on the new house? |
| 14:03:27 | 21 | A. I've been late once only. |
| 14:03:30 | 22 | Q. By that do you mean that you just skipped a |
| 14:03:33 | 23 | month or you just got it to them a few days late? |
| 14:03:37 | 24 | A. A day late. |
| 14:03:38 | 25 | Q. A day late. |

### 115

| | | |
|---|---|---|
| 14:01:14 | 1 | A. Empty. |
| 14:01:14 | 2 | Q. Have you rented it at all? |
| 14:01:16 | 3 | A. No. |
| 14:01:16 | 4 | Q. How long have you owned it? |
| 14:01:17 | 5 | A. Close to nine months now. |
| 14:01:20 | 6 | Q. What are you -- what are your plans for that |
| 14:01:25 | 7 | lot? |
| 14:01:25 | 8 | A. Building an office. |
| 14:01:28 | 9 | Q. Have you already discussed the -- I guess, the |
| 14:01:35 | 10 | floor plans with the contractor? |
| 14:01:36 | 11 | A. Nothing at all. |
| 14:01:37 | 12 | Q. Are you the only owner of this lot? |
| 14:01:39 | 13 | A. Yes. |
| 14:01:40 | 14 | Q. Is your wife on the title of it also? |
| 14:01:45 | 15 | A. No, she's not. |
| 14:01:45 | 16 | Q. The lot on Dove Avenue, how long have you owned |
| 14:01:48 | 17 | that one? |
| 14:01:48 | 18 | A. That one, it's -- I don't remember. Two or |
| 14:01:54 | 19 | three years probably. |
| 14:01:56 | 20 | Q. Do you recall the purchase price? |
| 14:01:56 | 21 | A. Twenty-four. |
| 14:01:59 | 22 | Q. Twenty-four thousand? |
| 14:02:00 | 23 | A. Yeah. |
| 14:02:00 | 24 | Q. And what was the purchase price for the lot in |
| 14:02:06 | 25 | Mission? |

### 117

| | | |
|---|---|---|
| 14:03:14 | 1 | Since you moved into the new house, has it |
| 14:03:17 | 2 | been -- been appraised again for school tax purposes? |
| 14:04:04 | 3 | A. No, not that I remember. |
| 14:04:10 | 4 | Q. And have you ever contested the appraisal value |
| 14:04:14 | 5 | on either the house on 36th or on 22nd? |
| 14:04:14 | 6 | A. Have I ever -- |
| 14:04:15 | 7 | Q. Contested the appraisal values on any of your |
| 14:04:18 | 8 | houses. |
| 14:04:19 | 9 | A. No. |
| 14:04:19 | 10 | Q. Okay. I have a -- were you present for any of |
| 14:04:46 | 11 | the inspections on the house on 22nd Street? |
| 14:04:49 | 12 | A. Yes. I was present, I would say, most of the |
| 14:04:52 | 13 | inspections. |
| 14:04:52 | 14 | Q. Do you recall how many inspections occurred? |
| 14:04:55 | 15 | A. I recall the first one. Then some other people |
| 14:05:05 | 16 | came from Austin, like -- I recall like three. And |
| 14:05:08 | 17 | then the time when some other people came, that you |
| 14:05:13 | 18 | came to the house, that was the last one. |
| 14:05:13 | 19 | Q. I believe you were mowing the lawn. |
| 14:05:17 | 20 | A. Yeah, that's what I was doing. |
| 14:05:19 | 21 | Q. During any of the inspections, did you have any |
| 14:05:25 | 22 | discussions about what was wrong with the house with |
| 14:05:28 | 23 | any of the inspectors? |
| 14:05:28 | 24 | A. No. Just once. I don't remember if it was the |
| 14:05:31 | 25 | first one or the second one that they actually showed |

118

1  me where the mold was, but I don't remember who exactly
2  was that.
3      Q.  Do you recall if that inspection team was sent
4  by Allstate or by your attorneys -- your wife's
5  attorneys?
6      A.  I don't recall.
7      Q.  Does the -- you just testified a moment ago
8  that the first time they showed you some mold --
9      A.  The first one or second one.  I don't exactly
10 remember.
11     Q.  Did they tell you what the source or the cause
12 of the mold was?
13     A.  No.
14     Q.  Have you seen any repair estimates for the
15 house?
16     A.  No.
17     Q.  Have you seen any of the reports generated from
18 any of the inspections?
19     A.  No.
20     Q.  Do you have any dogs or cats?
21     A.  Never.
22     Q.  So -- does anybody who resides in the house
23 smoke inside the house?
24     A.  Nobody smokes.
25          MS. HAAS:  Do you want to go ahead and

119

1  stipulate for the record that plaintiffs are not making
2  any, I guess, healthcare --
3          MR. EATON:  Let me put something on the --
4  at this time we're not making any -- any claims
5  concerning medical conditions associated with mold in
6  the home.  If that situation will change, we will
7  advise you in writing.
8          MS. HAAS:  Okay.  And if so, we'd like to
9  reserve the right to re-depose.
10          MR. EATON:  You have the right to -- then
11 you can re-depose.  Absolutely.
12     Q.  I believe earlier you testified that you only
13 had minimal contact with anyone from Allstate.  Is that
14 correct?
15     A.  Yes.
16     Q.  Do you know how much the house on 22nd Street
17 is insured for?
18     A.  I don't -- I don't really know.
19     Q.  Do you know why Allstate was chosen as the
20 insurance carrier?
21     A.  It was chosen since the beginning -- I don't
22 know why -- by Valley Mortgage and my wife, and it's
23 been there since the beginning, since she purchased the
24 house.
25     Q.  Do you know the name of your wife's Allstate

120

1  agent?
2      A.  Gee.  Archie.  Archie -- I'm not sure if it's
3  Archie Acevedo or -- Archie Acevedo is the one she
4  spoke with, but he might be the one.
5      Q.  Were you present for any conversations between
6  your wife and the Allstate agent?
7      A.  No, ma'am.
8      Q.  Okay.  Has your wife told you anything about
9  any conversations she has had with an Allstate agent,
10 Archie specifically?
11     A.  Well, she has been talking to me every time she
12 had a conversation, but I -- I mostly don't recall.  I
13 mean, she said it was being handled by them and -- and
14 I never tried to exactly know what was going on.  I
15 just know the main things, which is when she hired the
16 lawyer, when -- when she was having problems with the
17 people from Allstate, when the lawyer would never
18 answer the questions, the guy from Weslaco, and all
19 that kind of stuff.  She's been making comments to me
20 about it, how this procedure was going.
21     Q.  Do you know whether Archie has been involved
22 with any of the claims in this suit?
23     A.  I don't really know.
24     Q.  Do you and your wife feel that Archie told
25 you-all anything that wasn't -- that wasn't true?

121

1      A.  Not exactly Archie, but my wife and I feel
2  that -- I don't know if exactly Archie.  I don't know
3  who she has been talking to or -- people from Allstate,
4  but what she feels mainly is frustration.  It's been
5  taking a very long time to resolve and -- and we never
6  pursue anything wrong, as far as I know, which is --
7  she just made the call and waited to see what happened,
8  being confident that everything was going to work okay.
9  And then everything started changing from there and we
10 just -- she just got very frustrated.
11     Q.  Do you or your wife feel that Allstate made any
12 promises that have not been kept?
13     A.  Yes.
14     Q.  What are they?
15     A.  At the beginning, somebody from Allstate told
16 my wife, "Completely move out of the house.  Don't take
17 anything.  Just leave everything there right now."  And
18 we assumed it was going to be taken care of.  So we
19 didn't know what to do.
20          And she said, "Let's go to a hotel.
21 Everything is going to be covered."  Since we were very
22 ignorant about this matter, we decided not to take
23 advantage -- advantage of anything and we just moved
24 into her sister's house, which she was supposed --
25 going to be renting it to us.

122

1   And from there, nobody paid anything. And
2   then nobody did anything. She kept calling. She kept
3   calling, "What's the matter?" Then the burglaries
4   came. Then the police reports came. Then everything
5   got complicated. Then she hired this lawyer.
6       Then they sent her, I believe, a letter
7   saying that -- I don't know exactly how -- if this was
8   happening -- that she was speaking with someone at
9   Allstate stating that in order for -- for Allstate to
10  proceed with this thing, she had to completely let the
11  lawyer know that he had no longer the case, or
12  something like that, which I don't -- I'm not really
13  aware what happened. That the lawyer never did
14  anything or something like that.
15      Q. What was this attorney's name?
16      A. He was from Weslaco. I don't remember his name
17  exactly. My wife is the one that was making the trips
18  over there. And she did in writing that he no longer
19  had the case because she thought we could have a better
20  chance with Allstate doing it on our own since there
21  was nothing wrong to -- to the matter.
22      So when she let the lawyer go and she
23  started talking to Allstate, I remember her telling
24  me -- telling me that, "Everything is going to be okay.
25  We're going to fix it on our own. I mean, the lawyer

123

1   never did anything. Allstate is going to be okay with
2   us."
3       And then after a while -- I would say a
4   month, a month and a half -- she received a
5   notification from Allstate -- I don't know if in
6   writing or by phone -- saying, "Okay. This is it.
7   We're not going to pay. We have nothing to pay." And
8   then she got pissed off again. She got frustrated
9   again, and then kept on going until we hired Mr. Eaton.
10      Q. Was Jesus Contreras the attorney --
11      A. Yes.
12      Q. -- that your wife hired?
13      A. Yes. Yes.
14      Q. How did you guys first hear about
15  Mr. Contreras?
16      A. My wife -- I don't know -- through a friend
17  or -- I don't really know how she -- because the guy --
18  or somebody told us the guy is handling mostly these
19  kind of cases. And he was very fast in doing all the
20  stuff and -- something like that.
21      Q. And if I understood your testimony correctly,
22  your wife became very -- became unhappy with the way
23  Mr. Contreras was handling the claim?
24      A. Yes.
25      Q. Terminated his services --

124

1   A. Yes.
2   Q. -- and attempted to resolve the matter on
3   you-all's own?
4   A. Uh-huh. And Allstate required for her to send
5   them a letter in writing where she terminated
6   Mr. Contreras' services, which she did. And after
7   Allstate received the letter -- I don't know if a month
8   later or some more -- they notified her that there was
9   nothing they can do, that they were not going to pay.
10  Q. And at that point you hired Mr. Eaton?
11  A. Yes. My wife did.
12  Q. How did you first hear about Mr. Eaton?
13  A. I believe my sister-in-law told my wife. My
14  wife was trying to find another lawyer, and that's how.
15  Q. What's your sister-in-law's name?
16  A. Rocio Denise Garcia.
17  Q. Does she have a mold claim?
18  A. Not that I know.
19  Q. Do you know anybody else who has mold claims?
20  A. No.
21  Q. Do you know if any of your children attended
22  any schools that have mold issues?
23  A. Yes. One of my -- my other son from a previous
24  marriage. Alamo School.
25  Q. And which son was that?

125

1   A. Edgar Morales.
2   Q. And when did he attend the Alamo School that
3   had a mold problem?
4   A. This one just came recently. I would say --
5   I'm not sure about this, but probably two years ago or
6   something like that. It was -- I -- I heard it was a
7   problem with the whole school or the company that built
8   the school in Alamo, the high school. They had a
9   problem with the company, that it was affecting all the
10  students or something like that. But, I mean, nothing
11  big. It's just -- when he told me about it, I realized
12  it might be kind of the same thing, because he
13  developed some respiratory problems and he developed
14  asthma through it and -- and he had to start treatment
15  for about a year.
16  Q. I believe I asked you and you testified earlier
17  that you are not a named plaintiff in this lawsuit; is
18  that correct?
19  A. I don't quite understand that, if I am or not,
20  because my wife is handling all of that. Obviously the
21  question was, "Are you suing Allstate?"
22      And I said, "No. Probably not me.
23  Probably my wife is. Probably I'm involved." I mean,
24  I don't understand completely.
25  Q. You're right. I mean, that is what I was

126

1   asking you, and you paraphrased it very well.
2       A.  Yeah.  And I don't --
3       Q.  Your name was not on the Allstate policy; is
4   that correct?
5       A.  No.
6       Q.  Okay.  And your wife, to your knowledge, signed
7   a contract for services to employ Mr. Eaton; is that
8   correct?
9       A.  I assume she did.
10      Q.  Did you sign a contract?
11      A.  I don't remember.
12      Q.  Have you read the petition that was filed in
13  your wife's behalf in this case?
14      A.  Not that I remember.
15      Q.  Have you read or seen the notice letter that
16  was originally sent to Allstate in this case?
17      A.  No.
18      Q.  How much money are you suing for?  How much
19  money is your wife suing for?
20      A.  I don't have any idea.  I don't think there's
21  an amount or I don't -- I don't know.
22      Q.  Has anyone ever told you or your wife how much
23  money you can get from suing Allstate?
24      A.  Not at all.
25      Q.  How much money do you think it would take to

127

1   repair the house on 22nd Street?
2       A.  That I think to repair the house, how much
3   money would it take?
4       Q.  Yes, sir.
5       A.  I have no idea.  I have no idea, honestly.
6       Q.  At what point in time did you and your wife
7   first become aware of mold in the house?
8       A.  At the point when she called the Allstate
9   company, they gave her a number, and then somebody came
10  and did an inspection, and that somebody mentioned that
11  there was mold and they submitted some paperwork to
12  Allstate.  That's when we found out.
13      Q.  Do you remember the company that did this
14  inspection?
15      A.  I don't.
16      Q.  Are you worried about mold being in the
17  residence?
18      A.  About mold being in the residence?
19      Q.  Yes, sir.
20      A.  My residence right now?  Yes, I am.
21      Q.  What is it about the mold that concerns you?
22      A.  The -- the most that I get concerned of is
23  about the problems that we might get, like getting
24  sick.  That's the major concern for me.
25      Q.  Do you know what the cause of the mold is in

128

1   your -- in the house on 22nd Street?
2       A.  I don't know.
3       Q.  Has anyone ever told you what the cause of mold
4   is in that -- in that house on 22nd?
5       A.  No.
6       Q.  Are you related to anybody who works at
7   Mr. Eaton's office?
8       A.  No, ma'am.
9       Q.  Are you related to anyone or know anyone that
10  works in Mr. Downey's office?
11      A.  No, ma'am.
12      Q.  What about Mr. Ferraro's office?
13      A.  Who?
14      Q.  Mr. Ferraro.
15      A.  No, ma'am.
16      Q.  Prior to moving into the house on 22nd Street,
17  where did you-all live?
18      A.  Prior?
19      Q.  Yes, sir.
20      A.  Roma, Texas.
21      Q.  Were you-all in a house?
22      A.  I'm sorry?
23      Q.  Were you-all in a house?
24      A.  Yeah.
25      Q.  Did you own the house?

129

1       A.  I'm sorry?
2       Q.  Did you or your wife own the house?
3       A.  My wife.
4       Q.  Who was your insurance carrier for that house?
5       A.  We never had insurance at that house.  It was
6   just a small house that my father-in-law left to my
7   wife.
8       Q.  Okay.  Have you ever heard of ALE?
9       A.  AI --
10      Q.  ALE.
11      A.  ALE?  No.
12      Q.  That is alternative living expenses, and it is
13  part of the insurance policy.  This, I believe, is what
14  you were referring to earlier when you were --
15      A.  Major concern?  Yeah.
16          MS. HAAS:  Sorry.  I thought I stepped on
17  you.
18      Q.  When she was speaking -- or you told me that
19  she had talked to an agent and told him to go to a
20  hotel and Allstate said they would reimburse.
21      A.  Yes.
22      Q.  That would be -- that would be ALE.
23      A.  Okay.
24      Q.  Have you-all asked for ALE specifically from
25  Allstate?

130

1    A.  I believe my wife -- I don't know if
2  specifically asked for it, but when she was talking to
3  the Allstate representatives, she had to mention that.
4  And we assumed they knew that's what we were asking
5  for.
6    Q.  Has anyone told you that your house is
7  untenable?
8    A.  Untenable?  Not live -- not livable?
9    Q.  Yes, sir.
10    A.  That I remember, I don't know if -- we assumed
11  that when they told us to get out, definitely there's
12  no way anybody can live in it.
13    Q.  Who told you to get out of the house?
14    A.  Allstate.
15    Q.  Do you remember the name of the adjuster who
16  told you that?
17    A.  No, not me.
18    Q.  And was this the adjuster that spoke to your
19  wife when she first called in?  Is this who you're
20  referring to?
21    A.  It could be, probably.
22    Q.  Did they tell you why the house was untenable?
23    A.  Because of the mold problems.
24    Q.  Has a medical doctor ever told you to leave the
25  house -- you or your wife to leave the house and not go

131

1  back?
2    A.  Well, since my wife developed the problems that
3  she had and we started seeking some doctors, she
4  mentioned that if it was possible that that could be
5  the case, and they said it could be, it could not be,
6  they couldn't be sure.  But, I mean, there's no reason
7  to move back into the house until everything gets
8  cleared up.
9    Q.  And since you have moved out, the air
10  conditioner is no longer on.  Do you know whether the
11  vents -- like the air-conditioner vents are open or
12  closed?
13    A.  They should be open.
14    Q.  And all the interior doors, are they open or
15  closed?
16    A.  Closed.  I mean -- I'm sorry.  The interior
17  doors, they should be open.
18    Q.  Have you removed any carpeting or any flooring
19  from the house since you moved out?
20    A.  No.
21    Q.  What condition is the house in now?
22    A.  What condition is it?
23    Q.  Yes, sir.  The inside.
24    A.  The inside?
25    Q.  (Moving head up and down.)

132

1    A.  Bad.
2    Q.  By "bad," what do you -- could you give me a
3  little bit more detail?
4    A.  Bad condition.  It's very dirty.  It's -- it's
5  got all the stuff thrown on the floor, on the beds,
6  deteriorated, I would say so.
7    Q.  And what condition is the outside of the house
8  now?
9    A.  It's -- the top part on the second floor on the
10  outside, it looks very deteriorated.  Paint is fading
11  away.  Dirty.  The doors are getting very dry due to
12  the sun and no maintenance at all.
13      The main door, the -- the door on the --
14  on the back through the -- that goes to the living
15  room, it's -- I would say it's in -- mainly very dirty,
16  but in bad shape, especially the top part, which is
17  wood.
18    Q.  When you first moved out of the house, where --
19  where was the first place you moved into?
20    A.  My sister-in-law.
21    Q.  And how long did you stay at your
22  sister-in-law's?
23    A.  Until we purchased the house.  I would say -- I
24  couldn't be sure.  Probably nine months to a year,
25  probably, or eight months to a year.  I'm not

133

1  completely sure.
2    Q.  When you said at your sister-in-law's, you
3  meant the rental house that your sister-in-law owns?
4    A.  Yes.  Yes.
5    Q.  How much monthly rent were you paying --
6  paying?
7    A.  Well, my sister-in-law had just purchased the
8  house, and I believe she was paying the mortgage.  And
9  she had another house, and she and my wife made an
10  agreement on -- I'm not exactly sure, but she left all
11  the furniture and everything.  I don't know.  Eighteen
12  hundred probably.  Sixteen hundred.  I'm not completely
13  sure.
14    Q.  So the house that you were renting was fully
15  furnished?
16    A.  Yes.
17    Q.  Did that include all bills, water and electric,
18  or did you pay those separately?
19    A.  I couldn't tell you that.  Only my wife.  But I
20  believe -- I believe it was included.  I'm not
21  completely sure.
22    Q.  Had your sister-in-law rented that house before
23  you-all moved into it?
24    A.  No.  I don't think so.
25    Q.  Is she renting the house presently?

134

1    A.  No.  She sold it.

2    Q.  So after -- you moved into -- you moved into

3   your sister-in-law's house, and then you moved into the

4   house that you purchased --

5    A.  Yes.

6    Q.  -- on 36th --

7    A.  36th Lane.

8    Q.  -- 36th Lane?

9          The house that you moved into that your

10  sister-in-law had owned, how big of a house was that?

11   A.  It was like 3500 to 4,000 square foot probably.

12   Q.  So it was much bigger than the house that you

13  moved out of?

14   A.  Yes.

15   Q.  How many bedrooms?

16   A.  Four.

17   Q.  Baths?

18   A.  Three.

19   Q.  The house that you live in now on 36th Street,

20  is that a different school district than the house on

21  22nd?

22   A.  Gee, I don't know.  I believe it is.

23   Q.  And so your -- your children would be attending

24  different schools by living at the house on 36th than

25  at the house on 22nd?

135

1    A.  Yeah.  I believe that the house on 22nd belongs

2   to Cathey Middle School and the one we live in now

3   belongs to De Leon, but I'm not completely sure.

4    Q.  Do you-all have a particular school preference?

5   Is there one of those that you would prefer your

6   children to be attending?

7    A.  No.

8    Q.  Have you been -- do you know whether Allstate

9   has paid any AL -- ALE expenses to your family?

10   A.  None.

11   Q.  How much ALE do you or your wife believe

12  you-all should be paid?

13   A.  I have no idea.

14   Q.  Have you ever had to move out of the house on

15  22nd Street prior to this claim?  Has there ever been

16  anything that has happened to the house that you've had

17  to move out?

18   A.  No, not that I remember.

19   Q.  Has anybody ever asked you to move out?

20   A.  No.

21   Q.  I think you -- you told me a little bit about

22  this earlier, but how has the water damage or the mold

23  in the house affected your family emotionally?  What

24  kind of impact has it had on you and your wife?

25   A.  Emotionally?

136

1    Q.  Yes, sir.

2    A.  That means being sick or getting sick from it?

3    Q.  Well, how -- how do you feel?

4    A.  How do I feel?  Well, mainly I feel frustrated.

5   I'm not the kind of guy who likes to blame anybody for

6   things happen.  This thing -- the main thing is that

7   this could have been resolved very, very soon and very,

8   very easy.  And we had to struggle a lot with my wife's

9   sickness and my little kid's sickness, knowingly that

10  it might be from the mold, it might not be from the

11  mold.

12          But once we moved out, it took about six

13  months to a year for my wife to get better, completely

14  better.  And it makes me assume that that was the

15  reason she was sick all the time.  And we struggled

16  with it for a long period of time until we found out or

17  at least assumed that was the reason.  We didn't know.

18  She was just sick all the time, all days.  And we just

19  assumed she was sick.  We didn't know what it was.

20   Q.  How would you describe -- you told me a little

21  bit about how you feel about this.  How would you

22  describe your wife's feelings about, I guess, the mold

23  and water damage in the house and how -- how has that

24  affected her on an emotional level?

25   A.  Well, it affected her a lot because that was

137

1   the house that she had purchased in the beginning.

2   That was our only house.  And we moved out of it

3   completely knowing nothing about it, completely

4   thinking that we have to move out and we have to move

5   out, no questions asked, and knowing that it would take

6   just probably a few months to get this resolved.  And

7   we never thought it could go this big or this late.  We

8   just -- we completely -- were completely ignorant about

9   the fact of the matter that what was going to happen.

10   Q.  So I take it you and your -- your wife have

11  talked a great -- great deal about the damage in the

12  house and these claims?

13   A.  Yes.

14   Q.  Is that safe to say?  So she has expressed her

15  frustrations and her concerns with you?

16   A.  Yes.

17   Q.  And I believe you were telling me about those a

18  while ago.

19   A.  Uh-huh.

20   Q.  Is there any other -- any other concerns that

21  she has that you're aware of?

22   A.  I don't know.  It's hard to remember right now.

23  But, I mean, there's -- there's a lot of emotional

24  things involved that -- she feels bad about it.  But, I

25  mean, when she talks to me, I just try to be positive

138

1  that everything is going to be resolved, not to worry
2  about it. I mean, I don't worry about it that much.
3  And I try to be very positive and to let her know that
4  everything is going to be okay, there's nothing to
5  worry about, that all -- but in reality, I don't
6  actually listen to what she's going through a whole
7  lot.
8           I try to be very supportive. I try to let
9  her know it's okay. I try to let her know that she
10  needs to forget about that. It happened. It's going
11  to be resolved. If it does not get resolved, I don't
12  know what's going to happen. But not to take it on
13  your own personal life and let your life go down like
14  that. And I try to get away from what she says and not
15  to make her worry more than she is already.
16           MS. HAAS: Can we take a short break so I
17  can check my notes?
18           MR. EATON: Yeah. Let me point out that
19  you --
20           THE REPORTER: On the record still?
21           MR. EATON: No. No.
22           THE VIDEOGRAPHER: We're off the record.
23           (Brief recess)
24           THE VIDEOGRAPHER: We're on the record.
25      Q. Have you and your wife discussed what you're

139

1  planning to do with the money that you could get from
2  this particular lawsuit?
3      A. No.
4      Q. Have you made -- had any discussions regarding
5  what kind of repairs you would like to make to the
6  house on 22nd Street?
7      A. Well, we discussed that we needed -- we needed
8  to repair the house, basically all the inside. We
9  haven't discussed that completely accurate on what
10  we're going to do, but -- we talked about the carpet,
11  but -- complete air-condition unit inside and out.
12  That's -- the sheetrock inside, and the outside on the
13  second floor, which is made of wood. That's what we've
14  been discussing.
15      Q. Of the two houses that you -- your family owns,
16  which -- which house would you-all prefer to live in?
17      A. Prefer to live in? The new one, the one we're
18  living in right now.
19      Q. So of the two houses, that's the one that you
20  would prefer to stay in? Assuming that the house on
21  22nd Street is completely fixed up --
22      A. Yes.
23      Q. -- would you still want to stay in the new one?
24      A. We don't know yet because we're having a hard
25  time with the mortgage payments. So we'll have to

140

1  decide whether we sell the new one and move back to the
2  old one and -- we're in the process of finding out what
3  we're going to do. But we prefer the new one,
4  definitely. But depending on if we have problems with
5  the mortgage and all that stuff, we might go back to
6  the old one. I'm not sure yet.
7      Q. Have you personally read the insurance policy
8  on the house on 22nd Street?
9      A. No.
10      Q. Do you know whether your wife has read it?
11      A. I don't -- I don't know.
12      Q. Are you aware that under the -- the contract of
13  insurance, there are certain duties that as the
14  homeowner you have in regard to any damage to the
15  house?
16      A. Yeah. I became aware that -- there's a lot of
17  things that we don't know when we actually signed the
18  papers at the beginning. And then when something
19  happens, you find out everything and -- and -- but I
20  was not aware of many things.
21      Q. Have you since then heard of a duty to
22  mitigate?
23      A. No.
24      Q. Do you know what the duty to mitigate is?
25      A. No.

141

1      Q. The duty to mitigate under the policy
2  essentially, in very simplistic form, would be to
3  assess damage to your house to try to prevent it from
4  getting any worse. Does that make -- do you understand
5  that?
6      A. Yes, I understand that.
7      Q. Do you feel that you-all have complied with
8  that in regard to the house on 22nd Street?
9      A. Yes. Not since we moved out, because the time
10  we moved out, I mean, we specifically were told that
11  there's nothing we can do to the house. I've always
12  wanted to fix it. I've always wanted to do something,
13  but we couldn't do nothing.
14      Q. Who told you not to do anything to the house?
15      A. Well, since the beginning that my wife was
16  talking to -- my wife called Allstate, I believe so. I
17  don't specifically know who she spoke with, but I told
18  her to mention that I needed to fix the house. I
19  couldn't possibly stand by and just let the house go
20  down by itself.
21           And she kept getting the same answer,
22  "There is nothing you can do until it gets resolved,
23  because if you fix this, then everything is going to be
24  presentable and fixable, it's going to look nice, and
25  there's not going to be anything for us to do or" -- I

142

1  don't exactly know who told her that, but that's been
2  my understanding, and I haven't been able to do
3  anything to the house since then.
4      Q.  What did you do to prepare for this deposition
5  today?
6      A.  Nothing.
7      Q.  Did you have any discussions with anyone about
8  your testimony today?
9      A.  Not at all.
10     Q.  Did you discuss anything with your wife
11 regarding dates or what was wrong with the house
12 prior -- in preparation for this today?
13     A.  No.  Just -- we discussed something the day
14 before yesterday while I was at work that -- she called
15 me and said, "Are you ready?  You know it's on
16 Thursday."
17         And I said, "Yeah, I'll be there.  Don't
18 worry about it."
19         And she said, "You have to remember dates
20 and all that."
21         And I told her, "I'm very bad remembering
22 dates.  I hardly remember my daughters' dates, and
23 certainly I'm not going to go prepare myself for
24 something that" -- I mean, I'm just speaking what it
25 is, the way I see things.

143

1      Q.  So you didn't meet with Mr. Eaton this morning
2  before the deposition to --
3      A.  No, ma'am.
4      Q.  -- talk about what would go on at the depo
5  today?
6      A.  No, ma'am.
7      Q.  Okay.  Did you review any receipts or --
8      A.  Nothing.
9      Q.  Absolutely nothing?
10     A.  Absolutely nothing.  I just went to sleep last
11 night, woke up like any other day and showed up.
12     Q.  Has your wife been the one who's primarily
13 handling everything with this suit?
14     A.  Yes, ma'am.
15     Q.  Have you been -- have you come with her to
16 visit with her attorneys?
17     A.  I believe I've been here once with her.  If I
18 remember, once or twice.  I'm not completely sure.
19     Q.  Were you present in the room during any of the
20 discussions about this case?
21     A.  No.
22     Q.  Okay.  I think that is about all I have.
23         Just one quick thing.  Have I been polite
24 and courteous to you during this deposition today?
25     A.  Yes, ma'am.

144

1         MS. HAAS:  Thank you.  I have no further
2  questions and I pass the witness.
3                 EXAMINATION
4  BY MR. EATON:
5      Q.  Ruben, just a few questions.  I'm John Eaton,
6  one of your lawyers.
7      A.  Okay.
8      Q.  You told counsel that we didn't meet this
9  morning before your deposition.  That's -- that's not
10 entirely correct.  We -- we had a cordial discussion
11 for about two minutes.
12     A.  Yeah.  But, I mean, I understood the question
13 was if we met and discussed something about this whole
14 case, which we did not.  I just met with you.  I just
15 went back to the seat and then you came in.  I mean, we
16 didn't really do nothing at all.
17     Q.  You were reading a magazine most of the time?
18     A.  Yeah.
19     Q.  Okay.  A couple of questions about -- and I
20 mean just a couple.
21         Would you direct your attention, please,
22 to the utility room located on the northeast side of
23 the building?  Would you tell the jury whether or not
24 there is a common wall between that utility room and
25 the downstairs bath?

145

1      A.  There is a wall.
2      Q.  Okay.  Now, in that utility room, you had
3  indicated that the hot water heater had malfunctioned
4  to the point that you had to replace it?
5      A.  Yes.
6      Q.  Okay.  And it was dripping water?
7      A.  Yes.
8      Q.  Okay.  And I think you testified that the
9  sheetrock up to the level of that --
10     A.  Was moist.
11     Q.  Was moist?
12     A.  Yes.
13     Q.  Have you ever heard of the term "wicking," as
14 in a wick from -- wicking?  It's -- have you ever heard
15 that term?
16     A.  No.
17     Q.  Okay.  Do you believe that the source of the
18 moisture was associated with the leaky hot water
19 heater?
20     A.  The source of the moisture was associated?
21 Yes.
22     Q.  Okay.  One other question.  The HVAC closet,
23 that is located on the second floor of your home?
24     A.  Of your wife's home.
25     Q.  Of your wife's home.

146

14:47:49  1          Did you from time to time have water
14:47:51  2  intrusions or water leaks in that water -- in that
14:47:57  3  closet?
14:47:58  4      A.  Yes.  That's mainly the -- the spot on the roof
14:48:01  5  and -- that's mainly where we believe everything
14:48:06  6  started.
14:48:11  7      Q.  Do you remember how many water intrusions or
14:48:18  8  water events or leaks occurred over the years that
14:48:18  9  you've lived in the home?
14:48:18 10      A.  Just -- I just don't remember.  I just kept
14:48:21 11  calling this guy and -- to check and fix the air
14:48:27 12  condition, and apparently there was nothing he could
14:48:31 13  see, but the -- the spot kept showing up on the roof
14:48:35 14  and -- but to be precise how many times we saw a leak
14:48:42 15  or something, I mean, I don't know how many times.
14:48:43 16      Q.  Okay.  And you referred to a spot on the roof.
14:48:46 17  Do you mean a spot on the ceiling in the living room?
14:48:50 18      A.  Yeah.  This one right here.
14:48:52 19      Q.  Okay.  Is that located directly below the HVAC
14:48:56 20  closet?
14:48:56 21      A.  Directly below, yes.
14:49:02 22          MR. EATON:  Okay.  That's all I have.  I
14:49:02 23  pass the witness.
14:49:02 24          MS. HAAS:  I have no further questions.
         25          (Deposition concluded)

147

ERRATA SHEET/SIGNATURE PAGE

PAGE LINE  CHANGE                                    REASON

_____

_____

_____

_____

_____

_____

_____

_____

    I, RUBEN MORALES, have read the foregoing transcript
and hereby affix my signature that same is true and
correct, except as noted above.

                    _____
                    RUBEN MORALES

THE STATE OF TEXAS

COUNTY OF _____

    SUBSCRIBED AND SWORN TO BEFORE ME, the
undersigned authority on this the _____ day of
_____, 2004.

                    _____
                    Notary Public in and for
                    The State of Texas

148

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MICHAEL RICHARD TELLEZ,      )(
JENNIFER ANN TELLEZ,         )(
REBECCA GARZA, RUBEN         )(
SANTILLANA, MINERVA          )(
SANTILLANA, GUILLERMO        )(
CONTRERAS, OLGA CONTRERAS,   )(
ELUTERIO MORALES, ROSA       )(
MORALES, AND NORA GARCIA,    )(  CIVIL ACTION NO. B-03-218
        Plaintiffs           )(
                             )(
VS.                          )(
                             )(
ALLSTATE TEXAS LLOYDS        )(
COMPANY,                     )(
        Defendant            )(

REPORTER'S CERTIFICATION

    I, RHONDA A. MARTIN, Certified Court Reporter,
certify that the witness, RUBEN MORALES, was duly sworn
by me, and that the deposition is a true and correct
record of the testimony given by the witness on JULY
15, 2004; that the deposition was reported by me in
stenograph and was subsequently transcribed by me or
under my supervision.

    I FURTHER CERTIFY that I am not a relative,
employee, attorney or counsel of any of the parties,
nor a relative or employee of such attorney or counsel,
nor am I financially interested in the action.

149

    WITNESS MY HAND on this the _____ day of
_____, 2004.

                    _____
                    RHONDA A. MARTIN, Texas CSR 4297
                    Expiration Date:  12-31-05
                    Bryant & Stingley, Inc.
                    2010 East Harrison
                    Harlingen, Texas 78550
                    (956) 428-0755