| $ | (numbers cont.) | A (cont.) | A (cont.) | A (cont.) |
|---|---|---|---|---|
| **$** | 147:, 148:17, 149:2 | able - 54:16, 142:2 | air-conditioning - 20:11, 20:13, 85:9 | arrangements - 16:12 |
| $200 - 53:18, 67:24, 78:12 | 2010 - 149:6 | above-styled - 1:19 | Al - 135:9 | assess - 141:3 |
| $24,000 - 112:21 | 20th - 8:19 | Absolutely - 119:11, 143:9, 143:10 | Alamo - 124:24, 125:2, 125:8 | associated - 119:5, 145:18, 145:20 |
| $30 - 103:18 | 2208 - 1:22, 2:4 | Ac - 20:17, 21:13, 23:4, 24:5, 27:13, 29:8, 29:10, 70:2, 70:3, 70:9, 70:15, 100:3, 100:9 | Ale - 129:8, 129:10, 129:11, 129:22, 129:24, 135:9, 135:11 | Associates - 1:22, 2:4 |
| $40 - 103:18, 113:18 | 22nd - 13:10, 14:4, 16:8, 16:9, 20:25, 100:14, 102:15, 103:12, 108:19, 110:12, 111:25, 117:5, 117:11, 119:16, 127:1, 128:1, 128:4, 128:16, 134:21, 134:25, 135:1, 135:15, 139:6, 139:21, 140:8, 141:8 |  |  | assume - 4:18, 70:1, 111:21, 126:9, 136:14 |
| $5,000 - 64:24, 64:25 |  | accommodate - 5:16 | all's - 124:3 | assumed - 22:25, 54:3, 56:12, 63:25, 97:19, 121:18, 130:4, 130:10, 136:17, 136:19 |
| $500 - 55:12, 55:15 |  | account - 101:3, 101:4, 112:22 | Allstate - 1:9, 4:6, 13:3, 13:4, 28:12, 30:18, 30:21, 30:23, 31:1, 32:6, 32:11, 32:14, 32:16, 32:18, 32:20, 33:2, 33:6, 33:10, 35:12, 39:12, 39:14, 46:17, 46:21, 48:4, 48:6, 48:9, 55:8, 55:16, 55:19, 56:21, 64:3, 64:5, 64:11, 64:12, 64:19, 65:11, 66:17, 66:19, 66:21, 67:25, 72:23, 73:2, 73:3, 73:10, 73:14, 86:8, 91:1, 91:9, 99:5, 113:11, 113:13, 118:4, 119:13, 119:19, 119:25, 120:6, 120:9, 120:17, 121:3, 121:11, 121:15, 122:9, 122:20, 122:23, 123:1, 123:5, 124:4, 124:7, 125:21, 126:3, 126:16, 126:23, 127:8, 127:12, 129:20, 129:25, 130:3, 130:14, 135:8, 141:16, 148:9 |  |
| $60 - 68:10 |  | accounts - 101:5, 101:6 |  | assuming - 26:10, 35:21 |
| $800.60 - 112:6 | 24 - 112:18 | accurate - 139:9 |  | Assuming - 139:20 |
|  | 24,000 - 112:19 | Acevedo - 120:3 |  | asthma - 125:14 |
| **'** | 25 - 112:18 | Action - 1:6, 148:6 |  | attached - 1:25 |
| '81 - 10:11 | 27 - 110:11 | action - 148:23 |  | Attached - 2:22 |
| '82 - 10:11 | 2800 - 110:11 | add - 108:11 |  | attempt - 56:15 |
| '83 - 9:11 | 29 - 15:8 | added - 16:1, 83:16 |  | attempted - 124:2 |
| '85 - 9:3 |  | additional - 66:19, 66:22, 66:24 |  | attend - 125:2 |
| '86 - 9:3 | **3** | additions - 17:20, 17:25 |  | attended - 124:21 |
| '91 - 6:4, 14:14 | 3 - 83:9, 89:4, 89:24, 90:6, 90:15 | address - 13:9, 109:21 |  | attending - 134:23, 135:6 |
| '92 - 14:14 | 34 - 3:3 | adjectivewise - 72:9 |  | attention - 26:2, 75:11, 144:21 |
| '97 - 77:20 | 3500 - 134:11 | adjuster - 32:13, 64:13, 64:14, 73:25, 130:15, 130:18 |  | attorney - 102:21, 103:8, 123:10, 148:21, 148:22 |
| '98 - 77:20 | 36th - 109:23, 109:24, 110:18, 111:25, 112:3, 112:24, 117:5, 134:6, 134:7, 134:8, 134:19, 134:24 |  |  | attorney's - 122:15 |
| '99 - 22:2 |  | advantage - 121:23 |  | attorneys - 118:4, 118:5, 143:16 |
|  |  | advise - 119:7 |  | Austin - 117:16 |
| **0** | 39 - 15:8 | affect - 95:23 |  | authority - 147:21 |
| 01-01-62 - 5:20 | 3rd - 6:3 | affected - 49:22, 76:9, 135:23, 136:24, 136:25 |  | automobiles - 116:12 |
|  |  |  | almost - 22:1, 47:1, 68:4, 71:24, 72:8, 116:4, 116:5 | Automobiles - 116:13 |
| **1** | **4** | affecting - 125:9 | alone - 62:5 | Avenue - 14:5, 16:9, 114:2, 115:16 |
| 1 - 3:3, 3:7, 34:2, 63:2, 63:3, 63:5, 68:6, 80:7, 81:2, 81:6, 81:11, 81:18, 82:6, 82:20, 82:21, 83:8, 90:4, 90:17 | 4 - 2:18, 15:15 | affirmatively - 5:13 | alternative - 129:12 | average - 103:11, 103:13 |
|  | 4,000 - 134:11 | affix - 147:14 | amount - 27:17, 64:22, 126:21 |  |
|  | 4.75 - 112:9 | agency - 46:17 |  | avoid - 5:10 |
|  | 428-0755 - 149:7 | agent - 16:17, 113:8, 113:9, 120:1, 120:6, 120:9, 129:19 | Angel - 8:11 | aware - 30:1, 72:18, 80:4, 89:21, 89:22, 95:13, 99:15, 101:22, 111:20, 122:13, 127:7, 137:21, 140:12, 140:16, 140:20 |
| 1/2 - 37:2, 69:17 | 4297 - 1:21, 149:5 |  | Ann - 1:3, 148:3 |  |
| 10005419 - 6:11 | 450 - 15:15 |  | answer - 120:18, 141:21 |  |
| 102 - 3:7 | 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 - 6:7 | ago - 5:9, 6:12, 15:21, 24:1, 30:13, 47:7, 51:7, 57:18, 60:15, 61:24, 101:25, 118:7, 125:5, 137:18 | answered - 4:19 |  |
| 103 - 3:8 | 4700 - 2:8 |  | answers - 5:7 |  |
| 10:00 - 60:24 |  |  | ants - 21:16 |  |
| 11 - 37:2, 69:17 | **5** | agreement - 4:20, 133:10 | anyway - 105:18 |  |
| 12 - 10:6 | 5908 - 13:10 |  | anyways - 55:17 |  |
| 12-31-05 - 149:5 |  | ahead - 30:8, 49:8, 79:24, 102:23, 118:25 | apologize - 12:15 | **B** |
| 120 - 103:13, 103:16, 112:4 | **6** | Ahu - 22:10, 24:11, 24:13, 24:15, 56:25, 69:9, 70:1, 75:21 | appear - 26:20, 69:21, 90:7 | B-03-218 - 1:6, 148:6 |
| 122 - 112:4 | 6-by-8 - 107:12 |  | Appearances - 2:1, 2:17 | backed - 44:20 |
| 12:00 - 60:24 | 600 - 2:8 | Al - 129:9 |  | background - 5:18 |
| 144 - 2:19 | 65 - 116:1 | air - 19:18, 19:22, 20:11, 20:13, 21:18, 21:22, 22:13, 24:19, 25:11, 26:8, 26:22, 26:23, 27:24, 28:3, 28:5, 28:6, 28:10, 29:2, 29:5, 29:6, 29:15, 30:11, 48:25, 57:12, 57:14, 85:9, 85:16, 86:12, 87:16, 87:19, 88:3, 88:11, 131:9, 131:11, 139:11, 146:11 | appeared - 26:18, 92:19 | Bad - 132:1, 132:4 |
| 147 - 2:20 | 6802 - 109:23 |  | appliances - 106:19, 107:7 | bad - 40:18, 54:4, 54:7, 54:10, 92:21, 111:2, 132:2, 132:16, 137:24, 142:21 |
| 148 - 2:21 | 6:00 - 60:23 |  | applied - 78:21 |  |
| 15 - 1:14, 1:20, 8:24, 148:17 |  |  | apply - 78:17 |  |
| 15-year-old - 81:13 | **7** |  | appraisal - 117:4, 117:7 | balloon - 16:23 |
| 150 - 103:16, 113:19 | 77002 - 2:9 |  | appraised - 17:12, 117:2 | bank - 101:17 |
| 16 - 10:5 | 78 - 48:16 |  |  | base - 92:5, 93:13 |
| 18 - 7:8, 7:16, 8:4, 8:12 | 78504 - 2:5 |  | Appraised - 17:13 | baseboards - 94:2 |
| 19 - 6:3 | 78550 - 149:7 | Air - 20:10 | approved - 111:22 | Based - 81:1 |
| 1960 - 5:24, 6:13, 11:10 | 7:00 - 60:23 | air-condition - 87:16, 139:11 | Archie - 120:2, 120:3, 120:10, 120:21, 120:24, 121:1, 121:2 | basis - 13:6, 14:4, 51:21 |
| 1961 - 10:11 |  | air-conditioned - 57:12 |  | bath - 144:25 |
| 1984 - 11:21, 12:2 | **8** | air-conditioner - 19:18, 19:22, 21:22, 25:11, 26:23, 27:24, 28:5, 28:6, 29:15, 131:11 | area - 6:20, 46:1, 57:20, 84:7, 84:10, 85:5, 93:22, 95:3, 95:23 | bathroom - 19:7, 39:17, 39:18, 41:3, 41:22, 42:13, 42:22, 42:23, 44:9, 44:24, 49:14, 61:15, 61:16, 91:16, 91:18, 92:13, 93:10, 94:4, 96:17, |
| 1986 - 12:2 | 8 - 37:2, 69:17 |  |  |  |
|  | 8-1/2-by-11 - 25:8 |  |  |  |
| **2** | 80 - 48:16 |  |  |  |
| 2 - 2:17, 3:8, 63:1, 82:13, 82:14, 82:17, 82:24, 83:5, 84:4, 90:4, 90:17 |  |  |  |  |
| 2000 - 21:9, 21:24, 22:2, 29:20 | **9** |  |  |  |
| 2001 - 8:19, 9:1, 21:9, 25:22, 46:18 | 956 - 149:7 |  |  |  |
| 2002 - 46:19, 46:23 |  |  |  |  |
| 2004 - 1:14, 1:20, | **A** |  |  |  |

97:16, 98:5, 98:12, 98:13, 99:15, 100:2, 100:10
**bathrooms** - 18:24, 18:25, 19:11
**Baths** - 134:17
**bathtub** - 42:14, 42:20, 49:17, 50:4, 95:8, 95:14, 95:15, 96:7, 96:21, 97:2, 98:3, 98:16
**became** - 11:21, 91:7, 123:22, 140:16
**become** - 6:2, 11:19, 127:7
**becomes** - 72:12
**bedroom** - 24:17, 31:21, 31:24, 33:25, 34:13, 38:9, 38:23, 39:6, 62:25, 70:25, 73:11, 74:12, 80:9, 81:21, 89:5, 89:6, 89:9, 89:12
**Bedroom** - 63:1, 63:2, 63:3, 63:5, 68:6, 80:7, 81:2, 81:6, 81:11, 81:18, 82:6, 82:13, 82:14, 82:17, 82:20, 82:21, 82:24, 83:8, 84:4, 89:4, 89:24, 90:6, 90:15
**Bedrooms** - 90:4, 90:17
**bedrooms** - 90:10, 134:15
**beds** - 132:5
**beginning** - 63:24, 64:24, 65:13, 72:10, 119:21, 119:23, 121:15, 137:1, 140:18, 141:15
**behalf** - 126:13
**behind** - 43:23, 54:12, 60:4, 60:6, 92:6
**belongs** - 135:1, 135:3
**below** - 88:6, 146:19, 146:21
**bend** - 94:20
**beneath** - 24:15, 24:18, 69:8, 75:21, 91:6
**Benito** - 80:23
**Bert** - 113:4, 113:7, 113:8, 113:10
**best** - 72:9
**better** - 4:13, 122:19, 136:13, 136:14
**between** - 27:17, 29:8, 36:9, 54:6, 54:12, 54:25, 56:7, 120:5, 144:24
**Between** - 75:7
**beyond** - 31:24
**big** - 25:5, 25:6, 25:25, 36:21, 43:12, 52:24, 57:20, 69:13, 69:15, 110:10, 110:12, 125:11, 134:10, 137:7
**bigger** - 58:10, 134:12
**bill** - 3:7, 3:8, 103:12, 103:13, 103:17
**bills** - 102:18, 103:5, 113:16, 133:17
**birth** - 5:19

**bit** - 9:18, 10:23, 13:7, 41:25, 46:2, 86:20, 86:21, 86:22, 132:3, 135:21, 136:21
**black** - 25:18, 25:20, 25:24, 26:7, 26:12, 49:21, 57:24, 58:5, 70:25, 71:19, 90:23, 97:6, 97:8
**Black** - 85:25, 88:24, 89:2, 89:3, 97:7
**blame** - 136:5
**blew** - 28:11
**block** - 67:9
**boards** - 98:23
**boiler** - 45:12
**born** - 5:21
**boss** - 11:17
**bother** - 81:9
**bothering** - 72:13
**bottom** - 49:24, 53:7, 94:18
**bought** - 14:18, 78:9, 100:17, 110:9, 114:7
**bounced** - 101:14
**box** - 66:1, 66:3
**boxes** - 65:24, 65:25
**brand** - 33:13, 33:14, 66:4, 88:16
**brand-new** - 33:13, 33:14
**break** - 5:14, 14:2, 14:3, 46:25, 49:9, 49:13, 63:20, 63:22, 76:20, 79:14, 108:5, 138:16
**breaking** - 62:3, 63:23, 64:1, 67:5, 67:6, 67:7
**Brief** - 13:25, 49:11, 79:22, 138:23
**bring** - 58:4
**Brito** - 110:4
**broke** - 62:4, 67:8, 107:10, 107:11
**broken** - 29:24, 30:1, 61:3, 61:25, 62:21, 62:22, 62:23, 63:5, 63:7, 63:8, 63:18, 67:14, 67:21, 67:25, 68:12, 68:15, 68:18, 68:19, 76:5, 76:7, 79:6, 80:4, 80:9, 80:13, 80:17, 81:3, 82:7, 82:14, 89:14, 105:10
**brother** - 39:22, 40:1, 40:2, 114:7, 114:11, 114:13
**brother's** - 7:10
**brother-in-law** - 40:2
**brothers** - 6:16, 6:17, 6:19
**brothers'** - 6:22
**Brownsville** - 1:2, 148:2
**Bryant** - 149:6
**bugs** - 51:16, 51:21
**build** - 114:7, 114:8, 114:10, 114:12
**Building** - 1:23, 2:4, 115:8
**building** - 18:15, 114:14, 144:23
**built** - 110:5, 110:8, 125:7
**burglaries** - 63:19,

66:12, 66:19, 66:22, 66:24, 67:16, 68:1, 107:18, 122:3
**burglarize** - 108:1
**burglarized** - 62:6, 62:9, 107:6
**burglarizing** - 63:25, 67:5
**burglars** - 63:16
**burglary** - 62:11, 64:2, 64:3, 64:5, 64:11, 65:12, 107:14
**buy** - 78:7

### C

**cabinet** - 45:3, 45:6, 98:18, 99:1
**care** - 50:16, 104:4, 106:8, 121:18
**Carmen** - 16:19
**carpet** - 17:22, 17:24, 18:1, 18:5, 18:6, 27:3, 27:12, 38:2, 38:4, 38:6, 38:9, 38:15, 39:1, 39:5, 68:19, 70:20, 70:22, 71:2, 71:5, 71:10, 72:20, 73:15, 73:19, 73:24, 74:4, 74:5, 74:6, 74:9, 74:11, 74:13, 81:20, 82:2, 82:11, 83:7, 83:8, 83:12, 83:15, 83:19, 83:21, 84:5, 89:24, 89:25, 90:2, 90:15, 90:22, 91:2, 91:7, 91:9, 108:11, 108:12, 109:3, 139:10
**carpeting** - 83:16, 88:6, 88:9, 91:10, 91:14, 131:18
**carpets** - 18:8, 18:18
**carrier** - 113:2, 116:11, 119:20, 129:4
**case** - 28:9, 65:21, 66:7, 66:9, 88:22, 122:11, 122:19, 126:13, 126:16, 131:5, 143:20, 144:14
**cases** - 123:19
**cash** - 116:3
**catch** - 36:17
**Cathey** - 135:2
**cats** - 118:20
**caulking** - 97:8, 98:15
**caused** - 28:9, 31:14, 48:3, 69:23
**causing** - 90:13
**Cd** - 112:22
**ceiling** - 24:18, 24:22, 25:1, 37:16, 37:18, 38:1, 38:25, 39:5, 61:5, 68:25, 69:2, 69:4, 69:14, 70:6, 70:13, 72:20, 72:24, 73:10, 73:19, 75:3, 75:23, 76:2, 81:15, 81:18, 82:11, 83:5, 85:4, 85:5, 85:8, 89:6, 98:4, 100:8, 146:17
**center** - 70:2
**central** - 57:14
**certain** - 140:13
**certainly** - 142:23
**Certificate** - 2:21
**Certification** -

14:11
**Certified** - 1:21, 148:13
**certify** - 148:14
**Certify** - 148:20
**chance** - 122:20
**change** - 26:22, 27:2, 58:15, 58:16, 58:18, 119:6
**Change** - 147:2
**changed** - 41:24, 58:9, 58:10, 70:6
**changing** - 20:18, 26:25, 70:11, 121:9
**charge** - 40:11
**charged** - 40:12
**check** - 20:22, 35:13, 36:4, 50:22, 55:24, 58:14, 64:19, 64:22, 64:24, 81:10, 87:15, 101:14, 101:15, 105:8, 105:10, 111:14, 111:15, 138:17, 146:11
**checked** - 22:3, 24:7, 35:18, 47:16, 52:16, 57:4, 58:21, 61:10, 61:13, 64:16, 70:10, 73:6, 75:8, 85:6, 87:19, 95:18, 95:20, 99:2, 107:5
**checking** - 27:10, 28:18, 35:14, 37:14, 58:11, 58:13, 60:13, 81:8, 101:4, 101:5, 101:6
**checks** - 20:1, 20:4, 60:17
**child** - 8:4
**children** - 7:6, 7:8, 7:16, 8:2, 8:12, 8:20, 9:16, 10:1, 10:3, 10:6, 124:21, 134:23, 135:6
**children's** - 8:22, 9:19
**choice** - 34:6
**Chon** - 20:6, 20:7, 28:2, 29:24, 30:1, 87:20
**Chon's** - 20:17
**chosen** - 119:19, 119:21
**church** - 78:4, 78:6
**cigarettes** - 11:4
**circular** - 43:14, 43:16
**Ciro** - 8:1
**citizen** - 5:25, 6:2
**City** - 103:3
**Civil** - 1:6, 1:24, 148:6
**civil** - 10:16
**claim** - 28:5, 28:7, 33:8, 65:11, 101:23, 123:23, 124:17, 135:15
**claims** - 19:16, 116:14, 116:17, 119:4, 120:22, 124:19, 137:12
**Claudio** - 2:11
**clean** - 27:7, 36:17, 50:10, 56:15, 61:2, 71:6, 71:16, 87:22, 97:4, 97:12, 97:13, 97:16, 109:4
**cleaned** - 19:4, 22:5, 23:2, 23:23, 23:25, 50:7, 50:15,

56:16, 71:4, 78:20, 87:25, 93:25, 106:12
**cleaner** - 97:14
**cleaners** - 97:13
**cleaning** - 27:16, 50:17, 71:5, 71:14, 104:7, 109:5
**cleanings** - 27:18
**cleansers** - 50:12, 50:13
**cleanup** - 94:8
**cleared** - 131:8
**climb** - 35:22
**clog** - 40:23, 44:13, 44:21
**clogged** - 24:10, 39:24, 39:25, 40:15, 40:16, 40:19, 41:9, 41:12, 48:8
**close** - 24:25, 75:19, 95:17, 105:3, 110:2
**Close** - 115:5
**closed** - 66:7, 104:22, 131:12, 131:15
**Closed** - 104:23, 131:16
**closer** - 34:11
**closet** - 22:10, 24:12, 24:13, 24:15, 25:11, 56:25, 69:9, 70:1, 70:15, 75:21, 84:13, 84:14, 84:18, 84:23, 84:24, 85:1, 85:9, 85:16, 87:17, 145:22, 146:3, 146:20
**Closet** - 22:11
**cloth** - 23:14, 50:11, 54:2, 71:14
**clothes** - 65:7, 72:4
**clothing** - 18:17
**cloths** - 87:24
**cockroach** - 51:10
**cold** - 52:16
**collectively** - 33:5
**college** - 10:12, 10:19
**color** - 25:17, 25:18, 25:19, 37:4, 37:5, 49:20, 54:20, 57:23, 58:10, 69:20, 70:7, 71:18, 77:22, 85:24, 88:22, 88:25, 90:15, 90:17, 90:19, 97:5
**colored** - 25:3, 69:19
**combination** - 42:16
**combined** - 65:9
**coming** - 12:5, 27:12, 27:15, 33:22, 36:1, 46:19, 66:12, 66:13, 69:25, 76:15, 76:21
**comments** - 120:19
**commercial** - 114:2
**common** - 144:24
**commuted** - 12:8
**company** - 16:12, 16:13, 16:16, 16:21, 16:23, 18:11, 20:14, 20:16, 28:12, 35:12, 50:22, 51:1, 51:12, 51:13, 71:3, 71:15, 80:19, 80:20, 80:24, 100:17, 101:18, 101:22, 102:3, 102:13, 103:2, 111:11, 113:3, 116:7,

125:7, 125:9, 127:9, 127:13
Company - 1:9, 100:18, 148:9
complete - 20:2, 71:5, 109:5, 111:19, 139:11
Completely - 98:1, 121:16
completely - 10:14, 17:2, 18:9, 20:18, 21:25, 23:23, 45:25, 60:24, 62:8, 67:9, 73:12, 85:10, 87:12, 107:2, 122:10, 125:24, 133:1, 133:12, 133:21, 135:3, 136:13, 137:3, 137:8, 139:9, 139:21, 143:18
complicated - 122:5
complied - 141:7
complies - 34:10
concentrated - 81:8
Concepcion - 20:8
concern - 127:24, 129:15
concerned - 127:22
concerning - 119:5
concerns - 127:21, 137:15, 137:20
concluded - 146:25
concrete - 67:9, 109:11
condition - 20:10, 87:16, 87:19, 131:21, 131:22, 132:4, 132:7, 139:11, 146:12
conditioned - 57:12
conditioner - 19:18, 19:22, 21:18, 21:22, 22:13, 24:19, 25:11, 26:8, 26:23, 27:24, 28:3, 28:5, 28:6, 28:10, 29:2, 29:5, 29:6, 29:15, 30:11, 48:25, 86:12, 88:3, 88:12, 131:10, 131:11
conditioning - 20:11, 20:13, 57:15, 85:9
conditions - 119:5
confident - 121:8
connected - 53:1, 84:13, 107:2
connecting - 97:25
connection - 54:25, 92:12
connections - 54:4, 55:2, 55:7
connects - 52:18, 94:17, 107:12
consecutively - 15:1
constantly - 27:10, 27:12, 32:13
consulted - 109:15
contact - 21:17, 119:13
contacted - 31:1, 31:6, 31:7, 46:17, 91:8
contacting - 30:23, 66:6
contents - 107:8
contested - 117:4
Contested - 117:7
continuously - 92:2
contract - 126:7, 126:10, 140:12

contractor - 28:13, 32:8, 32:9, 32:15, 32:17, 35:10, 35:13, 35:18, 55:24, 73:13, 78:2, 110:3, 115:10
Contreras - 1:5, 123:10, 123:15, 123:23, 148:5
Contreras' - 124:6
control - 50:22, 50:25, 51:12, 51:13, 51:20, 96:4
conversation - 120:12
conversations - 120:5, 120:9
convince - 109:2
cooling - 21:14
copies - 39:11, 103:4
Copper - 55:5, 55:6
copper - 55:7
copy - 4:14, 103:8
Copy - 3:8
cordial - 144:10
Correct - 82:12
correct - 12:23, 13:1, 13:12, 16:6, 42:1, 42:14, 55:19, 57:10, 60:5, 60:7, 62:19, 72:20, 74:19, 80:5, 80:11, 95:11, 104:1, 108:16, 119:14, 125:18, 126:4, 126:8, 144:10, 147:15, 148:15
correctly - 9:15, 14:6, 27:19, 51:18, 94:7, 104:19, 123:21
corroded - 54:18
corrosive - 54:10
cost - 32:23, 42:3, 53:16, 67:23, 68:8, 78:10, 93:3
counsel - 144:8, 148:21, 148:22
Counsel - 2:2, 2:6
counter - 50:12
County - 147:19
couple - 4:12, 34:2, 49:14, 105:12, 144:19, 144:20
courses - 10:12, 10:19, 10:21
Court - 1:1, 1:21, 148:1, 148:13
court - 4:24, 5:4
courteous - 143:24
cover - 43:2, 43:3, 43:17, 43:18
covered - 86:15, 87:2, 87:11, 121:21
crack - 76:8, 76:11
cracked - 105:5
credit - 16:4, 111:2, 111:4, 111:5
credits - 16:3
Csr - 149:5
current - 17:16
cut - 105:10
cutting - 104:6, 106:5

**D**

dad - 6:16
damage - 31:14, 32:7, 33:10, 39:2, 45:5, 45:8, 47:8, 47:11, 47:14, 47:20,

47:24, 48:1, 48:11, 55:21, 68:22, 72:18, 79:11, 82:9, 91:2, 98:25, 99:9, 99:14, 107:18, 108:3, 135:22, 136:23, 137:11, 140:14, 141:3
damaged - 31:18, 31:19, 32:3, 108:4
damages - 67:6, 107:9
Daniel - 105:22, 105:23
Dark - 70:14
dark - 37:24, 49:16, 70:12, 83:1, 83:4, 89:23, 96:20, 96:23, 98:11, 98:15, 99:14
Date - 149:5
date - 5:19, 9:14, 9:15, 14:12, 30:16, 31:5, 46:15, 46:22, 52:9, 62:17, 71:12
dates - 62:19, 83:14, 142:11, 142:19, 142:22
daughter - 81:12
daughter's - 112:23
daughters' - 142:22
days - 67:22, 71:6, 71:13, 73:6, 116:23, 136:18
De - 135:3
deal - 137:11
debris - 27:11
December - 46:18
decide - 77:21, 140:1
decided - 110:7, 110:23, 121:22
decision - 55:18, 109:12
deducted - 101:3
deductible - 55:12, 55:15
deep - 57:2
Defendant - 1:10, 1:19, 2:6, 148:10
defendant - 4:6
definitely - 130:11, 140:4
dehumidifier - 99:22, 99:24, 99:25
Denise - 124:16
depo - 143:4
depose - 119:9, 119:11
Deposition - 1:13, 1:17, 146:25
deposition - 4:10, 4:13, 5:15, 142:4, 143:2, 143:24, 144:9, 148:15, 148:17
describe - 71:24, 72:7, 72:9, 136:20, 136:22
Description - 3:2, 3:6
detail - 132:3
deteriorated - 132:6, 132:10
developed - 125:13, 131:2
diagram - 31:23
Diagram - 3:3
different - 61:8, 90:3, 134:20, 134:24
dining - 24:21, 38:5, 70:24, 74:2, 74:3, 74:13, 74:16, 75:16

direct - 144:21
directly - 32:11, 95:22, 101:3, 146:19
Directly - 146:21
dirt - 57:24, 58:21
dirty - 23:24, 70:25, 71:2, 132:4, 132:15
Dirty - 132:11
disclosures - 17:8, 17:10
discoloration - 44:24, 49:23, 56:3, 57:21
discolorations - 89:8
discolored - 46:3, 46:5
disconnected - 95:19
discover - 52:5
discovered - 67:21, 99:3
discuss - 142:10
discussed - 99:16, 108:21, 109:7, 109:9, 115:9, 138:25, 139:7, 139:9, 142:13, 144:13
discussing - 139:14
discussion - 144:10
discussions - 117:22, 139:4, 142:7, 143:20
dishwasher - 76:22, 76:23
district - 19:24, 134:20
District - 1:1, 20:9, 148:1
Division - 1:2, 148:2
divorced - 9:12, 9:13
doctor - 130:24
doctors - 131:3
Documents/ Information - 3:5
dogs - 118:20
dollars - 42:5, 93:5, 112:17
done - 19:21, 19:24, 47:1, 73:22, 104:7
door - 57:1, 67:9, 67:11, 67:13, 67:20, 67:23, 68:1, 68:16, 68:18, 70:18, 84:12, 84:13, 84:18, 84:20, 85:14, 85:17, 85:18, 85:19, 85:22, 86:1, 86:24, 89:1, 107:11, 132:13
doors - 131:14, 131:17, 132:11
Dove - 114:2, 115:16
down - 33:22, 78:16, 95:17, 102:24, 112:14, 112:16, 131:25, 138:13, 141:20
Downey's - 128:10
downstairs - 24:17, 31:21, 31:24, 33:24, 34:12, 38:8, 38:23, 39:16, 39:18, 61:15, 61:21, 62:25, 70:24, 73:11, 74:11, 74:12, 77:16, 81:9, 81:23, 82:3, 83:10, 83:14, 90:20, 92:8, 92:13, 92:15, 96:10, 96:15, 144:25

Doyle - 2:8
drain - 23:22, 24:8, 24:10, 40:17, 88:2, 95:24
dried - 54:2, 87:24
drip - 93:19, 93:20
dripping - 22:4, 45:14, 52:18, 52:21, 52:23, 53:11, 54:3, 54:8, 56:7, 92:1, 92:16, 92:21, 93:17, 93:18, 93:24, 145:6
driver's - 6:8
drives - 20:19
dry - 27:8, 53:25, 132:11
dryer - 59:7, 59:10, 59:18, 106:25, 107:1
drywall - 25:16, 26:4
duct - 43:19, 76:18
due - 21:15, 21:16, 45:20, 68:4, 132:11
duly - 4:2, 148:14
During - 117:21
during - 5:14, 26:13, 44:21, 58:14, 63:19, 143:19, 143:24
duties - 140:13
duty - 11:6, 27:4, 140:21, 140:24, 141:1
duty-free - 11:6

**E**

easier - 5:4, 38:17
east - 34:12, 34:14
East - 149:6
easy - 136:8
Eaton - 1:22, 2:3, 2:4, 2:19, 12:17, 13:18, 13:22, 46:25, 47:3, 49:10, 79:16, 79:18, 102:24, 119:3, 119:10, 123:9, 124:10, 124:12, 126:7, 138:18, 138:21, 143:1, 144:4, 144:5, 146:22
Eaton's - 128:7
Edgar - 9:21, 125:1
education - 10:10, 112:23
effect - 5:1
eight - 69:16, 84:2, 132:25
Eighteen - 9:23, 133:11
either - 79:6, 89:14, 109:12, 117:5
El - 11:22, 11:24, 11:25
Electric - 102:16, 103:13
electric - 3:7, 102:14, 102:18, 103:11, 113:17, 113:18, 133:17
electrical - 40:3
electricity - 49:2, 49:4, 58:12, 104:9
electronics - 65:7
Eluterio - 1:6, 148:6
emotional - 136:24, 137:23
emotionally - 135:23
Emotionally - 135:25
employ - 126:7

employed - 10:24, 20:15, 80:25
employee - 148:21, 148:22
employment - 10:23
empty - 62:5, 113:25, 114:25
Empty - 115:1
encompass - 25:25, 57:21, 85:19
end - 2:22, 55:16, 109:14
engineering - 10:16
enter - 61:9
entering - 63:16
entire - 11:12, 15:1, 85:19, 90:22
entirely - 144:10
entrance - 57:9, 78:22
Errata - 2:20, 147:1
especially - 19:25, 132:16
essentially - 141:2
estate - 16:17, 16:23, 111:11
estimates - 118:14
events - 146:8
everyday - 50:17
ex - 9:7
ex-wife's - 9:7
exact - 14:12, 46:22, 86:19
exactly - 6:3, 9:4, 9:10, 9:13, 15:7, 17:24, 18:4, 18:21, 19:3, 19:6, 22:22, 25:23, 28:19, 28:24, 31:9, 31:19, 31:22, 36:11, 37:21, 39:14, 39:19, 39:22, 39:24, 43:9, 43:16, 44:3, 50:9, 51:5, 52:23, 56:10, 60:10, 60:14, 62:17, 62:20, 64:16, 64:23, 65:6, 65:22, 67:1, 67:15, 69:22, 71:3, 71:7, 73:4, 73:5, 73:9, 73:17, 75:6, 75:8, 76:9, 77:20, 88:8, 88:15, 90:11, 91:20, 92:24, 101:2, 101:12, 107:5, 112:18, 118:1, 118:9, 120:14, 121:1, 121:2, 122:7, 122:17, 133:10, 142:1
Examination - 2:18, 2:19, 4:3, 144:3
except - 147:15
Exhibit - 34:2
Exhibits - 3:1
expenses - 129:12, 135:9
experienced - 93:9, 95:2, 95:13
expert - 47:20
Expiration - 149:5
expressed - 137:14
extend - 31:24

**F**

facing - 63:13
fact - 137:9
fade - 37:10
fading - 45:19, 77:23, 132:10
fall - 103:15
family - 6:14, 135:9,

135:23, 139:15
far - 66:14, 121:6
Farm - 116:13
fast - 123:19
father - 129:6
father-in-law - 129:6
faucets - 41:18, 42:24
February - 8:19, 9:1
Federal - 1:24
feelings - 136:22
feet - 57:22, 88:13, 110:11, 110:13
fence - 67:6, 105:10, 105:11, 106:6, 107:11
Ferraro - 128:14
Ferraro's - 128:12
few - 10:13, 31:8, 33:21, 35:6, 56:16, 57:17, 62:7, 71:6, 71:16, 73:6, 99:18, 101:25, 102:1, 116:23, 137:6, 144:5
Fifteen - 112:11, 112:12
filed - 126:12
fill - 34:8
filter - 27:6
filters - 26:22, 26:25, 27:2, 27:4
finally - 71:15
financed - 15:8, 15:18, 116:4, 116:5, 116:6
financially - 148:23
fine - 18:16
finish - 5:6, 5:7, 47:2
first - 9:1, 9:17, 10:17, 12:21, 14:16, 24:22, 25:20, 31:7, 36:14, 44:12, 46:8, 50:7, 58:8, 62:11, 63:17, 64:2, 67:1, 67:3, 67:17, 69:21, 70:7, 71:9, 73:1, 75:13, 80:13, 83:11, 83:18, 83:20, 84:16, 86:2, 86:9, 86:10, 95:11, 97:7, 107:19, 110:1, 117:15, 117:25, 118:8, 118:9, 123:14, 124:12, 127:1, 130:19, 132:18, 132:19
five - 62:9, 62:12, 116:1
Five - 42:5, 93:5
fix - 40:24, 108:23, 109:3, 122:25, 141:12, 141:18, 141:23, 146:11
fixable - 141:24
fixed - 22:5, 33:2, 39:21, 40:1, 70:9, 73:13, 93:7, 94:1, 139:21
fixing - 19:20, 37:20, 55:16
flexible - 94:17
floor - 22:8, 24:11, 24:22, 31:22, 62:24, 70:4, 70:5, 78:25, 81:16, 87:23, 93:16, 99:8, 108:7, 115:10, 132:5, 132:9, 139:13, 145:23
flooring - 77:7,

77:9, 78:7, 78:17, 78:18, 87:16, 88:3, 94:4, 131:18
flow - 4:13
flown - 31:20
fluid - 24:5
follow - 38:17, 49:15
followed - 31:7
following - 10:17
follows - 4:2
foot - 134:11
force - 5:1
foregoing - 147:14
forget - 138:10
form - 44:23, 56:3, 100:9, 141:2
forth - 12:5, 12:9
Four - 134:16
four - 36:10, 45:23, 57:22, 62:9, 62:11, 115:21, 115:22
frame - 90:9
framing - 111:15, 111:16
free - 11:6
friend - 105:19, 123:16
front - 4:23, 34:1, 78:22
frustrated - 121:10, 123:8, 136:4
frustrating - 65:16
frustration - 67:3, 121:4
frustrations - 137:15
full - 66:1
fully - 4:17, 133:14
funny - 61:16
furnace - 23:24, 27:5, 70:16, 85:11
furnished - 133:15
furniture - 133:11
fuzzy - 58:1

**G**

garage - 24:16, 33:24
Garcia - 1:6, 8:16, 20:6, 100:21, 124:16, 148:6
Garza - 1:4, 148:4
gather - 65:24
Ged - 10:11
gee - 49:5, 104:15
Gee - 35:20, 41:20, 43:15, 51:25, 80:15, 83:25, 120:2, 134:22
general - 6:20, 50:17, 68:17, 99:18, 103:20, 104:4
generated - 118:17
gifts - 18:16
given - 32:19, 148:16
glass - 80:20
Glass - 80:25
globe - 16:22
gradually - 22:23
Grande - 6:21
gray - 76:18
great - 137:11
green - 25:18, 25:20, 25:24, 26:7, 26:12, 34:8
ground - 45:21, 88:11
grouting - 97:2

growing - 70:8
guess - 9:1, 10:20, 11:16, 19:17, 24:18, 28:22, 28:23, 31:25, 34:12, 37:1, 38:2, 53:25, 63:15, 69:7, 69:10, 74:8, 97:21, 99:7, 100:4, 102:14, 102:17, 102:22, 104:3, 106:11, 107:8, 115:9, 119:2, 136:22
Guillermo - 1:5, 148:5
guy - 19:23, 27:13, 78:3, 80:18, 87:18, 120:18, 123:17, 123:18, 136:5, 146:11
guys - 8:18, 14:24, 63:25, 107:22, 111:18, 123:14

**H**

Haas - 2:7, 2:18, 4:4, 4:5, 13:20, 47:1, 49:8, 79:17, 102:22, 118:25, 119:8, 129:16, 138:16, 144:1, 146:24
half - 85:22, 123:4
hall - 39:16, 39:18, 44:24, 49:14, 61:15, 91:16, 91:17, 91:18, 98:4, 98:12, 99:15
hand - 58:4, 58:5
Hand - 149:1
handle - 26:25, 28:3, 30:23, 43:1
handled - 32:12, 33:6, 61:24, 65:11, 120:13
handling - 65:21, 85:16, 103:20, 123:18, 123:23, 125:20, 143:13
happy - 33:4, 33:5, 65:10, 66:9, 66:11
hard - 46:10, 65:18, 85:11, 137:22, 139:24
hardly - 142:22
Harlingen - 149:7
Harrison - 149:6
Harvin - 2:8
head - 11:16, 102:24, 131:25
heads - 5:12
healthcare - 119:2
hear - 123:14, 124:12
heard - 125:6, 129:8, 140:21, 145:13, 145:14
heater - 47:9, 47:15, 47:16, 47:18, 47:21, 48:2, 48:3, 52:3, 52:6, 52:13, 53:1, 53:8, 53:10, 53:14, 53:23, 54:4, 54:13, 54:15, 55:1, 55:9, 57:20, 59:1, 59:3, 59:6, 59:12, 59:21, 59:25, 60:5, 60:7, 145:3, 145:19
heating - 57:14
heavily - 34:24
heavy - 27:4, 33:22, 34:20, 35:3, 35:4
heavy-duty - 27:4
height - 53:8, 53:23
held - 11:11, 25:8,

help - 104:5, 105:20
helps - 105:19, 105:20, 106:2
hereby - 147:14
herself - 71:14
high - 10:9, 45:21, 88:11, 125:8
highlighter - 34:6
highlighters - 34:3
hire - 36:3, 78:1
hired - 32:8, 120:15, 122:5, 123:9, 123:12, 124:10
hold - 12:12
holding - 12:15
hole - 107:12
home - 15:5, 17:7, 17:12, 110:6, 119:6, 145:23, 145:25, 146:9
homeowner - 116:14, 140:14
Homes - 110:4
honestly - 4:19, 127:5
hoses - 107:2
hot - 145:3, 145:18
hotel - 121:20, 129:20
hours - 10:13
house - 3:3, 13:6, 13:11, 13:14, 14:3, 14:5, 14:7, 14:10, 14:17, 14:23, 15:6, 15:11, 15:14, 15:18, 15:24, 16:5, 16:8, 16:10, 16:14, 16:16, 17:1, 17:17, 17:19, 19:19, 19:25, 20:20, 20:25, 22:20, 26:14, 28:14, 28:21, 29:7, 29:10, 29:11, 30:24, 31:2, 33:9, 33:14, 35:14, 46:15, 46:16, 46:22, 48:15, 48:17, 48:20, 48:22, 50:17, 50:20, 52:11, 52:12, 54:6, 56:22, 57:10, 60:13, 60:16, 60:17, 60:25, 61:11, 61:17, 62:4, 62:5, 62:6, 62:21, 63:16, 63:21, 63:25, 64:14, 64:16, 65:24, 67:7, 67:8, 68:4, 68:11, 70:3, 72:1, 73:21, 75:11, 77:13, 79:25, 81:25, 82:1, 83:18, 90:22, 91:2, 91:11, 91:14, 95:6, 99:19, 99:22, 100:13, 100:24, 101:9, 101:11, 101:19, 101:21, 102:4, 102:12, 102:14, 103:12, 103:21, 104:5, 104:8, 104:18, 104:19, 104:21, 105:8, 105:15, 106:10, 106:13, 106:16, 106:23, 107:6, 107:8, 107:12, 107:22, 108:1, 108:16, 108:19, 108:24, 108:25, 109:3, 109:4, 109:9, 109:16, 109:21, 110:1, 110:3, 110:5, 110:8, 110:10, 110:12, 110:15, 110:18, 111:6, 111:16, 111:25,

112:2, 112:14, 112:24, 112:25, 113:2, 113:17, 114:8, 114:10, 114:12, 114:14, 116:6, 116:18, 116:20, 117:1, 117:5, 117:11, 117:18, 117:22, 118:15, 118:22, 118:23, 119:16, 119:24, 121:16, 121:24, 127:1, 127:2, 127:7, 128:1, 128:4, 128:16, 128:21, 128:23, 128:25, 129:2, 129:4, 129:5, 129:6, 130:6, 130:13, 130:22, 130:25, 131:7, 131:19, 131:21, 132:7, 132:18, 132:23, 133:3, 133:8, 133:9, 133:14, 133:22, 133:25, 134:3, 134:4, 134:9, 134:10, 134:12, 134:19, 134:20, 134:24, 134:25, 135:1, 135:14, 135:16, 135:23, 136:23, 137:1, 137:2, 137:12, 139:6, 139:8, 139:16, 139:20, 140:8, 140:15, 141:3, 141:8, 141:11, 141:14, 141:18, 141:19, 142:3, 142:11
**household** - 50:16
**houses** - 113:20, 116:15, 117:8, 139:15, 139:19
**Houston** - 2:9
**hundred** - 133:12
**hungry** - 79:19
**husband's** - 7:25, 8:10
**Hvac** - 145:22, 146:19

### I

**idea** - 14:13, 58:20, 58:23, 109:18, 109:20, 126:20, 127:5, 135:13
**iden** - 3:2
**ignorant** - 121:22, 137:8
**immediately** - 41:24
**impact** - 135:24
**import/export** - 11:5
**Inc** - 149:6
**inches** - 45:23
**include** - 104:3, 133:17
**included** - 133:20
**Index** - 2:15
**indicate** - 51:23
**indicated** - 145:3
**individually** - 38:20
**individuals** - 32:20
**information** - 5:19, 65:24, 65:25
**initial** - 107:14
**insect** - 51:8
**insects** - 50:23, 51:8
**inside** - 98:13
**inside** - 20:2, 22:3, 22:6, 23:2, 23:24,

24:19, 37:17, 37:18, 45:18, 54:6, 56:25, 57:1, 57:2, 57:3, 61:11, 66:3, 67:7, 67:8, 69:25, 70:17, 72:14, 72:17, 84:14, 84:19, 84:20, 84:22, 85:18, 86:12, 87:13, 87:15, 88:13, 91:21, 104:5, 104:6, 104:8, 106:10, 106:12, 107:8, 107:22, 109:1, 118:23, 131:23, 131:24, 139:8, 139:11, 139:12
**inspect** - 16:10, 20:21, 20:24, 21:2, 75:11, 101:18, 111:9
**inspected** - 101:21, 111:7, 111:9
**inspection** - 56:22, 57:7, 86:8, 86:9, 86:10, 91:4, 111:12, 111:14, 111:17, 111:20, 118:3, 127:10, 127:14
**inspections** - 117:11, 117:13, 117:14, 117:21, 118:18
**inspectors** - 117:23
**install** - 18:8
**installed** - 78:8, 78:9, 83:21, 83:23
**installers** - 18:8
**instance** - 1:18
**insurance** - 113:2, 116:11, 119:20, 129:4, 129:5, 129:13, 140:7, 140:13
**Insurance** - 113:4, 113:7, 116:13
**insured** - 119:17
**insures** - 113:13
**interest** - 15:16, 112:7
**interested** - 148:23
**interior** - 131:14, 131:16
**intrusions** - 146:2, 146:7
**investigating** - 107:23
**involved** - 19:16, 44:16, 120:21, 125:23, 137:24
**Irma** - 7:5
**issued** - 113:4
**issues** - 74:13, 124:22
**itching** - 72:14
**item** - 65:17
**items** - 64:18, 65:2, 65:4, 65:5
**itself** - 70:16, 84:20, 86:24, 86:25, 92:1, 95:16, 141:20

### J

**January** - 46:19, 46:23
**Jennifer** - 1:3, 148:3
**Jesus** - 123:10
**jewelry** - 65:7
**Joanna** - 10:6
**job** - 12:12, 12:14, 12:21, 19:24, 40:5

**Jones** - 18:13, 18:14
**Joshua** - 2:11, 10:5
**Juanita** - 9:8
**judge** - 4:23, 5:2
**July** - 1:14, 1:20, 6:3, 148:16
**jump** - 29:2, 31:13
**jury** - 4:23, 5:2, 144:23

### K

**Kathy** - 8:24
**Keep** - 27:14
**keep** - 27:14, 48:14, 61:2, 62:3, 65:18, 66:16
**keeps** - 62:15, 62:16
**kept** - 66:6, 66:12, 66:13, 66:14, 68:3, 70:8, 121:12, 122:2, 123:9, 141:21, 146:10, 146:13
**kid's** - 136:9
**kids** - 62:2, 107:17
**Kind** - 23:11, 25:4, 97:6
**kind** - 11:5, 19:21, 23:14, 23:15, 25:15, 33:23, 37:1, 37:10, 43:10, 43:18, 45:13, 45:14, 47:17, 49:21, 51:8, 52:17, 52:23, 56:13, 57:19, 57:24, 58:3, 58:24, 65:4, 68:5, 69:10, 70:25, 76:17, 84:10, 85:10, 87:11, 90:24, 92:15, 93:17, 93:18, 94:4, 100:6, 108:7, 120:19, 123:19, 125:12, 135:24, 136:5, 139:5
**kitchen** - 51:11, 75:7, 75:19, 75:23, 75:24, 76:22, 76:23, 77:1, 77:7, 77:8, 77:15, 77:24
**knob** - 96:1, 96:3
**knobs** - 41:19, 96:1, 96:2
**knowing** - 137:3, 137:5
**knowingly** - 136:9
**knowledge** - 59:16, 66:10, 76:4, 82:10, 126:6
**Kurney** - 31:8, 31:11, 31:12, 65:20, 66:1

### L

**labeled** - 22:10
**lady** - 16:18, 66:7
**laid** - 78:16
**landing** - 79:4, 80:3, 84:7
**Lane** - 13:10, 109:23, 109:24, 134:7, 134:8
**larger** - 110:16
**last** - 8:1, 21:2, 21:4, 71:16, 105:25, 117:18, 143:10
**late** - 102:5, 102:7, 102:10, 102:11, 116:21, 116:23, 116:24, 116:25, 137:7
**lately** - 58:11
**law** - 40:2, 124:13, 129:6, 132:20, 133:3,

133:11, 133:22, 134:10
**law's** - 124:15, 132:22, 133:2, 134:3
**lawn** - 61:2, 103:24, 105:10, 106:3, 106:5, 106:6, 117:19
**lawsuit** - 12:23, 12:25, 13:7, 14:4, 19:16, 28:7, 125:17, 139:2
**lawyer** - 39:14, 120:16, 120:17, 122:5, 122:11, 122:13, 122:22, 122:25, 124:14
**lawyers** - 144:6
**leads** - 84:12
**leak** - 28:6, 28:9, 30:9, 33:23, 34:5, 34:11, 35:11, 36:1, 36:5, 36:16, 37:8, 37:17, 41:13, 44:11, 47:9, 47:15, 47:21, 48:3, 52:6, 55:9, 58:25, 59:5, 59:12, 59:20, 69:25, 75:14, 76:25, 77:4, 95:15, 146:14
**leaked** - 34:18, 35:19, 36:8, 42:6
**leaking** - 22:5, 22:14, 23:21, 24:2, 24:5, 34:16, 34:23, 35:3, 35:23, 36:12, 38:21, 41:19, 41:25, 52:21, 52:23, 53:2, 53:20, 74:21, 79:8, 80:5, 82:16, 89:16, 89:18, 92:4, 93:7, 93:12, 93:15, 93:23, 93:24, 99:4
**leakings** - 37:9
**leaks** - 20:2, 24:10, 41:15, 41:22, 42:8, 42:19, 42:23, 58:24, 75:13, 75:18, 81:15, 82:9, 82:19, 89:20, 95:3, 95:14, 97:21, 97:24, 146:2, 146:8
**leaky** - 145:18
**least** - 136:17
**leave** - 104:21, 104:24, 105:5, 111:19, 121:17, 130:24, 130:25
**left** - 71:5, 129:6, 133:10
**Leon** - 135:3
**Leslee** - 2:7, 4:5
**Less** - 27:20, 27:21
**less** - 12:8, 69:6
**letter** - 122:6, 124:5, 124:7, 126:15
**letters** - 102:11
**level** - 136:24, 145:9
**license** - 6:8
**life** - 138:13
**light** - 90:2
**lightly** - 72:12
**line** - 23:21, 23:22, 24:2, 24:3, 24:5, 24:8, 24:10, 40:17, 53:1, 88:2, 92:7, 93:15, 99:3
**Line** - 147:2
**lines** - 42:9, 92:5
**Linoleum** - 77:10, 77:11, 94:5, 94:6
**linoleum** - 77:12, 77:13, 78:1, 78:11,

78:13, 78:16, 88:6, 88:8
**Liquor** - 11:4
**list** - 32:19, 32:21, 64:17, 65:5
**listed** - 15:22
**listen** - 138:6
**livable** - 130:8
**live** - 128:17, 130:8, 130:12, 134:19, 135:2, 139:16, 139:17
**lived** - 14:19, 15:1, 15:23, 17:5, 17:6, 51:4, 77:13, 146:9
**living** - 6:18, 20:15, 24:24, 38:5, 38:14, 60:20, 61:22, 67:12, 68:16, 68:23, 69:1, 69:4, 69:13, 70:13, 70:20, 70:23, 72:19, 74:6, 74:9, 74:12, 75:7, 75:18, 108:15, 110:15, 129:12, 132:14, 134:24, 139:18, 146:17
**Lloyd's** - 4:6
**Lloyds** - 1:9, 148:9
**Lip** - 2:8
**loan** - 112:10
**located** - 11:8, 14:4, 22:7, 79:2, 79:4, 85:17, 89:12, 114:1, 144:22, 145:23, 146:19
**look** - 25:1, 32:7, 36:5, 45:16, 46:6, 54:10, 54:20, 58:17, 84:17, 84:23, 85:11, 86:22, 92:21, 141:24
**looked** - 45:18, 54:17, 87:13, 92:19, 92:20
**looking** - 31:23, 43:22, 56:19, 71:6
**looks** - 83:8, 132:10
**losing** - 68:4
**lunch** - 79:19

### M

**ma'am** - 6:1, 6:9, 7:20, 8:13, 8:15, 8:17, 9:6, 9:18, 10:5, 10:22, 14:9, 15:12, 16:7, 21:20, 22:12, 28:1, 28:4, 30:20, 30:25, 31:16, 32:1, 33:3, 33:7, 33:9, 35:24, 36:2, 36:6, 55:23, 56:1, 64:9, 66:23, 120:7, 128:8, 128:11, 128:15, 143:3, 143:6, 143:14, 143:25
**machine** - 58:25, 59:10, 59:17
**magazine** - 144:17
**Magdalena** - 8:7
**Magic** - 102:16
**main** - 11:20, 18:1, 27:13, 51:11, 68:13, 91:20, 120:15, 132:13, 136:6
**maintain** - 104:5
**maintaining** - 105:16, 105:18
**maintenance** - 27:24, 78:5, 97:19, 103:21, 104:17, 104:18, 105:15, 132:12

Major - 129:15
major - 127:24
malfunctioned - 145:3
manager - 11:14, 11:15, 11:20, 11:21
map - 84:11
mark - 34:5, 69:3
marked - 34:2
market - 109:18
marriage - 9:17, 9:20, 10:4, 124:24
married - 7:2, 7:12, 7:23, 8:8, 8:14, 8:16, 8:18, 8:25, 9:5, 9:24, 10:5, 59:14, 93:1, 93:2
marry - 9:9
Martin - 1:20, 148:13, 149:5
master - 89:5, 89:6, 89:9, 89:12
materials - 18:15
matter - 109:1, 121:22, 122:3, 122:21, 124:2, 137:9
maximum - 27:17
Mcallen - 1:23, 2:5, 6:20, 13:10, 103:3, 113:5, 114:2
mean - 17:25, 18:21, 27:10, 40:7, 40:9, 40:19, 56:19, 60:23, 62:12, 69:24, 75:17, 86:17, 93:18, 94:20, 108:6, 108:7, 116:22, 120:13, 122:25, 125:10, 125:23, 125:25, 131:6, 131:16, 137:23, 137:25, 138:2, 141:10, 142:24, 144:12, 144:15, 144:20, 146:15, 146:17
means - 136:2
meant - 133:3
measurements - 86:19
medical - 119:5, 130:24
meet - 143:1, 144:8
mention - 130:3, 141:18
mentioned - 7:18, 29:25, 55:11, 61:24, 75:6, 75:9, 75:20, 75:23, 97:11, 127:10, 131:4
mess - 108:6
met - 144:13, 144:14
metal - 27:4, 55:3, 70:17, 86:24, 87:7
Mexico - 5:22, 10:10, 10:16, 11:4
Michael - 1:3, 148:3
Microwave - 107:4
Middle - 135:2
might - 19:1, 26:10, 102:12, 109:8, 120:4, 125:12, 127:23, 136:10, 140:5
mildew - 44:23, 49:16, 56:2, 57:19
Mine - 110:20
Minerva - 1:4, 148:4
minimal - 119:13
minors - 107:25
minute - 13:19

minutes - 57:17, 101:25, 144:11
missed - 100:23, 102:1, 116:20
missing - 64:17, 96:9
Mission - 114:21, 115:25, 116:1
mitigate - 140:22, 140:24, 141:1
moist - 53:5, 53:6, 53:22, 145:10, 145:11
moisture - 45:20, 145:18, 145:20
mold - 14:24, 25:10, 25:15, 28:9, 37:23, 37:24, 44:23, 56:2, 57:18, 57:21, 58:22, 58:23, 73:7, 84:24, 85:13, 85:17, 85:24, 86:12, 86:16, 86:25, 87:3, 87:10, 88:22, 88:25, 101:23, 118:1, 118:8, 118:12, 119:5, 124:17, 124:19, 124:22, 125:3, 127:7, 127:11, 127:16, 127:18, 127:21, 127:25, 128:3, 130:23, 135:22, 136:10, 136:11, 136:22
Mom - 6:16
mom's - 19:25, 80:19, 80:22
moment - 6:12, 15:21, 24:1, 29:3, 30:13, 47:7, 51:7, 60:15, 61:24, 114:15, 118:7
money - 126:18, 126:19, 126:23, 126:25, 127:3, 139:1
month - 15:15, 27:10, 27:18, 27:20, 27:21, 56:11, 64:7, 102:8, 116:23, 123:4, 124:7
month's - 102:7
monthly - 15:13, 112:5, 133:5
months - 17:3, 29:8, 33:21, 36:10, 62:8, 115:5, 132:24, 132:25, 136:13, 137:6
mop - 93:25
mopped - 106:12
Morales - 1:6, 1:13, 1:18, 2:18, 4:1, 4:8, 6:24, 7:1, 7:5, 7:11, 7:15, 7:22, 8:7, 8:24, 9:8, 9:21, 10:5, 10:6, 125:1, 147:14, 147:16, 148:6, 148:14
morning - 143:1, 144:9
Mortgage - 15:9, 15:10, 100:13, 100:16, 100:18, 111:12, 111:23, 111:24, 116:4, 116:8, 119:22
mortgage - 15:10, 15:13, 100:13, 100:20, 100:23, 101:18, 101:22, 102:3, 111:24, 112:5, 112:8, 116:7, 133:8, 139:25, 140:5
Most - 10:10, 61:10,
62:23
most - 50:16, 60:12, 60:15, 60:17, 75:1, 75:17, 105:7, 117:12, 127:22, 144:17
mostly - 120:12, 123:18
move - 14:16, 46:15, 46:21, 68:17, 79:24, 82:13, 89:4, 95:19, 108:18, 110:1, 110:7, 121:16, 131:7, 135:14, 135:17, 135:19, 137:4, 140:1
moved - 11:13, 11:21, 14:21, 14:23, 14:24, 15:23, 15:24, 17:19, 17:21, 21:5, 28:21, 29:6, 29:12, 34:22, 34:25, 37:20, 46:13, 46:14, 46:23, 52:11, 52:12, 62:7, 62:12, 81:24, 82:1, 83:18, 83:20, 95:11, 95:18, 97:9, 106:11, 108:14, 110:16, 111:6, 111:7, 117:1, 121:23, 131:9, 131:19, 132:18, 132:19, 133:23, 134:2, 134:3, 134:9, 134:13, 136:12, 137:2, 141:9, 141:10
moving - 16:8, 16:11, 17:20, 82:3, 109:7, 128:16
Moving - 102:24, 131:25
mow - 103:24
mowed - 61:2
mowing - 117:19
must - 9:10, 29:9
musty - 72:8

**N**

name - 4:5, 4:7, 7:4, 7:10, 7:14, 7:25, 8:1, 8:10, 9:7, 13:16, 14:8, 16:6, 16:13, 16:18, 16:22, 18:11, 20:5, 20:8, 20:16, 31:9, 78:3, 78:4, 80:22, 80:24, 100:16, 100:20, 102:13, 103:1, 105:22, 105:25, 110:18, 110:21, 113:3, 119:25, 122:15, 122:16, 124:15, 126:3, 130:15
named - 12:22, 12:25, 125:17
names - 6:23, 7:21, 8:22, 9:19, 32:10, 110:24
near - 57:19, 79:12
need - 5:10, 5:14, 46:21, 55:16, 104:25
needed - 65:23, 97:20, 106:7, 106:18, 108:23, 139:7, 141:18
needs - 138:10
negatively - 5:13
neighbor - 80:19, 107:21
neighbor's - 80:22
neighborhood - 107:17
never - 10:18, 27:9,
43:16:24, 57:4, 58:20, 58:22, 70:5, 70:10, 75:8, 75:11, 76:9, 81:9, 91:25, 120:14, 120:17, 121:5, 122:13, 123:1, 129:5, 137:7
Never - 118:21
new - 17:1, 17:2, 17:22, 20:23, 28:13, 29:6, 29:9, 29:25, 30:7, 33:9, 33:13, 33:14, 54:5, 77:25, 78:16, 78:17, 78:18, 78:21, 83:19, 113:17, 116:18, 116:20, 117:1, 139:17, 139:23, 140:1, 140:3
next - 63:21
nice - 4:13, 71:6, 141:24
nickname - 20:7
night - 60:24, 108:2, 143:11
nine - 8:24, 115:5, 132:24
nobody - 122:1, 122:2
Nobody - 118:24
None - 135:10
Nora - 1:6, 8:16, 100:21, 148:6
normal - 56:13
normally - 48:14
north - 63:14, 80:11, 82:6
North - 13:10, 109:23, 109:24
northeast - 144:22
northwest - 24:17, 31:21, 33:24, 34:12, 38:8, 38:23, 39:5, 62:25, 70:25, 73:11, 74:12
nose - 72:14
Notary - 147:24
noted - 147:15
notes - 138:17
nothing - 35:15, 35:16, 37:10, 52:17, 54:8, 66:13, 66:15, 67:4, 107:15, 107:16, 107:24, 108:25, 109:6, 122:21, 123:7, 124:9, 125:10, 137:3, 138:4, 141:11, 141:13, 141:22, 143:9, 143:10, 144:16, 146:12
Nothing - 106:14, 106:22, 114:24, 115:11, 142:6, 143:8
notice - 22:13, 22:19, 25:20, 36:14, 46:8, 56:8, 57:9, 58:15, 58:16, 71:9, 93:22, 96:23, 97:7, 126:15
noticed - 25:10, 25:12, 26:13, 26:15, 36:12, 36:16, 37:23, 38:21, 39:2, 44:12, 44:23, 45:1, 45:8, 47:4, 48:1, 49:16, 52:13, 52:20, 54:5, 56:2, 56:4, 57:2, 57:17, 57:18, 58:8, 61:5, 61:8, 61:14, 68:22, 70:7, 70:12, 71:11, 74:3, 74:24,
75:3, 75:24, 76:1, 79:8, 79:11, 81:5, 82:16, 83:1, 83:4, 83:11, 83:13, 83:22, 84:3, 84:9, 86:3, 89:5, 89:8, 89:17, 89:23, 93:12, 93:24, 96:20, 97:1, 98:2, 98:3, 98:7, 98:10, 98:14, 98:22, 98:25
noticing - 46:16, 60:12, 75:1, 84:1
notification - 123:5
notified - 30:19, 64:3, 64:5, 64:10, 66:18, 67:25, 108:25, 124:8
notify - 35:10, 48:9, 55:8, 68:2, 72:23, 73:14, 99:4, 99:5
nozzle - 43:6, 96:10
number - 6:6, 6:10, 73:5, 127:9
Number - 3:2, 3:6
numbered - 1:19

**O**

obviously - 65:18
Obviously - 125:20
occur - 74:8, 74:13
occurred - 46:12, 52:10, 56:8, 59:13, 62:11, 64:8, 66:25, 82:3, 117:14, 146:8
October - 5:24, 6:13
odor - 26:14, 26:15
odors - 61:8, 61:10
office - 115:8, 128:7, 128:10, 128:12
offices - 1:22
often - 27:2, 27:3, 27:6, 50:25, 60:17, 63:7, 105:8
old - 8:22, 9:22, 17:3, 29:8, 78:17, 78:19, 78:20, 140:2, 140:6
Olga - 1:5, 148:5
once - 20:22, 20:23, 22:1, 64:14, 65:22, 66:9, 67:21, 92:7, 102:9, 103:7, 105:9, 116:21, 117:24, 136:12, 143:17, 143:18
Once - 23:2, 31:3, 93:20
One - 8:3, 50:2, 96:3, 124:23, 145:22
one - 8:6, 11:8, 12:6, 18:3, 19:3, 19:9, 19:10, 20:3, 26:20, 26:21, 27:4, 27:13, 28:10, 29:11, 29:25, 30:7, 32:12, 35:8, 36:14, 36:22, 37:8, 50:1, 50:14, 55:18, 56:10, 59:20, 60:11, 60:12, 60:17, 61:1, 66:11, 67:2, 67:3, 67:9, 67:17, 67:18, 70:8, 73:11, 74:25, 76:2, 76:15, 77:14, 77:15, 77:16, 77:22, 78:20, 78:21, 79:1, 80:8, 81:23, 83:9, 89:14, 92:17, 96:1, 96:10, 101:14, 102:10, 102:20,

103:20, 105:14, 107:17, 107:21, 110:16, 112:23, 115:17, 115:18, 117:15, 117:18, 117:25, 118:9, 120:3, 120:4, 122:17, 125:4, 135:2, 135:5, 139:17, 139:19, 139:23, 140:1, 140:2, 140:3, 140:6, 143:12, 143:23, 144:6, 146:18
 ones - 62:24, 64:1, 68:14, 68:24
 open - 23:23, 54:12, 84:7, 84:23, 85:14, 104:21, 104:24, 105:2, 131:11, 131:13, 131:14, 131:17
 opened - 57:1, 107:11
 opening - 12:6, 42:25, 43:3, 43:4, 43:11, 43:12, 43:17, 43:21, 44:1, 85:20, 96:12
 opportunity - 4:9
 Oral - 1:13, 1:17
 order - 5:4, 35:5, 122:9
 original - 95:9
 originally - 29:11, 95:6, 126:16
 Otherwise - 4:18
 outcome - 66:10
 outside - 20:2, 21:13, 21:15, 54:9, 57:10, 61:3, 84:16, 85:1, 94:15, 104:7, 104:18, 105:18, 106:4, 106:6, 106:7, 132:7, 132:10, 139:12
 Outside - 104:20
 oval - 37:1
 over-the-counter - 50:12
 overflow - 56:6, 91:24, 93:9
 overflowed - 42:11, 91:25
 own - 15:10, 20:14, 111:5, 113:20, 113:22, 113:24, 122:20, 122:25, 124:3, 128:25, 129:2, 138:13
 owned - 12:7, 115:4, 115:16, 116:15, 134:10
 owner - 13:14, 14:7, 115:12
 owns - 13:11, 14:5, 100:13, 111:24, 133:3, 139:15

**P**

 Page - 2:16, 2:20, 3:2, 3:6, 147:1, 147:2
 paid - 32:11, 33:2, 40:7, 102:7, 112:19, 122:1, 135:9, 135:12
 paint - 45:25, 46:1, 47:4
 Paint - 132:10
 painted - 37:22
 pan - 87:25
 Pan - 10:11, 10:13
 paneling - 45:19

 paper - 25:8, 66:4, 69:16
 papers - 9:14, 140:18
 paperwork - 88:19, 127:11
 paraphrased - 126:1
 part - 13:14, 14:7, 31:20, 31:24, 32:2, 33:23, 37:16, 38:6, 49:24, 85:18, 91:5, 91:7, 97:22, 99:2, 129:13, 132:9, 132:16
 part-owner - 13:14, 14:7
 participate - 94:8
 particular - 15:14, 15:25, 26:5, 33:8, 33:11, 34:19, 41:22, 42:13, 42:22, 61:18, 83:2, 93:7, 113:14, 135:4, 139:2
 parties - 148:21
 parts - 31:17, 31:19, 77:23, 77:24, 105:10
 Paso - 11:22, 11:24, 11:25
 pass - 144:2, 146:23
 pay - 116:3, 123:7, 124:9, 133:18
 paying - 133:5, 133:6, 133:8
 Payment - 3:7
 payment - 15:13, 101:7, 102:7, 112:14, 112:16
 payments - 100:23, 101:10, 101:13, 101:16, 102:1, 102:9, 112:25, 116:20, 139:25
 pays - 40:13
 peel - 47:4
 peeling - 45:20, 45:22, 45:25, 46:4, 46:8, 47:5, 77:23, 78:14
 people - 46:21, 56:20, 58:21, 75:10, 86:3, 86:6, 86:7, 117:15, 117:17, 120:17, 121:3
 percent - 112:17
 period - 36:9, 136:16
 person - 14:8, 15:22, 28:2, 31:6, 32:20, 112:25
 personal - 138:13
 personally - 13:3, 14:16, 26:25, 27:1, 31:1, 35:22, 36:5, 39:8, 61:21, 66:18, 140:7
 pest - 50:22, 50:25, 51:12, 51:13, 51:20
 petition - 126:12
 Pharr - 19:24, 20:9, 78:3, 78:5
 phone - 123:6
 photographs - 39:11
 pictures - 39:4, 39:8, 48:11, 55:21, 64:18, 73:18, 73:21, 73:23, 73:24, 74:1, 99:7, 99:8, 105:1, 106:17
 piece - 69:16

 Pink - 90:16, 90:18
 pink - 90:22, 90:23
 pipe - 41:9, 44:8, 44:21, 47:17, 54:15, 55:1, 85:12, 92:9, 92:10, 92:11, 92:12, 92:20, 92:22, 93:7, 94:9, 94:11, 94:16, 94:17, 94:19
 pipes - 41:1, 41:2, 43:22, 44:5, 44:8, 45:14, 52:17, 54:6, 54:11, 54:14, 54:23, 54:24, 55:25, 97:25
 Pipes - 44:7
 piping - 94:22
 pissed - 123:8
 place - 17:22, 18:8, 26:5, 42:6, 95:24, 98:14, 132:19
 places - 56:17, 56:18
 plaintiff - 12:22, 12:25, 125:17
 plaintiffs - 119:1
 Plaintiffs - 1:7, 2:2, 148:7
 planning - 10:15, 10:17, 114:3, 114:13, 139:1
 plans - 108:18, 115:6, 115:10
 Plastic - 41:4, 94:20
 plastic - 41:5, 41:7, 55:4, 77:9
 plate - 43:4, 96:9
 plug - 91:21
 plumber - 18:22, 40:2, 40:7
 plumbing - 40:3, 40:6
 Plumbing - 40:10
 Plywood - 88:5
 Pm - 60:24
 point - 63:24, 124:10, 127:6, 127:8, 138:18, 145:4
 police - 62:18, 107:16, 107:22, 122:4
 Police - 66:12
 policy - 126:3, 129:13, 140:7, 141:1
 polite - 143:23
 portion - 54:15, 54:17
 position - 11:11
 positive - 111:21, 137:25, 138:3
 possible - 5:16, 84:4, 131:4
 possibly - 26:19, 141:19
 practice - 105:4
 precise - 71:11, 146:14
 prefer - 135:5, 139:16, 139:20, 140:3
 Prefer - 139:17
 preference - 135:4
 preparation - 142:12
 prepare - 142:4, 142:23
 present - 22:21, 44:17, 44:19, 111:17, 111:19, 117:10, 117:12, 120:5, 143:19
 Present - 2:10
 presentable - 141:24

 presently - 29:10, 49:2, 133:25
 press - 95:16
 pretty - 73:25
 prevent - 141:3
 previous - 124:23
 price - 15:4, 15:6, 112:2, 115:20, 115:24
 primarily - 96:18, 104:18, 105:14, 112:25, 143:12
 Primrose - 1:23, 2:4
 problem - 13:20, 21:12, 27:15, 34:23, 51:14, 52:2, 74:5, 74:9, 91:6, 92:8, 92:18, 99:11, 125:3, 125:7, 125:9
 problems - 21:10, 21:22, 24:7, 28:3, 29:14, 29:17, 30:10, 30:24, 33:15, 33:18, 39:17, 39:20, 41:10, 41:18, 41:21, 42:19, 51:9, 53:20, 59:9, 59:17, 59:22, 62:1, 74:3, 74:21, 78:14, 81:20, 84:3, 89:16, 91:17, 92:4, 93:6, 94:24, 120:16, 125:13, 127:23, 130:23, 131:2, 140:4
 Procedure - 1:24
 procedure - 73:4, 120:20
 proceed - 122:10
 process - 140:2
 produce - 102:22, 103:8
 produced - 1:18
 products - 65:25, 66:3
 profession - 40:9
 professionally - 40:4
 promises - 121:12
 properly - 47:18, 91:21
 properties - 116:9, 116:10
 property - 113:22, 113:24, 114:18
 provide - 39:11, 39:13, 102:20
 provided - 102:14
 provisions - 1:24
 Public - 147:24
 puddle - 93:21
 pull - 78:17
 pulled - 78:20
 pungent - 72:8
 purchase - 15:4, 15:6, 112:2, 115:20, 115:24
 purchased - 14:10, 16:3, 16:16, 17:1, 17:7, 17:22, 95:6, 108:16, 119:23, 132:23, 133:7, 134:4, 137:1
 purpose - 76:19
 purposes - 105:5, 117:2
 pursuant - 1:23
 pursue - 121:6
 put - 17:23, 17:24, 23:25, 26:2, 27:8, 28:13, 29:25, 30:7, 33:9, 43:2, 58:4, 75:11, 76:14, 76:17,

 77:24, 78:18, 83:18, 84:2, 112:14, 116:9, 119:3
 putting - 76:16

**Q**

 quantities - 52:24
 questions - 5:6, 99:18, 120:18, 137:5, 144:2, 144:5, 144:19, 146:24
 quick - 72:17, 79:15, 143:23
 Quintos - 8:11
 quite - 114:9, 125:19

**R**

 rain - 33:22, 34:21, 35:4, 68:21
 rained - 34:16, 34:24, 68:19
 rains - 35:3
 random - 63:19
 Raquel - 7:22
 rate - 15:16, 112:7
 re - 119:9, 119:11
 re-depose - 119:9, 119:11
 Re/max - 16:24
 read - 126:12, 126:15, 140:7, 140:10, 147:14
 reading - 144:17
 ready - 46:25, 95:19, 142:15
 real - 16:17, 16:23, 72:17, 79:14, 95:17, 111:11, 113:22, 114:18
 reality - 138:5
 realized - 125:11
 really - 14:11, 16:2, 26:3, 38:12, 56:19, 58:17, 70:10, 81:9, 97:17, 119:18, 120:23, 122:12, 123:17, 144:16
 realtor - 109:15
 Reason - 147:2
 reason - 15:25, 51:11, 109:5, 110:23, 111:1, 131:6, 136:15, 136:17
 Rebecca - 1:4, 148:4
 recap - 72:19, 82:6, 84:3
 receipts - 65:17, 66:2, 143:7
 receive - 64:19
 received - 123:4, 124:7
 recently - 101:19, 125:4
 Recently - 101:20
 recess - 13:25, 49:11, 79:22, 138:23
 recommended - 32:20
 record - 1:25, 4:7, 13:21, 13:24, 14:1, 38:19, 49:12, 79:20, 79:21, 79:23, 119:1, 138:20, 138:22, 138:24, 148:16
 records - 102:23
 referred - 146:16
 referring - 6:13,

32:3, 43:4, 43:21, 129:14, 130:20
**refinanced** - 15:18, 116:9
**refrigerator** - 77:5, 106:21, 106:23, 106:24
**regard** - 30:23, 59:12, 64:2, 68:1, 72:24, 75:13, 140:14, 141:8
**regarding** - 65:11, 66:22, 91:9, 139:4, 142:11
**regards** - 91:17
**registers** - 100:9
**regular** - 97:13, 97:19
**regulating** - 30:4
**reimburse** - 129:20
**related** - 31:5, 128:6, 128:9
**relative** - 148:20, 148:22
**remember** - 6:3, 8:1, 9:4, 9:10, 9:13, 9:15, 14:11, 15:7, 16:11, 16:18, 16:22, 17:6, 17:11, 17:15, 17:21, 17:24, 18:3, 18:4, 18:7, 18:21, 19:3, 19:5, 20:23, 22:22, 24:13, 25:22, 25:23, 27:5, 31:9, 31:20, 31:22, 32:10, 32:12, 32:16, 34:20, 35:2, 35:3, 35:20, 35:21, 36:8, 37:13, 37:19, 37:21, 37:25, 39:19, 39:21, 39:22, 40:12, 40:13, 40:15, 41:11, 41:14, 41:20, 41:24, 43:10, 43:13, 43:15, 43:24, 44:2, 44:3, 45:7, 46:10, 46:11, 49:6, 49:24, 50:21, 50:23, 51:2, 51:6, 51:25, 52:9, 59:11, 59:19, 60:11, 60:13, 62:17, 62:19, 67:15, 67:24, 68:13, 69:22, 73:5, 73:9, 73:17, 73:20, 74:25, 75:1, 75:9, 75:17, 76:7, 76:9, 76:16, 77:3, 77:6, 77:19, 78:4, 81:7, 81:16, 81:19, 82:23, 84:1, 88:8, 89:10, 90:8, 91:19, 92:24, 95:1, 95:4, 96:22, 97:23, 101:12, 101:16, 104:16, 106:17, 110:13, 112:18, 113:3, 115:18, 117:3, 117:24, 118:1, 118:10, 122:16, 122:23, 126:11, 126:14, 127:13, 130:10, 130:15, 135:18, 137:22, 142:19, 142:22, 143:18, 146:7, 146:10
**remembering** - 142:21
**remove** - 91:10
**removed** - 17:21, 46:1, 106:15, 131:18
**renovations** - 17:20
**rent** - 133:5

**rental** - 133:3
**rented** - 115:2, 133:22
**renting** - 121:25, 133:14, 133:25
**reoccurring** - 62:15
**repainted** - 37:15, 37:16
**repair** - 22:3, 23:20, 40:23, 42:1, 42:3, 44:17, 44:18, 53:13, 80:14, 93:4, 94:14, 118:14, 127:1, 127:2, 139:8
**repaired** - 23:2, 23:6, 26:8
**repairing** - 33:6, 106:6
**repairs** - 19:17, 27:23, 27:24, 40:11, 99:12, 139:5
**repeat** - 6:25
**rephrase** - 4:16
**replace** - 18:6, 19:18, 29:19, 29:23, 32:8, 32:23, 53:16, 65:1, 67:20, 67:23, 68:7, 68:9, 77:18, 77:21, 78:11, 91:22, 92:9, 92:22, 105:10, 145:4
**Replace** - 19:20, 61:3, 105:12
**replaced** - 18:20, 18:24, 19:2, 19:4, 19:5, 19:8, 19:10, 19:14, 21:15, 21:17, 28:15, 30:14, 32:5, 32:9, 33:19, 33:20, 35:10, 36:8, 37:16, 40:25, 41:7, 41:9, 44:5, 44:9, 47:18, 53:15, 53:19, 54:5, 54:25, 55:3, 76:7, 77:12, 77:14, 78:1, 78:13, 82:7, 92:12, 92:20, 94:8, 94:11, 94:16, 95:10
**replacing** - 29:18, 61:25, 91:13
**reported** - 1:20, 148:17
**reporter** - 4:24, 5:5
**Reporter** - 1:21, 11:23, 31:10, 55:14, 79:20, 113:6, 138:20, 148:13
**Reporter's** - 2:21, 148:11
**reports** - 62:18, 66:13, 118:17, 122:4
**repossess** - 102:4, 102:12
**represent** - 4:5
**representatives** - 130:3
**Requested** - 3:5
**required** - 124:4
**reserve** - 119:9
**reserved** - 112:22
**residence** - 113:14, 127:17, 127:18, 127:20
**resides** - 118:22
**residing** - 109:22
**resolve** - 121:5, 124:2
**resolved** - 66:8, 66:9, 66:12, 108:22, 109:1, 109:6, 136:7,

137:6, 138:1, 138:11, 141:22
**respiratory** - 125:13
**respond** - 5:12
**response** - 109:12
**responsible** - 105:15
**Restrepo** - 2:8
**restroom** - 77:14, 77:16, 77:24
**result** - 47:15, 47:21, 48:12, 111:22
**results** - 111:20
**retail** - 18:14
**retain** - 102:17, 103:4
**returned** - 23:9
**review** - 143:7
**Reynosa** - 5:22
**Rhonda** - 1:20, 148:13, 149:5
**Richard** - 1:3, 148:3
**Rigoberto** - 6:24, 7:1
**Rio** - 6:21
**Rita** - 7:15
**roach** - 51:14
**robberies** - 31:6
**robbery** - 73:21
**Robbins** - 2:8
**Rocio** - 124:16
**rocks** - 62:2, 63:21
**Rolando** - 7:11
**Roma** - 11:8, 12:6, 12:11, 12:13, 128:20
**roof** - 24:14, 24:25, 28:12, 28:13, 28:15, 28:18, 30:13, 31:13, 31:15, 31:17, 32:2, 32:5, 32:8, 32:9, 32:24, 33:2, 33:6, 33:9, 33:13, 33:14, 33:15, 33:18, 35:11, 35:15, 35:18, 35:19, 35:22, 35:25, 36:8, 36:19, 37:17, 68:24, 70:4, 73:12, 75:13, 82:9, 89:21, 111:14, 146:4, 146:13, 146:16
**Room** - 83:5
**room** - 24:21, 24:24, 36:13, 37:12, 37:16, 37:20, 37:21, 37:23, 38:3, 38:4, 38:5, 38:14, 38:19, 39:2, 45:12, 47:2, 47:9, 47:16, 52:1, 57:7, 57:9, 57:12, 57:15, 58:25, 59:7, 61:6, 61:9, 61:13, 61:19, 61:22, 67:12, 68:16, 68:17, 68:23, 69:1, 69:4, 69:11, 69:13, 70:13, 70:20, 70:24, 71:20, 72:19, 74:2, 74:3, 74:6, 74:9, 74:12, 74:13, 74:16, 74:17, 75:4, 75:7, 75:13, 75:15, 75:16, 75:18, 81:11, 83:2, 89:20, 132:15, 143:19, 144:22, 144:24, 145:2, 146:17
**rooms** - 83:14
**Rosa** - 1:6, 148:6
**rough** - 14:13
**Round** - 36:25
**round** - 25:7, 69:16, 103:14, 103:16
**routine** - 51:21
**routinely** - 51:17,

51:20, 51:22
**Ruben** - 1:4, 1:13, 1:17, 2:18, 4:1, 4:8, 144:5, 147:14, 147:16, 148:4, 148:14
**rubs** - 58:6
**Rules** - 1:24
**rules** - 4:12
**run** - 111:5
**running** - 92:2
**rusted** - 45:13, 47:17, 54:22, 92:16
**rusting** - 54:20

**S**

**safe** - 137:14
**sale** - 114:16, 114:17
**sales** - 11:11, 11:14
**Sales** - 11:2
**Salinas** - 80:23, 80:25
**San** - 9:8
**Santiago** - 106:1
**Santillana** - 1:4, 1:5, 148:4, 148:5
**savings** - 112:22
**saw** - 24:14, 25:15, 26:1, 26:9, 26:20, 35:7, 46:4, 47:17, 50:7, 52:17, 54:17, 56:24, 58:18, 70:5, 81:9, 86:18, 86:21, 86:23, 88:22, 146:14
**scent** - 72:8, 72:15
**schematic** - 34:1, 59:6, 69:3, 74:16, 81:1, 89:11
**School** - 20:9, 124:24, 125:2, 135:2
**school** - 10:9, 19:23, 117:2, 125:7, 125:8, 134:20, 135:4
**schools** - 124:22, 134:24
**scrub** - 71:14
**seat** - 144:15
**Second** - 4:22
**second** - 22:8, 31:22, 31:25, 62:24, 67:18, 70:4, 70:5, 78:25, 81:1, 81:16, 107:18, 107:20, 117:25, 118:9, 132:9, 139:13, 145:23
**secretary** - 13:19
**Security** - 6:6
**see** - 34:9, 35:23, 36:1, 43:22, 43:25, 44:3, 54:8, 54:9, 54:11, 54:16, 84:18, 84:24, 85:10, 85:12, 87:12, 100:5, 121:7, 142:25, 146:13
**seeing** - 9:2, 33:23, 49:24, 51:10, 75:2, 89:10
**seeking** - 131:3
**selected** - 32:14, 32:15, 32:17
**self** - 20:15, 80:25
**self-employed** - 20:15, 80:25
**sell** - 11:3, 18:17, 109:13, 140:1
**seller** - 17:8
**Seller** - 17:10
**Selling** - 114:5
**selling** - 109:9,

114:3
**sells** - 18:15, 113:10
**semester** - 10:17
**send** - 103:7, 124:4
**sent** - 28:13, 32:6, 32:10, 35:13, 46:18, 56:20, 56:21, 64:13, 64:23, 66:1, 73:3, 86:7, 111:12, 118:3, 122:6, 126:16
**separate** - 101:5
**Separate** - 101:6
**separately** - 133:18
**services** - 20:10, 102:14, 103:2, 123:25, 124:6, 126:7
**seven** - 84:1
**Several** - 62:10
**several** - 71:3
**shaking** - 5:12
**shape** - 36:24, 54:7, 54:10, 70:7, 92:21, 132:16
**sheet** - 25:6, 25:8, 36:23, 87:10
**Sheet/signature** - 2:20, 147:1
**sheetrock** - 45:19, 46:3, 46:8, 139:12, 145:9
**shingles** - 31:20
**shop** - 18:14
**short** - 79:14, 138:16
**shortly** - 62:12
**show** - 35:9, 37:9, 50:8, 56:11, 56:14, 85:2, 85:3
**showed** - 37:7, 56:25, 57:1, 86:4, 86:17, 110:9, 117:25, 118:8, 143:11
**shower** - 42:20, 42:23, 43:1, 43:2, 43:23, 96:6, 97:22, 97:23, 97:25
**shower/bathtub** - 42:17
**showerhead** - 42:24
**showing** - 146:13
**shows** - 62:18, 89:11
**sick** - 127:24, 136:2, 136:15, 136:18, 136:19
**sickness** - 136:9
**side** - 67:4, 69:11, 107:21, 144:22
**sign** - 126:10
**signature** - 147:14
**signed** - 126:6, 140:17
**sills** - 79:12
**simplistic** - 141:2
**sink** - 39:17, 39:23, 41:10, 41:16, 44:6, 44:11, 44:13, 44:24, 45:1, 45:3, 45:9, 48:8, 76:5, 76:6, 76:25, 95:2, 95:4, 95:5, 98:18, 99:1
**sister** - 8:6, 124:13, 124:15, 132:20, 132:22, 133:2, 133:3, 133:7, 133:22, 134:3, 134:10
**sister's** - 121:24
**sister-in-law** - 124:13, 132:20, 133:3, 133:7, 133:22,

134:10
**sister-in-law's** - 124:15, 132:22, 133:2, 134:3
**sisters** - 6:16, 6:17, 6:19, 7:19
**sisters'** - 6:22
**sit** - 88:12
**sitting** - 72:4
**situation** - 60:25, 91:8, 119:6
**situations** - 111:3
**six** - 17:3, 29:8, 45:23, 136:12
**Sixteen** - 133:12
**Sixty** - 116:1
**Sixty-five** - 116:1
**size** - 26:6, 36:22, 36:23, 70:6, 88:14
**skip** - 102:6
**skipped** - 102:8, 116:22
**sleep** - 143:10
**slide** - 67:9
**sliding** - 67:11, 67:13, 68:16, 68:18, 107:11
**slow** - 93:19
**slowly** - 52:25
**small** - 14:2, 52:24, 54:15, 76:8, 93:21, 129:6
**smell** - 22:15, 22:16, 22:17, 22:18, 22:19, 22:21, 22:25, 23:3, 23:5, 23:7, 23:9, 23:10, 23:12, 23:14, 23:16, 61:16, 61:19, 71:24, 72:2
**smelled** - 71:20, 72:4
**smelling** - 23:15
**smells** - 61:17
**smoke** - 118:23
**smokes** - 118:24
**soap** - 27:7
**Social** - 6:6
**soft** - 94:22
**softer** - 94:21
**sold** - 16:13, 16:18, 116:7, 134:1
**solid** - 87:3, 87:4
**someone** - 32:7, 51:16, 53:13, 55:24, 103:24, 122:8
**Sometimes** - 101:13, 104:25
**sometimes** - 70:8, 70:9, 91:22
**Somewhere** - 34:7, 43:9, 43:10
**somewhere** - 22:25
**son** - 124:23, 124:25
**soon** - 5:16, 72:1, 136:7
**Sorry** - 40:18, 74:23, 129:16
**sorry** - 6:25, 12:14, 12:16, 12:24, 16:9, 37:17, 47:13, 51:19, 56:6, 75:16, 81:7, 94:13, 99:23, 128:22, 129:1, 131:16
**source** - 118:11, 145:17, 145:20
**south** - 69:10, 69:11
**Southern** - 1:1, 148:1
**speaking** - 5:7,

32:13, 75:10, 122:8, 129:18, 142:24
**specifically** - 97:15, 110:5, 120:10, 129:24, 130:2, 141:10, 141:17
**specify** - 62:16
**speculation** - 110:6
**spending** - 60:12
**spends** - 60:15
**Spishakoff** - 16:19, 16:20
**spoken** - 66:21, 91:13
**spot** - 34:19, 34:21, 34:23, 56:17, 71:17, 73:10, 146:4, 146:13, 146:16, 146:17
**spots** - 71:1, 71:7, 71:9, 71:18, 87:8
**spotted** - 90:24
**spray** - 51:16, 51:21
**spread** - 26:4
**sprinkler** - 40:10
**Spyshakov** - 16:20
**square** - 43:16, 57:22, 110:11, 110:13, 134:11
**stain** - 24:14, 24:16, 24:18, 25:1, 25:2, 36:19, 36:21, 37:12, 38:25, 57:24, 58:1, 58:3, 58:15, 58:18, 60:4, 60:6, 69:4, 69:13, 69:21, 69:23, 70:6, 72:19, 72:24, 75:5, 75:22
**stained** - 24:23, 38:6, 38:7, 81:22, 81:24
**staining** - 38:1, 82:2, 82:11, 83:22, 84:4, 84:9, 84:15, 97:1, 97:3, 97:8, 98:7, 108:12, 108:13
**stains** - 38:2, 38:8, 38:11, 38:15, 38:16, 39:1, 39:5, 60:9, 60:10, 61:5, 68:23, 68:25, 70:20, 70:22, 71:13, 72:20, 73:15, 73:18, 73:25, 74:24, 75:3, 75:24, 76:1, 81:5, 81:17, 82:10, 83:1, 83:4, 83:9, 83:11, 84:18, 85:4, 85:8, 89:5, 89:8, 89:23, 90:2, 90:3, 90:6, 90:9, 90:13, 91:6, 97:5, 98:4, 98:10, 98:22, 108:11
**staircase** - 78:22
**stairs** - 22:9, 24:25, 84:17
**stairway** - 78:24
**stand** - 141:19
**start** - 5:7, 5:18, 9:1, 47:4, 80:7, 97:7, 125:14
**started** - 4:12, 10:13, 11:13, 28:17, 37:20, 46:16, 51:10, 56:8, 65:15, 65:17, 71:13, 83:25, 95:18, 107:23, 108:22, 121:9, 122:23, 131:3, 146:6
**starts** - 23:15, 72:13
**State** - 1:21, 116:13, 147:18, 147:25

**state** - 4:7
**States** - 1:1, 10:18, 148:1
**stating** - 60:6, 122:9
**stay** - 72:11, 72:13, 132:21, 139:20, 139:23
**stayed** - 70:10
**steady** - 93:19, 93:20
**Steel** - 54:24
**stench** - 71:25
**stenograph** - 148:18
**Stephanie** - 8:24, 81:12, 81:13
**stepped** - 129:16
**sticking** - 25:15
**Sticking** - 87:7
**sticks** - 27:5
**still** - 12:19, 15:10, 34:23, 37:12, 60:16, 87:12, 107:1, 107:4, 107:24, 138:20, 139:23
**Stingley** - 149:6
**stipulate** - 119:1
**Stipulations** - 2:22
**stocker** - 11:13
**stole** - 107:3
**stolen** - 65:2, 65:4, 65:18, 106:25
**stop** - 4:16
**stopped** - 10:14, 21:13, 45:12, 52:7
**store** - 11:6, 11:7, 11:15, 11:17, 11:18, 12:6, 18:17
**storm** - 28:11, 31:14, 33:11, 76:15, 76:21
**story** - 31:25
**strange** - 61:8
**Street** - 2:8, 16:9, 108:19, 110:18, 111:25, 112:24, 117:11, 119:16, 127:1, 128:1, 128:16, 134:19, 135:15, 139:6, 139:21, 140:8, 141:8
**strong** - 22:17, 22:18, 71:25, 72:11
**stronger** - 61:19, 61:22
**strongest** - 61:23
**struggle** - 111:3, 136:8
**struggled** - 71:13, 136:15
**stub** - 3:7
**stubs** - 102:17
**students** - 125:10
**studying** - 10:15, 10:16
**stuff** - 24:8, 25:21, 26:7, 26:12, 26:15, 27:11, 88:2, 107:9, 107:13, 108:7, 109:4, 120:19, 123:20, 132:5, 140:5
**styled** - 1:19
**submitted** - 127:11
**Subscribed** - 147:20
**subsequently** - 148:18
**substance** - 25:25, 37:24, 49:17, 56:8, 57:6, 57:19, 58:19, 83:2, 83:5, 89:24,

96:20, 96:23, 98:11, 98:15, 99:14
**substances** - 70:12, 70:14
**Suddenly** - 21:13
**suggested** - 91:10
**suing** - 13:3, 13:4, 125:21, 126:18, 126:19, 126:23
**suit** - 120:22, 143:13
**Suite** - 2:8
**summer** - 20:1, 21:4, 21:9, 21:23, 29:20, 103:14
**sun** - 132:12
**supervision** - 148:19
**supply** - 42:9, 92:5, 92:7, 93:15, 99:3
**supportive** - 138:8
**supposed** - 58:17, 88:1, 121:24
**surface** - 78:21
**surrounding** - 84:18, 86:12
**sworn** - 4:2, 148:14
**Sworn** - 147:20
**systems** - 40:10

**T**

**talks** - 137:25
**tank** - 91:21, 91:23, 92:11, 92:13, 94:18
**tape** - 43:17, 43:18, 43:19, 76:14, 76:16, 76:17, 76:18
**taping** - 76:19
**tax** - 117:2
**team** - 118:3
**technical** - 10:20
**Tellez** - 1:3, 148:3
**temperature** - 30:5, 48:14, 48:17, 48:22
**term** - 112:10, 145:13, 145:15
**Terminated** - 123:25
**terminated** - 124:5
**termite** - 21:16
**termites** - 50:19, 50:24, 51:24
**Termites** - 50:21
**testified** - 4:2, 18:19, 19:1, 23:12, 24:1, 30:18, 31:14, 32:6, 33:1, 45:24, 47:7, 51:7, 52:2, 53:22, 57:17, 70:19, 72:3, 80:2, 80:8, 85:13, 86:11, 100:12, 101:25, 103:19, 103:23, 108:10, 118:7, 119:12, 125:16, 145:8
**testifying** - 4:23
**testimony** - 4:25, 123:21, 142:8, 148:16
**Texas** - 1:1, 1:9, 1:22, 1:23, 2:5, 2:9, 4:6, 5:23, 6:8, 6:12, 10:25, 11:8, 11:24, 12:6, 114:21, 128:20, 147:18, 147:25, 148:1, 148:9, 149:5, 149:7
**therein** - 1:25
**thermostat** - 29:18, 29:19, 30:10
**They've** - 63:8

**thinking** - 137:4
**third** - 67:18
**thirteen** - 14:14, 14:15
**thousand** - 110:13, 112:17, 115:22
**threatened** - 102:3
**Three** - 36:10, 63:9, 134:18
**three** - 23:8, 28:23, 51:5, 63:8, 63:9, 68:6, 68:7, 80:9, 82:7, 82:8, 88:13, 115:19, 117:16
**throw** - 62:2, 63:21, 108:6
**throwing** - 67:8
**thrown** - 132:5
**Thursday** - 142:16
**tile** - 43:5, 43:8, 49:17, 49:19, 49:22, 49:25, 50:1, 50:2, 77:8, 96:10, 96:14, 96:24, 97:2, 97:8, 97:14, 98:15
**tiles** - 50:1
**title** - 13:16, 14:8, 15:22, 16:1, 110:19, 110:24, 115:14
**today** - 4:23, 35:8, 142:5, 142:8, 142:12, 143:5, 143:24
**together** - 9:2, 9:3, 101:13, 102:9
**toilet** - 18:24, 41:21, 41:23, 42:6, 42:11, 45:9, 45:11, 45:16, 47:8, 47:15, 47:21, 48:1, 48:12, 91:17, 91:19, 92:1, 92:2, 92:5, 92:6, 92:7, 92:8, 92:23, 93:9, 93:13, 93:15, 94:18, 94:25, 95:10, 98:8, 99:4, 99:11, 100:5
**toilets** - 18:1, 18:2, 18:19, 18:20
**Toilets** - 18:5
**tolerate** - 72:12
**tomorrow** - 35:8
**took** - 14:2, 20:23, 23:24, 39:8, 39:9, 50:16, 64:18, 73:23, 73:24, 73:25, 74:1, 107:9, 107:13, 136:12
**top** - 19:9, 19:10, 31:21, 53:7, 62:3, 62:24, 69:9, 70:3, 77:14, 78:18, 81:21, 85:22, 107:10, 132:9, 132:16
**total** - 63:9
**Total** - 63:11
**towards** - 34:11
**toy** - 37:21
**training** - 10:21
**transcribed** - 148:18
**transcript** - 2:22, 147:14
**transfer** - 12:4
**Travis** - 2:8
**treatment** - 125:14
**tried** - 111:4, 120:14
**trips** - 122:17
**true** - 60:16, 80:16, 120:25, 147:14, 148:15
**try** - 5:5, 5:6, 5:15, 35:23, 36:17, 43:2, 61:2, 105:9, 109:2,

137:25, 138:3, 138:8, 138:9, 138:14, 141:3
trying - 124:14
tub - 19:2, 19:13, 49:18, 49:19, 95:22, 95:24
tubes - 40:25
tubs - 18:3, 19:3, 19:11
turned - 37:21, 94:15, 94:16
Twelve - 14:14, 14:15
Twenty - 112:17, 115:21, 115:22
Twenty-four - 115:21, 115:22
Twenty-some - 112:17
twice - 51:3, 65:22, 143:18
Twice - 51:4, 51:5
Two - 6:19, 28:23, 79:3, 110:13, 115:18
two - 6:19, 7:18, 12:1, 12:8, 23:8, 50:1, 67:2, 67:22, 79:1, 80:3, 89:11, 90:10, 96:2, 101:13, 101:15, 102:9, 105:9, 110:2, 125:5, 139:15, 139:19, 144:11
type - 41:2, 54:23, 77:7

**U**
Ueta - 10:25, 12:17, 12:18, 12:19, 12:20
unaware - 57:7, 82:8, 97:24, 98:1
under - 16:3, 27:5, 100:21, 111:5, 140:12, 141:1, 148:19
underneath - 45:1, 45:3, 88:3, 98:18, 99:1
undersigned - 147:21
understood - 4:17, 4:18, 14:6, 94:7, 104:19, 123:21, 144:12
unhappy - 65:14, 123:22
unit - 19:18, 19:22, 20:2, 20:24, 21:3, 21:11, 21:13, 21:15, 21:22, 22:3, 22:4, 22:6, 22:7, 23:2, 23:17, 23:18, 25:16, 26:23, 27:16, 27:24, 29:8, 29:10, 29:15, 70:2, 70:9, 70:15, 84:14, 84:20, 86:23, 86:25, 87:1, 87:12, 87:14, 87:15, 88:13, 88:14, 88:17, 88:19, 88:23, 97:22, 139:11
United - 1:1, 10:18, 148:1
units - 20:11, 20:13
unlabeled - 84:10
unless - 60:25
untenable - 130:7, 130:22
Untenable - 130:8
Up - 43:8
up - 10:17, 11:14, 19:5, 23:25, 25:8,
27:7, 31:7, 35:9, 35:22, 36:17, 37:7, 37:9, 44:20, 45:21, 47:2, 49:15, 50:1, 50:2, 50:8, 53:23, 55:16, 56:11, 56:14, 56:23, 58:4, 71:4, 71:7, 76:20, 77:23, 78:17, 84:17, 85:12, 85:21, 87:22, 91:6, 93:25, 102:24, 105:2, 131:8, 131:25, 139:21, 143:11, 145:9, 146:13
upstairs - 63:1, 63:2, 79:15, 79:24, 83:12, 90:10, 91:18, 92:17, 98:4
utility - 45:12, 47:9, 52:1, 57:7, 57:9, 57:12, 58:25, 59:7, 61:6, 61:9, 61:13, 102:13, 103:11, 113:16, 144:22, 144:24, 145:2

**V**
vacation - 46:19
vacuumed - 106:12
Valley - 6:21, 15:9, 15:10, 100:13, 100:16, 100:18, 102:16, 111:12, 111:22, 111:24, 116:4, 116:8, 119:22
value - 17:16, 109:16, 109:18, 117:4
values - 117:7
valve - 21:14, 41:23, 41:25, 92:10, 92:11, 92:13, 92:15, 92:20, 94:16, 94:17, 95:16
van - 20:19
vandalism - 68:1, 108:8
Vandalism - 108:9
ventilation - 85:21, 100:10, 105:5
vents - 100:1, 100:3, 100:4, 100:6, 131:11
Vents - 100:3, 100:7
videographer - 4:24
Videographer - 2:11, 13:24, 14:1, 49:12, 79:21, 79:23, 138:22, 138:24
Videotaped - 1:13, 1:17
visit - 51:1, 143:16
visited - 51:23
Vs - 1:8, 148:8

**W**
wait - 27:10
waited - 121:7
waiting - 108:21
walk - 84:17
wall - 25:21, 25:24, 26:7, 26:13, 31:25, 34:12, 34:14, 38:16, 43:23, 43:25, 44:4, 52:18, 53:2, 53:3, 53:4, 53:5, 53:6, 53:22, 53:25, 54:12, 54:14, 55:22, 55:25, 56:3, 56:5, 56:9, 57:19, 58:9, 58:19,
60:4, 70:17, 84:16, 84:17, 84:22, 84:23, 86:15, 86:19, 100:7, 144:24, 145:1
walls - 24:11, 38:3, 45:9, 54:7, 54:12, 60:9, 68:22, 74:24, 75:2, 75:24, 79:12, 81:5, 82:10, 83:2, 84:9, 84:13, 84:21, 85:1, 86:12, 87:5, 88:25, 89:9, 97:25, 98:7, 98:11, 98:25
wants - 105:2
warehouse - 11:14
warped - 46:6
warping - 96:22
warranty - 88:19
wash - 27:7
washable - 27:6
washer - 59:7, 106:25, 107:3
washing - 27:14, 58:25, 59:9, 59:17
water - 3:8, 22:25, 24:11, 25:2, 34:16, 36:17, 36:18, 38:2, 38:21, 44:20, 45:5, 45:8, 47:9, 47:15, 47:16, 47:17, 47:21, 48:2, 48:3, 48:12, 50:11, 52:3, 52:5, 52:13, 52:16, 52:20, 52:21, 53:1, 53:8, 53:10, 53:13, 53:23, 54:4, 54:12, 54:14, 55:1, 55:9, 57:20, 58:12, 59:1, 59:3, 59:5, 59:12, 59:21, 59:25, 60:5, 60:7, 69:24, 69:25, 70:22, 74:21, 75:12, 75:18, 79:8, 80:4, 81:15, 82:9, 82:16, 82:19, 87:22, 88:1, 89:16, 89:18, 92:1, 92:4, 93:12, 93:16, 94:15, 95:20, 96:4, 98:22, 99:8, 103:2, 103:4, 103:17, 104:13, 104:14, 104:15, 113:17, 113:18, 133:17, 135:22, 136:23, 145:3, 145:6, 145:18, 146:1, 146:2, 146:7, 146:8
Water - 59:1
week - 105:9
weeks - 23:8, 105:9
weird - 22:15
Weslaco - 120:18, 122:16
wet - 22:16, 23:12, 23:15, 53:4, 53:5, 68:20, 72:4, 87:17, 87:18, 94:2
whatsoever - 57:15
Whisenant - 113:4, 113:7, 113:8, 113:10
Whitney - 31:8, 31:11
whole - 17:21, 17:23, 22:4, 22:5, 27:16, 28:14, 33:9, 33:14, 51:4, 61:17, 63:10, 66:1, 71:4, 71:5, 85:11, 85:12, 87:1, 102:6, 102:8, 111:16, 125:7, 138:6, 144:13
wick - 145:14
wicking - 145:13, 145:14
wife - 13:11, 14:7, 14:18, 15:22, 16:11, 17:22, 18:9, 24:13, 25:14, 28:12, 30:22, 31:6, 32:12, 33:4, 35:12, 35:25, 36:14, 39:9, 39:10, 39:13, 39:25, 40:12, 40:13, 44:15, 46:16, 48:6, 48:8, 50:14, 50:18, 51:10, 52:15, 55:8, 55:18, 60:11, 60:15, 64:6, 64:17, 64:19, 65:5, 65:10, 68:2, 71:2, 71:11, 72:23, 72:25, 73:23, 74:25, 75:6, 75:20, 75:23, 83:13, 91:3, 93:24, 97:13, 99:4, 102:19, 103:6, 105:2, 106:18, 108:23, 111:2, 115:14, 119:22, 120:6, 120:8, 120:24, 121:1, 121:11, 121:16, 122:17, 123:12, 123:16, 123:22, 124:11, 124:13, 124:14, 125:20, 125:23, 126:6, 126:19, 126:22, 127:6, 129:2, 129:3, 129:7, 130:1, 130:19, 130:25, 131:2, 133:9, 133:19, 135:11, 135:24, 136:13, 137:10, 138:25, 140:10, 141:15, 141:16, 142:10, 143:12
wife's - 7:4, 7:14, 9:7, 16:3, 39:21, 67:4, 101:3, 118:4, 119:25, 126:13, 136:8, 136:22, 145:25
wind - 35:5, 76:20
window - 38:22, 63:11, 63:12, 63:13, 63:15, 68:8, 74:17, 74:22, 76:5, 76:6, 79:1, 79:12, 80:9, 80:11, 80:13, 80:14, 81:2, 82:7, 82:8, 107:10
windows - 38:22, 61:4, 61:25, 62:3, 62:21, 62:23, 63:5, 63:18, 63:23, 67:6, 68:6, 68:9, 68:11, 76:14, 76:16, 76:17, 76:19, 78:24, 79:1, 79:3, 79:6, 79:9, 79:12, 80:3, 82:14, 82:17, 82:20, 89:12, 89:14, 89:17, 104:21, 105:5, 105:12, 105:13, 106:6
witness - 1:18, 144:2, 146:23, 148:14, 148:16
Witness - 11:24, 13:23, 31:11, 34:10, 55:15, 113:7, 149:1
woke - 143:11
wonder - 13:18
wood - 98:20, 132:17, 139:13
word - 73:2
works - 16:21, 19:23, 78:4, 80:19, 128:6, 128:10
worried - 127:16
worry - 138:1, 138:2, 138:5, 138:15, 142:18
worse - 22:23, 37:6, 37:11, 47:5, 47:6, 72:15, 141:4
worst - 71:21
worth - 102:7, 102:8
writing - 119:7, 122:18, 123:6, 124:5

**Y**
yard - 104:4, 104:6
year - 9:15, 17:3, 21:6, 21:7, 22:1, 28:19, 29:8, 49:6, 64:7, 71:12, 97:10, 103:14, 103:16, 104:10, 104:11, 116:6, 125:15, 132:24, 132:25, 136:13
years - 12:1, 12:8, 14:13, 28:23, 84:2, 110:2, 112:11, 115:19, 125:5, 146:8
yellowish - 25:4, 37:5, 69:20
yesterday - 142:14
You-all - 51:20
you-all - 8:25, 16:5, 16:16, 32:15, 33:5, 34:22, 37:15, 46:13, 51:17, 61:25, 76:14, 77:21, 78:1, 95:6, 95:10, 95:11, 96:17, 102:1, 103:2, 104:17, 106:11, 108:15, 110:6, 120:25, 128:17, 128:21, 128:23, 129:24, 133:23, 135:4, 135:12, 139:16, 141:7
you-all's - 124:3
yourself - 27:25, 42:1, 78:7