IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, JENNIFER ANN TELLEZ, REBECCA GARZA RUBEN SANTILLANA, MINERVA SANTILLANA, GUILLERMO CONTRERAS, OLGA CONTRERAS, ELUTERIO MORALES, ROSA MORALES AND NORA GARCIA<br>Plaintiffs,<br><br>v.<br><br>ALLSTATE TEXAS LLOYD'S COMPANY,<br><br>Defendant. | §§§§§§§§§§§§§§§ | CIVIL ACTION NO. B-03-218 |

### ORDER GRANTING DEFENDANT'S OPPOSED MOTION FOR SUMMARY JUDGMENT ON CLAIMS ASSERTED BY NORA GARCIA

On this date came on to be considered Allstate Texas Lloyd's Company's Opposed Motion for Summary Judgment on Claims Asserted by Nora Garcia filed by Allstate Texas Lloyd's Company ("Allstate"). Being satisfied that due notice of the filing of the motion has been given and having considered the motion and any response thereto, the Court

FINDS there is no genuine issue of material fact as to any of Plaintiff's identified claims. Accordingly, Allstate is entitled to summary judgment as a matter of law. It is therefore

ORDERED that Allstate Texas Lloyd's Company's Opposed Motion for Summary Judgment on Claims Asserted by Nora Garcia is granted in its entirety. It is further

ORDERED that Plaintiff shall take nothing from Allstate by reason of the claims asserted and these claims are hereby DISMISSED with prejudice to re-filing of same.

SIGNED on the _____ day of _____, 2004 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

By: _Ken Restrepo with permission_____
Ronald J. Restrepo
State Bar No. 16791300
So. District Bar No. 920

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
600 Travis Street, Suite 4700
Houston, Texas 77002
(713) 228-5100 (telephone)
(713) 228-6138 (facsimile)

ATTORNEY-IN-CHARGE FOR ALLSTATE

**OF COUNSEL:**
René O. Oliveira
State Bar No. 15254700
So. District Bar No. 4033
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520-8718
(956) 542-5666 (telephone)
(956) 542-0016 (facsimile)