IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTTRICT OF TEXAS
BROWNSVILLE DIVISION

MICHAEL TELLEZ, ET AL.          §
                                §
VS.                             §   CIVIL ACTION NO. B-03-218
                                §   JURY
ALLSTATE TEXAS LLOYDS COMPANY,  §

## ORDER

It is hereby ORDERED, that Plaintiffs must designated experts and produce reports to Defendant on or before December 3, 2004.

Signed this the ___ day of _____, 2004.

_____
Andrew S. Hanen
United States District Judge