United States District Court
Southern District of Texas
ENTERED

NOV 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | |
|---|---|
| MICHAEL TELLEZ, et al., Plaintiffs, | § § § § |
| vs. | §   CIV. NO. B-03-218 |
| ALLSTATE TEXAS LLOYDS CO., Defendant. | § § § § |

## ORDER

Defendant Allstate Texas Lloyd's Company ("Defendant") filed a motion to exclude Plaintiff Nora Garza's ("Plaintiff") expert testimony on November 15, 2004, and Plaintiff responded on November 19, 2004. The Court hereby **DENIES** Defendant's motion (docket number 28) and **ORDERS** Plaintiff to designate her expert by November 30, 2004. The Court grants Defendant a commensurate amount of time, if needed, for rebuttal, if it files a motion with the Court.

Plaintiff's response to Defendant's Motion was titled, in part, "Plaintiff's Opposed Motion to Extend Deadline for Designation of Experts" and consequently erroneously docketed as a motion (docket number 30). Therefore, Docket number 30 must be retitled as Plaintiff's Response to Defendant Allstate's Motion to Exclude Expert Testimony.

Signed in Brownsville, Texas, this 22nd day of November, 2004.

Andrew S. Hanen
United States District Judge