# The Law Offices of Israel Ramon, Jr.
## Attorneys and Counselors at Law
7417 N. 10th Street
McAllen, Texas 78504

Israel Ramon, Jr.*
*Trained as Mediator

(956) 682-4000-Telephone
(956) 682-4001-Facsimile

November 9, 2004

**VIA REGULAR MAIL**
Mr. Michael Milby
Clerk of the Court
United States District Court
Southern District of Texas
500 E. 10th Street
Brownsville, TX 78522

United States District Court
Southern District of Texas
RECEIVED
NOV 2 2 2004
Michael N. Milby, Clerk

RE: Civil Action No. B-03-218; *Michael Richard Tellez, Jennifer Ann Tellez, Rebecca Garza, Ruben Santillana, Minerva Santillana, Guillermo Contreras, Olga Contreras, Eluterio Morales and Nora Garcia vs. Allstate Texas Lloyd's*; In the United States District Court, Southern District of Texas, Brownsville Division.

TO THE CLERK OF THE COURT:

This letter will provide you with a status of the above referenced cases: All the cases were mediated and the following where settled:

Michael Richard Tellez, et. ux. vs. Allstate Texas Lloyd's;
Rebecca Garza vs. Allstate Texas Lloyd's;
Ruben Santillana, et. ux. vs. Allstate Texas Lloyd's;
Gillermo Contreras, et. ux. vs. Allstate Texas Lloyd's;
Eluterio Morales vs. Allstate Texas Lloyd's

The only case that has not settled is Nora Garcia. I have encouraged the parties to continue discussing settlement of this case.

Enclosed is the provider's memorandum to Clerk of the Court. Please file among the papers in this case. Thank you for your attention to this matter.

Sincerely,

Israel Ramon, Jr.
Attorney-Mediator

Encl. (as stated).
cc: All counsel of record
    **VIA REGULAR MAIL**

IRJ/mms/File No. 0604-0752

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**ADR MEMORANDUM TO CLERK OF COURT**

MICHAEL RICHARD TELLEZ, JENNIFER ANN TELLEZ, **REBECCA GARZA, RUBEN SANTILLANA, MINERVA SANTILLANA, GUILLERMO CONTRERAS, OLGA CONTRERAS,** ELUTERIO MORALES and NORA GARCIA

DIVISION  McAllen
CIVIL ACTION NO.  B-03-218

Plaintiff(s)

V.

ALLSTATE TEXAS LLOYD'S

Defendant(s)

ADR METHOD:   Mediation   X      Arbitration   _____
              Mini-trial  _____   Summary Jury Trial  _____

TYPE OF CASE:  Mold

1. Please check one of the following:
   The case referred to ADR settled  X  or did not settle  _____.

2. Please list names, addresses and telephone numbers of all parties and all counsel of record:

Mr. Guillermo Contreras
Ms. Olga Contreras
c/o 2208 Primerose, Bldg. D
McAllen, TX 78504
PLAINTIFFS

Ms. Rebecca Garza
c/o 2208 Primerose, Bldg. D
McAllen, TX 78504
PLAINTIFF

Mr. Ruben Santillana
Ms. Minerva Santillana
c/o 2208 Primerose, Bldg. D
McAllen, TX 78504
PLAINTIFFS

Mr. John Eaton
2208 Primerose, Bldg. D
McAllen, TX 78504
ATTORNEY FOR PLAINTIFFS

Mr. Peter Ferraro
1104 San Antonio St.
Austin, TX 78701
ATTORNEY FOR PLAINTIFFS

Mr. Dan Downey
799 Louisiana Street #4000
Houston, TX 7702
ATTORNEY FOR PLAINTIFFS

Ms. Andrea Heitke
REPRESENTATIVE FOR ALLSTATE TEXAS LLOYD'S COMPANY

Mr. Ron Restrepo
JPMorgan Chase Tower, Ste. 4700
600 Travis Street
Houston, TX 77002
ATTORNEY FOR DEFENDANT

Mr. Rene Oliveira
855 W. Price Rd., Ste. 9
Brownsville, TX 78520
ATTORNEY FOR DEFENDANT

Date: November 9, 2004

ADR PROVIDER
Name: Israel Ramon, Jr.
Signature: _____