IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MICHAEL RICHARD TELLEZ, JENNIFER ANN TELLEZ, REBECCA GARZA, RUBEN SANTILLANA, MINERVA SANTILLANA, GUILLERMO CONTRERAS, OLGA CONTRERAS, ELUTERIO MORALES, ROSA MORALES AND NORA GARCIA  §§§§§§§§ | |
| | CIVIL ACTION NO. B-03-218 |
| VS.  §§ | |
| ALLSTATE TEXAS LLOYD'S COMPANY  §§ | |

### AGREED MOTION FOR DISMISSAL WITH PREJUDICE
### AS TO PLAINTIFFS GUILLERMO AND OLGA CONTRERAS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs, **GUILLERMO CONTRERAS AND OLGA CONTRERAS**, and Defendant, **ALLSTATE TEXAS LLOYD'S COMPANY**, in the above entitled and numbered cause, and in support of this Agreed Motion for Dismissal with Prejudice, would show unto the Court as follows:

I.

Plaintiffs, **GUILLERMO CONTRERAS AND OLGA CONTRERAS**, and Defendant would show that all matters have been resolved between them in the above styled and numbered cause and they wish this case to be dismissed as to Plaintiffs, **GUILLERMO CONTRERAS AND OLGA CONTRERAS.**

WHEREFORE, Plaintiffs, **GUILLERMO CONTRERAS AND OLGA CONTRERAS**, and Defendant pray that this Court enter its order dismissing this lawsuit, with prejudice, as to Plaintiffs, **GUILLERMO CONTRERAS AND OLGA CONTRERAS**, with all taxable court costs to be taxed against the party incurring same.

Respectfully submitted,

**DAN DOWNEY**
State Bar No. 06085400/ Federal I.D. No. 459
THE GALLAGHER LAW FIRM
700 Louisiana Street, Suite 4000
Houston, Texas 77002
713/222-8080
713/222-0066 (FAX)

**PETER E. FERRARO**
State Bar No.06934600/Federal I.D. No. _____
1104 San Antonio Street
Austin, Texas 78701
512/474-7742
512/474-5306 (FAX)

**EATON & ASSOCIATES**
2208 Primrose, Building D
McAllen, Texas 78504
956/631-9400
956/687-9867 (FAX)

ATTORNEYS FOR PLAINTIFFS
GUILLERMO AND OLGA CONTRERAS

By: _____
JOHN H. EATON
State Bar No. 06382500
Federal I.D. No. 2208

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
Ronald J. Restrepo
State Bar No. 16791300/Federal I.D. No. 920
600 Travis, Suite 4700
Houston, Texas 77002
Telephone:   (713) 228-5100
Telecopier:   (713) 228-6138

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
956/542-5666
956/542-0016 (FAX)

ATTORNEYS FOR DEFENDANT

By: _____
Rene O. Oliveira
State Bar No. 15254700
Federal I.D. No. 4033