IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, <br> JENNIFER ANN TELLEZ, REBECCA <br> GARZA, RUBEN SANTILLANA, <br> MINERVA SANTILLANA, <br> GUILLERMO CONTRERAS, OLGA <br> CONTRERAS, ELUTERIO MORALES, <br> ROSA MORALES AND NORA GARCIA <br> <br> VS. <br> <br> ALLSTATE TEXAS LLOYD'S <br> COMPANY | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. B-03-218 |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFFS GUILLERMO CONTRERAS AND OLGA CONTRERAS**

On this day, Plaintiffs, **GUILLERMO CONTRERAS and OLGA CONTRERAS,** and Defendant, having presented their Agreed Motion for Dismissal With Prejudice as to Plaintiff, **GUILLERMO CONTRERAS and OLGA CONTRERAS,** and the Court, after considering same, finds and so orders as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff **GUILLERMO CONTRERAS and OLGA CONTRERAS'** cause of action against Defendant be dismissed with prejudice, with all taxable court costs adjudged against party incurring same, for which let execution issue.

SIGNED this _____ day of _____, 2004, in Brownsville, Texas.

_____
JUDGE PRESIDING

Agreed Order of Dismissal With Prejudice                                                                                              Page 1
#24,267

APPROVED AND AGREED TO:

**DAN DOWNEY**
State Bar No. 06085400/ Federal I.D. No. 459
THE GALLAGHER LAW FIRM
700 Louisiana Street, Suite 4000
Houston, Texas 77002
713/222-8080
713/222-0066 (FAX)

**PETER E. FERRARO**
State Bar No.06934600/Federal I.D. No. _____
1104 San Antonio Street
Austin, Texas 78701
512/474-7742
512/474-5306 (FAX)

**EATON & ASSOCIATES**
2208 Primrose, Building D
McAllen, Texas 78504
956/631-9400
956/687-9867 (FAX)

By: _____
  JOHN H. EATON
  State Bar No. 06382500
  Federal I.D. No. 2208

**ATTORNEYS FOR PLAINTIFFS
GUILLERMO AND OLGA CONTRERAS**

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
Ronald J. Restrepo
State Bar No. 16791300/Federal I.D. No. 920
600 Travis, Suite 4700
Houston, Texas 77002
Telephone:   (713) 228-5100
Telecopier:   (713) 228-6138


**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
956/542-5666
956/542-0016 (FAX)

By: _____
   Rene O. Oliveira
   State Bar #15254700
   Federal I.D. No. 4033

**ATTORNEYS FOR DEFENDANT**