IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 29 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, | § | |
| JENNIFER ANN TELLEZ, REBECCA | § | |
| GARZA, RUBEN SANTILLANA, | § | |
| MINERVA SANTILLANA, | § | |
| GUILLERMO CONTRERAS, OLGA | § | |
| CONTRERAS, ELUTERIO MORALES, | § | |
| ROSA MORALES AND NORA GARCIA | § | CIVIL ACTION NO. B-03-218 |
| | § | |
| VS. | § | |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | |
| COMPANY | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS MICHAEL RICHARD TELLEZ AND JENNIFER ANN TELLEZ, RUBEN SANTILLANA AND MINERVA SANTILLANA, AND ELUTERIO MORALES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs, MICHAEL RICHARD TELLEZ AND JENNIFER ANN TELLEZ, RUBEN SANTILLANA AND MINERVA SANTILLANA, AND ELUTERIO MORALES, and Defendant, ALLSTATE TEXAS LLOYD'S COMPANY, in the above entitled and numbered cause, and in support of this Agreed Motion for Dismissal with Prejudice, would show unto the Court as follows:

I.

Plaintiffs, MICHAEL RICHARD TELLEZ AND JENNIFER ANN TELLEZ, RUBEN SANTILLANA AND MINERVA SANTILLANA, AND ELUTERIO MORALES, GUILLERMO CONTRERAS, and Defendant would show that all matters have been resolved

between them in the above styled and numbered cause and they wish this case to be dismissed as to Plaintiffs, **MICHAEL RICHARD TELLEZ AND JENNIFER ANN TELLEZ, RUBEN SANTILLANA AND MINERVA SANTILLANA, AND ELUTERIO MORALES.**

WHEREFORE, Plaintiffs, **MICHAEL RICHARD TELLEZ AND JENNIFER ANN TELLEZ, RUBEN SANTILLANA AND MINERVA SANTILLANA, AND ELUTERIO MORALES,** and Defendant pray that this Court enter its order dismissing this lawsuit, with prejudice, as to Plaintiffs, **MICHAEL RICHARD TELLEZ AND JENNIFER ANN TELLEZ, RUBEN SANTILLANA AND MINERVA SANTILLANA, AND ELUTERIO MORALES,** with all taxable court costs to be taxed against the party incurring same.

Respectfully submitted,

**DAN DOWNEY**
State Bar No. 06085400/ Federal I.D. No. 459
THE GALLAGHER LAW FIRM
700 Louisiana Street, Suite 4000
Houston, Texas 77002
713/222-8080
713/222-0066 (FAX)

**EATON & ASSOCIATES**
State Bar No. 06382500/Federal I.D. No. 2208
2208 Primrose, Building D
McAllen, Texas 78504
956/631-9400
956/687-9867 (FAX)

**PETER E. FERRARO**
1104 San Antonio Street
Austin, Texas 78701
512/474-7742
512/474-5306 (FAX)

(Signature on next page)

*Attorneys for Plaintiffs,*
*MICHAEL RICHARD TELLEZ AND*
*JENNIFER ANN TELLEZ, RUBEN*
*SANTILLANA AND MINERVA SANTILLANA,*
*AND ELUTERIO MORALES*

By: _____
    PETER E. FERRARO
    State Bar No. 06934600
    Federal I.D. No._____

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
Ronald J. Restrepo
State Bar No. 16791300/Federal I.D. No. 920
600 Travis, Suite 4700
Houston, Texas 77002
Telephone:   (713) 228-5100
Telecopier:   (713) 228-6138

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
956/542-5666
956/542-0016 (FAX)

**ATTORNEYS FOR DEFENDANT**

By: _____
    Rene O. Oliveira
    State Bar No. 15254700
    Federal I.D. No. 4033