United States District Court
Southern District of Texas
ENTERED

DEC 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **MICHAEL RICHARD TELLEZ, JENNIFER ANN TELLEZ, REBECCA GARZA, RUBEN SANTILLANA, MINERVA SANTILLANA, GUILLERMO CONTRERAS, OLGA CONTRERAS, ELUTERIO MORALES, ROSA MORALES AND NORA GARCIA** | § | **CIVIL ACTION NO. B -03-218** |
| **VS.** | § | |
| **ALLSTATE TEXAS LLOYD'S COMPANY** | § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFFS
MICHAEL RICHARD TELLEZ AND JENNIFER ANN TELLEZ,
RUBEN SANTILLANA AND MINERVA SANTILLANA,
AND ELUTERIO MORALES**

On this day, Plaintiffs, **MICHAEL RICHARD TELLEZ AND JENNIFER ANN TELLEZ, RUBEN SANTILLANA AND MINERVA SANTILLANA, AND ELUTERIO MORALES,** and Defendant, having presented their Agreed Motion for Dismissal With Prejudice as to Plaintiffs, **MICHAEL RICHARD TELLEZ AND JENNIFER ANN TELLEZ, RUBEN SANTILLANA AND MINERVA SANTILLANA, AND ELUTERIO MORALES** and the Court, after considering same, finds and so orders as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs, **MICHAEL RICHARD TELLEZ AND JENNIFER ANN TELLEZ, RUBEN SANTILLANA AND MINERVA SANTILLANA, AND ELUTERIO MORALES'**, cause of action against Defendant be dismissed with prejudice, with all taxable court costs adjudged against party incurring same,

for which let execution issue.

SIGNED this 1st day of June, 2004, in Brownsville, Texas.

JUDGE PRESIDING

APPROVED AND AGREED TO:

**DAN DOWNEY**
State Bar No. 06085400/ Federal I.D. No. 459
THE GALLAGHER LAW FIRM
700 Louisiana Street, Suite 4000
Houston, Texas 77002
713/222-8080
713/222-0066 (FAX)

**EATON & ASSOCIATES**
State Bar No. 06382500/Federal I.D. No. 2208
2208 Primrose, Building D
McAllen, Texas 78504
956/631-9400
956/687-9867 (FAX)

**PETER E. FERRARO**
1104 San Antonio Street
Austin, Texas 78701
512/474-7742
512/474-5306 (FAX)

By:______________________
**PETER E. FERRARO**
State Bar No. 06934600
Federal I.D. No. ______

***Attorneys for Plaintiffs,***
***MICHAEL RICHARD TELLEZ***
***AND JENNIFER ANN TELLEZ,***
***RUBEN SANTILLANA AND***
***MINERVA SANTILLANA,***
***AND ELUTERIO MORALES***

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
Ronald J. Restrepo
State Bar No. 16791300/Federal I.D. No. 920
600 Travis, Suite 4700
Houston, Texas 77002
Telephone: (713) 228-5100
Telecopier: (713) 228-6138

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
956/542-5666
956/542-0016 (FAX)

By: ______________________________
Rene O. Oliveira
State Bar #15254700
Federal I.D. No. 4033

***Attorneys For Defendant***