United States District Court
Southern District of Texas
ENTERED

DEC 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, JENNIFER ANN TELLEZ, REBECCA GARZA, RUBEN SANTILLANA, MINERVA SANTILLANA, GUILLERMO CONTRERAS, OLGA CONTRERAS, ELUTERIO MORALES, ROSA MORALES AND NORA GARCIA | § § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-218 |
| ALLSTATE TEXAS LLOYD'S COMPANY | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS GUILLERMO CONTRERAS AND OLGA CONTRERAS

On this day, Plaintiffs, **GUILLERMO CONTRERAS and OLGA CONTRERAS**, and Defendant, having presented their Agreed Motion for Dismissal With Prejudice as to Plaintiff, **GUILLERMO CONTRERAS and OLGA CONTRERAS**, and the Court, after considering same, finds and so orders as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff **GUILLERMO CONTRERAS and OLGA CONTRERAS'** cause of action against Defendant be dismissed with prejudice, with all taxable court costs adjudged against party incurring same, for which let execution issue.

SIGNED this 2nd day of December, 2004, in Brownsville, Texas.

_____
JUDGE PRESIDING

APPROVED AND AGREED TO:

**DAN DOWNEY**
State Bar No. 06085400/ Federal I.D. No. 459
THE GALLAGHER LAW FIRM
700 Louisiana Street, Suite 4000
Houston, Texas 77002
713/222-8080
713/222-0066 (FAX)

**PETER E. FERRARO**
State Bar No.06934600/Federal I.D. No. _____
1104 San Antonio Street
Austin, Texas 78701
512/474-7742
512/474-5306 (FAX)

**EATON & ASSOCIATES**
2208 Primrose, Building D
McAllen, Texas 78504
956/631-9400
956/687-9867 (FAX)

By:_____
       JOHN H. EATON
       State Bar No. 06382500
       Federal I.D. No. 2208

**ATTORNEYS FOR PLAINTIFFS**
**GUILLERMO AND OLGA CONTRERAS**

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
Ronald J. Restrepo
State Bar No. 16791300/Federal I.D. No. 920
600 Travis, Suite 4700
Houston, Texas 77002
Telephone:   (713) 228-5100
Telecopier:   (713) 228-6138

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
956/542-5666
956/542-0016 (FAX)

By: _/s/ Rene O. Oliveira_
    Rene O. Oliveira
    State Bar #15254700
    Federal I.D. No. 4033

**ATTORNEYS FOR DEFENDANT**