United States District Court
Southern District of Texas
FILED

FEB 0 9 2005

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, | § | |
| JENNIFER ANN TELLEZ, REBECCA | § | |
| GARZA, RUBEN SANTILLANA, | § | |
| MINERVA SANTILLANA, | § | |
| GUILLERMO CONTRERAS, OLGA | § | |
| CONTRERAS, ELUTERIO MORALES, | § | |
| ROSA MORALES AND NORA GARCIA | § | CIVIL ACTION NO. B -03-218 |
| | § | |
| VS. | § | |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | |
| COMPANY | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE
## AS TO PLAINTIFF NORA GARCIA

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, **NORA GARCIA**, and Defendant, **ALLSTATE TEXAS LLOYD'S COMPANY**, in the above entitled and numbered cause, and in support of this Agreed Motion for Dismissal with Prejudice, would show unto the Court as follows:

I.

Plaintiff, **NORA GARCIA**, and Defendant would show that all matters have been resolved between them in the above styled and numbered cause and they wish this case to be dismissed as to Plaintiff, **NORA GARCIA**.

WHEREFORE, Plaintiff, **NORA GARCIA**, and Defendant pray that this Court enter its order dismissing this lawsuit, with prejudice, as to Plaintiff, **NORA GARCIA**, with all taxable

court costs to be taxed against the party incurring same.

Respectfully submitted,

**DAN DOWNEY**
State Bar No. 06085400/ Federal I.D. No. 459
THE GALLAGHER LAW FIRM
700 Louisiana Street, Suite 4000
Houston, Texas 77002
713/222-8080
713/222-0066 (FAX)

**EATON & ASSOCIATES**
State Bar No. 06382500/Federal I.D. No. 2208
2208 Primrose, Building D
McAllen, Texas 78504
956/631-9400
956/687-9867 (FAX)

**PETER E. FERRARO**
1104 San Antonio Street
Austin, Texas 78701
512/474-7742
512/474-5306 (FAX)

*Attorneys for Plaintiff, Nora Garcia*

By:_____
PETER E. FERRARO
State Bar No. 06934600
Federal I.D. No._____

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
Ronald J. Restrepo
State Bar No. 16791300/Federal I.D. No. 920
600 Travis, Suite 4700
Houston, Texas 77002
Telephone:    (713) 228-5100
Telecopier:    (713) 228-6138

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
956/542-5666
956/542-0016 (FAX)

**ATTORNEYS FOR DEFENDANT**

By: _____
        Rene O. Oliveira
        State Bar No. 15254700
        Federal I.D. No. 4033