IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RICHARD TELLEZ, JENNIFER ANN TELLEZ, REBECCA GARZA, RUBEN SANTILLANA, MINERVA SANTILLANA, GUILLERMO CONTRERAS, OLGA CONTRERAS, ELUTERIO MORALES, ROSA MORALES AND NORA GARCIA | § § § § § § § § § § § § | CIVIL ACTION NO. B -03-218 |
| VS. | | |
| ALLSTATE TEXAS LLOYD'S COMPANY | | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF NORA GARCIA

On this day, Plaintiff, **NORA GARCIA,** and Defendant, having presented their Agreed Motion for Dismissal With Prejudice as to Plaintiff, **NORA GARCIA,** and the Court, after considering same, finds and so orders as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff, **NORA GARCIA,** cause of action against Defendant be dismissed with prejudice, with all taxable court costs adjudged against party incurring same, for which let execution issue.

SIGNED this _____ day of _____, 2004, in Brownsville, Texas.

_____
JUDGE PRESIDING

APPROVED AND AGREED TO:

**DAN DOWNEY**
State Bar No. 06085400/ Federal I.D. No. 459
THE GALLAGHER LAW FIRM
700 Louisiana Street, Suite 4000
Houston, Texas 77002
713/222-8080
713/222-0066 (FAX)

**EATON & ASSOCIATES**
State Bar No. 06382500/Federal I.D. No. 2208
2208 Primrose, Building D
McAllen, Texas 78504
956/631-9400
956/687-9867 (FAX)

**PETER E. FERRARO**
1104 San Antonio Street
Austin, Texas 78701
512/474-7742
512/474-5306 (FAX)

*Attorneys for Plaintiff, Nora Garcia*

By: _____
    **PETER E. FERRARO**
    State Bar No. 06934600, Federal I.D. No. 81-0636445

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**
Ronald J. Restrepo
State Bar No. 16791300/Federal I.D. No. 920
600 Travis, Suite 4700
Houston, Texas 77002
Telephone:   (713) 228-5100
Telecopier:  (713) 228-6138

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
956/542-5666
956/542-0016 (FAX)

*Attorneys for Defendant*

By: _____
    Rene O. Oliveira
    State Bar #15254700, Federal I.D. No. 4033