IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MICHAEL TELLEZ, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIV. NO. B-03-218 |
| | § | |
| ALLSTATE TEXAS LLOYDS CO., | § | |
| Defendant. | § | |

## ORDER

Plaintiff Nora Garcia and Defendant Allstate Texas Lloyd's Company ("Allstate") filed an Agreed Motion for Dismissal with Prejudice as to Plaintiff Nora Garcia on February 9, 2005 (docket number 38). The Court hereby **GRANTS** said motion and consequently **DENIES** as moot Allstate's Motion for Separate Trials (docket number 26) and Motion for Summary Judgement (docket number 29).

Signed in Brownsville, Texas, the 14th day of February, 2005.

Judge Andrew S. Hanen
United States District Judge